# THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF OHIO

OCLC, Inc.
_____
Plaintiff(s),  :

vs.  :   Case No: 2:25-cv-309

Baker & Taylor, LLC & Bridgeall Libraries, Ltd.
_____
Defendant(s).  :

## CITIZENSHIP DISCLOSURE STATEMENT

This Citizenship Disclosure Statement is filed on behalf of OCLC, Inc. in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement that lists the name, and identifies the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor: (Attach additional pages if needed.)

| Individual or Entity Name | Citizenship |
|---|---|
| OCLC, Inc. | Ohio |
| Baker & Taylor, LLC | Delaware |

| Bridgeall Libraries, Ltd. | Foreign (UK) |
|---|---|
| Individual or Entity Name | Citizenship |

| | |
|---|---|
| Individual or Entity Name | Citizenship |

**A supplemental citizenship disclosure statement will be filed upon any change in the information provided herein.**

| 03/17/2025 | /s/ Jeffrey M. Walker |
|---|---|
| Date | Signature |
| | OCLC, Inc. |
| | Counsel For |