# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **OCLC, Inc.** | Case No. _____ |
| **Plaintiff,** | |
| v. | Judge _____ |
| **Baker & Taylor, LLC and Bridgeall Libraries, Ltd.,** | |
| **Defendants.** | Magistrate Judge _____ |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Kathryn M. Brown of Squire Patton Boggs (US) LLP hereby enters her appearance as counsel for Plaintiff OCLC, Inc., and requests that all further notices, orders, or other items required to be served be sent to the undersigned.

Dated: March 26, 2025

Respectfully submitted,

/s/ *Kathryn M. Brown*
Jeffrey M. Walker (0096567), Trial Attorney
Traci L. Martinez (0083989)
Brittany Silverman (0102263)
Erin K. Hassett (0099970)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: +1 614 365 2700
Facsimile: +1 614 365 2499
jeffrey.walker@squirepb.com
traci.martinez@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com
erin.hassett@squirepb.com

*Attorneys for Plaintiff OCLC, Inc.*

**CERTIFICATE OF SERVICE**

On March 26, 2025, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ *Kathryn M. Brown*
One of the Attorneys for Plaintiff