# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **OCLC, Inc.** | Case No. _____ |
| Plaintiff, | |
| v. | Judge _____ |
| **Baker & Taylor, LLC and Bridgeall Libraries, Ltd.,** | |
| Defendants. | Magistrate Judge _____ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Erin K. Hassett of Squire Patton Boggs (US) LLP hereby enters her appearance as counsel for Plaintiff OCLC, Inc. The undersigned hereby certifies that this appearance is made with the full knowledge and consent of Plaintiff.

Date: March 26, 2025

Respectfully submitted,

*/s/ Erin K. Hassett*
Jeffrey M. Walker (0096567), Trial Attorney
Traci L. Martinez (0083989)
Brittany Silverman (0102263)
Erin K. Hassett (0099970)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: +1 614 365 2700
Facsimile: +1 614 365 2499
jeffrey.walker@squirepb.com
traci.martinez@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com
erin.hassett@squirepb.com

*Attorneys for Plaintiff OCLC, Inc.*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and accurate copy of the foregoing was served this 26th day of March 2025, via the Court's electronic filing system and/or by regular U.S. Mail.

              */s/ Erin K. Hassett*
              Erin K. Hassett (99970)