# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **OCLC, Inc.,** | Case No. 2:25-cv-00309 |
| **Plaintiff,** | |
| v. | **Judge Edmund Sargus, Jr.** |
| **Baker & Taylor, LLC and Bridgeall Libraries, Ltd.,** | |
| **Defendants.** | **Magistrate Judge Elizabeth Preston Deavers** |

## [PROPOSED] AGREED SCHEDULE FOR PRELIMINARY INJUNCTION PROCEEDINGS

As directed by the Court during the April 9, 2025 preliminary scheduling conference, held under Local Rule 65.1, Plaintiff OCLC, Inc. and Defendants Baker & Taylor, LLC and Bridgeall Libraries, Ltd. submit the following proposed agreed scheduling order for resolving Plaintiff's Motion for Preliminary Injunction ("Motion").[1]

| | |
|---|---|
| Parties submit stipulated protective order | April 15, 2025 |
| Parties formally serve discovery requests | April 25, 2025 |
| Parties exchange written discovery responses | May 23, 2025 |
| Document production substantially completed | June 27, 2025 |
| Depositions completed | August 1, 2025 |
| Defendants file opposition to Motion | August 15, 2025 |

---

[1] Defendant Baker & Taylor, LLC's responsive pleading deadline is May 26, 2025, and Defendant Bridgeall Libraries, Ltd.'s responsive pleading deadline is June 25, 2025. The parties will be prepared to discuss Defendants' responsive pleading deadlines and how they might affect the case schedule at the status conference on April 23, 2025.

| | |
|---|---|
| Plaintiff files reply in support of Motion | August 29, 2025 |
| Preliminary Injunction Hearing | Mid-September 2025 |

Respectfully submitted,

| | |
|---|---|
| /s/ Jeffrey M. Walker | /s/ Derek P. Hartman (with approval) |
| Jeffrey M. Walker (0096567), Trial Attorney | Derek P. Hartman (0087869), Trial Attorney |
| Traci L. Martinez (0083989) | Michael C. Cohan (0013542) |
| Kathryn M. Brown (0100426) | CAVITCH, FAMILO & DURKIN CO., L.P.A. |
| Brittany Silverman (0102263) | 1300 East Ninth Street, 20th Floor |
| Erin K. Hassett (0099970) | Cleveland, Ohio 44114 |
| SQUIRE PATTON BOGGS (US) LLP | Telephone: (216) 621-7860 |
| 2000 Huntington Center | Facsimile: (216) 621-3415 |
| 41 South High Street | mcohan@cavitch.com |
| Columbus, Ohio 43215 | dhartman@cavitch.com |
| Telephone: (614) 365-2700 | |
| Facsimile: (614) 365-2499 | Frank E. Noyes, II (*pro hac vice* forthcoming) |
| jeffrey.walker@squirepb.com | OFFIT KURMAN |
| traci.martinez@squirepb.com | 222 Delaware Avenue, Suite 1105 |
| kathryn.brown@squirepb.com | Wilmington, Delaware 19801 |
| brittany.silverman@squirepb.com | fnoyes@offitkurman.com |
| erin.hassett@squirepb.com | |
| | Nafiz Cekirge (*pro hac vice* forthcoming) |
| *Attorneys for Plaintiff OCLC, Inc.* | OFFIT KURMAN |
| | Court Plaza South, West Wing |
| | 21 Main Street, Suite 158 |
| | Hackensack, New Jersey 07601 |
| | nafiz.cekirge@offitkurman.com |
| | |
| | *Attorneys for Defendants Baker & Taylor, LLC & Bridgeall Libraries Ltd.* |

**CERTIFICATE OF SERVICE**

On April 17, 2025, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Jeffrey M. Walker*
Jeffrey M. Walker, Trial Attorney