**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **OCLC, Inc.,** | **Case No. 2:25-cv-00309** |
| **Plaintiff,** | |
| **v.** | **Judge Edmund Sargus, Jr.** |
| **Baker & Taylor, LLC and Bridgeall Libraries, Ltd.,** | |
| **Defendants.** | **Magistrate Judge Elizabeth Preston Deavers** |

**[SUPPLEMENTAL PROPOSED] AGREED SCHEDULE FOR**
**PRELIMINARY INJUNCTION PROCEEDINGS**

As directed by the Court during the April 23, 2025 conference, Plaintiff OCLC, Inc. ("Plaintiff") and Defendants Baker & Taylor, LLC and Bridgeall Libraries, Ltd. (collectively, "Defendants") jointly submit the following proposed schedule for resolving Plaintiff's Motion for Preliminary Injunction ("P.I. Motion"). The parties respectfully request that this proposed schedule replace the proposed schedule submitted to the Court on April 17, 2025 (ECF No. 24), and that the Court enter an order setting out the dates listed below.

| | |
|---|---|
| Parties formally serve discovery requests | April 28, 2025 |
| Parties exchange written discovery responses | May 23, 2025 |
| Both Defendants file motions to dismiss | May 27, 2025 |
| Plaintiff files briefs in opposition to motions to dismiss | June 17, 2025 |
| Document production substantially completed | June 27, 2025 |
| Defendants file reply briefs in support of motions to dismiss | July 1, 2025 |
| Depositions completed | August 1, 2025 |

| | |
|---|---|
| Defendants file opposition to P.I. Motion | August 15, 2025 |
| Plaintiff files reply in support of P.I. Motion | August 29, 2025 |
| Preliminary Injunction Hearing | Mid-September 2025 |

Respectfully submitted,

/s/ Jeffrey M. Walker
Jeffrey M. Walker (0096567), Trial Attorney
Traci L. Martinez (0083989)
Kathryn M. Brown (0100426)
Brittany Silverman (0102263)
Erin K. Hassett (0099970)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
jeffrey.walker@squirepb.com
traci.martinez@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com
erin.hassett@squirepb.com

*Attorneys for Plaintiff OCLC, Inc.*

/s/ Derek P. Hartman (with approval)
Derek P. Hartman (0087869), Trial Attorney
Michael C. Cohan (0013542)
CAVITCH, FAMILO & DURKIN CO., L.P.A.
1300 East Ninth Street, 20th Floor
Cleveland, Ohio 44114
Telephone: (216) 621-7860
Facsimile: (216) 621-3415
mcohan@cavitch.com
dhartman@cavitch.com

Frank E. Noyes, II (*pro hac vice* forthcoming)
OFFIT KURMAN
222 Delaware Avenue, Suite 1105
Wilmington, Delaware 19801
fnoyes@offitkurman.com

Nafiz Cekirge (*pro hac vice* forthcoming)
OFFIT KURMAN
Court Plaza South, West Wing
21 Main Street, Suite 158
Hackensack, New Jersey 07601
nafiz.cekirge@offitkurman.com

*Attorneys for Defendants Baker & Taylor, LLC
& Bridgeall Libraries Ltd.*

**CERTIFICATE OF SERVICE**

On April 24, 2025, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Jeffrey M. Walker
Jeffrey M. Walker, Trial Attorney