# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**OCLC, INC.,**
      Plaintiff,

   v.                                    Case Number 2:25-cv-309
                                             Judge Edmund A. Sargus, Jr.

**BAKER & TAYLOR, LLC,** *et al.*,
      Defendants.

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:      United States District Court
              Joseph P. Kinneary U.S. Courthouse     **Courtroom No. 311**
              85 Marconi Boulevard                       **October 6, 2025 at 9:00 a.m.**
              Columbus, Ohio 43215

TYPE OF PROCEEDING: **Preliminary Injunction Hearing**

If the Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                                    **EDMUND A. SARGUS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**

DATE:   April 28, 2025

                                                     /s /   Christin M. Werner
                                                     (By) Christin M. Werner, Deputy Clerk