# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies **Frank E. Noyes II** was admitted to practice as an attorney in the Courts of this State on **December 14, 2000,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 11th day of April 2025.

Lisa A. Dolph
Clerk of the Supreme Court



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Frank Eugene Noyes II, Esq.*

### DATE OF ADMISSION

*December 16, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: April 21, 2025

Elizabeth E. Zisk
Chief Clerk