# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| OCLC, INC., | ) | CASE NO.: 2:25-CV-309 |
| Plaintiff, | ) ) | JUDGE: EDMUND A. SARGUS |
| v. | ) ) | MAGISTRATE: Elizabeth Preston Deavers |
| BAKER & TAYLOR, LLC, ET AL., | ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF FRANK E. NOYES, II, ESQ.

This came before the Court upon consideration of Defendants Baker & Taylor, LLC and Bridgeall Libraries Limited Motion for Admission *Pro Hac Vice* of Frank E. Noyes, II, Esq., as co-counsel. For good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that the motion is granted and Mr. Frank E. Noyes, II, Esq., is admitted as a member of the bar of this Court for all pretrial activities and for the trial of this matter.

**IT IS SO ORDERED.**

Dated: _____, 2025         _____
                                         JUDGE: EDMUND A. SARGUS

                                         _____
                                         MAGISTRATE: ELIZABETH PRESTON DEAVERS