## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| OCLC, INC., | ) | CASE NO.: | 2:25-CV-309 |
| | ) | | |
| Plaintiff, | ) | JUDGE: | EDMUND A. SARGUS |
| | ) | | |
| v. | ) | MAGISTRATE: | ELIZABETH PRESTON DEAVERS |
| | ) | | |
| BAKER & TAYLOR, LLC, ET AL., | ) | | |
| | ) | | |
| DEFENDANTS. | ) | | |

**MOTION FOR ADMISSION PRO HAC VICE OF NAFIZ CEKIRGE, ESQ.**

Pursuant to S.D. Ohio Civ. R. 83.3(e), Derek P. Hartman, one of the Attorneys for Defendants Baker & Taylor, LLC and Bridgeall Libraries Limited in the above-referenced action, hereby moves this Court to admit Nafiz Cekirge, of the law firm Offit Kurman, *pro hac vice* to appear and participate as co-counsel in this case for Baker & Taylor, LLC and Bridgeall Libraries Limited. A proposed order reflecting Mr. Cekirge's admission *pro hac vice* has been submitted in connection with this motion for the Court's convenience.

Derek P. Hartman represents that Mr. Cekirge is a member in good standing of the highest courts of California, New Jersey, and New York, as attested by the accompanying original certificates of good standing from those courts, dated April 10, 2025, April 22, 2025 and April 11, 2025 respectively, which are attached hereto as Exhibit

"A." Mr. Cekirge is not eligible to become a member of the permanent bar of this Court. Mr. Cekirge is paying the required filing fee via credit card and will register for electronic filing with this Court upon the granting of this Motion. Mr. Cekirge's identifying information is as follows:

**Nafiz Cekirge**

| | |
|---|---|
| Telephone: | 732-218-1800 |
| Address: | Offit Kurman, P.A. |
| | 21 Main Street |
| | Suite 158 |
| | Hackensack, NJ 07601 |
| Email: | nafiz.cekirge@offitkurman.com |
| Registration No. | 255710 (CA) / 404412022 (NJ) / 3068442 (NY) |

Respectfully submitted,

/s/ *Derek P. Hartman*
Derek P. Hartman (0087869), Trial Attorney
Michael C. Cohan (0013542)
CAVITCH, FAMILO & DURKIN CO.,
L.P.A. 1300 East Ninth Street, 20th Floor
Cleveland, Ohio 44114
Telephone:   (216) 621-7860
Facsimile:   (216) 621-3415
Email:       mcohan@cavitch.com
             dhartman@cavitch.com

*One of the Attorneys for Defendants Baker & Taylor, LLC and Bridgeall Libraries Limited*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on May 14, 2025, with the Clerk of Court using the CM/ECF system. Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

> */s/ Derek P. Hartman*
> Derek P. Hartman (0087869)
> *One of the Attorneys for Defendants Baker & Taylor, LLC and Bridgeall Libraries Limited*