# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| OCLC, INC., | ) | CASE NO.: 2:25-CV-309 |
| | ) | |
| Plaintiff, | ) | JUDGE: EDMUND A. SARGUS |
| | ) | |
| v. | ) | MAGISTRATE: Elizabeth Preston Deavers |
| | ) | |
| BAKER & TAYLOR, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRATING MOTION FOR ADMISSION *PRO HAC VICE* OF NAFIZ CEKIRGE, ESQ.

This came before the Court upon consideration of Defendants Baker & Taylor, LLC and Bridgeall Libraries Limited Motion for Admission *Pro Hac Vice* of Nafiz Cekirge, Esq., as co-counsel. For good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that the motion is granted and Mr. Nafiz Cekirge, Esq., is admitted as a member of the bar of this Court for all pretrial activities and for the trial of this matter.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
JUDGE: EDMUND A. SARGUS

_____
MAGISTRATE: ELIZABETH PRESTON DEAVERS