**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**OCLC, INC.,**

    **Plaintiff(s),**

    v.

                                   **Case No. 2:25-cv-309
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers**

**BAKER & TAYLOR, LLC,**
*et al.,*

    **Defendant(s).**

## **NOTICE**

**TAKE NOTICE** that a Telephonic Discovery Conference will be held before the Honorable Elizabeth A. Preston Deavers on **MAY 29, 2025,** at **1:30 PM.** The parties are directed to call **1-551-285-1373,** enter Zoom Meeting ID **161-603-4081#**. The Participant ID and Meeting Passcode are both **581746#.**

                                      *s/Sherry Nichols*
                                      Sherry Nichols, Courtroom Deputy
                                      sherry_nichols@ohsd.uscourts.gov
                                      (614) 719-3461