# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **OCLC, Inc.,** | Case No. 2:25-cv-00309 |
| **Plaintiff,** | |
| v. | Judge Edmund Sargus, Jr. |
| **Baker & Taylor, LLC and Bridgeall Libraries, Ltd.,** | |
| **Defendants.** | **Magistrate Judge Elizabeth Preston Deavers** |

## ORDER GRANTING THE JOINT MOTION TO MODIFY THE SCHEDULE

OCLC, Inc. and Baker & Taylor, LLC and Bridgeall Libraries, Ltd. (the "Parties") jointly move to modify the Court's scheduling order, ECF No. 27. The Court **GRANTS** the motion and **ORDERS** the following modified schedule for preliminary injunction proceedings:

| | |
|---|---|
| June 13, 2025 | Parties exchange written discovery responses |
| June 17, 2025 | Plaintiff files opposition to Defendants' Fed. R. Civ. P. 12(b)(6) motions |
| July 1, 2025 | Defendants file replies in support of Fed. R. Civ. P. 12(b)(6) motions |
| July 25, 2025 | Document production substantially completed |
| August 15, 2025 | Depositions completed |
| August 25, 2025 | Defendants file opposition to P.I. Motion |
| | Plaintiff files opposition to Bridgeall Libraries, Ltd.'s Fed. R. Civ. P. 12(b)(2) motion |
| September 8, 2025 | Plaintiff files reply in support of P.I. Motion |
| | Bridgeall Libraries, Ltd. files reply in support of Fed. R. Civ. P. 12(b)(2) motion |

October 6, 2025      Preliminary Injunction Hearing

**IT IS SO ORDERED.**

| June 11, 2025 | /s/ *Elizabeth A. Preston Deavers* |
|---|---|
| **DATE** | **ELIZABETH A. PRESTON DEAVERS**<br>**UNITED STATES MAGISTRATE JUDGE** |