# Exhibit F

**SCHEDULE 2**
WorldShare® Metadata/OCLC Cataloging

| Section 1 | Description |
|---|---|

OCLC's cataloging and metadata services give Institution the tools needed to effectively manage the metadata for Institution's collection.

| Section 2 | Definitions |
|---|---|

**2.1** "Guidelines" means the "Guidelines for Contributions to WorldCat" as modified from time to time. A current copy of the Guidelines is available at: http://www.oclc.org/worldcat/community/guidelines.en.html

**2.2** "Policy" means the "WorldCat Rights and Responsibilities for the OCLC Cooperative" as modified from time to time as a result of the policy review process described therein. A current copy of the Policy is available at: http://www.oclc.org/en/worldcat/cooperative-quality/policy.html.

**2.3** "Principles" means the WorldCat Principles of Cooperation as modified from time to time. A current copy of the Principles is available at: http://www.oclc.org/worldcat/community/principles.en.html

**2.4** "WorldCat® Data" is defined as set forth in the Policy.

**2.5** All capitalized terms not defined herein shall have the same meaning ascribed to them in the Master Services Agreement.

| SECTION 3 | Responsibilities of Institution |
|---|---|

**3.1** **Institution** shall create bibliographic records and related data for entering information into WorldCat consistent with the Guidelines maintained by OCLC and its advisory groups.

**3.2** Institution using the Systems for cataloging agrees to abide by the Principles and the Guidelines.

**3.3** Institution agrees that the use and transfer by the Institution of WorldCat Data is subject to the Policy.

**3.4** If, during the term hereof, an Institution informs OCLC that bibliographic records it furnishes to OCLC for addition to WorldCat will be subject to usage or transfer restrictions beyond or in addition to those applicable under this Schedule, and if OCLC nevertheless elects to accept such records for addition to WorldCat, OCLC will so notify Institution, after which Institution's rights to access, use and transfer such records will be subject to said usage and transfer restrictions.