# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OCLC, INC., | ) CASE NO. 2:25-CV-309 |
| Plaintiff, | ) JUDGE: EDMUND A. SARGUS, JR. |
| v. | ) MAGISTRATE JUDGE: ELIZABETH PRESTON DEAVERS |
| BAKER & TAYLOR, LLC, ET AL., | ) |
| Defendants. | ) |

## JOINT MOTION TO STRIKE ECF NO. 51

Plaintiff OCLC, Inc. ("**OCLC**") and Defendant Baker & Taylor, LLC ("**Baker & Taylor**") respectfully request that this Court strike the 30(B)(6) Notice of Deposition which was filed in error on July 15, 2025 (ECF No. 51). This request is made jointly and in good faith. After filing, counsel for Baker & Taylor conferred with counsel for OCLC, and the parties promptly brought this issue to the Court's attention. Accordingly, OCLC and Baker & Taylor respectfully request that this Court strike ECF No. 51 from the Court's docket.

Respectfully submitted,

| | |
|---|---|
| /s/ *Jeffrey M. Walker (via email consent)* | /s/ *Derek P. Hartman* |
| Jeffrey M. Walker (0096567), Trial Attorney | Derek P. Hartman (0087869), Trial Attorney |
| Traci L. Martinez (0083989) | Michael C. Cohan (0013542) |
| Kathryn M. Brown (0100426) | CAVITCH, FAMILO & DURKIN CO., L.P.A. |
| Brittany Silverman (0102263) | |
| Erin K. Hassett (0099970) | 1300 East Ninth Street, 20th Floor |
| SQUIRE PATTON BOGGS (US) LLP | Cleveland, Ohio 44114 |
| 2000 Huntington Center | Telephone: (216) 621-7860 |
| 41 South High Street | Facsimile: (216) 621-3415 |
| Columbus, Ohio 43215 | mcohan@cavitch.com |
| Telephone: (614) 365-2700 | dhartman@cavitch.com |
| Facsimile: (614) 365-2499 | |
| jeffrey.walker@squirepb.com | Frank E. Noyes, II (PA Bar No. 48366) |
| traci.martinez@squirepb.com | (*admitted pro hac vice*) |
| kathryn.brown@squirepb.com | OFFIT KURMAN |
| brittany.silverman@squirepb.com | 222 Delaware Avenue, Suite 1105 |
| erin.hassett@squirepb.com | Wilmington, Delaware 19801 |
| *Attorneys for Plaintiff OCLC, Inc.* | fnoyes@offitkurman.com |
| | |
| | Nafiz Cekirge (CA Bar No. 255710) (*admitted pro hac vice*) |
| | OFFIT KURMAN |
| | Court Plaza South, West Wing |
| | 21 Main Street, Suite 158 |
| | Hackensack, New Jersey 07601 |
| | nafiz.cekirge@offitkurman.com |
| | *Attorneys for Defendants Baker & Taylor, LLC & Bridgeall Libraries Ltd.* |

## CERTIFICATE OF SERVICE

On July 16, 2025, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ *Derek P. Hartman*
Derek P. Hartman (0087869), Trial Attorney
*One of the Attorneys for Defendant Baker & Taylor, LLC*