IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OCLC, INC.,**

    **Plaintiff,**

                            **Case No. 2:25-cv-0309**
                            **Judge Edmund A. Sargus, Jr.**
    v.                        **Magistrate Judge Elizabeth P. Deavers**

**BAKER & TAYLOR, LLC,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court on the Joint Motion to Strike ECF No. 51.  (ECF No. 52.) For good cause shown, the Motion is **GRANTED**.  The Court **STRIKES** ECF No. 51 from the docket.

    **IT IS SO ORDERED.**

Date:  July 21, 2025                     /s/ *Elizabeth A. Preston Deavers*
                                              ELIZABETH A. PRESTON DEAVERS
                                              UNITED STATES MAGISTRATE JUDGE