# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**OCLC, INC.,**

    **Plaintiff,**

                                          Case No. 2:25-cv-0309
                                          Judge Edmund A. Sargus, Jr.
    v.                                     Magistrate Judge Elizabeth P. Deavers

**BAKER & TAYLOR, LLC,** *et al.*,

    **Defendants.**

## ORDER AND MEMORANDUM DECISION

This matter is before the Court on the parties' discovery dispute regarding Plaintiff's attorneys'-eyes-only ("AEO") designations on certain discovery responses. The parties submitted AEO letter briefing to the Court via e-mail. The Court finds Plaintiff's arguments persuasive and its AEO designations are proper. In contrast, Defendants' arguments fall short and once again improperly inject the merits into a discovery dispute. Plaintiff's AEO designations for its list of codes and the at-risk customer list in the exhibits submitted with its letter briefing are **APPROPRIATE**.

So that the docket is complete, particularly for consideration by the presiding District Judge, the Court intends to file the letter briefing and exhibits. Accordingly, Plaintiff is **GRANTED LEAVE** to file a Motion to Seal the briefing and exhibits.

    **IT IS SO ORDERED.**

Date:  August 4, 2025                    /s/ *Elizabeth A. Preston Deavers*
                                                ELIZABETH A. PRESTON DEAVERS
                                                UNITED STATES MAGISTRATE JUDGE