# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| OCLC, INC., | ) | CASE NO.: 2:25-CV-309 |
| | ) | |
| PLAINTIFF, | ) | JUDGE: EDMUND A. SARGUS, JR. |
| | ) | |
| V. | ) | MAGISTRATE JUDGE: ELIZABETH PRESTON |
| | ) | DEAVERS |
| BAKER & TAYLOR, LLC, ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER

OCLC, Inc. and Baker & Taylor, LLC and Bridgeall Libraries, Ltd. (the "Parties") jointly move to modify the Court's modified scheduling order, ECF No. 45. For good cause shown, the Court **GRANTS** the motion and **ORDERS** the following modified schedule for preliminary injunction proceedings:

| | |
|---|---|
| August 18, 2025 | Depositions completed |
| August 29, 2025 | Defendants file opposition to P.I. Motion |
| August 29, 2025 | Plaintiff files opposition to Bridgeall Libraries, Ltd.'s motion to dismiss |
| September 12, 2025 | Plaintiff files reply in support of P.I. Motion |
| September 12, 2025 | Bridgeall Libraries, Ltd., files reply in support of motion to dismiss |
| October 6, 2025 | Preliminary Injunction Hearing |

2

**IT IS SO ORDERED.**

| | |
|---|---|
| August 4, 2025 | /s/ Elizabeth A. Preston Deavers |
| **DATE** | **ELIZABETH A. PRESTON DEAVERS** |
| | **UNITED STATES MAGISTRATE JUDGE** |