IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **OCLC, Inc.,** | Case No. 2:25-cv-309 |
| **Plaintiff,** | Judge Edmund A. Sargus, Jr. |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| **Baker & Taylor, LLC and Bridgeall Libraries, Ltd.,** | |
| **Defendants.** | |

**JOINT MOTION FOR LEAVE TO FILE FORTHCOMING BRIEFING AND EXHIBITS UNDER TEMPORARY SEAL**

Plaintiff OCLC, Inc. ("OCLC") and Defendants Baker & Taylor, LLC ("B&T") and Bridgeall Libraries, Ltd. ("Bridgeall") move the Court for an order granting the parties leave to file their forthcoming briefs and supporting exhibits under temporary seal. The grounds for this joint motion are set forth below.

Pursuant to the Court's August 4, 2025 order, Defendants' opposition brief to Plaintiff's Motion for a Preliminary Injunction and Plaintiff's opposition brief to Bridgeall's Motion to Dismiss are due on August 29, 2025. ECF No. 58, PageID # 502. The parties' reply briefs to those motions are due on September 12, 2025. *Id*. The parties also completed depositions as part of expedited discovery on August 18, 2025. Pursuant to the parties' Stipulated Protective Order, ECF No. 22 ("Protective Order"), and the parties' agreement, the deposition transcripts will be treated as "Attorney's Eyes Only" under the Protective Order until the more specific designations are completed by the parties within 30 days of receipt of the final deposition transcripts in accordance with the procedures outlined in Section 5(c) of the Protective Order.

The parties anticipate that at least some of the discussions in the aforementioned briefs and some of the exhibits in support of the same will contain material marked "Attorney's Eyes Only" or "Confidential" pursuant to the parties' Protective Order. Under the Protective Order, documents and information designated as "Attorney's Eyes Only" or "Confidential" cannot be disclosed to the public except upon an order from the Court or with the relevant party's permission.

The parties anticipate that some of the forthcoming briefing and supporting exhibits will contain sensitive business information that will meet the Sixth Circuit's standard for permanent sealing. Public disclosure of these documents may cause irreparable injury to the parties. However, because the parties are still in the process of drafting the briefs, they cannot yet identify the specific information that would be appropriate for sealing.

Accordingly, the parties have met and conferred and hereby jointly request that the Court permit the parties' forthcoming briefing on Plaintiff's Motion for a Preliminary Injunction and Bridgeall's Motion to Dismiss, as well as any supporting exhibits, to be filed under temporary seal. If appropriate, after briefing is complete, the parties will move to permanently seal any documents or information that meet the Sixth Circuit's criteria for the same. Furthermore, a temporary seal will provide the Court with ample opportunity to consider the parties' briefing, without the risk of confidential documents and information being released to the public in the meantime.

The parties thus respectfully request that the Court enter an order granting the parties leave to file the briefing on Plaintiff's Motion for a Preliminary Injunction and Bridgeall's Motion to Dismiss, as well as any supporting exhibits, under temporary seal until the Court can set a briefing schedule and consider whether a permanent seal of certain documents and information is appropriate. The parties propose the following briefing schedule for motions to

permanently seal exhibits or testimony, but defer to the Court on the amount of time it believes is appropriate.

| | |
|---|---|
| Motion(s) for a Permanent Seal: | September 19, 2025 |
| Opposition(s) to Motion(s) for Permanent Seal: | September 24, 2025 |
| Reply(s) in Support: | September 26, 2025 |

Respectfully submitted,

| | |
|---|---|
| /s/ Kathryn M. Brown | /s/ Derek P. Hartman (per email authorization) |
| Jeffrey M. Walker (0096567), Trial Attorney | Derek P. Hartman (0087869), Trial Attorney |
| Traci L. Martinez (0083989) | Michael C. Cohan (0013542) |
| Kathryn M. Brown (0100426) | CAVITCH, FAMILO & DURKIN CO., L.P.A. |
| Brittany Silverman (0102263) | 1300 East Ninth Street, 20th Floor |
| Erin K. Hassett (0099970) | Cleveland, Ohio 44114 |
| SQUIRE PATTON BOGGS (US) LLP | Telephone: (216) 621-7860 |
| 2000 Huntington Center | Facsimile: (216) 621-3415 |
| 41 South High Street | mcohan@cavitch.com |
| Columbus, Ohio 43215 | dhartman@cavitch.com |
| Telephone: (614) 365-2700 | |
| Facsimile: (614) 365-2499 | Frank E. Noyes, II (PA Bar No. 48366) |
| jeffrey.walker@squirepb.com | (*admitted pro hac vice*) |
| traci.martinez@squirepb.com | OFFIT KURMAN |
| kathryn.brown@squirepb.com | 222 Delaware Avenue, Suite 1105 |
| brittany.silverman@squirepb.com | Wilmington, Delaware 19801 |
| erin.hassett@squirepb.com | fnoyes@offitkurman.com |
| *Attorneys for Plaintiff OCLC, Inc.* | *Attorneys for Defendants Baker & Taylor, LLC & Bridgeall Libraries Ltd.* |

## CERTIFICATE OF SERVICE

On August 21, 2025, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Kathryn M. Brown*
Kathryn M. Brown

*One of the Attorneys for Plaintiff OCLC*
