IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OCLC, INC.,**

    **Plaintiff,**

                                  Case No. 2:25-cv-0309
                                  Judge Edmund A. Sargus, Jr.
    v.                           Magistrate Judge Elizabeth P. Deavers

**BAKER & TAYLOR, LLC,** *et al.***,**

    **Defendants.**

## ORDER

    This matter is before the Court on the Joint Motion for Leave to File Forthcoming Briefing and Exhibits Under Temporary Seal. (ECF No. 59.) The Motion is **GRANTED**. The parties may file the briefing on Plaintiff's Motion for a Preliminary Injunction and Bridgeall Libraries, Ltd.'s Motion to Dismiss, as well as any supporting exhibits, under temporary seal. The parties must file any motions for permanent seal by **SEPTEMBER 19, 2025**, oppositions by **SEPTEMBER 24, 2025**, and replies by **SEPTEMBER 26, 2025**.

    **IT IS SO ORDERED.**

Date: August 22, 2025                  /s/ *Elizabeth A. Preston Deavers*
                                              ELIZABETH A. PRESTON DEAVERS
                                              UNITED STATES MAGISTRATE JUDGE