IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OCLC, INC., | CASE NO. 2:25-CV-309 |
| PLAINTIFF, | JUDGE: EDMUND A. SARGUS |
| v. | MAGISTRATE: ELIZABETH PRESTON DEAVERS |
| BAKER & TAYLOR, LLC, ET AL, | |
| DEFENDANTS. | |

**NOTICE OF WITHDRAWAL OF DEFENDANT BRIDGEALL LIBRARIES LTD.'S FED. R. CIV. P. 12(B)(2) MOTION TO DISMISS**

Defendant Bridgeall Libraries, Ltd. ("***Bridgeall***") respectfully gives notice to the Court and all Parties that it hereby withdraws its Fed. R. Civ. P. 12(b)(2) motion to dismiss (ECF No. 35), filed on May 27, 2025. For avoidance of doubt, Bridgeall's Fed. R. Civ. P. 12(b)(6) motion to dismiss (ECF No. 35), filed May 27, 2025, and fully briefed, is not being withdrawn.

Respectfully submitted,

/s/ *Derek P. Hartman*
Derek P. Hartman (0087869), Trial Attorney
Michael C. Cohan (0013542)
Jose Mendez Valdez (0105056)
CAVITCH FAMILO & DURKIN CO., L.P.A.
1300 East Ninth Street, Twentieth Floor
Cleveland, Ohio 44114
Telephone:	(216) 621-7860
Facsimile:	(216) 621-3415
Email:	mcohan@cavitch.com
	dhartman@cavitch.com
	jvaldez@cavitch.com

*Attorneys for Defendant Bridgeall Libraries, Ltd.*

/s/ *Frank E. Noyes, II  (admitted pro hac vice)*
Frank E. Noyes, II (PA Bar No. 48366)
OFFIT KURMAN, P.A.
222 Delaware Avenue, Suite 1105
Wilmington, Delaware 19801
Telephone:	302-351-0900
Facsimile:	302-351-0915
Email:	fnoyes@offitkurman.com

*Attorneys for Defendant Bridgeall Libraries, Ltd.*

**CERTIFICATE OF SERVICE**

On September 9, 2025, this document was served via email on all counsel of record and will be served through the Court's electronic docket system.

/s/ *Derek P. Hartman*
Derek P. Hartman (0087869), Trial Attorney
*One of the Attorneys for Defendant Bridgeall Libraries, Ltd.*