UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OCLC, INC.,**

    **Plaintiff,**

v.

**BAKER & TAYLOR, LLC,** *et al.***,**

    **Defendants.**

**Case No. 2:25-cv-309**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is set for a preliminary injunction hearing to occur on October 6, 2025, at 9:00 a.m. (ECF No. 28.) Due to a scheduling conflict, the Court **RESCHEDULES** the hearing to begin on October 6, 2025, at 1:30 p.m., in Courtroom No. 311. This is a time change only.

This case remains open.

**IT IS SO ORDERED.**

**9/17/2025**　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**