UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OCLC, INC.,**
          **Plaintiff,**

    v.                                      Case Number 2:25-cv-309
                                                  Judge Edmund A. Sargus, Jr.

**BAKER & TAYLOR, LLC.,**
          **Defendant.**

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:        Telephone Conference

TYPE OF PROCEEDING: **Telephone Conference**

**TAKE NOTICE** that a <u>Telephone Conference</u> will be held before the Honorable Edmund A. Sargus, Jr. on **September 18, 2025, 2025 at 2:00 p.m.**

**<u>Telephone Conference Instructions</u>:**
- The parties are directed to call **1-646-828-7666**
- Enter the meeting ID **161 760 7265** and press **#**
- It will prompt you to enter your participant ID or press #. Press **#**
- Enter the conference passcode **182928** and press **#**


                                                  **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**

DATE:  September 17, 2025

                                                    _/s/   Christin M. Werner_
                                                    (By) Christin M. Werner, Deputy Clerk