# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| OCLC, INC., | ) | CASE NO. 2:25-CV-309 |
| | ) | |
| PLAINTIFF, | ) | JUDGE: EDMUND A. SARGUS |
| | ) | |
| v. | ) | MAGISTRATE: ELIZABETH PRESTON DEAVERS |
| | ) | |
| BAKER & TAYLOR, LLC, ET AL, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## DEFENDANTS BAKER & TAYLOR, LLC AND BRIDGEALL LIBRARIES LTD.'S MOTION FOR CONTINUANCE OF THE BRIEFING SCHEDULE FOR THE MOTIONS TO SEAL

Defendants Baker & Taylor, LLC ("**Baker & Taylor**") and Bridgeall Libraries, Ltd. ("**Bridgeall**"), by and through counsel, and hereby move this Court for a continuance of the briefing schedule for the parties' respective motions to seal (ECF No. 60).

During the Telephone Status Conference with the Court on September 18, 2025, the Court set an informal, expedited scheduling order setting forth deadlines for the parties to file briefings on Plaintiff OCLC, Inc.'s forthcoming request for a temporary restraining order. The deadlines set by the Court allow only six (6) days for the parties to fully brief the issue. Due to the time-sensitive nature and the immediate and focused attention this issue requires, Baker & Taylor and Bridgeall request that the Court continue the briefing schedule for the motions to seal as follows:

    Motion(s) for a Permanent Seal:                      October 3, 2025

Opposition(s) to Motion(s) for Permanent Seal:	October 8, 2025

Reply(s) in Support:	October 10, 2025

Defendants' request for continuance is not meant to be dilatory or submitted for purpose of delay, but rather solely based upon the necessity for the expedited briefing on this new issue. Neither Party will be prejudiced by the requested continuance.

Respectfully submitted,

| | |
|---|---|
| /s/ Derek P. Hartman | /s/ Frank E. Noyes, II    (admitted pro hac vice   ) |
| Derek P. Hartman (0087869), Trial Attorney | Frank E. Noyes, II (PA Bar No. 48366) |
| Michael C. Cohan (0013542) | OFFIT KURMAN, P.A. |
| Jose Mendez Valdez (0105056) | 222 Delaware Avenue, Suite 1105 |
| CAVITCH FAMILO & DURKIN CO., L.P.A. | Wilmington, Delaware 19801 |
| 1300 East Ninth Street, Twentieth Floor | Telephone:    302-351-0900 |
| Cleveland, Ohio 44114 | Facsimile:     302-351-0915 |
| Telephone:    (216) 621-7860 | Email:            fnoyes@offitkurman.com |
| Facsimile:     (216) 621-3415 | |
| Email:            mcohan@cavitch.com | *Attorneys for Defendant Bridgeall Libraries, Ltd.* |
|                      dhartman@cavitch.com | |
|                      jvaldez@cavitch.com | |

*Attorneys for Defendant Bridgeall Libraries, Ltd.*

## CERTIFICATE OF SERVICE

On September 18, 2025, this document was served via email on all counsel of record and will be served through the Court's electronic docket system.

/s/ *Derek P. Hartman*
Derek P. Hartman (0087869), Trial Attorney
*One of the Attorneys for Defendant Baker & Taylor, LLC*