**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**OCLC, INC.,**

      **Plaintiff,**

                                **Case No. 2:25-cv-0309**
                                **Judge Edmund A. Sargus, Jr.**
     **v.**                         **Magistrate Judge Elizabeth P. Deavers**

**BAKER & TAYLOR, LLC,** *et al.*,

      **Defendants.**

## <u>ORDER</u>

This matter is before the Court on Defendants' Motion for Continuance of the Briefing Schedule for the Motions to Seal.  (ECF No. 67.)  It is **ORDERED** that the default briefing schedule set forth in Local Civil Rule 7.2(a)(2) shall **NOT** apply to this Motion.  Plaintiff is **DIRECTED** to file a response, if any, to Defendants' Motion no later than **SEPTEMBER 22, 2025**.  No reply will be permitted unless ordered by the Court.  The deadline to move for permanent seal is temporarily **STAYED**.

      **IT IS SO ORDERED.**

Date:  September 19, 2025          /s/ *Elizabeth A. Preston Deavers*
                                    ELIZABETH A. PRESTON DEAVERS
                                    UNITED STATES MAGISTRATE JUDGE