**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **OCLC, Inc.,** | **Case No. 2:25-cv-309** |
| **Plaintiff,** | **Judge Edmund A. Sargus, Jr.** |
| v. | **Magistrate Judge Elizabeth Preston Deavers** |
| **Baker & Taylor, LLC and Bridgeall Libraries, Ltd.,** | |
| **Defendants.** | |

---

**PLAINTIFF OCLC, INC.'S RESPONSE TO DEFENDANTS'**
**MOTION TO CONTINUE**

---

Plaintiff OCLC, Inc., does not oppose Defendants Baker & Taylor, LLC and Bridgeall

Libraries Limited's Motion for a Continuance of the Briefing Schedule for the Motions to Seal,

and OCLC would have given its consent to Defendants' motion if asked previously.

Respectfully submitted,

*/s/ Jeffrey M. Walker*
Jeffrey M. Walker (0096567)
Kathryn M. Brown (0100426)
Traci L. Maritnez (0083989)
Brittany Silverman (0102263)
Erin Hassett (0099970)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
jeffrey.walker@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com
erin.hassett@squirepb.com

*Attorneys for Plaintiff OCLC, Inc*

## CERTIFICATE OF SERVICE

On September 22, 2025, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Jeffrey M. Walker*
One of the Attorneys for Plaintiff OCLC, Inc.