# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **OCLC, Inc.,** | Case No. 2:25-cv-309 |
| Plaintiff, | Judge Edmund A. Sargus, Jr. |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| **Baker & Taylor, LLC and Bridgeall Libraries, Ltd.,** | |
| Defendants. | |

## DECLARATION OF KATHRYN M. BROWN

I, Kathryn M. Brown, declare the following pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm of Squire Patton Boggs (US) LLP, which Plaintiff OCLC, Inc. ("OCLC") has retained as counsel in the above-captioned matter.

2. I submit this declaration in support of OCLC's Motion for a Temporary Restraining Order. I have knowledge of the facts stated herein based on personal knowledge and my review of the documents, files, websites, and other referenced materials.

3. On September 11, 2025, *Publishers Weekly* published an article that ReaderLink Distribution Services, LLC ("ReaderLink") and Defendant Baker & Taylor, LLC ("Baker & Taylor") had "signed a letter of intent under which ReaderLink will acquire the business and substantially all of the assets of B&T" and that the sale is set to close on September 26, 2022. A true and accurate copy of that article is attached here as Exhibit A and available at https://www.publishersweekly.com/pw/by-topic/industry-news/industry-deals/article/98575-readerlink-agrees-to-buy-baker-taylor.html (last visited Sept. 22, 2025).

4. On September 11, 2025, Baker & Taylor's President and Chief Executive Office, Amandeep Kochar, circulated a note to Baker & Taylor's customers, announcing the letter of intent between Baker & Taylor and ReaderLink and affirming that the transaction is expected to close on September 26, 2025. Mr. Kochar also stated that "[m]ost of the current Baker & Taylor management team and employees are joining the ReaderLink team" and that Mr. Kochar will "continue to lead the Baker & Taylor business." He also informed customers that they could "continue placing orders as usual." A true and accurate copy of this note is attached here as Exhibit B and available at https://tinyurl.com/2s387ds6 (last visited Sept. 22, 2025).

5. Baker & Taylor's counsel did not notify the Court or OCLC of the transaction with ReaderLink or that the transaction would affect the current litigation or OCLC's requested preliminary injunction. OCLC had to affirmatively reach out to defense counsel to discuss the transaction.

6. On Wednesday, September 17, 2025, counsel for OCLC and Baker & Taylor met to discuss the transaction. During that call, Baker & Taylor's counsel confirmed that the transaction was an asset sale for nearly all Baker & Taylor's assets, that BTCat was included in the transaction, and that the current executive team (including Mr. Kochar) would move over to ReaderLink to run the business following the transaction. Defense counsel also confirmed that the acquisition is set to close on September 26, 2025.

7. Defense counsel also shared that Baker & Taylor had not planned to disclose the sale to OCLC or the Court prior to the closing. Additionally, counsel shared that it is Baker & Taylor's view that after the asset sale closes, OCLC will no longer be able to obtain its requested preliminary injunctive relief from Baker & Taylor, and therefore, Baker & Taylor planned to move to vacate the October 6, 2025 preliminary injunction hearing after the sale on mootness grounds.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Columbus, Ohio this 22nd day of September, 2025.

> */s/ Kathryn M. Brown*
> Kathryn M. Brown (0100426)
> SQUIRE PATTON BOGGS (US) LLP
> 2000 Huntington Center
> 41 South High Street
> Columbus, Ohio 43215
> Telephone: (614) 365-2700
> Facsimile: (614) 365-2499
> kathryn.brown@squirepb.com

3

# Exhibit A



SELF-PUB booklife.  JOBZONE  THE MILLIONS

SUBSCRIBE: DIGITAL + PRINT   FREE NEWSLETTERS   LOG IN

NEWS | REVIEWS | BESTSELLERS | CHILDREN'S | AUTHORS | PREVIEWS | DIGITAL | INTERNATIONAL | AI

Obituaries | Book Deals | Financial Reporting | Page to Screen | Bookselling | Publisher News | Awards & Prizes | Comics | Business Deals | Shows & Events |
Cooking | People | Religion | Audio Books | Manufacturing | Marketing | PW Picks | Licensing | U.S. Book Show | News Briefs

Home > News > Business Deals

Field Sales Specialist - Ingram Content Group - Minneapolis, MN.    NEXT JOB ▶

# ReaderLink Agrees to Buy Baker & Taylor

By Jim Milliot | Sep 11, 2025



Photo: Claire Kirch

Readerlink is the unchallenged book distributor to such large nontrade outlets as Walmart and Target, whose books section in a San Diego Target is pictured here.

For the fourth time in just less than 10 years, Baker & Taylor is about to get a new owner. In a letter sent to publishers, ReaderLink CEO Dennis Abboud wrote that the two parties have signed a letter of intent under which ReaderLink will acquire the business and substantially all of the assets of B&T, including Baker & Taylor Distribution Services. The acquisition is expected to close on September 26.

According to the letter, most of the current B&T management team and employees will join ReaderLink, including Aman Kochar, B&T's CEO and current owner who bought the library wholesaler from Follett Corp. in 2021. As part of ReaderLink, Kochar will continue to head B&T business, reporting directly to Abboud.

QUICKLINKS

ADVERTISEMENT

MORE FROM PW

The Big Indie Books of Fall 2025

5 Kitchen Memoirs for Fans of 'The Bear'

12 Genre-Stretching Works of Fiction

**RELATED STORIES:**

- PW issue Contents
- More in News -> Business Deals
- More in articles by Jim Milliot

Request permission to reprint of this article.

**FREE E-NEWSLETTERS**

Enter e-mail address

☑ PW Daily  ☑ Tip Sheet

**SUBSCRIBE**   More Newsletters

Although it is the country's largest library wholesaler, B&T has struggled to remain a profitable company in a low margin business. Following his acquisition of B&T, Kochar implemented a number of changes to try an improve its financial picture, an effort that was only partially successful. Abboud alluded to B&T's problems, writing that "the last several months have been a challenging period for Baker & Taylor. The company has faced headwinds, including the pressures of operating independently, emerging from the COVID-19 pandemic, and overcoming the debilitating impacts and financial losses resulting from cyberattacks in 2022."

As part of the rationale for the deal, Kochar sent his own letter to library clients (later sent out by ReaderLink as well) explaining that ReaderLink, which distributes books to mass merchandisers such as Target, Walmart, and other large nontrade outlets, is "well-capitalized and maintains over $250 million in inventory across its six geographically optimized distribution centers, which will soon augment Baker & Taylor's existing operations centers."

The transaction, Kochar continued, brings additional resources to B&T's customers, "including best-in-class in-stock positions, faster order turnarounds, and an expanded portfolio of library-tailored products while continuing Baker & Taylor's personalized customer service." Baker & Taylor and ReaderLink have done business in the past. In 2015, ReaderLink bought B&T's publishing business, which is now known as Silver Dolphin.

As noted by Abboud, ReaderLink is acquiring only B&T's assets and any balances owed by B&T to suppliers remain with that company. According to the Abboud letter, ReaderLink has been "advised that in the coming weeks the current owners or their advisors will provide guidance regarding the process for submitting claims related to pre-closing open invoices." Questions about any balance can be directed to APClaims@baker-taylor.com.

Abboud noted that while ReaderLink is not assuming pre-closing liabilities, it will take on the financial obligation "for any product ordered by, and shipped to, Baker & Taylor following the closing of the transaction." ReaderLink will provide guidance shortly with respect to how future purchase orders will be issued and where to direct any requests for transition information, Abboud wrote.

Publishers were not surprised that B&T has once again changed hands since many had been experiencing problems with the wholesaler for some time and B&T had been on credit hold with some publishers, particularly in recent months. *PW* has also received a number of complaints from librarians about B&T's service.

The announcement did carry a couple of surprises for publishers though, including that ReaderLink was the buyer. Two publishers pointed to the lack of synergy between ReaderLink and B&T and wondered how the pairing will result in savings. Another publisher questioned how a company (ReaderLink) "that has 100% of the wholesale market now be allowed to buy such a big piece of the library market?" Others noted that ending up with ReaderLink is better than B&T being acquired by Ingram, which would give Ingram the dominant position in both library and trade wholesaling.

Another concern raised by a number of publishers was about how much of the money B&T owes publishers will be paid back. "It is concerning that the accounts payable will remain with the current owners and whether publishers will get paid or need to write off the outstanding invoices," one publisher said. Michael Kerber, president of Red Wheel/Weiser, told *PW*, "We have worked with Baker & Taylor in good faith and expect them as a result of this this sale to honor all outstanding invoices."

A version of this article appeared in the 09/15/2025 issue of *Publishers Weekly* under the headline:

**ALSO ON PW**

   



6 Mysteries to Scratch That 'White Lotus' Itch

**FEATURED REVIEWS**



**THE PREDICAMENT**

William Boyd. Atlantic Crime, $28 (272p) ISBN 978-0-8021-6627-2

◂ PREVIOUS           NEXT ▸

**MOST POPULAR**

- *PW* Best Books
- Trump Sues Penguin Random House, 'New York Times' for $15 Billion
- ReaderLink Agrees to Buy Baker & Taylor
- Federal Judge Tosses Trump's Lawsuit Against PRH, 'NYT'
- The 2025 Freedom to Read Issue
- Book Banners Are Everywhere. These Lawyers Are Playing Offense.
- Karen Lotz Joins Norton as Director, Children's Books and Strategic Development
- Books on Trial: 8 Freedom to Read Cases to Watch
- The 10 Best Emily Dickinson Poems
- Book Club Picks for September 2025
- HarperCollins to Reissue 35 'American Classics'

**BESTSELLERS**

View by genre:

Top 10 Overall ▾           more

**1** The Secret of Secrets
Dan Brown, Author

**2** Wild Card (Standard Edition)
Elsie Silver, Author

**3** The Unexpected Journey: Finding Strength, Hope, and Yourself on the Caregiving Path
Emma Heming Willis, Author

**4** The Let Them Theory: A Life-Changing Tool That Millions of People Can't Stop Talking about
Mel Robbins, Author

**5** Confronting Evil: Assessing the Worst of the Worst
Bill O'Reilly, Author, Josh Hammer, Author

Our Annual Book Biz Events Calendar more...

This Week's Starred Reviews

Check Out Our Podcasts! more...

Kids & Teens Love LOVE WARS

About Us | Contact Us | Submission Guidelines | FAQ | Subscriber Services | Advertising Info | Terms of Use | Privacy Policy | Do Not Sell | Calls for Info | Editorial Calendar | Archives | Press |

© PWxyz, LLC. All rights reserved. PUBLISHERS WEEKLY and the PW Logo are trademarks of PWxyz, LLC.

**News**
Obituaries
Book Deals
Financial Reporting
Page to Screen
Bookselling
Publisher News
Awards & Prizes
Comics
Business Deals
Shows & Events
Cooking
People
Religion
Audio Books
Manufacturing
Marketing
PW Picks
Licensing
U.S. Book Show

**Reviews**
Fiction
Mystery/Thriller
Sci-Fi/Fantasy/Horror
Romance/Erotica
Comics
Poetry
Inspirational Fiction
Nonfiction
Lifestyle
Religion
Children's
Web Exclusive
BookLife

**Bestsellers**
Children's Frontlist Fiction
Children's Picture Books
Hardcover Frontlist Fiction
Hardcover Frontlist Nonfiction
Top 10 Overall
Trade Paper Frontlist

**Children's**
Authors
Book News
Industry News

**Authors**
Profiles
Interviews
Why I Write
BookLife

**Previews**
Adult Previews
Children's Previews
Religion Listings
On-Sale Calendar
Galley Talk

**Digital**
Devices
Copyright
Retailing
Conferences
Content / e-books
Apps
Digital Marketplace

**The Roundup**

**International**
Deals
News
Trade Shows
Frankfurt Book Fair
London Book Fair
Bologna Book Fair
Sharjah Book Fair
China Showcase
Translation Database

**Job Zone**
**Job Moves**

**Find Us**
Facebook
Twitter
Instagram
LinkedIn PW
LinkedIn PW Religion & Spirituality
LinkedIn PW School Librarian

**AI**



x

# Exhibit B

9/18/25, 10:03 AM
Case: 2:25-cv-00309-EAS-EPD Doc #: 71-1 Filed: 09/22/25 Page: 10 of 11 PAGEID #: 1914
view.e.baker-taylor.com/?qs=617cda9dd36ef875b851605af27cd0c4a48b00a4b70d3a9cbe60dec23426987e8f6b7298c2b2bd532d…



**A Note from Aman Kochar, President and CEO**

We are pleased to announce that ReaderLink Distribution Services, LLC ("ReaderLink") and Baker & Taylor, LLC ("Baker & Taylor") have entered a Letter of Intent whereby ReaderLink will acquire the business and substantially all the assets of Baker & Taylor. The transaction, which is subject to remaining due diligence and customary conditions to closing, is expected to close on or about September 26, 2025.

ReaderLink, the largest full-service book distributor in the world, is well-capitalized and maintains over $250 million in inventory across its six geographically optimized distribution centers, which will soon augment Baker & Taylor's existing operations centers. The transaction brings additional resources for Baker & Taylor's customers, including best-in-class in-stock positions, faster order turnarounds, and an expanded portfolio of library-tailored products while continuing Baker & Taylor's personalized customer service.

Most of the current Baker & Taylor management team and employees are joining the ReaderLink team, and I will continue to lead the Baker & Taylor business, reporting to Dennis E. Abboud, CEO of ReaderLink. By partnering with ReaderLink, your Baker & Taylor team will continue to deliver the exceptional service, inventory, and solutions you expect.

**No action is required from you at this time – you can continue placing orders as usual. We will continue to provide updates as we approach the close date.**

Regarding the transaction, Dennis E. Abboud, ReaderLink's president and C.E.O., said, "We believe that the Company's talented management team, dedicated employees and world-class Library partners distinguish Baker & Taylor as an industry leader. This transaction provides both Baker & Taylor and ReaderLink with additional assets and expertise to continue both companies' long-standing, proven commitment to customer service to better enable our Library partners to succeed in a dynamic and evolving book market."

**About ReaderLink Distribution Services, LLC**

9/18/25, 10:03 AM view.e.baker-taylor.com/?qs=617cda9dd36ef875b851605af27cd0c4a48b00a4b70d3a9cbe60dec23426987e8f6b7298c2b2bd532d...

Case: 2:25-cv-00309-EAS-EPD Doc #: 71-1 Filed: 09/22/25 Page: 11 of 11 PAGEID #: 1915

ReaderLink is the largest full-service book distributor in the world, supporting over 400 retail accounts with more than 100,000 storefronts. ReaderLink's distribution customer base comprises virtually every U.S. chain retailer, including mass merchants, warehouse clubs, grocery stores, drug stores, bookstores, online sellers, specialty retailers and transportation centers. In addition, ReaderLink supplies retail partners in Canada, the UK, Japan, and Australia, and supports U.S. military installations worldwide. ReaderLink sells approximately one out of every three of the most popular books annually sold in the U.S. ReaderLink also owns Printers Row Publishing Group, a "top 10" trade publisher with thousands of proprietary and published titles. For more information go to **www.ReaderLink.com**

**About Baker & Taylor, LLC**

Founded in 1828, Baker & Taylor has a long and storied history serving libraries. As a leading supplier, the company is well known and trusted for carrying the materials libraries need while innovating and bringing unique products to customers worldwide. Backed by comprehensive logistics and unparalleled customer support, Baker & Taylor empowers libraries to enrich their collections, engage patrons, and nurture literacy and lifelong learning. Learn more at **www.baker-taylor.com.**

Forward | Share | Tweet | Share

View Online | Update Preferences | Unsubscribe | Privacy Policy
© 2025 Baker & Taylor, Inc.
2810 Coliseum Centre Drive, Suite 300, Charlotte, NC 28217-4574

