# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**OCLC, INC.,**

    **Plaintiff,**

                                                            **Case No. 2:25-cv-0309**
                                                            **Judge Edmund A. Sargus, Jr.**
    v.                                             **Magistrate Judge Elizabeth P. Deavers**

**BAKER & TAYLOR, LLC,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court on Defendants' Motion for Continuance of the Briefing Schedule for the Motions to Seal.  (ECF No. 67.)  Plaintiff does not oppose the Motion.  (ECF No. 70.)  For good cause shown, the Motion (ECF No. 67) is **GRANTED**.  The deadlines to move for permanent seal are hereby **AMENDED** as follows:

    Motions:                  October 3, 2025

    Oppositions:          October 8, 2025

    Replies:                  October 10, 2025

**IT IS SO ORDERED.**


Date:  September 23, 2025                /s/ *Elizabeth A. Preston Deavers*
                                               ELIZABETH A. PRESTON DEAVERS
                                               UNITED STATES MAGISTRATE JUDGE