UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OCLC, INC.,**
        Plaintiff,

    v.                                          Case Number 2:25-cv-309
                                                    Judge Edmund A. Sargus, Jr.

**BAKER & TAYLOR, LLC,** *et al*.,
        Defendants.

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:        Telephone Conference

TYPE OF PROCEEDING: **Telephone Status Conference**

**TAKE NOTICE** that a <u>Telephone Status Conference</u> will be held before the Honorable Edmund A. Sargus, Jr. on **September 25, 2025, 2025 at 2:00 p.m.**

**Telephone Conference Instructions:**
- The parties are directed to call **1-646-828-7666**
- Enter the meeting ID **161 760 7265** and press **#**
- It will prompt you to enter your participant ID or press #. Press **#**
- Enter the conference passcode **182928** and press **#**

                                                              **EDMUND A. SARGUS, JR.**
                                                              **UNITED STATES DISTRICT JUDGE**

DATE:   September 25, 2025

                                                             /s /   Christin M. Werner
                                                             (By) Christin M. Werner, Deputy Clerk