UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OCLC, INC.,

      **Plaintiff,**

v.

BAKER & TAYLOR, LLC, *et al.*,

      **Defendants.**

Case No. 2:25-cv-309
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on Plaintiff OCLC, Inc.'s Motion for Temporary Restraining Order ("TRO"). (ECF No. 71.) On September 22, 2025, OCLC moved for a TRO to enjoin Defendant Baker & Taylor, LLC ("B&T") from selling its BTCat asset to a third-party based on an undisputed news report that B&T is scheduled to close on a sale of substantially all of its assets to ReaderLink Distribution Services, LLC, on September 26, 2025. (*Id.* PageID 1893.) Defendants filed a Response in Opposition to the Motion for TRO and confirmed that the sale is scheduled to close on September 26. (ECF No. 73.) A hearing regarding OCLC's separate Motion for a Preliminary Injunction (ECF No. 5) is currently scheduled for October 6, 2025 (ECF No. 65).

The Court held a telephone status conference regarding the Motion for TRO on September 25, 2025. (*See* ECF No. 74.) At the conference, the Court orally denied OCLC's Motion for TRO (ECF No. 71) for reasons stated on the record. The Court will not enjoin the pending sale of Baker & Taylor's assets to ReaderLink. This written Order memorializes the Court's oral order.

The Court granted OCLC leave to file an Amended Complaint in which ReaderLink will be added as a Defendant. The Court directed OCLC to file an Amended Complaint by September 26, 2025. The Court found that ReaderLink has constructive notice of OCLC's Motion for

Preliminary Injunction and of the hearing scheduled for (ECF No. 65) because that information is publicly known on the Court's docket, among other reasons. The Court directed OCLC to serve ReaderLink with process in accordance with the Federal Rules of Civil Procedure, and counsel for Defendants averred that he would provide OCLC the contact information for an attorney from ReaderLink.

The Court also instructed OCLC to file a new Application for TRO regarding all Defendants, including ReaderLink, by September 26, 2025, and found that issues in the new Application for TRO will not substantially differ from those briefed in OCLC's Motion for Preliminary Injunction (ECF No. 5), Defendants' Sealed Response in Opposition (ECF No. 62), and OCLC's Sealed Reply (ECF No. 64). Because the Court expects the Application for TRO to be refashioned from the Motion for Preliminary Injunction, the Court does not anticipate the need for a response and reply regarding the Application for TRO. OCLC shall not add new claims or grounds for relief in the Amended Complaint or the new Application for TRO that were not raised in its Motion for Preliminary Injunction, other than to assert against ReaderLink the preexisting claims and grounds for relief.

After the telephone status conference, OCLC requested via email that the Court modify the deadline for filing an Amended Complaint and new Application for TRO to 24 hours after B&T provides notice to OCLC that the transaction between B&T and ReaderLink has been signed and closed. B&T does not oppose the request. The Court **GRANTS** the request to modify the deadlines.

For reasons stated on the record at the telephone status conference on September 25, 2025, the Court **DENIES** Plaintiff OCLC Inc.'s Motion for Temporary Restraining Order. (ECF No. 71.) A written opinion and order further explaining the Court's reasoning will follow. The Court **GRANTS** OCLC leave to file an Amended Complaint adding ReaderLink Distribution Services,

LLC, as a Defendant and **DIRECTS** OCLC to file the Amended Complaint and a new Application for TRO **within 24 hours after receiving notice from B&T that the transaction with ReaderLink has closed**.

The Court will move forward with a hearing on the new Application for TRO on **October 6, 2025, at 1:30 p.m.** in place of the preliminary injunction hearing previously scheduled for the same date and time. (*See* ECF No. 65.) The Court expects that Plaintiff OCLC, Inc. and Defendants Baker & Taylor, Bridgeall Libraries, Ltd., and ReaderLink will be represented at the hearing.

This case remains open.

**IT IS SO ORDERED.**

**9/25/2025**                                          **s/Edmund A. Sargus, Jr.**
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**