# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**OCLC, INC.,**
        Plaintiff,

v.                                      Case Number 2:25-cv-309
                                          Judge Edmund A. Sargus, Jr.

**BAKER & TAYLOR, LLC,** *et al.***,**
        Defendants.

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:     United States District Court
             Joseph P. Kinneary U.S. Courthouse     Courtroom Number 311
             85 Marconi Boulevard                          **October 6, 2025 at 1:30 p.m.**
             Columbus, Ohio 43215

TYPE OF PROCEEDING: **TRO Hearing**

                                                         **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**

DATE:   September 25, 2025

                                                           /s /   Christin M. Werner
                                                          (By) Christin M. Werner, Deputy Clerk