IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **OCLC, Inc.** | Case No. 2:25-cv-309 |
| Plaintiff, | Judge Edmund A. Sargus, Jr. |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| **Baker & Taylor, LLC and Bridgeall Libraries, Ltd.,** | |
| Defendants. | |

**JOINT NOTICE OF STIPULATED PRELIMINARY INJUNCTION AND JOINT MOTION FOR A STAY**

Plaintiff OCLC, Inc. and Defendants Baker & Taylor, LLC and Bridgeall Libraries Limited jointly notify the Court that the parties have reached a stipulated preliminary injunction that resolves OCLC's Motion for Preliminary Injunction (Dkt. 5) and the hearing on that motion scheduled for October 6, 2025. The parties have attached the stipulation as Exhibit 1. Accordingly, the parties respectfully request that this Court enter the stipulation to resolve the pending Motion for Preliminary Injunction and vacate the October 6, 2025 hearing. This stipulation does not resolve Baker & Taylor's partial motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) (Dkt. 34) or Bridgeall's motion to dismiss under Rule 12(b)(6) (Dkt. 35), which was not withdrawn (Dkt. 63).

Pursuant to the stipulation, the parties also jointly move for a stay of this litigation and a status conference at the conclusion of the stay. The parties request a stay of thirty days to begin on the date of the Court's entry of the attached stipulation. A stay will allow the parties to proceed with a third-party audit of Defendants' BTCat product, as set forth in the stipulation. During the

status conference at the conclusion of the stay, the parties will deliver a joint update to the Court and be prepared to either move to extend the stay, if necessary to complete the audit, or submit a report under Federal Rule of Procedure 26(f). The parties note that a stay would impact the current briefing schedule on the parties' motions to permanently seal. *See* Sept. 23, 2025 Order, Dkt. 72.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey M. Walker* | */s/ Frank E. Noyes* |
| Jeffrey M. Walker (0096567), Trial Attorney | Derek P. Hartman (0087869), Trial Attorney |
| Traci L. Martinez (0083989) | Michael C. Cohan (0013542) |
| Kathryn M. Brown (0100426) | CAVITCH, FAMILO & DURKIN CO., L.P.A. |
| Brittany Silverman (0102263) | 1300 East Ninth Street, 20th Floor |
| Erin K. Hassett (0099970) | Cleveland, Ohio 44114 |
| SQUIRE PATTON BOGGS (US) LLP | Telephone: (216) 621-7860 |
| 2000 Huntington Center | Facsimile: (216) 621-3415 |
| 41 South High Street | mcohan@cavitch.com |
| Columbus, Ohio 43215 | dhartman@cavitch.com |
| Telephone: (614) 365-2700 | |
| Facsimile: (614) 365-2499 | Frank E. Noyes, II (PA Bar No. 48366) |
| jeffrey.walker@squirepb.com | (*admitted pro hac vice*) |
| traci.martinez@squirepb.com | OFFIT KURMAN |
| kathryn.brown@squirepb.com | 222 Delaware Avenue, Suite 1105 |
| brittany.silverman@squirepb.com | Wilmington, Delaware 19801 |
| erin.hassett@squirepb.com | fnoyes@offitkurman.com |
| *Attorneys for Plaintiff OCLC, Inc.* | *Attorneys for Defendants Baker & Taylor, LLC & Bridgeall Libraries Ltd.* |

## **CERTIFICATE OF SERVICE**

On October 2, 2025, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Jeffrey M. Walker*
One of the Attorneys for Plaintiff OCLC
