# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| OCLC, INC., | CASE NO. 2:25-CV-309 |
| PLAINTIFF, | JUDGE: EDMUND A. SARGUS |
| V. | MAGISTRATE: ELIZABETH PRESTON DEAVERS |
| BAKER & TAYLOR, LLC, ET AL., | |
| DEFENDANTS. | |

**DECLARATION OF AMANDEEP KOCHAR IN SUPPORT OF DEFENDANTS BAKER & TAYLOR, LLC AND BRIDGEALL LIBRARIES, LTD.'S MOTION TO SEAL PORTIONS OF DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF OCLC, INC.'S MOTION FOR A PRELIMINARY INJUNCTION AND SUPPORTING EXHIBITS**

I, Amandeep Kochar, declare the following pursuant to 28 U.S.C. § 1746:

1. My name is Amandeep Kochar, and I am a resident of Charlotte, North Carolina.

2. I am over 18 years old, of sound mind, and competent to testify to the matters contained in this Declaration. I have personal knowledge of the facts stated in this Declaration.

3. I am the President and CEO of Baker & Taylor, LLC ("*Baker & Taylor*"), a position I have held since 2021.

4. I joined Baker & Taylor in 2014 and served as its Executive Vice President and General Manager before becoming President and CEO.

5. As CEO, I am responsible for overseeing the strategic direction, operations, and development of Baker & Taylor's business, including our flagship software platforms BTCat and collectionHQ.

6. Baker & Taylor and Bridgeall Libraries, Ltd.'s Brief in Opposition to Plaintiff OCLC, Inc.'s Motion for a Preliminary Injunction ("*Defendants' Opp'n. Br.*") and its supporting exhibits contain information regarding the internal functionality, architecture, and design of BTCat and collectionHQ. This includes proprietary algorithms, technical specifications, and

product development methodologies that Baker & Taylor has created and refined over many years through substantial financial investment and specialized expertise.

7. In addition, Defendants' Opp'n. Br. references sensitive information concerning Baker & Taylor's business relationships with past, current, and prospective customers. This information includes customer-specific strategies, account data, and other business intelligence not available to the public.

8. Baker & Taylor treats this information as highly confidential. Access is strictly limited to employees with a demonstrable need to know. Vendors and third parties are bound by contractual nondisclosure agreements. Sensitive business records are stored in secure electronic systems protected by technical and administrative safeguards.

9. Public disclosure of the redacted portions of Defendants' Opp'n. Br. and exhibits would cause substantial and irreparable harm to Baker & Taylor. Competitors would gain access to the proprietary design and functionality of BTCat and collectionHQ and could use this knowledge to replicate or undermine the competitive advantages that Baker & Taylor has built through years of innovation. Competitors could also exploit information regarding our customer relationships to target our business partners and diminish our market position. Such harms would directly impair Baker & Taylor's ability to compete fairly in the marketplace.

10. Defendants' sealing request is narrowly tailored. We are not seeking to restrict public access to the entirety of Defendants' Opp'n. Br. or the exhibits, but only to those specific passages and materials that disclose proprietary technical details or confidential customer information. The majority of the filings remain available to the public, ensuring transparency while protecting competitively sensitive data.

11. In my professional judgment as CEO, disclosure of the redacted information would cause significant competitive injury to Baker & Taylor. The request for sealing is both necessary and narrowly drawn to protect trade secrets and confidential commercial information, while preserving public access to all non-sensitive portions of the record.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 3, 2025

*A Kochar*
_____
Amandeep Kochar