# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| OCLC, INC., | ) | CASE NO.: 2:25-CV-309 |
| | ) | |
| Plaintiff, | ) | JUDGE: EDMUND A. SARGUS, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE: ELIZABETH PRESTON DEAVERS |
| | ) | |
| BAKER & TAYLOR, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS BAKER & TAYLOR, LLC AND BRIDGEALL LIBRARIES, LTD.'S MOTION TO SEAL PORTIONS OF DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF OCLC, INC.'S MOTION FOR A PRELIMINARY INJUNCTION AND SUPPORTING EXHIBITS**

This came before the Court upon consideration of Defendants Baker & Taylor, LLC and Bridgeall Libraries, Ltd.'s Motion to Seal Portions of Defendants' Brief in Opposition to Plaintiff OCLC, Inc.'s Motion for a Preliminary Injunction and Supporting Exhibits (ECF No. 82). For good cause shown, the motion is **GRANTED**. The redacted motion and supporting exhibits will be placed on the docket, and the full, unredacted transcripts will be placed on the docket under seal.

**IT IS SO ORDERED.**

Dated: _____, 2025  _____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

_____
ELIZABETH PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE