# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| OCLC, INC. | ) | CASE NO. 2:25-CV-309 |
| | ) | |
| Plaintiff, | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE ELIZABETH PRESTON |
| | ) | DEAVERS |
| BAKER & TAYLOR, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF OCLC, INC.'S RESPONSE TO DEFENDANTS' MOTION TO SEAL**

**MEMORANDUM IN RESPONSE**

Plaintiff OCLC, Inc. files this Response to Defendants Baker & Taylor, LLC and Bridgeall Libraries Limited's Motion to Seal Portions of Defendants' Brief in Opposition to Plaintiff OCLC, Inc.'s Motion for a Preliminary Injunction and Supporting Exhibits (hereinafter, "Opp.") (Dkt. 82). In principle, OCLC does not object to the topics of Defendants' proposed redactions, which include sensitive commercial information such as trade secrets, proprietary technology, customer lists, etc. Indeed, OCLC seeks to seal portions of filings and exhibits that contain the same types of sensitive information. *See* OCLC Mot. to Seal, Dkt. 84. OCLC also does not contend that Defendants' attached declaration supporting its motion to seal is insufficient or that Defendants would be harmed by the disclosure of such information.

However, it appears that many of Defendants' filed proposed redactions do not meet the Sixth Circuit standard in *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan* that requests to seal be "narrowly tailored" and that the information sought to be filed under seal is confidential. 825 F.3d 299, 305 (6th Cir. 2016). For example, Defendants' redactions include high-level descriptions of the BTCat product and its capabilities that are too general to pose any threat of commercial harm to Defendants, were the information disclosed. *E.g.*, Notice, Opp. at 5, 8, 24–25, 32–33, 43; Notice, Ex. B (D. Johnson Dep. Tr.). This also includes the titles of deposition exhibits and email subjects. Notice, Ex. A (A. Kuchar Dep. Tr.) & Ex. H (emails). Defendants also propose redactions of publicly available information, including information available on Defendants' websites about their product offerings, a presentation on BTCat, the fact that Bridgeall sold its assets to Valsoft, and publicly available contracts. *Id.* at Opp. at 14–15 (Valsoft), Ex. A (A. Kochar Dep. Tr.) at 1, 95–97 (product offerings), Ex. C (T. Kelley Dep. Tr) at 47–50 (presentation).

The parties further conferred on October 7, 2025 on this issue, and on October 8, 2025, Defendants provided revised proposed redactions that they intend to file with their rely in support on Friday, October 10, 2025. The parties are currently conferring on these newly proposed redactions and anticipate they will be able to reach substantial agreement on Defendants' proposed redactions.[1]

                                      Respectfully submitted,

                                      */s/ Jeffrey M. Walker*
Jeffrey M. Walker (0096567)
Kathryn M. Brown (0100426)
Traci L. Maritnez (0083989)
Brittany Silverman (0102263)
Erin Hassett (0099970)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
jeffrey.walker@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com
erin.hassett@squirepb.com

---

[1] To the extent the parties are unable to reach agreement on the revised redactions, OCLC will request a sur-reply to Defendants' reply brief.

## CERTIFICATE OF SERVICE

On October 8, 2025, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Jeffrey M. Walker
One of the Attorneys for Plaintiff OCLC
