# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OCLC, INC., ) | CASE NO. 2:25-CV-309 |
| ) | |
| PLAINTIFF, ) | JUDGE: EDMUND A. SARGUS |
| ) | |
| v. ) | MAGISTRATE JUDGE: ELIZABETH PRESTON |
| ) | DEAVERS |
| BAKER & TAYLOR, LLC, ET AL, ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

## DEFENDANTS BAKER & TAYLOR, LLC AND BRIDGEALL LIBRARIES, LTD.'S RESPONSE TO PLAINTIFF OCLC, INC.'S MOTION TO SEAL

**MEMORANDUM IN SUPPORT**

Defendants Baker & Taylor, LLC and Bridgeall Libraries, Ltd. (collectively, "***Defendants***") file this response to Plaintiff OCLC, Inc.'s ("***OCLC***") Motion for an Order Permanently Sealing Portions of the Recently Filed Briefs and Exhibits (the "***Motion to Seal***") (ECF No. 84). Generally, Defendants do not object to OCLC's proposed redactions, the appropriateness of the proposed redactions, and do not contend that OCLC's Motion to Seal is insufficient under the standards set forth by the Sixth Circuit.

The lack of general objections, however, should not be construed as Defendants' concession to the filing of OCLC's proposed redactions on the public docket. Specifically, OCLC's briefing and exhibits contain materials and information Defendants have designated as "Attorneys' Eyes Only" or "Confidential" pursuant to that certain Stipulated Protective Order entered by the Court on April 16, 2025 (the "***Protective Order***") (ECF No. 22). Baker & Taylor believes this information is commercially sensitive and warrants protection under binding Sixth Circuit precedence.

The parties have conferred about this issue, and Defendants intend to ask this Court, through a motion which will be filed tomorrow, for leave to amend and/or supplement their pending Motion to Seal (ECF No. 82) with proposed redactions to: (1) OCLC's Response in Opposition to Bridgeall's Motion to Dismiss (ECF No. 61); (2) Defendants' Opposition to OCLC's Motion (ECF No. 62); and (3) OCLC's Reply in Support of its Motion (ECF No. 64), as necessary. Defendants' counsel conferred with OCLC's counsel, and OCLC's counsel

averred that OCLC will not oppose Defendants' efforts to seek leave to amend and/or supplement their own Motion to Seal (ECF No. 82).

Respectfully submitted,

/s/ Derek P. Hartman
Derek P. Hartman (0087869), Trial Attorney
Michael C. Cohan (0013542)
Jose Mendez Valdez (0105056)
CAVITCH FAMILO & DURKIN CO., L.P.A.
1300 East Ninth Street, Twentieth Floor
Cleveland, Ohio 44114
Telephone:     (216) 621-7860
Facsimile:     (216) 621-3415
Email:         mcohan@cavitch.com
               dhartman@cavitch.com
               jvaldez@cavitch.com

*Attorneys for Defendants Baker & Taylor LLC and Bridgeall Libraries, Ltd.*

/s/ Frank E. Noyes, II    (admitted pro hac vice)
Frank E. Noyes, II (PA Bar No. 48366)
OFFIT KURMAN, P.A.
222 Delaware Avenue, Suite 1105
Wilmington, Delaware 19801
Telephone:     302-351-0900
Facsimile:     302-351-0915
Email:         fnoyes@offitkurman.com

*Attorneys for Defendants Baker & Taylor, LLC and Bridgeall Libraries, Ltd.*

## CERTIFICATE OF SERVICE

On October 8, 2025, this document was served via email on all counsel of record and will be served through the Court's electronic docket system.

/s/ Derek P. Hartman
Derek P. Hartman (0087869), Trial Attorney
*One of the Attorneys for Defendants Baker & Taylor, LLC and Bridgeall Libraries, Ltd.*