# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OCLC, INC., | CASE NO. 2:25-CV-309 |
| Plaintiff, | JUDGE: EDMUND A. SARGUS, JR. |
| v. | MAGISTRATE JUDGE: ELIZABETH PRESTON DEAVERS |
| BAKER & TAYLOR, LLC, ET AL., | |
| Defendants. | |

## DEFENDANTS BAKER & TAYLOR, LLC AND BRIDGEALL LIBRARIES, LTD.'S UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR MOTION TO SEAL

Defendants Baker & Taylor, LLC and Bridgeall Libraries, Ltd. (collectively, "*Defendants*") respectfully move for: (1) leave to amend and/or supplement their pending Motion to Seal (the "*Motion to Seal*") (ECF No. 82); (2) an order staying Defendants' October 10, 2025 deadline to file a reply in support of their Motion to Seal; and (3) an expedited briefing schedule on Defendants' amended and/or supplemented Motion to Seal.[1] This request is made in good faith, with good cause, and not for purpose of delay.

On October 8, 2025, Defendants and Plaintiff OCLC, Inc. ("*OCLC*") conferred regarding the parties' pending motions to seal and corresponding proposed redactions. Specifically, OCLC's briefing and exhibits contain materials and information that Defendants have designated as "Attorneys' Eyes Only" or "Confidential" pursuant to that certain

---

[1] This Motion does not impact the deadlines related to OCLC's Motion to Seal (ECF No. 84).

Stipulated Protective Order entered by the Court on April 16, 2025 (ECF No. 22). Defendants believe that this information is commercially sensitive and warrants protection under binding Sixth Circuit precedent and therefore request leave to amend and/or supplement their Motion to Seal to address these designations. The recent procedural developments in the case shortly before the scheduled Preliminary Injunction Hearing (*e.g.*, OCLC's Motion for a Temporary Restraining Order and outside developments regarding Baker & Taylor's potential sale of assets and subsequent withdrawal of the purchaser) (*see* ECF Nos. 71, 73, 75) were very time-consuming and made it difficult for Defendants to exchange proposed redactions before the filing of Motions to Seal. As a result, Defendants seek a short amount of additional time to address this information.

Counsel for Defendants have conferred with OCLC's counsel who indicated that OCLC does not oppose this Motion for Leave.

Respectfully submitted,

| | |
|---|---|
| */s/ Derek P. Hartman* | */s/ Frank E. Noyes, II* (admitted pro hac vice) |
| Derek P. Hartman (0087869), Trial Attorney | Frank E. Noyes, II (PA Bar No. 48366) |
| Michael C. Cohan (0013542) | OFFIT KURMAN, P.A. |
| Jose Mendez Valdez (0105056) | 222 Delaware Avenue, Suite 1105 |
| CAVITCH FAMILO & DURKIN CO., L.P.A. | Wilmington, Delaware 19801 |
| 1300 East Ninth Street, Twentieth Floor | Telephone: 302-351-0900 |
| Cleveland, Ohio 44114 | Facsimile: 302-351-0915 |
| Telephone: (216) 621-7860 | Email: fnoyes@offitkurman.com |
| Facsimile: (216) 621-3415 | |
| Email: mcohan@cavitch.com | *Attorneys for Defendants Baker & Taylor, LLC and Bridgeall Libraries, Ltd.* |
| dhartman@cavitch.com | |
| jvaldez@cavitch.com | |

*Attorneys for Defendants Baker & Taylor LLC and Bridgeall Libraries, Ltd.*

**CERTIFICATE OF SERVICE**

On October 9, 2025, this document was served via email on all counsel of record and will be served through the Court's electronic docket system.

/s/ *Derek P. Hartman*
Derek P. Hartman (0087869), Trial Attorney
*One of the Attorneys for Defendants Baker & Taylor, LLC and Bridgeall Libraries, Ltd.*