IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OCLC, INC., | ) CASE NO. 2:25-CV-309 |
| | ) |
| PLAINTIFF, | ) JUDGE: EDMUND A. SARGUS |
| | ) |
| v. | ) MAGISTRATE: ELIZABETH PRESTON DEAVERS |
| | ) |
| BAKER & TAYLOR, LLC, ET AL, | ) |
| | ) |
| DEFENDANTS. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS BAKER & TAYLOR, LLC AND BRIDGEALL LIBRARIES, LTD.'S UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR MOTION TO SEAL**

This matter is before the Court upon Defendants Baker & Taylor, LLC and Bridgeall Libraries, Ltd.'s Unopposed Motion for Leave to Amend their Motion to Seal. After due consideration and for good cause shown, the motion is **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendants' October 10, 2025, deadline to file a Reply in Support of Defendants Motion to Seal (*see* ECF No. 72) is stayed. Defendants are granted leave up to and including October 17, 2025, to amend and/or supplement their Motion to Seal (ECF No. 82). Plaintiff OCLC, Inc. shall be given until October 22, 2025, to file a response, if any. Defendants shall be given until October 24, 2025, to file a reply in support, if any.

**IT IS SO ORDERED**

Dated: _____     _____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE


_____
ELIZABETH PRESTON DEAVERS
UNITED STATES MAG1ISTRATE JUDGE