**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| OCLC, INC. | ) CASE NO. 2:25-CV-309 |
|     PLAINTIFF, | ) |
| | ) JUDGE EDMUND A. SARGUS, JR. |
| v. | ) |
| | ) MAGISTRATE JUDGE ELIZABETH PRESTON |
| | ) DEAVERS |
| BAKER & TAYLOR, LLC, ET AL., | ) |
| | ) |
|     DEFENDANTS. | ) |
| | ) |

## JOINT NOTICE REGARDING CASE STATUS

Pursuant to the Court's October 3, 2025 Order (Dkt. 81), Plaintiff OCLC, Inc. and Defendants Baker & Taylor, LLC and Bridgeall Libraries Ltd. submit this joint notice regarding the status of this case. As provided by the preliminary injunction stipulation entered by this Court:

> After entry of this stipulated preliminary injunction, Defendants agree to give a mutually agreeable third-party auditor access to BTCat in order to evaluate BTCat and its records and data for the presence of records that OCLC contends it is entitled to restrict, working with B&T personnel who will implement searches requested by the Auditor. The parties shall meet and confer in good faith to agree to the specific terms and parameters of the audit, within seven days of the entry of this Stipulation by the Court. OCLC will pay for the work completed by the third-party auditor.

(*Id.* at #2046–47). The parties also agreed to a stay so that the audit could be conducted. The parties met and conferred on October 10, 2025, and exchanged emails concerning the audit, but were unable to reach an agreement on the specific terms and parameters of the audit. OCLC requests that the Court allow the stay to expire and set a preliminary scheduling conference; Defendants request that the Court extend the stay. The parties will file appropriate motions for these requests.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey M Walker* | */s/ Derek P. Hartman* |
| Jeffrey M. Walker (0096567), Trial Attorney | Derek P. Hartman (0087869), Trial Attorney |
| Traci L. Martinez (0083989) | Michael C. Cohan (0013542) |
| Kathryn M. Brown (0100426) | CAVITCH, FAMILO & DURKIN CO., L.P.A. |
| Brittany Silverman (0102263) | 1300 East Ninth Street, 20th Floor |
| Erin K. Hassett (0099970) | Cleveland, Ohio 44114 |
| SQUIRE PATTON BOGGS (US) LLP | Telephone: (216) 621-7860 |
| 2000 Huntington Center | Facsimile: (216) 621-3415 |
| 41 South High Street | mcohan@cavitch.com |
| Columbus, Ohio 43215 | dhartman@cavitch.com |
| Telephone: (614) 365-2700 | |
| Facsimile: (614) 365-2499 | Frank E. Noyes, II (PA Bar No. 48366) |
| jeffrey.walker@squirepb.com | (*admitted pro hac vice*) |
| traci.martinez@squirepb.com | OFFIT KURMAN |
| kathryn.brown@squirepb.com | 222 Delaware Avenue, Suite 1105 |
| brittany.silverman@squirepb.com | Wilmington, Delaware 19801 |
| erin.hassett@squirepb.com | fnoyes@offitkurman.com |
| | |
| *Attorneys for Plaintiff OCLC, Inc.* | *Attorneys for Defendants Baker & Taylor, LLC & Bridgeall Libraries Ltd.* |

## CERTIFICATE OF SERVICE

On November 3, 2025, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Jeffrey M. Walker*
One of the Attorneys for Plaintiff OCLC, Inc.
