**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OCLC, INC. | ) | CASE NO. 2:25-CV-309 |
| | ) | |
| PLAINTIFF, | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE ELIZABETH PRESTON |
| | ) | DEAVERS |
| BAKER & TAYLOR, LLC, ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

---

**PLAINTIFF OCLC, INC'S MOTION REQUESTING THE COURT SET A**
**SCHEDULING CONFERENCE AND EXPEDITED BRIEFING SCHEDULE**

---

Plaintiff OCLC, Inc. ("OCLC") respectfully requests that this Court set a scheduling conference pursuant to Federal Rule of Civil Procedure 16(b) and that the Court set an expedited briefing schedule on this motion. Now that proceedings related to OCLC's Motion for Preliminary Injunction have concluded with a Court-ordered stipulation and the 30-day stay entered by the Court has expired, the next step in this litigation is to proceed in the normal course, *i.e.*, to set a schedule and begin merits discovery. Moreover, there is no basis to delay the scheduling conference or setting the case schedule, as set forth in the accompanying memorandum of law. Accordingly, OCLC requests that this Court set a date for a scheduling conference the week of December 1, 2025, and an expedited briefing schedule on this motion where Defendants must respond by November 6, 2025 and OCLC must reply by November  7, 2025.

Respectfully submitted,

/s/*Jeffrey M. Walker*
Jeffrey M. Walker (0096567), Trial Attorney
Traci L. Martinez (0083989)
Kathryn M. Brown (0100426)
Brittany Silverman (0102263)

Erin Hassett (0099970)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
jeffrey.walker@squirepb.com
traci.martinez@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com
erin.hassett@squirepb.com

*Attorneys for Plaintiff OCLC, Inc.*

## <u>MEMORANDUM IN SUPPORT</u>

As this Court knows, the Federal Rules of Civil Procedure are clear—this Court "must issue a scheduling order as soon as practicable." Fed. R. Civ. P. 16(b)(2). Instead of conferring with Plaintiff OCLC, Inc. ("OCLC") on a Federal Rule of Civil Procedure 26(f) report so that the Court can schedule and hold such a scheduling conference, Defendants Baker & Taylor, LLC and Bridgeall Libraries, Limited ("Defendants") have asserted, without any legal basis, that scheduling issues are not "ripe" because of the pending motions to dismiss and that Defendants intend to move for a stay and an order requiring OCLC to proceed with the audit noted in the Court's order entering the parties' stipulated preliminary injunction. However, the scheduling issues are ripe, and it is appropriate for this Court to continue in the normal course of litigation, setting the scheduling conference, rather allowing one party to unilaterally delay litigation by refusing to confer on standard case management matters.

*First*, now is the appropriate time for the Court and the parties to set the schedule for the remainder of this litigation. There are no further dates in the preliminary injunction schedule. Order, Dkt. 45 at # 397–98. And today, the 30-day stay entered by this Court expires. *See* Order, Dkt. 81 at # 2043. Accordingly, the next step is for the case schedule to be set and for the parties to confer on a Rule 26(f) report and attend a scheduling conference. *See* Fed. R. Civ. P. 16(b).

The fact that there are pending motions to dismiss does not change matters. The next procedural phase of this litigation is merits discovery, including the exchange of initial disclosures, merits document discovery, merits written discovery, and merits depositions. This Court routinely refuses to delay or stay discovery or litigation due to pending motions to dismiss, and Defendants have not provided a substantive reason to proceed any differently here. *See, e.g.*, *Wilson v. ThyssenKrupp Elevator Corp.*, No. 2:20-cv-2138, 2022 WL 167523, at *2 (S.D. Ohio Jan. 19,

2022); *EC New Vision Ohio, LLC v. Genoa Township*, No. 2:23-cv-691, 2023 WL 4491768, at *1 (S.D. Ohio July 12, 2023).

      ***Second***, the fact that Defendants intend to move for an additional stay in this case does not presently impact the Court's ability to set a scheduling conference. As stated above, the stay in this case has expired, and it is now Defendants' burden to move and demonstrate that a stay is warranted. Until the resolution of such a motion, there are no pending dates in this case, and the appropriate course is for the litigation to continue. Defendants should not be able to unilaterally stall the litigation by refusing to timely meet-and-confer about routine scheduling issues and object to the Court setting a scheduling conference when Defendants have not moved for a stay and the Court has not granted the stay.

      Finally, OCLC requests that this Court enter an expedited briefing schedule for this motion. Specifically, OCLC requests that the Court order Defendants to respond by November 6, 2025 and set OCLC's reply for November 7, 2025. There is good cause for an expedited briefing schedule. As set forth above, Defendants' conduct has the effect of informally staying this litigation without filing a motion or obtaining this Court's permission. Additionally, the scope of this motion is narrow. Therefore, Defendants will not be burdened or prejudiced by a shortened schedule.

      For the reasons set forth above, OCLC respectfully requests that this Court set a Rule 16 scheduling conference during the week of December 1, 2025, and an expedited briefing schedule.

                                    Respectfully submitted,

                                    /s/*Jeffrey M. Walker*
                                    Jeffrey M. Walker (0096567), Trial Attorney
                                    Traci L. Martinez (0083989)
                                    Kathryn M. Brown (0100426)
                                    Brittany Silverman (0102263)
                                    Erin Hassett (0099970)
                                    SQUIRE PATTON BOGGS (US) LLP
                                    2000 Huntington Center

2

41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
jeffrey.walker@squirepb.com
traci.martinez@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com
erin.hassett@squirepb.com

*Attorneys for Plaintiff OCLC, Inc.*

## CERTIFICATE OF SERVICE

On November 3, 2025, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Jeffrey M. Walker
One of the Attorneys for Plaintiff OCLC