IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OCLC, INC.,

      Plaintiff,

v.                           Civil Action 2:25-cv-309
                               Judge Edmund A. Sargus, Jr.
                               Magistrate Judge Elizabeth P. Deavers

BAKER & TAYLOR, LLC, *et al.*,

      Defendant.

## PRELIMINARY PRETRIAL ORDER

This matter came before the Court on January 6, 2026, at 10:00 a.m. for a Preliminary Pretrial Conference under Federal Rule of Civil Procedure 16 pursuant to notice.

The following matters were considered:

INITIAL DISCLOSURES

Any initial disclosures shall be made by **JANUARY 20, 2026**.

VENUE AND JURISDICTION

There are no issues related to venue or jurisdiction.

PARTIES AND PLEADINGS

Any motion to amend the pleadings or to join additional parties shall be filed by **MARCH 1, 2026**.

ISSUES

Plaintiff OCLC, Inc. has brought tortious interference, breach of contract, and unjust enrichment claims against Defendants. OCLC alleges that Defendants have improperly obtained OCLC's WorldCat records and data for use in Defendants' competing product/service, BTCat. Plaintiff alleges that Defendants are thereby able to offer BTCat for less, resulting in lost customers, revenue, good will, injury to OCLC's products and services that are dependent on WorldCat, etc. OCLC included a jury demand in its complaint.

After preliminary discovery and full briefing on plaintiff's preliminary injunction motion, the parties stipulated to a preliminary injunction that remains in place. As noted above, Defendants

filed motions to dismiss (Dkts. 34, 35) that have not been decided. As a result, Defendants have not yet filed Answers to the Complaint with Affirmative Defenses.

DISCOVERY PROCEDURES

All discovery shall be completed by **MAY 29, 2026**. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so*.  **If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.***

The Court entered a Stipulated Order Regarding Discovery of Electronically Stored Information on July 7, 2025. See Dkt. 50.

A protective order was entered by the Court on April 15, 2025. See Dkt. 22.

DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by **JULY 31, 2026**.

EXPERT TESTIMONY

Primary expert reports must be produced by **JUNE 29, 2026**. Rebuttal expert reports must be produced by **JULY 15, 2026**. If the expert is specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by the parties.  If the expert is not specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(C), unless otherwise agreed to by the parties.  Pursuant to Fed. R. Civ. P. 26(b)(4)(A), leave of court is not required to depose a testifying expert.

SETTLEMENT

Plaintiff shall make a settlement demand by **SEPTEMBER 30, 2026**. Defendants shall respond by **OCTOBER 21, 2026**.  The parties agree to make a good faith effort to settle this case.  The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference in **NOVEMBER 2026**.  In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference.  The parties understand that they will be expected to comply fully with the settlement order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

OTHER MATTERS

Defendant Bridgeall Libraries Ltd is no longer an operating business because all of its assets were sold to another company in June 2025. The sale was expressly taken into account in the stipulated Preliminary Injunction. . Defendant Baker & Taylor has ceased operations for financial reasons and is in the process of liquidating and winding up.

If the foregoing does not accurately record the matters considered and the agreements reached at the conference, counsel will please immediately make their objection in writing. If any date set in this order falls on a Saturday, Sunday or legal holiday, the date is automatically deemed to be the next regular business day.

**IT IS SO ORDERED.**


**Date: January 6, 2026**          */s/ Elizabeth A. Preston Deavers*
                                    **ELIZABETH A. PRESTON DEAVERS**
                                    **UNITED STATES MAGISTRATE JUDGE**