# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OCLC, Inc., | Case No. 2:25-cv-309 |
| Plaintiff, | Judge Edmund A. Sargus, Jr. |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| Baker & Taylor, LLC and Bridgeall Libraries, Ltd., | |
| Defendants. | |

## PLAINTIFF OCLC, INC'S EXHIBIT INDEX

| Exhibit | Description/Bates Number | Plaintiff's Deposition Exhibit No. |
|---|---|---|
| Exhibit A | Declaration of Kathryn M. Brown | |
| Exhibit B | BAKER00058290 | |
| Exhibit C | Deposition Transcript of Steven Legowski (Bridgeall Rule 30(b)(6)) | |
| Exhibit D | Deposition Transcript of Daniel Johnson (Baker & Taylor Rule 30(b)(6)) | |
| Exhibit E | Deposition Transcript of Travis Kelley | |
| Exhibit F | BAKER00043057 | |
| Exhibit G | BAKER00053336 | Exhibit 94 |
| Exhibit H | BAKER00055646 | Exhibit 93 |
| Exhibit I | BAKER00035026 | Exhibit 26 |
| Exhibit J | BAKER00035005 | |
| Exhibit K | BAKER00001782 | Exhibit 84 |
| Exhibit L | BAKER00057995 | Exhibit 88 |
| Exhibit M | BAKER00058025 | Exhibit 85 |
| Exhibit N | BAKER00033556 | |
| Exhibit O | BAKER00042657 | |
| Exhibit P | BAKER00051941 | Exhibit 101 |
| Exhibit Q | BAKER00058292 | |
| Exhibit R | BAKER00016225 | |
| Exhibit S | BAKER00032961 | Exhibit 103 |
| Exhibit T | BAKER00058010 | Exhibit 83 |
| Exhibit U | Deposition Transcript of Amandeep Kochar (Baker & Taylor Rule 30(b)(6)) | |
| Exhibit V | BAKER0003001 | |

| Exhibit W | ALA Conferences & Preconference | Exhibit 99 |
| Exhibit X | The Collection Connection | Exhibit 98 |
| Exhibit Y | collectionHQ NE Ohio Forum | Exhibit 97 (excerpt) |
| Exhibit Z | BAKER00057910 | Exhibit 90 |
| Exhibit AA | OCLC_00002983 | |