# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OCLC, Inc., | Case No. 2:25-cv-309 |
| Plaintiff, | Judge Edmund A. Sargus, Jr. |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| Baker & Taylor, LLC and Bridgeall Libraries, Ltd., | |
| Defendants. | |

## DECLARATION OF KATHRYN M. BROWN

I, Kathryn M. Brown, declare the following pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm of Squire Patton Boggs (US) LLP, which Plaintiff OCLC, Inc. ("OCLC") has retained as counsel in the above-captioned matter.

2. I submit this declaration in support of OCLC's Opposition to Defendant Bridgeall, Libraries, Ltd.'s Rule 12(b)(2) Motion to Dismiss ("OCLC's Opposition"). I have knowledge of the facts stated herein based on personal knowledge and my review of the documents, files, websites, and other referenced materials.

3. Exhibits B, F–T, V, and Z to OCLC's Opposition are true and correct copies of documents produced by Defendants Baker & Taylor, LLC ("Baker & Taylor") and Bridgeall, Libraries, Ltd. ("Bridgeall") in the above-captioned matter.

4. Exhibit W is a true and accurate copy of webpage titled "Conferences & Preconferences" for the Public Library Association on the American Library Association's website. The webpage is available here: https://www.ala.org/pla/education/conferences (last visited August 29, 2025).

5. Exhibit X is a true and accurate copy of a webpage titled "The Collection Connection – Central and Southwest Ohio" on Bridgeall's collectionHQ website. The webpage is available here: https://www.collectionhq.com/event/the-collection-connection-central-and-southwest-ohio/ (last visited August 29, 2025).

6. Exhibit Y is true and accurate copies of webpages titled "collectionHQ NE Ohio Forum 2016" and "collectionHQ Northeast Ohio Forum 2018." The webpages are available here: https://www.collectionhq.com/event/collectionhq-ne-ohio-forum-2016/ (last visited August 29, 2025) and https://www.collectionhq.com/event/collectionhq-northeast-ohio-forum-2018/ (last visited August 29, 2025).

7. Exhibit AA is a true and accurate copy of a document produced by OCLC in the above-captioned litigation.

8. On August 27, 2025, Defendants produced a Microsoft Excel document with the Bates number BAKER00058290 (attached to OCLC's Opposition as Ex. B). Defendants have represented to OCLC that this report captures the versions of collectionHQ contracts that Bridgeall's customers have signed. Each tab of the report represents a version of the collectionHQ contract that customers have signed that remains active, including pre-2022, 2022-2023, 2024, and 2025 versions. The columns indicate the customer ("Library Name"), the date the contract was signed ("Date Signed"), whether the contract contained a provision similar to Section 4.5, as defined in Paragraph 84 of OCLC's Complaint ("Section 4.5?"), what collectionHQ services were the subject of the contract ("Version"), the existence and content of a choice of law clause "(Choice of Law?"), and whether Bridgeall or Baker & Taylor signed the contract ("Signatory?").

9. Defendants have represented to OCLC that Section 4.5 was not added to contracts until 2022. There are ▮ instances of customers with active contracts with Bridgeall where

2

Section 4.5 could have been included in Bridgeall's report (Ex B). I calculated this number by the total number of customers listed on the 2022-2023, 2024, and 2025 tabs.

10. Of these ▇ instances, ▇ instances represent customers who have signed contracts that include Section 4.5. I calculated this number by adding the number of customers with a "Y" in the "Section 4.5?" column listed in the 2022-2023, 2024, and 2025 tabs.

11. There are ▇ WorldCat customers with Section 4.5 in their contracts from the 2022-2023, 2024, and 2025 tabs. I calculated this number by comparing the list of ▇ customers to OCLC's WorldCat customer list, which was provided to Defendants' counsel for discovery purposes. I also removed any apparent duplicates.

12. Of these ▇ WorldCat customers with Section 4.5 in their contracts, ▇ are Ohio libraries: ▇▇▇ (2022-2023 tab), ▇▇▇ (2022-2023 tab), ▇▇▇ (2024 tab), ▇▇▇ (2024 tab), ▇▇▇ (2024 tab), and ▇▇▇ (2025 tab).

13. Across the entire report, including the pre-2022, 2022-2023, 2024, and 2025 tabs, ▇ Ohio libraries have contracted directly with Bridgeall for collectionHQ services. I calculated this number adding Ohio libraries with "Bridgeall" in the "Signatory?" column listed in the pre-2022, 2022-2023, 2024, and 2025 tabs

14. Of these ▇ Ohio libraries, ▇ are WorldCat customers. I calculated this number by comparing the list of ▇ Ohio libraries to OCLC's WorldCat list, as referenced in ¶ 11.

15. On August 27, 2025, Defendants produced a Microsoft Excel document with the Bates number BAKER00058292 (attached to OCLC's Opposition as Ex. Q). Defendants have represented to OCLC that this report captures the number of collectionHQ customers who have

3

uploaded their cataloging records to Bridgeall and that Bridgeall subsequently transferred pursuant to Section 4.5 to Baker & Taylor, but that Baker & Taylor has not yet ingested into BTCat.

16. This report lists ▇ libraries, ▇ of which are WorldCat customers. I calculated this number by comparing the list of ▇ libraries to OCLC's WorldCat list, as referenced in ¶ 11.

17. Of these ▇ WorldCat customers, ▇ are Ohio libraries: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

18. On the "Resources" page of the collectionHQ website, there are 40 case studies. This webpage is here: https://www.collectionhq.com/resources/ (filer by Type – "Case Study") (lasted accessed August 29, 2025).

19. Of these 40 case studies, two are from Ohio libraries: Worthington Public Library and Twinsburg Public Library. Worthington Public Library is a WorldCat customer.

20. On the "Resources" page of the collectionHQ website, there are four video testimonials by libraries. This webpage is here: https://www.collectionhq.com/resources/ (filer by Type – "Video") (last accessed August 29, 2025.

21. Of the four videos, one is from an Ohio library: Cuyahoga County Public Library.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief Executed in Columbus, Ohio this 29th day of August, 2025.

*/s/ Kathryn M. Brown*
Kathryn M. Brown (0100426)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
kathryn.brown@squirepb.com

4