# Exhibit B

| Library Name | Date Signed | Section 4.5? | Version | Choice of Law? | Signatory? |
|---|---|---|---|---|---|



| Library Name | Date Signed | Section 4.5? | Version | Choice of Law? | Signatory |
|---|---|---|---|---|---|







| Library Name | Date Signed | Section 4.5? | Version | Choice of Law? | Signatory |
|---|---|---|---|---|---|



Case 2:25-cv-00009-EAS-EPD Doc #: 61 Filed 09/29/25 Page: 10 of 11 PAGEID #: 553



Case 2:25-cv-00009-EAS-EPD Doc #: 103 *SEALED* Filed: 09/29/25 Page: 11 of 11 PAGEID #: 554

| Library Name | Date Signed | Section 4.5? | Version | Choice of Law? | Signatory |
|---|---|---|---|---|---|