# Exhibit E

Case 2:25-cv-00309-EAS-EPD Doc #: 6109-9 SEALED Filed: 01/09/26 Page: 2 of 25 PAGEID #: 3951
Case 2:25-cv-00309-EAS-EPD Doc #: 6109 *SEALED* Filed: 11/19/26 Page: 2 of 13 PAGEID #: 603

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 1

1        IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF OHIO
2                EASTERN DIVISION
3           ~~~~~~~~~~~~~~~~~~~~
4    OCLC, INC,
5
                Plaintiff,
6
7        vs.            Case No. 2:25-cv-00309
8
     BAKER & TAYLOR, LLC, et al.,
9
10              Defendants.
11
            ~~~~~~~~~~~~~~~~~~~~
12
                Deposition of
13              TRAVIS KELLEY
14
               August 8, 2025
15                9:42 a.m.
16
       ****CONFIDENTIAL ATTORNEYS EYES ONLY****
17
18
                  Taken at:
19          Cavitch Familo & Durkin
            1300 East Ninth Street
20             Cleveland, Ohio
21
22          Tracy Morse, RPR
23
24
25

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 2

1  APPEARANCES:
2
       On behalf of the Plaintiff:
3
       Squire Patton Boggs, LLP, by
4      KATHRYN M. BROWN, ESQ.
       JEFFREY M. WALKER, ESQ.
5      2000 Huntington Center
       41 South High Street
6      Columbus, Ohio  43215
       kathryn.brown@squirepb.com
7      jeffrey.walker@squirepb.com
8
       On behalf of the Defendants:
9
       Cavitch Familo & Durkin, by
10     DEREK HARTMAN, ESQ.
       MICHAEL COHAN, ESQ.
11     1300 East Ninth Street, 20th Floor
       Cleveland, Ohio  44114
12     dhartman@cavitch.com
       mcohan@cavitch.com
13
            and
14
       Offit Kurman, by
15     FRANK E. NOYES, ESQ.*
       2000 Market Street, Suite 2700
16     Philadelphia, Pennsylvania  19103
       fnoyes@offitkurman.com
17
18          ~ ~ ~ ~ ~
19 ALSO PRESENT:
20     Ms. Julie Presas
21          ~ ~ ~ ~ ~
22
23
24
   * -- Via Zoom/Partial appearance
25

Page 3

1          TRANSCRIPT INDEX
2
       APPEARANCES............................   2
3
4  INDEX OF EXHIBITS......................   4
5
       EXAMINATION OF TRAVIS KELLEY
6  By MS. BROWN...........................  10
7
       REPORTER'S CERTIFICATE.................  325
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1          INDEX OF EXHIBITS
2  NUMBER      DESCRIPTION       MARKED
3  Exhibit 1      Notice of Deposition of..  14
       Travis Kelley
4  Exhibit 2      LinkedIn Profile.........  19
   Exhibit 3      Complaint For Injunctive.  42
5      Relief and Damages
   Exhibit 4      YouTube Screenshots of...  46
6      Monday Minutes BTCat
       Integration With Koha....  69
7  Exhibit 5      PowerPoint:  Perspectives
       In Cataloging: A New Tool
8      With BTCat, Bates Nos.
       OCLC_00000267-00000277
9  Exhibit 6      Document Produced........  90
       Natively, Bates Number
10     BAKER00054431 With
       Attached Baker & Taylor
11     PowerPoint Slide Deck
   Exhibit 7      Document Produced........  96
12     Natively, Bates Number
       BAKER00055234 With
13     Attached BTCat
       PowerPoint Two-Page
14     Slide Deck
   Exhibit 8      LinkedIn Post............ 100
15 Exhibit 9      09/09-27/2022 Email...... 105
       Trail Between Nancy Jo
16     Brown and Travis Kelley,
       Bates Numbers
17     BAKER00010257-00010259
   Exhibit 10     10/11/2023 Email Trail... 110
18     Between Vicki Reedy,
       Jon Jezorski and Travis
19     Kelley, Bates Number
       BAKER00008390
20 Exhibit 11     07/08/2024 Email Trail... 123
       Between Deborah Roy and
21     Travis Kelley, cc: Lori
       Christie and Jane Hohe,
22     Bates Numbers
       BAKER00043820-00043823
23 Exhibit 12     04/23-24/2024 Email...... 126
       Trail Between Jane Hohe,
24     Travis Kelley and Deb
       Roy, Bates Numbers
25     BAKER00043861-00043862

Page 5

1          INDEX OF EXHIBITS (Continued)
2  NUMBER      DESCRIPTION       MARKED
3
   Exhibit 13     07/08/2022 Email Trail... 151
4      Between Travis Kelley &
       Support@collectionhq.com,
5      Cc: Corrine Lagacy,
       Bates Numbers
6      BAKER00009363-00009364
   Exhibit 14     08/30/2023 Email Trail... 154
7      Between Susan Love,
       BT Cat Onboarding,
8      Trisha Vreeman, Corrine
       Lagacy, Jamie Wright and
9      Support@collectionhq.com,
       Bates Nos. BAKER00005068
10 Exhibit 15     07/17/2023 Email Trail... 159
       Between Julie Wilcox,
11     Travis Kelley, Michele
       Journet and Vicki
12     Doherty, Bates Number
       BAKER00014015
13 Exhibit 16     06/25-28/2021 Email...... 161
       Trail Between Tracy
14     Babiasz, Jon Jezorski,
       Scott Coning, Travis
15     Kelley and James Smith,
       Bates Numbers
16     BAKER00009781-00009783
   Exhibit 17     01/22-02/14/2025 Email... 163
17     Trail Between Arne
       Christiansen, Travis
18     Kelley and Jonathan
       Reinhart, cc: Grace
19     Larochelle, Cindy Hooten,
       Cassandra Condit, Frank
20     McDonald, Bates Numbers
       BAKER00007112-00007117
21 Exhibit 18     08/29-09/08/2023 Email... 166
       Trail Between Amy
22     Sieving, Jean Johnson,
       Travis Kelley and Alison
23     Farnham, Bates Numbers
       BAKER00007367-00007377
24
25

2 (Pages 2 - 5)

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 6

```
 1           INDEX OF EXHIBITS (Continued)
 2   NUMBER        DESCRIPTION              MARKED
 3   Exhibit 19    11/12-13/2024 Email......168
                   Trail Between Carrie
 4                 Pearson, Travis Kelley,
                   Carey Miller and Maisam
 5                 Nouh, cc: James Smith,
                   Bates Numbers
 6                 BAKER00036835-00036838
     Exhibit 20    02/12-14/2025 Email......173
 7                 Trail Between Response
                   Report, BTCat Onboarding,
 8                 Jason Palmer, Travis
                   Kelley and Misha Journet,
 9                 cc: Christina Bahnsen,
                   Bates Numbers
10                 BAKER00025943-00025945
     Exhibit 21    10/1-11/3/2021 Email.....180
11                 Trail Between Travis
                   Kelley and Jae Bass,
12                 cc: Fred Harvey, Tito
                   Vazquez, Tasmin Oxford
13                 and Peter Washkevich,
                   Bates Numbers
14                 BAKER00021600-00021602
     Exhibit 22    07/24/2023 Email Trail...186
15                 Between Julia Wilcox,
                   Michele Journet, Travis
16                 Kelley & Vicki Doherty,
                   cc: Gabrielle Daniello,
17                 Bates No. BAKER00008428
     Exhibit 23    02/01-04/2023 Email......188
18                 Trail Between Hualing
                   Wan, Travis Kelley, cc:
19                 Laura Davis, Bates Nos.
                   BAKER00007827-00007831
20   Exhibit 24    07/30-08/06/2021 Email...203
                   Trail Between Travis
21                 Kelley, Steve Butzel,
                   Christine Friese and
22                 Sarah Cornell, cc: Katie
                   White, Jamie Wright,
23                 Bates Numbers
                   BAKER00055841-00055842
24
25
```

Page 7

```
 1           INDEX OF EXHIBITS (Continued)
 2   NUMBER        DESCRIPTION              MARKED
 3   Exhibit 25    02/23-06/30/2022 Email...207
                   Trail Between Jamie
 4                 Wright, Christine
                   Burrough, Shannon
 5                 Delaware, Neal Starkey,
                   Travis Kelley, Jon
 6                 Jezorski & Scott Coning,
                   cc: Josh Crabtree,
 7                 Bates Numbers
                   BAKER00053573-00053579
 8   Exhibit 26    03/08-12/13/2021 Email...222
                   Trail Between Jamie
 9                 Wright, Susan Reynolds,
                   Travis Kelley, cc: Fred
10                 Harvey, Bates Numbers
                   BAKER00035026-00035032
11   Exhibit 27    05/25-06/17/2021 Email...226
                   Trail Between Ellen
12                 Callanan, Tim Thacker,
                   John Duff and Travis
13                 Kelley, cc: Katie White,
                   Bates Numbers
14                 BAKER00053730-00053734
     Exhibit 28    03/22/2022 Email Trail...231
15                 Between Jason Sullivan,
                   Travis Kelley, Lee Ann
16                 Queen, Roberto Rodriguez,
                   Carol Green and Lynn
17                 Ballard, cc: Natalie
                   Phillips, Aamna Khan,
18                 Takenya Williams and
                   Alisa Brown, Bates Nos.
19                 BAKER00053601-00053604
     Exhibit 29    03/13/2024 Email Trail...234
20                 Between Krystyna Mrozek
                   and Travis Kelley, Bates
21                 Numbers BAKER00008137
22
23
24
25
```

Page 8

```
 1           INDEX OF EXHIBITS (Continued)
 2   NUMBER        DESCRIPTION              MARKED
 3   Exhibit 30    05/01/2024 Agreement.....248
                   Between The Yavapai
 4                 County Free Library
                   District and Baker &
 5                 Taylor, LLC, For BTCat
                   Library Cataloging
 6                 Utility, Database
                   Management, and Related
 7                 Services W/Attachments,
                   Bates Numbers
 8                 OCLC_00001831-00001850
     Exhibit 31    04/13/2022 Letter To San.270
 9                 Rafael Public Library
                   From Jane Herb With
10                 Attachments, Bates Nos.
                   OCLC_00000016-00000033
11   Exhibit 32    04/22-05/14/2025 Email...282
                   Trail Between Griselda
12                 Clarke, Travis Kelley
                   and Tina Hare, cc: Wendy
13                 Bost and Laurie Blair,
                   Bates Numbers
14                 BAKER00006831-00006836
     Exhibit 33    01/22/2024 Email Trail...294
15                 Between Tom Jacobson,
                   Gregg Travis, Elyse
16                 Profera, Travis Kelley
                   and Laura Nederhoff,
17                 Bates No. BAKER00007203
     Exhibit 34    01/27-30/2023 Email......298
18                 Trail Between Travis
                   Kelley and Julia Wilcox,
19                 Bates Numbers
                   BAKER00009281-00009282
20   Exhibit 35    04/02-16/2025 Email......301
                   Trail Between John
21                 Sandstrum, MARCServices,
                   Travis Kelley, Kathy
22                 Clevenger and Lynne Karl,
                   cc: DataQuality & Jesse
23                 Wilson, Bates Numbers
                   BAKER00006892-00006893
24
25
```

Page 9

```
 1           INDEX OF EXHIBITS (Continued)
 2   NUMBER        DESCRIPTION              MARKED
 3   Exhibit 36    04/14-19/2021 Email......306
                   Trail Between Katie
 4                 White, Travis Kelley
                   and James Smith,
 5                 Bates Numbers
                   BAKER00009892-00009893
 6   Exhibit 37    Framework Agreement......308
                   With Agreement's
 7                 Attachments, Bates Nos.
                   OCLC_00000034-00000043,
 8                 With Attachment
                   Bates Numbers
 9                 OCLC_00000001-00000007
     Exhibit 38    04/23/2025 Email Trail...318
10                 Between Mandy Fleming,
                   Travis Kelley and
11                 Whitney Bretzman, cc:
                   James Smith and Fred
12                 Harvey, Bates Number
                   BAKER00045048
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 10

1  TRAVIS KELLEY, of lawful age, called for
2 examination, as provided by the Federal Rules
3 of Civil Procedure, being by me first duly
4 sworn, as hereinafter certified, deposed and
5 said as follows:
6         EXAMINATION OF TRAVIS KELLEY
7 BY MS. BROWN:
8    Q.   Good morning.  We've never met
9 before, except the past few seconds where I
10 introduced myself, right?
11   A.   Correct.
12   Q.   My name is Katie Brown and I
13 represent OCLC, one of the parties in this
14 action.  Can you please spell your name for the
15 record?
16   A.   Spell my name?
17   Q.   Yes.
18   A.   Travis, T-r-a-v-i-s.  Do you need
19 my middle?
20   Q.   If you would like to give it.
21   A.   Last name Kelley, K-e-l-l-e-y.
22   Q.   Thank you.  So we're going to do a
23 little bit of background.  First question:
24 Have you ever been deposed before?
25   A.   No.

Page 11

1    Q.   Have you ever given testimony in
2 any type of proceeding?
3    A.   No.
4    Q.   Okay.  Before we get started, I
5 think it would be helpful then if we could lay
6 out some ground rules.  So the court reporter,
7 Tracy here, is going to make a written record
8 of our conversation.  Okay?
9    A.   Understood.
10   Q.   Okay.  Because the court reporter
11 is making a transcript, it's important that we
12 don't talk over each other.  Okay?
13   A.   Understood.
14   Q.   I talk fast and it can be really
15 easy sometimes to interject each other, but
16 I'll try my best not to do that if you do the
17 same.
18        MR. HARTMAN:  I warned him about
19 that.
20        MS. BROWN:  Okay.
21   A.   Okay.
22   Q.   In addition, we need audible
23 answers.  So shaking your head, uh-huh's, it's
24 normal but we need to try to avoid doing that.
25 I may remind you from time to time and I'm not

Page 12

1 trying to be rude.  I'm just trying to help
2 Tracy make a record and honestly you may have
3 to remind me.  It's very normal.
4    A.   Understood.
5    Q.   If you need a break at any time,
6 please let me know.  The only request I have is
7 that if I have a pending question that you
8 answer it, but otherwise we can take a break,
9 biological or otherwise, whenever you need.  If
10 I answer a question, I will assume you
11 understood the question.  Does that sound fair?
12   A.   Can you repeat that?
13   Q.   If I ask a question --
14   A.   Okay.
15   Q.   -- and you answer it, I will assume
16 you understood the question.  We can agree to
17 that?
18   A.   We can agree to that.
19   Q.   Okay.  Great.  You have a lawyer
20 here today, Mr. Hartman.  Your lawyer will
21 sometimes object to my questions.  You still
22 have to answer my question unless your lawyer
23 instructs you not to do so and you choose to
24 follow that instruction.  Does that make sense?
25   A.   Understood.

Page 13

1    Q.   Okay.  Finally, is there any reason
2 why you can't provide truthful or accurate
3 testimony today?
4    A.   No.
5    Q.   Are you currently on any
6 medications that would interfere with that?
7    A.   No.
8    Q.   Okay.  And I'm not looking to pry;
9 just covering the bases there.
10   A.   I do take some blood pressure
11 medication but we're good.
12   Q.   I think we're safe there, yeah.
13   A.   All right.
14   Q.   Is there any other health condition
15 that would impact your memory or your ability
16 to understand my questions?
17   A.   No.
18   Q.   Okay.  Great.  And you understand
19 that you are under oath and it's as if you're
20 testifying in front of a judge and a jury
21 today?
22   A.   Fully.
23   Q.   Okay.  Great.  Thank you.  So I'm
24 going to hand you what we're going to mark as
25 Exhibit 1.

Page 190

```
 1    A.   No.
 2    Q.   Okay.
 3    A.   -- I believe we got a null hit on
 4  something that should have constituted a hit.
 5    Q.   Okay.  When you say, "I'm getting
 6  three hits," "two via OCLC," is that the Z39
 7  protocol?
 8    A.   Yes.
 9    Q.   And then if you flip a few pages to
10  Bates stamp 7831 --
11    A.   Yes.
12    Q.   -- at the top -- or I guess it
13  looks like this is an OCLC connection snip.  Is
14  that right?
15    A.   To the best of my understanding of
16  what's shown to me on the page, yes.
17    Q.   Does that mean that Yolo maintained
18  both a WorldCat subscription and a BTCat
19  subscription?
20    A.   I don't believe Yolo ever purchased
21  BTCat.
22    Q.   I understand.  So the customer I
23  guess Yolo is comparing --
24    A.   The hits they got in us versus your
25  client.
```

Page 191

```
 1    Q.   I understand.  Okay.  You can put
 2  that to the side.
 3    A.   (Witness complies.)
 4    Q.   When you're selling BTCat, does
 5  Baker & Taylor ever bundle products?
 6    A.   Yes.
 7    Q.   Can you describe some of those
 8  instances?
 9    A.   Sure.  So if a library is
10  contracting, especially our higher margin
11  products, we will often apply additional
12  discounts.
13    Q.   And what are some of the products
14  that you recall bundling with BTCat?
15    A.   So there would be all the product
16  specialists who would be involved.  You know,
17  so that could be somebody employed by
18  collectionHQ, if we wanted to use them as an
19  example, but we would bring in those
20  individuals.  We would all talk amongst each
21  other as a team and try to craft a creative
22  proposal for the library.
23    Q.   So in terms of the products and
24  services that get bundled with Baker & Taylor's
25  BTCat, it could be any offered service if
```

Page 192

```
 1  that's the right proposal for that customer?
 2    A.   If it's the right proposal for us
 3  and the customer.  We're looking for a win,
 4  win, win.
 5    Q.   Okay.  And when you say, "Win," why
 6  is it a win?
 7    A.   Why is it a win to provide
 8  libraries with a better service?
 9    Q.   Well, I guess what makes the
10  bundling a win, win?  Like in your mind what
11  makes it a win, win?  That's what I'm trying to
12  understand.
13    A.   Okay.  In my heart of hearts, I
14  want library patrons to be happy.  I want them
15  to use the library more.  We know that
16  libraries, when given a dollar, they create $7
17  of economic impact.  I really believe in that
18  type of a statistic.
19    Q.   So is cost really important to
20  libraries?
21    A.   I think cost is really important to
22  libraries.
23    Q.   Is it the most important factor?
24    A.   I think different libraries would
25  say service is the most important thing to
```

Page 193

```
 1  them.
 2    Q.   But the cost is high up there?
 3    A.   I would say cost is high.  Service
 4  is high.  Efficiencies are high.  So when I
 5  say, "Win, win, win," I want the community to
 6  be delighted with the end goal --
 7    Q.   Right.
 8    A.   -- I want the library to be happy
 9  with how they budget, not just today but in the
10  three years or five years or seven years.  And
11  I want us to be happy with it as well, too.
12    Q.   Understood.  In your experience,
13  all else being equal, if a product is cheaper
14  is a library more likely to go that route?
15    A.   No.
16    Q.   Why not?
17    A.   Sometimes they have workflows that
18  can't be broken.  Sometimes they belong to
19  resource sharing and that's a higher value
20  point for them than the cataloging record or
21  wherever they get the cataloging record, if
22  we're specifically speaking about cataloging
23  record.
24    Q.   If those kinds of obstacles aren't
25  present, cost, would that be a major factor?
```

CONFIDENTIAL ATTORNEYS EYES ONLY

```
                                                              Page 194                                                                Page 196
 1  If they're getting the same thing as a current              1  that they can get a better deal if they do
 2  product, no limitations, same performance,                  2  multiple things at the same time.  Or because
 3  would they go for the cheaper?                              3  of synergies between different products.
 4      A.   Are we saying BTCat is the same?                   4      Q.   And Baker & Taylor and Bridgeall
 5      Q.   I'm asking you.  I'm not                           5  are trying to deliver on that for them?
 6  necessarily saying BTCat is the same.                       6      A.   Historically for DEI related
 7           MR. HARTMAN: I'm going to object.                  7  things, which is really the only pathway
 8  Speculative.                                                8  between the two, we have not sold nearly as
 9      A.   So do I answer?                                    9  many as I would have liked to.
10      Q.   Yes.                                              10      Q.   But it is an option?
11      A.   Can you repeat it one more time?                  11      A.   It's an option, but they could take
12  I'm sorry.                                                 12  those results and give them to another firm.
13      Q.   I'll rephrase.  I'm not doing a                   13      Q.   Right.  So I think you testified
14  very good job making a clear question.                     14  that every setup for a library is unique.  Does
15       If a library is looking at two products               15  that include what types of products might also
16  and they're largely the same --                            16  be bundled for them?
17      A.   Okay.                                             17      A.   More rarely but --
18      Q.   -- is a library going to go for the               18      Q.   It can?
19  cheaper product?                                           19      A.   Yeah.
20      A.   Not always.                                       20      Q.   Okay.  And when you're looking to
21      Q.   A lot of the time if dollar -- if                 21  bundle, does it matter that one product is
22  money is so important and if libraries are                 22  technically housed under Bridgeall and the
23  strapped as you suggested earlier?                         23  other is under Baker & Taylor in terms of an
24      A.   I don't think so --                               24  offering?
25      Q.   Okay.                                             25      A.   From what perspective?

                                                              Page 195                                                                Page 197
 1      A.   -- reputation, relationship,                       1      Q.   So understanding they're different
 2  history, other socioeconomic factors.  I mean,              2  corporate entities, that's not an obstacle to
 3  I've seen different evaluation sheets from                  3  offering these bundles to customers, right?
 4  different libraries that score all differently.             4      A.   Generally, no.
 5  I wish it was as easy as that.                              5      Q.   So when you're out in the community
 6      Q.   Okay.  Got it.  Going back a little                6  doing outreach, you're looking for
 7  bit.  You have bundled BTCat with various --                7  opportunities, not only to give them great
 8  Baker & Taylor has bundled BTCat with                       8  access to BTCat and come up with the right
 9  collectionHQ for some customers?                            9  solution for them, you're also looking to
10      A.   They're still two separate terms                  10  include products that might make it better for
11  and conditions and two separate contracts, but             11  them including collectionHQ.
12  in all intents and purposes, they were sold at             12      A.   Yes.
13  the same time as a bundle.                                 13      Q.   And you did that across the
14      Q.   Is cross selling important because                14  country, correct?
15  it ensures that customers get the best product?            15      A.   Well, it gets -- you know, in terms
16      A.   Is cross selling what?                            16  of responsibilities, not always.
17      Q.   Any of the products that Baker &                  17      Q.   Okay.  What do you mean by that?
18  Taylor and Bridgeall offer --                              18      A.   So in New England, right, I have
19      A.   Is it -- I'm sorry, Katie.                        19  these longer term relationships; and it might
20      Q.   That's okay.  So why are customers                20  be with those, I have a bigger, you know,
21  looking at more than one service?                          21  stake.  But if I'm at a library, I sell by
22      A.   One -- at that time?                              22  need.  Okay.  So let's say I'm in California
23      Q.   Yes.                                              23  and I go to the meeting and the library
24      A.   Because they might have concurrent                24  initially wanted BTCat and now they're saying
25  goals at the same time.  Or because they know              25  they want book lease or they have another
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 198

1  pressing thing that's a higher priority, I
2  pivot to that, but I'm not responsible nor do I
3  get credit for said sale.
4      Q.   Understood.  Got it.  But there's
5  cooperation between you and those specialists,
6  right, to make sure the library is getting the
7  right combination of products for them?
8      A.   Yes.
9      Q.   Right.  Are you emailing pretty
10 regularly with Bridgeall and collectionHQ, you
11 know, in pursuit of that?
12     A.   Not a ton.
13     Q.   But it happens?
14     A.   It happens.
15     Q.   Would you say it's a regular
16 occurrence, if not a frequent occurrence?
17         MR. HARTMAN:  Objection.
18     You can answer.
19     A.   I would say it's irregular.
20     Q.   Okay.  You said that you informally
21 have geographic responsibilities for the
22 northeast.  Does someone have official
23 responsibility for that or is it Misha and
24 she's responsible for the whole country?
25     A.   Misha's role is trainer and

Page 199

1  customer success for BTCat.  Today that is
2  currently it.  In New England, there's myself
3  with official responsibilities primarily to the
4  larger libraries in New England or the larger
5  prospects in New England that we do not do
6  business with.
7      Q.   Who would be your counterpart in
8  Ohio?
9      A.   As a field sales consultant?
10     Q.   I guess anyone that would be your
11 equivalent or lower.
12     A.   In a sales role?
13     Q.   I think, yes, unless -- what else
14 would it be besides sales?
15     A.   It could be customer success for
16 other product lines.
17     Q.   Other product lines would include
18 just not BTCat?
19     A.   CLS, Boundless, the eBook platform,
20 collectionHQ.  There could be somebody
21 responsible for that.
22     Q.   Who -- I apologize.
23     A.   I'm sorry, Katie.
24     Q.   I was wondering -- and if you want
25 to finish and then answer this question, I

Page 200

1  leave it to you, whatever makes the most
2  organizational sense, but who's responsible for
3  Ohio?
4      A.   For Ohio, as a field sales
5  consultant, is Marne, M-a-r-n-e, and I believe
6  her new last name is M-a-s-s, I think it's,
7  E-l-l-a --
8      Q.   Okay.
9      A.   -- is the field sales consultant.
10     Q.   Who would be the customer success?
11     A.   For CLS, they've changed their
12 mappings recently.  I would default to the head
13 of that department as Marie Franklin, spelled
14 as you would expect it to be spelled, to tell
15 you that answer.
16     Q.   And would Marne and Marie both have
17 some sort of connection to collectionHQ either
18 from a sales or from a customer satisfaction or
19 success standpoint?
20     A.   If any customer throughout their
21 tenure, throughout their experience with
22 Baker & Taylor whether it's on the phone, in
23 email, in person, if they hear of a problem,
24 they're going to let their counterpart know,
25 and usually those notes are captured in

Page 201

1  SalesForce.  Some folks are good at note
2  taking.  Others are poor at note taking.
3      Q.   Right.  Is there anyone else in
4  Ohio that comes to mind?
5      A.   I think the collectionHQ customer
6  success manager is based in Michigan and I
7  think her name is Anna Curtis.  I don't know if
8  she has Ohio accounts, but she reports to Jamie
9  Wright on the collectionHQ side.
10     Q.   This collectionHQ person, Anna, is
11 she a Bridgeall employee or a Baker & Taylor
12 employee?
13     A.   She moved to Valsoft in the sale of
14 the product of collectionHQ.
15     Q.   What about prior?
16     A.   I don't know who wrote her
17 paycheck.
18     Q.   Okay.  What about Jamie Wright, if
19 you know?
20     A.   Bridgeall employee, now Valsoft
21 employee.
22     Q.   Do Baker & Taylor employees carry
23 out the work of Bridgeall occasionally?
24     A.   Can you be more specific?
25     Q.   Yes.  What's the relationship

Veritext Legal Solutions
www.veritext.com                                    888-391-3376

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 202

1 there?  It sounds like -- I mean, you let me
2 know that you're a Baker & Taylor employee and
3 I understand you're not getting credit for the
4 sales or anything like that, but, you know,
5 there is some sort of interfacing you do on
6 behalf of collectionHQ and Bridgeall.  So I'm
7 just trying to figure out where in that
8 relationship does the Baker & Taylor employee
9 become a Bridgeall employee?  Like what's the
10 line?  Is it management, if you know?
11     A.   I believe it's role specific, but I
12 don't -- I don't know.
13     Q.   Okay.  Fair enough.  When we were
14 talking about bundling, you said for all
15 intents and purposes, it can be -- I'm
16 paraphrasing -- the same price or part of the
17 same package, BTCat and collectionHQ, right?
18     A.   Yes.
19     Q.   Is the pricing dependent on the
20 other?  So if you're willing to pay more for a
21 BTCat subscription, do you get some sort of
22 discount on collectionHQ or vice-versa?
23     A.   I can't confirm what Jamie Wright
24 or his peers have done with their pricing.  I
25 know that I am usually giving away more pricing

Page 203

1 on my side.
2     Q.   Got it.  I have a couple documents
3 that might help us here.  Do you need a break?
4 Are you okay?
5     A.   Let's keep going.
6     Q.   All right.
7          THE WITNESS:  Unless?
8          MR. HARTMAN:  I could use the
9 restroom again.
10         MS. BROWN:  Okay.  Then I'll hold
11 off on this.  It's no problem.
12         Off the record.
13         (Recess taken.)
14         - - - - -
15 (Thereupon, Deposition Exhibit 24,
16  07/30-08/06/2021 Email Trail Between
17  Travis Kelley, Steve Butzel,
18  Christine Friese and Sarah Cornell,
19  cc: Katie White, Jamie Wright,
20  Bates Nos. BAKER00055841-00055842,
21  was marked for purposes of
22  identification.)
23         - - - - -
24 BY MS. BROWN:
25    Q.   We're back on the record.  We just

Page 204

1 took a short break.  Mr. Kelley, I'm going to
2 hand you what I've marked as Exhibit 24.
3 Please let me know when you've had a chance to
4 look at it.
5     A.   Um-hum.
6     Q.   So we've been talking a little bit
7 about bundling and I was just wondering.  On
8 the second page, the back of the paper, there's
9 a paragraph called, "Pricing."  Do you see
10 that?
11    A.   Yes.
12    Q.   And what is that showing?
13    A.   Pricing for products.
14    Q.   And what's the top paragraph --
15    A.   Collection --
16    Q.   -- the top two lines?
17    A.   CollectionHQ for a one-year term or
18 collectionHQ for a multiyear term.
19    Q.   What about the lines beneath those?
20    A.   BTCat project work, different
21 options.
22    Q.   

Page 205

4    Q.   And is that one of those situations
5 where you said -- I think you said you give
6 away more money on your end, but is that a
7 situation where you're trying to bundle them
8 together and make it attractive for the client?
9    A.   Yes.
10    Q.   And what goes into that?  How do
11 you decide this pricing, how much to discount
12 or combine?
13    A.   So, in this example, if my
14 recollection is accurate -- let's look at that
15 year -- I think Jamie Wright, Jim Smith and I
16 got on Microsoft Teams and had a discussion
17 about the pricing to put forth --
18    Q.   And Jamie Smith --
19    A.   -- or James Smith, Jim Smith,
20 senior vice president of sales currently today,
21 and Jamie Wright, vice president of
22 collectionHQ at Valsoft.
23    Q.   So you guys kind of worked
24 collectively to figure that out?
25    A.   Correct.  Apologies for the

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 206

```
 1  verbosity.
 2      Q.  It's no problem.  What are the
 3  factors that go into that discussion, when
 4  you're thinking about bundling products like
 5  this or I guess here specifically collectionHQ,
 6  if you remember?
 7      A.  I don't remember collectionHQ's
 8  algorithm for -- not algorithm but their
 9  pricing model.  Here with the BTCat, I can
10  speak of it more authoritatively where what we
11  were trying to do is [REDACTED]
12  [REDACTED]
13  [REDACTED]
14  [REDACTED]
15  [REDACTED]
16  [REDACTED]
17  [REDACTED]
18  [REDACTED]
19  [REDACTED]
20  [REDACTED]
21      Q.  Got it.  And did Jamie Wright have
22  to approve it in that conversation?
23      A.  Yes.
24      Q.  So in a situation like this,
25  there's a fair amount of collaboration?
```

Page 207

```
 1      A.  Yes, but I'm not selling
 2  collectionHQ.
 3      Q.  Understood.  You can put that to
 4  the side.
 5      A.  (Witness complies.)
 6          - - - - -
 7          (Thereupon, Deposition Exhibit 25,
 8          02/23-06/30/2022 Email Trail Between
 9          Jamie Wright, Christine Burrough,
10          Shannon Delaware, Neal Starkey,
11          Travis Kelley, Jon Jezorski and
12          Scott Coning, cc: Josh Crabtree,
13          Bates Nos. BAKER00053573-00053579,
14          was marked for purposes of
15          identification.)
16          - - - - -
17      Q.  Handing you what I've marked as
18  Exhibit 25.  Please let me know when you are
19  done reviewing it.
20      This is a really long document.  I
21  apologize, Mr. Kelley.  I should tell you where
22  I'm interested in.
23      A.  Yeah, tell me where to focus,
24  please.
25      Q.  Yes.  If you go to page 2, Bates
```

Page 208

```
 1  stamped 53574, if you look at your email at the
 2  top of the page --
 3      A.  Yes.
 4      Q.  -- I'm interested in speaking with
 5  you about that pricing.
 6      A.  Okay.
 7      Q.  So it looks like you are responding
 8  to [REDACTED]  And where is she a
 9  librarian?
10      A.  It looks like [REDACTED]
11  [REDACTED]
12      Q.  And you're providing her with
13  pricing for BTCat, correct?
14      A.  Yes.  This is just a quick email
15  response.
16      Q.  [REDACTED]
17  [REDACTED]
18  [REDACTED]
19  [REDACTED]
20      A.  Yeah.
21      Q.  Can you explain what you're saying
22  there?
23      A.  I'm saying I will give them
24  controlled cost.
25      Q.  For BTCat?
```

Page 209

```
 1      A.  For the BTCat side.
 2      Q.  Okay.  And the line below says,
 3  "The above is inclusive of the DEI work, too."
 4      A.  Yes.
 5      Q.  What is, "The DEI work," referring
 6  to?
 7      A.  It's the project work.
 8      Q.  It's not collectionHQ?
 9      A.  It's taking the results of the
10  collectionHQ DEI analysis and then providing
11  the turnkey BTCat enrichment.
12      Q.  And throughout this email, Jamie
13  Wright is there.
14      A.  Yes.
15      Q.  All right.  And if you go one page
16  over, 53575, it looks like in her email toward
17  the bottom of the page she says,
18      "I cannot answer the BTCat questions so I
19  will leave that one to Travis."
20      Is that sort of the inverse situation
21  that we were talking about where she'll rely on
22  you as a specialist to talk about that product?
23      A.  Yes.
24      Q.  Okay.
25      A.  Jamie is a man.
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 322

1 buying.
2 Q. How does community zone fit into
3 that, or community pool? I apologize.
4 A. The community pool is the totality
5 of all records purchased, created, et cetera.
6 Q. And that includes contributed by
7 libraries, correct?
8 A. When they have the authorization,
9 when they've told us or when they do original
10 cataloging, yes.
11 Q. Authorization that you do not
12 confirm, correct?
13 A. I don't know how I would confirm
14 that.
15 Q. "Yes," or, "No"?
16 A. No, I don't confirm authorization.
17 That's the library's responsibility.
18     MS. BROWN: Okay. I'll reserve
19 the rest of my time.
20     MR. HARTMAN: Let's take a short
21 break.
22     (Recess taken.)
23     MR. HARTMAN: From our perspective,
24 we're just going to reserve the right to read
25 and sign. We don't have anything on redirect.

Page 323

1 So I think that means we're done.
2     MS. BROWN: Let's go off the record
3 for a few minutes.
4     (Recess taken.)
5     MS. BROWN: We don't have anything
6 further. We're done.
7     (Thereupon, the deposition
8     was adjourned at 4:57 p.m.)

Page 324

1 Whereupon, counsel was requested to give
2 instruction regarding the witness's review of
3 the transcript pursuant to the Civil Rules.
4
5     SIGNATURE:
6 Transcript review was requested pursuant to the
7 applicable Rules of Civil Procedure.
8
9     TRANSCRIPT DELIVERY:
10 Counsel was requested to give instruction
11 regarding delivery date of transcript.
12 Kathryn Brown ordered ROUGH draft and the
13 original transcript regular delivery.
14 Copy--Derek Hartman, ROUGH draft and copy of
15 transcript regular delivery

Page 325

1     REPORTER'S CERTIFICATE
2 The State of Ohio,  )
3         SS:
4 County of Cuyahoga. )
5
6     I, Tracy Morse, a Notary Public
7 within and for the State of Ohio, duly
8 commissioned and qualified, do hereby certify
9 that the within named witness, TRAVIS KELLEY,
10 was by me first duly sworn to testify the
11 truth, the whole truth and nothing but the
12 truth in the cause aforesaid; that the
13 testimony then given by the above-referenced
14 witness was by me reduced to stenotypy in the
15 presence of said witness; afterwards
16 transcribed, and that the foregoing is a true
17 and correct transcription of the testimony so
18 given by the above-referenced witness.
19     I do further certify that this
20 deposition was taken at the time and place in
21 the foregoing caption specified and was
22 completed without adjournment.

Veritext Legal Solutions
www.veritext.com                                                      888-391-3376

Page 326

1  I do further certify that I am not
2  a relative, counsel or attorney for either
3  party, or otherwise interested in the event of
4  this action.
5  IN WITNESS WHEREOF, I have hereunto
6  set my hand and affixed my seal of office at
7  Cleveland, Ohio, on this 22nd day of August, 2025.
8
9
10
11
12
13  _Tracy Morse_
14  Tracy Morse, Notary Public
15  within and for the State of Ohio
16
17  My commission expires 1/26/2028.

Page 327

1  Veritext Legal Solutions
   1100 Superior Ave
2  Suite 1820
   Cleveland, Ohio 44114
3  Phone: 216-523-1313
4
   August 22, 2025
5
   To: Mr. Hartman
6
   Case Name: OCLC Inc v. Baker & Taylor LLC Bridgeall Libraries Ltd
7
   Veritext Reference Number: 7525452
8
   Witness: Travis Kelley    Deposition Date: 8/8/2025
9
10 Dear Sir:
11
   Enclosed please find a deposition transcript.  Please have the witness
12
   review the transcript and note any changes or corrections on the
13
   included errata sheet, indicating the page, line number, change, and
14
   the reason for the change.  Have the witness' signature notarized and
15
   forward the completed page(s) back to us at the Production address
16 shown
17 above, or email to production-midwest@veritext.com.
18
   If the errata is not returned within thirty days of your receipt of
19
   this letter, the reading and signing will be deemed waived.
20
21 Sincerely,
22 Production Department
23
24
25 NO NOTARY REQUIRED IN CA

Page 328

1  DEPOSITION REVIEW
   CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 7525452
3  CASE NAME: OCLC Inc v. Baker & Taylor LLC Bridgeall Libraries Ltd
   DATE OF DEPOSITION: 8/8/2025
4  WITNESS' NAME: Travis Kelley
5  In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7  I have made no changes to the testimony
   as transcribed by the court reporter.
8
   _____    _____
9  Date               Travis Kelley
10 Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
   They have read the transcript;
13 They signed the foregoing Sworn
      Statement; and
14 Their execution of this Statement is of
      their free act and deed.
15
   I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
   _____
18 Notary Public
19 _____
   Commission Expiration Date
20
21
22
23
24
25

Page 329

1  DEPOSITION REVIEW
   CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 7525452
3  CASE NAME: OCLC Inc v. Baker & Taylor LLC Bridgeall Libraries Ltd
   DATE OF DEPOSITION: 8/8/2025
4  WITNESS' NAME: Travis Kelley
5  In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7  I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9  I request that these changes be entered
   as part of the record of my testimony.
10
   I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13 _____    _____
   Date               Travis Kelley
14
   Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17 They have read the transcript;
   They have listed all of their corrections
18    in the appended Errata Sheet;
   They signed the foregoing Sworn
19    Statement; and
   Their execution of this Statement is of
20    their free act and deed.
21 I have affixed my name and official seal
22 this _____ day of_____, 20____.
23 _____
   Notary Public
24
   _____
25 Commission Expiration Date

CONFIDENTIAL ATTORNEYS EYES ONLY

```
                                              Page 330
 1          ERRATA SHEET
         VERITEXT LEGAL SOLUTIONS MIDWEST
 2          ASSIGNMENT NO: 7525452
 3  PAGE/LINE(S) /    CHANGE     /REASON
 4  _____
 5  _____
 6  _____
 7  _____
 8  _____
 9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19
    _____    _____
20  Date             Travis Kelley
21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22  DAY OF _____, 20_____ .
23       _____
         Notary Public
24
         _____
25       Commission Expiration Date
```

84 (Page 330)