# Exhibit F

| | |
|---|---|
| Date: | Mon, 29 Jan 2024 5:41:00 PM (UTC) |
| Sent: | Mon, 29 Jan 2024 5:41:11 PM (UTC) |
| Subject: | RE: cHQlite email blast |
| From: | Fred Harvey |
| To: | Jane Herb <Jane.Herb@baker-taylor.com>; Fiona Gibson <Fiona.Gibson@collectionhq.com>; |
| CC: | Jamie Wright <Jamie.Wright@collectionhq.com>; |
| Attachments: | ESM_TerritoryMap_Jan 2024.pptx |

See attached.



Fred



**Fred D. Harvey, MBA-CEM**
Vice President Digital & Software Sales
Helping Libraries Shine!
C: 704-906-6337
Baker & Taylor
2810 Coliseum Centre Dr. Suite 300, Charlotte, NC 28217



**From:** Jane Herb <Jane.Herb@baker-taylor.com>
**Sent:** Monday, January 29, 2024 8:47 AM
**To:** Fiona Gibson <Fiona.Gibson@collectionhq.com>
**Cc:** Jamie Wright <Jamie.Wright@collectionhq.com>; Fred Harvey <Fred.Harvey@baker-taylor.com>
**Subject:** Re: cHQlite email blast

Hi Fiona! Fred is going to send you the map because I'm just about to head to the airport. I have half the US and all of Canada.

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER                                                    BAKER00043057

Thank you, and have a great week!

Jane Herb
Enterprise Sales Manager
Baker & Taylor
Mobile: 503-507-6940

**From:** Fiona Gibson <Fiona.Gibson@collectionhq.com>
**Sent:** Monday, January 29, 2024 2:55:45 AM
**To:** Jane Herb <Jane.Herb@baker-taylor.com>
**Cc:** Jamie Wright <Jamie.Wright@collectionhq.com>; Fred Harvey <Fred.Harvey@baker-taylor.com>
**Subject:** RE: cHQlite email blast

Hi Jane – can you please confirm that the below is your complete list of states?

| |
|---|
| California |
| Idaho |
| Montana |
| Nevada |
| Ontario |
| Oregon |
| Oregon |
| Washington |

Thanks,

Fiona

**From:** Jane Herb <Jane.Herb@baker-taylor.com>
**Sent:** 26 January 2024 21:11
**To:** Fiona Gibson <Fiona.Gibson@collectionhq.com>
**Cc:** Jamie Wright <Jamie.Wright@collectionhq.com>; Fred Harvey <Fred.Harvey@baker-taylor.com>
**Subject:** RE: cHQlite email blast

Thanks, Fiona! Great! For my states, please use the attached updated copy. On the spreadsheet, I highlighted the customers NOT to send this to—I'm either meeting with them or have had recent contact and know their status.

Thanks so much!! j



P.S. Click here to discover Baker & Taylor's suite of **Diversity, Equity, and Inclusion** services to support library analytics, cataloging, and collection development. Follow our collectionHQ LinkedIn page here.

**Did you miss The Digital Dish at ALA in Chicago? No worries, you can watch it here!**

**Inspriring Watch!** Jennifer Henecke, St. Joseph County Public Library's Chief Engagement Officer, shares this multi-faceted

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00043058

community engagement and learning platform and program that "democratizes learning" by encouraging "neighbors teaching neighbors". Bendable

| | **Jane Herb, MBA** |
|---|---|
| BAKER & TAYLOR<br>A Follett Company | Enterprise Sales Manager, Public Libraries<br>Western Region<br>O: 800-775-7930, ext 1008 \| C: 503-507-6940<br>E. jane.herb@baker-taylor.com \| Skype. jane.herb1<br>Baker & Taylor \| 2810 Coliseum Centre Dr. Suite 300, Charlotte, NC 28217<br>(based in US—Oregon, PDT)<br>f 🐦 ▶ in 📷 |

I was honored to be interviewed by Tim Davis for his podcast "Leading Well" which aired on KSLM radio. Here's the link if you 're interested!

Territory: AK, AZ, HI, ID, MT, NV, OR, CA, UT, WA
collectionHQ Territory: Entire Western United States and Canada
Digital Products: AK, AZ, HI, ID, MT, NV, OR, CA, UT, WA, and Canada

*Our mission! "Improving the world by inspiring learning and shaping education"*

---

**From:** Fiona Gibson <Fiona.Gibson@collectionhq.com>
**Sent:** Thursday, January 25, 2024 1:54 AM
**To:** Jamie Wright <Jamie.Wright@collectionhq.com>; Jane Herb <Jane.Herb@baker-taylor.com>
**Subject:** cHQlite email blast

Hi Jamie & Jane,

I'm planning an eblast next week to promote cHQlite. We have run a list of collectionHQ and cHQlite prospects from B&T's Salesforce where the opportunity meets the following criteria:

- Stage = Deferred or Closed Lost
- Type = collectionHQ or cHQlite

Can you please eyeball the list attached and let me know by the end of Monday if there are any that you'd like to remove?

Thanks,

Fiona

**Fiona Gibson**
Marketing Manager

Bridgeall Libraries Limited
220 St. Vincent Street
Glasgow
G2 5SG



Follow our latest news on LinkedIn and X (Twitter)

 

A Baker & Taylor Company

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00043060