# Exhibit G

| | |
|---|---|
| Date: | Thu, 30 Jun 2022 7:14:21 PM (UTC) |
| Sent: | Thu, 30 Jun 2022 7:14:20 PM (UTC) |
| Subject: | Re: collectionHQ + DEI Pricing (███████) |
| From: | Jamie Wright |
| To: | Jon Jezorski <Jon.Jezorski@baker-taylor.com>; |

Cool

You could always teams me into the meeting when you chat about CHQ?


Kind Regards

Jamie Wright
Senior Sales & Account Manager - International
collectionHQ
Tel: 07896834159

Sent from my iPhone
(sorry for any spelling mistakes)

> On 30 Jun 2022, at 19:51, Jon Jezorski <Jon.Jezorski@baker-taylor.com> wrote:
>
> ☐
> Jamie,
>
> Scott, Travis, and I met with Jos Holman at ALA and he kind of acted like this was the first time he'd heard of CHQ & BTCAT. We need to get Neal Starkey to approve and we can win this. W████████████████████████████
> ████████████████████████████ I'm trying to arrange a trip to ███████ with Scott and Travis to meet with ███████ in person.
>
> Thanks,
> Jon
>
> ---
>
> **From:** Travis Kelley <Travis.Kelley@baker-taylor.com>
> **Sent:** Thursday, June 30, 2022 7:51 AM
> **To:** Jon Jezorski <Jon.Jezorski@baker-taylor.com>; Scott Coning <Scott.Coning@baker-taylor.com>
> **Subject:** Fwd: collectionHQ + DEI Pricing
>
> Can one of you work w Jamie to update him about our Ala talk w Jos Holman the director?
>
> Get Outlook for iOS
>
> ---
>
> **From:** Jamie Wright <Jamie.Wright@collectionhq.com>
> **Sent:** Thursday, June 30, 2022 7:42:48 AM
> **To:** ████████████████████████
> **Cc:** ████████████████████████████████████████████ Travis Kelley <Travis.Kelley@baker-taylor.com>
> **Subject:** RE: collectionHQ + DEI Pricing
>
> ███████

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00053336

I hope you are well?

How did you get on with your approval request?

As previously discussed our prices are being increased by ▇▇▇▇▇▇▇▇▇▇ but if we receive confirmation before then we can hold the price we quoted you.

I look forward to hearing from you.

Kind Regards

Jamie Wright
Senior Sales & Account Management – International
collectionHQ
t: +44 07896834159
e: Jamie.wright@collectionhq.com
w: www.collectionhq.com





**From:** Travis Kelley <Travis.Kelley@baker-taylor.com>
**Sent:** 13 April 2022 20:09
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** RE: collectionHQ + DEI Pricing

Hi Christine,

Thank you for the clarification, yes the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. But we could make it flat so a hypothetical could look:

▇▇▇▇▇▇
▇▇▇▇▇▇
▇▇▇▇▇▇

The above is inclusive of the DEI work, too.

Remembering back to our March demo, I believe this would save you significant savings from OCLC if I am recalling correctly.

Happy to get on the phone if I have misunderstood anything.

Warm Regards,

Travis Kelley
732-427-6834

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITVE ORDER

BAKER00053337

**From:** ███████████████████
**Sent:** Wednesday, April 13, 2022 2:58 PM
**To:** Travis Kelley <Travis.Kelley@baker-taylor.com>
**Cc:** J███████████████████████████████ Jamie Wright <Jamie.Wright@collectionhq.com>
**Subject:** RE: collectionHQ + DEI Pricing

**CAUTION:** This email was sent from outside of Follett. Please be careful with web links or attachments, and avoid entering credentials when you are not expecting a logon prompt.

---

Hey Travis,

If we did a ███████████████████████████████████████████████████████████████?

I'm trying to get everything covered for the questions I know that will be coming.

Thank you.

---

███████████████████████████
Collection Development Librarian

The views expressed in this message are my own and do not necessarily reflect ██████ policy.

---

**From:** Travis Kelley <Travis.Kelley@baker-taylor.com>
**Sent:** Wednesday, April 13, 2022 2:14 PM
**To:** Jamie Wright <Jamie.Wright@collectionhq.com>; ███████████████████████████████████████████████████████████████
**Subject:** RE: collectionHQ + DEI Pricing

Hi All! 😊

Similar here on the BTCat side – a ██████ocks in the price each year so you have known costs moving forward. Whatever you need, please don't hesitate to ask.

Best,

Travis Kelley
732-427-6834

---

**From:** Jamie Wright <Jamie.Wright@collectionhq.com>
**Sent:** Wednesday, April 13, 2022 2:00 PM
**To:** ███████████████████████████████ Travis Kelley <Travis.Kelley@baker-taylor.com>
**Cc:** ███████████████████████████████
**Subject:** RE: collectionHQ + DEI Pricing

██ ██████

I cannot answer the BTCat question so I will leave that one to Travis who manages that service. I can hold the pricing until 27th June 2022. I cannot provide what the new pricing will look like as I don't have this information at this time.

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITVE ORDER

BAKER00053338

The collectionHQ subscription can be paid annually so signing up to a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

If you need any further assistance from me please shout out.

Good luck 😊

Kind Regards

Jamie Wright
Senior Sales & Account Management – International
collectionHQ
t: +44 07896834159
e: Jamie.wright@collectionhq.com
w: www.collectionhq.com

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** 13 April 2022 18:30
**To:** Jamie Wright <Jamie.Wright@collectionhq.com>; Travis Kelley <Travis.Kelley@baker-taylor.com>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: collectionHQ + DEI Pricing

> **CAUTION:** This email was sent from outside of Follett. Please be careful with web links or attachments, and avoid entering credentials when you are not expecting a logon prompt.

Hello Jamie,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thank you.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Collection Development Librarian

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITVE ORDER

BAKER00053339

The views expressed in this message are my own and do not necessarily reflect ▮▮▮ policy.

**From:** Jamie Wright <Jamie.Wright@collectionhq.com>
**Sent:** Monday, April 04, 2022 7:02 AM
**To:** ▮▮▮
**Subject:** RE: collectionHQ + DEI Pricing

▮▮▮

Did you manage to have a chat with your supervisors about our DEI module? I have just been informed we are reviewing pricing for our new fiscal year and I'm keen for you to secure the current price offer before our prices go up.

I look forward to hearing from you.

Kind Regards

Jamie Wright
Senior Sales & Account Management – International
collectionHQ
**t:** +44 07896834159
**e:** Jamie.wright@collectionhq.com
**w:** www.collectionhq.com





**From:** Jamie Wright
**Sent:** 24 March 2022 16:15
**To:** ▮▮▮
**Cc:** ▮▮▮ Scott Coning <Scott.Coning@baker-taylor.com>; Travis Kelley <Travis.Kelley@baker-taylor.com>; Jon Jezorski <Jon.Jezorski@baker-taylor.com>
**Subject:** Re: collectionHQ + DEI Pricing

▮▮▮

That's great news the team are keen to move forward. I'll wait to hear back from you once you have had a chance to speak to your supervisors about budget.

Take care.

Kind Regards

Jamie Wright
Senior Sales & Account Manager - International
collectionHQ

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00053340

Tel: 07896834159

Sent from my iPhone
(sorry for any spelling mistakes)

> On 24 Mar 2022, at 15:57, ██████████████████████ wrote:
>
> **CAUTION:** This email was sent from outside of Follett. Please be careful with web links or attachments, and avoid entering credentials when you are not expecting a logon prompt.
>
> Hello Jamie,
>
> ████████████████████████████████████████████████████████████████████████
> ████████████████████████████████████████████████████████████████████████
>
> ██████████████████████████████████████ are all very interesting moving forward, but we ████████████████████████████████████████
>
> Thank you for your patience!
>
> ──────────────────────────
>
> ██████████████████████████
> Collection Development Librarian
>
> The views expressed in this message are my own and do not necessarily reflect ████ policy.
>
> **From:** Jamie Wright <Jamie.Wright@collectionhq.com>
> **Sent:** Thursday, March 24, 2022 11:22 AM
> **To:** ████████████████████████████████████████████████████
> ██████████████████████
> **Cc:** Scott Coning <Scott.Coning@baker-taylor.com>
> **Subject:** RE: collectionHQ + DEI Pricing
>
> Hi all
>
> I hope you are all well since we last spoke?
>
> I'm contacting you today to ask if you have made a decision on one of the below DEI/collectionHQ options?
>
> I understand my colleague Travis spent time with your library yesterday demoing how BTCat could further enrich your data with the help of collectionHQ.
>
> I look forward to hearing your decision.
>
> Kind Regards
>
> Jamie Wright
> Senior Sales & Account Management – International
> collectionHQ

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITVE ORDER

BAKER00053341

**t:** +44 07896834159
**e:** Jamie.wright@collectionhq.com
**w:** www.collectionhq.com





**From:** Jamie Wright
**Sent:** 23 February 2022 16:36
**To:** [redacted]
**Subject:** collectionHQ + DEI Pricing

Hello again

Thank you for taking the time to listen to me talk all things DEI & collectionHQ. I don't have Neals email address so if you can forward on that would be great.

DEI Pricing:

- 

collectionHQ Pricing and Service:

- 

Jon and Travis will be in touch about our sustainable shelves program & BTCat service.

I look forward to speaking with you again in 6 weeks.

Kind Regards

Jamie Wright
Senior Sales & Account Management – International
collectionHQ
**t:** +44 07896834159
**e:** Jamie.wright@collectionhq.com
**w:** www.collectionhq.com

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER                    BAKER00053342





ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00053343