# Exhibit H

| | |
|---|---|
| Date: | Fri, 6 Aug 2021 2:58:37 PM (UTC) |
| Sent: | Fri, 6 Aug 2021 2:58:36 PM (UTC) |
| Subject: | FW: ▓▓▓▓ and B&T/Diversity Analysis |
| From: | Travis Kelley <Travis.Kelley@baker-taylor.com> |
| To: | Jamie Wright <Jamie.Wright@collectionhq.com>; |

Travis Kelley
732-427-6834

**From:** Travis Kelley
**Sent:** Friday, July 30, 2021 1:34 PM
**To:** ▓▓▓▓
**Cc:** Katy White <Katy.White@baker-taylor.com>; Jamie Wright <Jamie.Wright@collectionhq.com>; ▓▓▓▓ >
**Subject** ▓▓▓▓ B&T/Diversity Analysis

Dear ▓▓▓,

Thank you for your time this morning. We appreciated meeting with your team earlier this week.

There are two parts to our diversity analysis – part a) ▓▓▓▓

*If ▓▓▓▓ elects the ▓▓▓▓, I hope you see this as a hybrid to what we were discussing.

To summarize, the DEI analysis module is available as a new feature within our cHQ collection management tool.

▓▓▓▓ etitive to contracting one-time DEI reports from other vendors and includes significantly more value to help manage your collection today and over time for an overall better return on investment for your budget dollars.

To review product information and to watch a one minute overview of our DEI Analysis module in cHQ please go to this page: https://www.collectionhq.com/diversity- analysis/

And here is the webinar recording link, available to **watch** now. *(Runtime: 1h1m6s)*

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00055646

BTCat will retrospectively enhance records from ▮▮▮▮▮▮▮▮▮▮ via CHQ's Diversity Analysis tool and insert the diversity topics into the 650's or a protected field (690). BTCat is the industry's modern cataloging platform built on Azure technology to enhance cataloging workflows and help libraries save time.

Warmest Regards,

Travis Kelley
BTCat Sales Manager, Eastern U.S. & Canada
732-427-6834
Travis.Kelley@Baker-Taylor.com

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00055647