# Exhibit I

Date:       Mon, 13 Dec 2021 3:08:22 PM (UTC)

Sent:       Mon, 13 Dec 2021 3:08:19 PM (UTC)

Subject:    RE: collectionHQ Demo Follow up

From:       Travis Kelley <Travis.Kelley@baker-taylor.com>

To:         Jamie Wright <Jamie.Wright@collectionhq.com >;

CC:         Fred Harvey <Fred.Harvey@baker-taylor.com >;

Hi Jaime,

+Fred

Unfortunately, no. They weren't on my radar; it looks like there is a CLS lead though.

Looking at their tech, it looks like they just made the change to KOHA from Sirsi's Horizon system. From what I can tell, they have OCLC (our chief competitor). We could get really aggressive on price.

She might need a refresher on BTCat – guessing they only saw a PPT before I came into this role.

█████
████████████████████████████████████████
████████████████████████████████

Travis Kelley
732-427-6834

**From:** Jamie Wright <Jamie.Wright@collectionhq.com >
**Sent:** Monday, December 13, 2021 9:54 AM
**To:** Travis Kelley <Travis.Kelley@baker-taylor.com>
**Subject:** FW: collectionHQ Demo Follow up

Hi Travis

Quick question did you provide Tito a BTCat quote for ████████

Kind Regards

Jamie Wright
Senior Sales & Account Management – International
collectionHQ
**t:** 07896834159
**e:** Jamie.wright@collectionhq.com
**w:** www.collectionhq.com

 

**From:** Reynolds, Susan <Susan.Reynolds@marionfl.org >
**Sent:** 24 March 2021 15:58
**To:** Jamie Wright <Jamie.Wright@collectionhq.com >
**Subject:** RE: collectionHQ Demo Follow up

Hi Jaimie,

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

I am waiting on a quote from Tito Vasquez for BT CAT before I can make a firm recommendation to my director. I am weighing BT CAT, CLS and Collection HQ, their prospective costs and what workflow it frees up for my staff. I can chat tomorrow, but we won't be moving on a decision before summer at this point. We are still assessing budget loses and if any new governmental funding is coming our way.



**From:** Jamie Wright <Jamie.Wright@collectionhq.com>
**Sent:** Wednesday, March 24, 2021 11:43 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: collectionHQ Demo Follow up

Hi ▮▮▮

I thought I would drop you a quick email again to ask if you manage to speak with ▮▮ about a gaining budget for collectionHQ? Our fiscal year ends on Friday so If we can have a chat either later on today or tomorrow that would be great.

I look forward to hearing from you.

Kind Regards

Jamie Wright
Senior Sales & Account Management – International
collectionHQ
**t:** 07896834159
**e:** Jamie.wright@collectionhq.com
**w:** www.collectionhq.com

 

**From:** Jamie Wright
**Sent:** 17 March 2021 17:45
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00035027

{}

**Cc:** Fred Harvey <Fred.Harvey@baker-taylor.com>
**Subject:** RE: collectionHQ Demo Follow up

H███

Did you manage to speak to ████ today about securing funding for collectionHQ?

Kind Regards

Jamie Wright
Senior Sales & Account Management – International
collectionHQ
**t:** 07896834159
**e:** Jamie.wright@collectionhq.com
**w:** www.collectionhq.com

  

**From:** Jamie Wright
**Sent:** 15 March 2021 15:39
**To** ████████████████████████
**Cc:** Fred Harvey <Fred.Harvey@baker-taylor.com>
**Subject:** RE: collectionHQ Demo Follow up

Hi ████

Thank you for taking the time out of your day to meet with me.

As discussed collectionHQ will help to streamline your library processes whilst at the same time improving the performance of the collections. This link will provide you additional collectionHQ resources
https://www.collectionhq.com/resources/resource- products/collectionhq/

All of our customers receive a dedicated customer success manager who provides training and continued support to their customers. This service is included within your subscription fee.

I look forward to hearing from you.

Kind Regards

Jamie Wright
Senior Sales & Account Management – International
collectionHQ
**t:** 07896834159
**e:** Jamie.wright@collectionhq.com
**w:** www.collectionhq.com

**ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER** **BAKER00035028**

 

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** 15 March 2021 13:30
**To:** Jamie Wright <Jamie.Wright@collectionhq.com >
**Subject:** RE: collectionHQ Demo

Hi Jamie,

Yes, same link?

▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

**From:** Jamie Wright <Jamie.Wright@collectionhq.com >
**Sent:** Monday, March 15, 2021 9:26 AM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: collectionHQ Demo

I can do 9:30 if that works?

Kind Regards

Jamie Wright
Senior Sales & Account Management – International
collectionHQ
**t:** 07896834159
**e:** Jamie.wright@collectionhq.com
**w:** www.collectionhq.com

 

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER**

BAKER00035029

**Sent:** 15 March 2021 13:08
**To:** Jamie Wright <Jamie.Wright@collectionhq.com >
**Subject:** RE: collectionHQ Demo
**Importance:** High

Hi Jamie,

I noticed the meeting invite is showing for 10:30 am instead of 9:30 am EST this morning. The US just went to Daylight Savings Time this weekend so that may be why. I will be out of office at 11 am this morning, I have an appointment for a Covid vaccine.

We can reschedule if that is easier.

Thanks!

Susan



**From:** Jamie Wright <Jamie.Wright@collectionhq.com >
**Sent:** Wednesday, March 10, 2021 3:29 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Subject:** RE: collectionHQ Demo

Hi ▮▮▮▮

Thank you for the prompt reply. I'm actually based in Scotland so AM est works best for me. I will send you a calendar invite for the Monday 15th @ 9:30am.

Does that work ok for you?

Kind Regards

Jamie Wright
Senior Sales & Account Management – International
collectionHQ

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITVE ORDER

t: 07896834159
e: Jamie.wright@collectionhq.com
w: www.collectionhq.com

 

**From:** ██████████████████████████ >
**Sent:** 10 March 2021 20:24
**To:** Jamie Wright <Jamie.Wright@collectionhq.com >
**Subject:** RE: collectionHQ Demo

Hello Jamie,

My apologies! I thought I had sent a reply back. I am free any of those dates in the morning hours EST [basically up to noon] If an afternoon would work better please let me know and I will see if there is anything I can move around.



**From:** Jamie Wright <Jamie.Wright@collectionhq.com >
**Sent:** Wednesday, March 10, 2021 2:52 PM
**To:** ██████████████████████████
**Subject:** RE: collectionHQ Demo

██████████

Did you manage to take a look at the email I sent you on Monday regarding dates for our live collectionHQ demo meeting?

I look forward to hearing from you.

Kind Regards

Jamie Wright
Senior Sales & Account Management – International
collectionHQ
t: 07896834159
e: Jamie.wright@collectionhq.com
w: www.collectionhq.com

**ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER**

BAKER00035031

 

**From:** Jamie Wright
**Sent:** 08 March 2021 09:01
**To:**
**Cc:** Fred Harvey <Fred.Harvey@baker-taylor.com>
**Subject:** collectionHQ Demo

Good morning

My colleague Fred Harvey informed me you would like to see a live demo of collectionHQ. Are you available for a demo via ms teams or zoom on the Wednesday or Monday 15th, Wednesday 17th, Thursday 25th March?

I look forward to hearing from you.

Kind Regards

Jamie Wright
Senior Sales & Account Management – International
collectionHQ
**t:** 07896834159
**e:** Jamie.wright@collectionhq.com
**w:** www.collectionhq.com

 

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER