# Exhibit J

Date: Wed, 22 Sep 2021 5:20:46 PM (UTC)
Sent: Wed, 22 Sep 2021 5:20:45 PM (UTC)
Subject: RE: [redacted] Price
From: Travis Kelley <Travis.Kelley@baker-taylor.com>
To: Jamie Wright <Jamie.Wright@collectionhq.com>; Katy White <Katy.White@baker-taylor.com>;

Hi Jamie,

Unfortunately, weeding is distributed there, too. Some use SSP – some don't.

I could invite them out the afternoon of 10/13 after I see Joe at LION.

Travis Kelley
732-427-6834

From: Jamie Wright <Jamie.Wright@collectionhq.com>
Sent: Wednesday, September 22, 2021 12:44 PM
To: Travis Kelley <Travis.Kelley@baker-taylor.com>; Katy White <Katy.White@baker-taylor.com>
Subject: [redacted]

Hi Guys

Hard start to the call today as I felt Judy was a blocker at the start but Laura saw the bigger picture. [redacted] Travis do you have a price for BTCat.

Once we have this we can go back to them with a packaged price. Do the use SSP?

Kind Regards

Jamie Wright
Senior Sales & Account Management – International
collectionHQ
t: 07896834159
e: Jamie.wright@collectionhq.com
w: www.collectionhq.com




**ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER**                         BAKER00035005