# EXHIBIT K

Case 2:25-cv-00009-EAS-EPD Doc #: 109-12 *SEALED* Filed: 11/04/26 Page: 2 of 5 PAGEID #: 642

| | |
|---|---|
| Date: | Wed, 3 Jan 2024 3:00:00 PM (UTC) |
| Sent: | Wed, 3 Jan 2024 3:00:29 PM (UTC) |
| Subject: | RE: [EXTERNAL]REMINDER: Nicole Cochrane has added you as a Signer to " ▮▮▮▮▮ ▮▮▮▮▮ - Subscription Agreement". |
| From: | Nicole Cochrane |
| To: | Anna Curtis <Anna.Curtis@baker-taylor.com>; |

Hi Anna,

Please can you respond to the customer and let me know any amendments that need to be made?

Thanks,
Nicole

**Nicole Cochrane**
Business Manager

Bridgeall Libraries Limited
220 St. Vincent Street
Glasgow
G2 5SG



Follow our latest news on LinkedIn and X (Twitter)

 

A Baker & Taylor Company

---

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Wednesday, January 3, 2024 1:41 PM
To: Nicole Cochrane <Nicole.Cochrane@collectionhq.com>
Cc: Anna Curtis <Anna.Curtis@baker-taylor.com>
Subject: RE: [EXTERNAL]REMINDER: Nicole Cochrane has added you as a Signer to "▮▮▮▮▮▮▮▮▮▮▮▮▮ - Subscription Agreement".

I am absolutely not okay with this amendment
We use OCLC and share records with them
I also do not want the B&T MARC records – they are crappy and not needed
Also they are not usable in TLC's OSA that we use for ordering since B&T pulled them a few years back
If we do not use the BT CAT records can we not sign this?

We do need TS360 for ESP to work



CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BAKER00001782



**From:** Nicole Cochrane <Nicole.Cochrane@collectionhq.com>
**Sent:** Wednesday, January 3, 2024 6:41 AM
**To:**
**Cc:** Anna Curtis <Anna.Curtis@baker-taylor.com>
**Subject:** RE: [EXTERNAL]REMINDER: Nicole Cochrane has added you as a Signer to " ▬ - Subscription Agreement".

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi ▬,

Happy New Year! 😊

Please find attached a PDF copy of your agreement for signing.

Thanks,
Nicole

**Nicole Cochrane**
Business Manager

Bridgeall Libraries Limited
220 St. Vincent Street
Glasgow
G2 5SG



Follow our latest news on LinkedIn and X (Twitter)

 

A Baker & Taylor Company

**From:**
**Sent:** Tuesday, December 19, 2023 5:54 PM
**To:** Nicole Cochrane <Nicole.Cochrane@collectionhq.com>
**Subject:** RE: [EXTERNAL]REMINDER: Nicole Cochrane has added you as a Signer to " ▬ - Subscription Agreement".

It will go first to our attorney ▬

CONFIDENTIAL                                                                                                                                                    BAKER00001783



**From:** Nicole Cochrane <Nicole.Cochrane@collectionhq.com>
**Sent:** Monday, December 18, 2023 7:20 AM
**To:** [redacted]
**Cc:** Anna Curtis <Anna.Curtis@baker-taylor.com>
**Subject:** RE: [EXTERNAL]REMINDER: Nicole Cochrane has added you as a Signer to "[redacted] - Subscription Agreement".

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi [redacted]

Please let me know the name of the person the document should be addressed to and I will get this updated and sent to you in PDF.

Thanks,
Nicole

**Nicole Cochrane**
Business Manager

Bridgeall Libraries Limited
220 St. Vincent Street
Glasgow
G2 5SG



Follow our latest news on LinkedIn and X (Twitter)

 

A Baker & Taylor Company

**From:** [redacted]
**Sent:** Friday, December 15, 2023 4:46 PM
**To:** Nicole Cochrane <Nicole.Cochrane@collectionhq.com>
**Subject:** RE: [EXTERNAL]REMINDER: Nicole Cochrane has added you as a Signer to "[redacted] - Subscription Agreement".

I can't use this
I need a pdf to send to the attorney
I also am not the person who signs

Thanks,



**From:** Nicole Cochrane <nicole.cochrane@collectionhq.com>
**Sent:** Friday, December 15, 2023 11:31 AM
**To:** ▮
**Subject:** [EXTERNAL]REMINDER: Nicole Cochrane has added you as a Signer to "▮ - Subscription Agreement".

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi ▮,

Nicole Cochrane has added you as a Signer to "▮ Subscription Agreement".

Please review and complete "▮ - Subscription Agreement".

[GO TO DOCUMENTS]

Best Wishes,
The collectionHQ Team

CONFIDENTIAL                                                                                                                          BAKER00001785