# Exhibit N

Case 2:25-cv-00009-JRS-MJD Document 61-15 *SEALED* Filed 09/29/25 Page 1 of 2 PageID #: 1057

| | |
|---|---|
| Date: | Mon, 24 Oct 2022 12:44:56 PM (UTC) |
| Sent: | Mon, 24 Oct 2022 12:44:55 PM (UTC) |
| Subject: | Re: New CHQ Customer |
| From: | Meryl Emslie <Meryl.Emslie@Collectionhq.com> |
| To: | Jamie Wright <Jamie.Wright@collectionhq.com>; |

☐

Kind Regards,
Meryl

---

**From:** Jamie Wright <jamie.wright@collectionhq.com>
**Sent:** Monday, October 24, 2022 1:44 pm
**To:** Scott Crawford <Scott.Crawford@baker-taylor.com>; Jan Anderson <Jan.Anderson@collectionhq.com>; David Bishop <David.Bishop@collectionhq.com>; Elizabeth Duffy <Elizabeth.Duffy@baker-taylor.com>; Randy Boecker <Randy.Boecker@baker-taylor.com>; Susan Love <Susan.Love@collectionhq.com>; James Smith <James.Smith@baker-taylor.com>; Nikki Shaw (James Bennett) <nshaw@bennett.com.au>; Jamie Wright <Jamie.Wright@collectionhq.com>; Patrick Moore <Patrick.Moore@baker-taylor.com>; Kathie Graham <Kathie.Graham@baker-taylor.com>; Alan Gibson <alan.gibson@collectionhq.com>; Meryl Emslie <Meryl.Emslie@Collectionhq.com>; Jill Siekman <Jill.Siekman@baker-taylor.com>; Roberto Rodriguez <Roberto.Rodriguez@baker-taylor.com>; Jane Herb <Jane.Herb@baker-taylor.com>; Donna Boecker <Donna.Boecker@baker-taylor.com>; Ollie Downs <Ollie.Downs@collectionhq.com>; Scott Coning <Scott.Coning@baker-taylor.com>; James Barker <James.Barker@collectionhq.com>; Marie Franklin <marie.franklin@baker-taylor.com>; Jorge Utset <Jorge.Utset@baker-taylor.com>
**Cc:** David Hargrave <David.Hargrave@baker-taylor.com>; Frank McDonald <Frank.McDonald@baker-taylor.com>; Whitney Bretzman <whitney.bretzman@baker-taylor.com>
**Subject:** New CHQ Customer

Great news, Jamie has just closed "collectionHQ", on a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Details below:

| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | |
| ▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ |

Reason for Purchase: They understand they need to use more data to better manage their collectionHQ. The director attended the Ohio sales meeting in Columbus

Implementation Notes: Kick Off Immediately - Implementation contact as per SF Role

Invoice Notes:

PO Reference: 176322

CONFIDENTIAL                                                                                                                           BAKER00033556