# Exhibit O

| | | |
|---|---|---|
| **Date:** | Sun, 2 Jan 2022 11:27:05 AM (UTC) | |
| **Sent:** | Sun, 2 Jan 2022 11:27:00 AM (UTC) | |
| **Subject:** | Report: Ex Customers Returning Contracts run at 02/01/2022 11:27 | |
| **From:** | Susan Love <susan.love@collectionhq.com> | |
| **To:** | Fiona Gibson <Fiona.Gibson@collectionhq.com>; | |

## Ex Customers Returning Contracts

Run as: Susan Love
Run at: 02/01/2022 11:27

Filtered By:
    Date Field: Close Date equals Current FY (27/03/2021 to 01/04/2022)
    Show: All opportunities
    Opportunity Status: Closed Won
    Probability: All
    Lead Source equals Ex Customer

Sorted By:
    Close Date: Close Date - Sorted ascending



| | | | |
|---|---|---|---|
| | | | |
| **Grand Totals (8 records)** | | | |

Confidential Information - Do Not Distribute

Copyright (c) 2000-2022 salesforce.com, inc. All rights reserved.