# Exhibit P

| | |
|---|---|
| Date: | Thu, 10 Oct 2024 4:08:12 PM (UTC) |
| Sent: | Thu, 10 Oct 2024 4:08:07 PM (UTC) |
| Subject: | cHQ BTCat data transfer |
| From: | Steven Legowski <Steven.Legowski@collectionhq.com> |
| To: | Fred Harvey <Fred.Harvey@baker-taylor.com>; Dan Johnson <Dan.Johnson@baker-taylor.com>; |
| Attachments: | cHQ customers who have had 'BTCAT records approved' clause in contract.xlsx |

Hi Guys,

Below are the notes around the process for the data that cHQ sends to BTCat. Feel free to reach out if you have any questions.
I have also attached the list of cHQ customers who have agreed to the sharing of their data internally with BTCat.

Thanks,
Steve

# cHQ BTCat data transfer

24 September 2024
11:23



Created with OneNote.

BAKER00051941

**Document Produced Natively**

CONFIDENTIAL BAKER00051942






BTCAT Records Approved
Copyright (c) 2000-2024 salesforce.com, inc. All rights reserved.
Confidential Information - Do Not Distribute
Generated By: Steven Legowski 10/10/2024, 17:05
Bridgeall Libraries