# EXHIBIT R

| | |
|---|---|
| Date: | Tue, 14 Feb 2023 3:34:50 PM (UTC) |
| Sent: | Tue, 14 Feb 2023 3:34:40 PM (UTC) |
| Subject: | New Case #00045056 fo[REDACTED] - BTCat Record Approved - 14/02/2023 - [REDACTED] |
| From: | James McMahon <james.mcmahon@collectionhq.com> |
| To: | Claire Mckenna <Claire.Mckenna@collectionhq.com>; Connor Macfarlane <Connor.Macfarlane@collectionhq.com>; Craig Irvine <Craig.Irvine@collectionhq.com>; Shital Markad <Shital.Markad@collectionhq.com>; Stephen Harry <Stephen.Harry@collectionhq.com>; Kevin Lynch <Kevin.Lynch@Collectionhq.com>; Scott Chalmers <Scott.Chalmers@collectionhq.com>; gordon munn <gordon.munn@collectionhq.com>; Ollie Downs <Ollie.Downs@collectionhq.com>; James McMahon <James.McMahon@collectionhq.com>; Tam McLaughlin <Tam.McLaughlin@collectionhq.com>; |

From: Nicole Cochrane nicole.cochrane@collectionhq.com

BTCat Records Approved = 14/02/2023

cHQ Support to upload records to FTP Site.

Once records are loaded, email the following people to confim:

btcatonboarding@baker-taylor.com
Trisha.Vreeman@baker-taylor.com
corrine.lagacy@baker-taylor.com
Kathie.Graham@baker-taylor.com


Account: Clark [REDACTED]
Account Owner: [REDACTED]
[REDACTED]
[REDACTED] Ohio [REDACTED]
USA
B&T Account # [REDACTED]

Link to Account in cHQ: https://protect-usb.mimecast.com/s/Tbs1CB1YKvSXpK3HzhF0F?domain=bridgeall-libraries.my.salesforce.com

Link to Case: https://bridgeall-libraries.my.salesforce.com/5002p00002r0kd3

CONFIDENTIAL                                                                                                           BAKER00016225