# Exhibit S

| | |
|---|---|
| **Date:** | Fri, 22 Nov 2024 3:32:53 PM (UTC) |
| **Sent:** | Fri, 22 Nov 2024 3:32:43 PM (UTC) |
| **Subject:** | Case #00057821 - BTCat Record Approved - 21/11/2024 - ███████ [ref:!00D200A42.!500P60HWWG7:ref ] |
| **From:** | support@collectionhq.com |
| **To:** | Nicole Cochrane <Nicole.Cochrane@collectionhq.com>; BT Cat Onboarding <btcatonboarding@baker-taylor.com>; Trisha Vreeman <Trisha.Vreeman@baker-taylor.com>; Corrine Lagacy <Corrine.Lagacy@baker-taylor.com>; Jamie Wright <Jamie.Wright@collectionhq.com>; |

Hi All,

████████████████████████
███████████

Regards,
Shital Markad

collectionHQ Customer Support
support@collectionhq.com


--------------- Original Message ---------------
From: Nicole Cochrane [nicole.cochrane@collectionhq.com]
Sent: 22/11/2024, 09:34
To: susan.love@collectionhq.com
Cc: support@collectionhq.com; btcatonboarding@baker-taylor.com; trisha.vreeman@baker-taylor.com; corrine.lagacy@baker-taylor.com
Subject: BTCat Record Approved - 21/11/2024 - ███████

BTCat Records Approved = 21/11/2024

cHQ Support to upload records to FTP Site.

Once records are loaded, email the following people to confim:

btcatonboarding@baker-taylor.com
Trisha.Vreeman@baker-taylor.com
corrine.lagacy@baker-taylor.com
jamie.wright@collectionhq.com



Account: ███████████████
Account Owner: ███████
███████
███████ Ohio ████
USA
B&T Account #: ████



Link to Account in cHQ: ████████████████████████████

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00032961

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITVE ORDER

BAKER00032962