# EXHIBIT V

**Date:** Mon, 12 Dec 2022 11:01:09 AM (UTC)

**Sent:** Mon, 12 Dec 2022 11:01:02 AM (UTC)

**Subject:** Report: Unassigned List Sent to AM run at 12/12/2022 11:01

**From:** Ollie Downs <ollie.downs@collectionhq.com>

**To:** Ollie Downs <Ollie.Downs@collectionhq.com>;

## Unassigned List Sent to AM

Run as: Ollie Downs
Run at: 12/12/2022 11:01

Filtered By:

        Show: All accounts

        Date Field: CHQ Go Live Date equals Current and Previous FY (30/10/2021 to 30/06/2023)

        CHQ Go Live Date not equal to

Sorted By:

    Implementer: Implementer - Sorted ascending



| Account Name | Implementation Detail Name | Unassigned list sent to Account Manager | CHQ Go Live Date |
|---|---|---|---|
| **Implementer: Stephen (22 records)** | | | |

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00003001



**Implementer:** Craig Irvine **(14 records)**

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER
BAKER00003002

**Implementer:** Connor **(31 records)**

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00003003



ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00003004





**Implementer:** Kevin/Connor **(1 record)**

**Grand Totals (84 records)**

Confidential Information - Do Not Distribute

Copyright (c) 2000-2022 salesforce.com, inc. All rights reserved.

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00003005