# EXHIBIT W



Library funding is under threat. Find out how you can show up for libraries: **ala.org/showup**.

About PLA | Advocacy, Legislation & Issues | Conferences & Continuing Education | Data-Driven Librarianship | Initiatives & Projects | Leadership Development | Member Center | Publications & Resources

ALA > PLA > CONFERENCES & CONTINUING EDUCATION

# Conferences & Preconferences

## Upcoming Conferences

### PLA 2026 Conference
April 1–3, 2026
Minneapolis, MN

Offered biennially, the PLA Conference is the premier event for public libraries, drawing thousands of librarians, library support staff, trustees, friends, and library vendors from across the country and around the world. This multi-day event offers more than 100 thoughtfully curated education sessions, inspiring speakers and authors, engaging networking opportunities, career services, micro-learning moments, and a bustling exhibits hall featuring the latest in products, services, and innovations.

Sign up for PLA Conference alerts to be notified when registration opens.

## Past Conferences and Preconferences

Links to past events are provided here—handouts and/or archived recordings may be available.

### PLA at 2025 ALA Annual Conference
June 26–July 1, 2025
Philadelphia, PA

We hope you had the opportunity to join us at the 2025 ALA Annual Conference & Exhibition, June 26–July 1, 2025, in Philadelphia for top-quality education and best practices; featured thought-leaders; and special programming for library professionals looking to further develop their libraries, communities, and careers. View a list of PLA programs in the preliminary schedule.

View the list of past ALA Annual Conferences here.

### PLA 2024 Conference
April 3–5, 2024
Columbus, OH

The Public Library Association (PLA) welcomed more than 7,500 public library workers, supporters, and vendors from across the country and around the world to celebrate all things public libraries at the PLA 2024 Conference, April 3–5, in the vibrant city of Columbus, Ohio! This three-day event offered more than 100 thoughtfully curated education sessions, inspiring speakers and authors, engaging networking opportunities, career services, micro-learning moments, and a bustling exhibits hall featuring the latest in products, services, and innovations.

View the list of past PLA Conferences from 1983 to present.

Case 2:25-cv-00009-JLS-PDB Document #: 61-2 Filed: 01/09/25 Page 3 of 3 PageID #: 1254
Case 2:25-cv-00009-JLS-PDB Document #: 61-24 Filed: 04/26 Page 29/25 Page PageID #: 4254
#: 876

EMAIL    PRINT    CITE    SHARE THIS PAGE



CONTACT PLA | GIVE TO PLA | ADVERTISE | FAQ | FEEDBACK

 



225 N Michigan Ave., Ste 1300
Chicago, IL 60601
1.800.545.2433

OFFICES

DIVISIONS

ROUND TABLES

COMMITTEES

NEWS & PRESS

WORK AT ALA

SHOP

Donate

ALA Websites | Accessibility | Privacy Policy | User Guidelines | Site Index | Feedback | Work at ALA       © 1996–2025 American Library Association