# Exhibit X



Product ▾ | About Us ▾ | Resources | News | Events | Contact | **LOGIN**



## Upcoming Events

« All Events

This event has passed.

# The Collection Connection – Central and Southwest Ohio

September 26, 2024 @ 10:00 am - 2:00 pm



# The Collect Connection



Join libraries from Central and Southwest Ohio in the William Stroop branch Community Room to learn about the latest enhancements to collectionHQ and to discuss best practice.

Add to calendar

**DETAILS**

Date:
September 26, 2024

Time:
10:00 am - 2:00 pm

REGISTER NOW

**ORGANIZER**

collectionHQ

View Organizer Website

**VENUE**

Dayton Metropolitan Public Library
3980 Wilmington Pike
Kettering, OH 45429 United States + Google Map

The Collection Connection – Northeast Ohio

The Collection Connection – Scotland



collectionHQ Ltd. is a company registered in Scotland
(Registered Number: 849460), having its Registered Office at
Exchange Tower, 19 Canning Street, Edinburgh, Scotland, EH3 8EH.

Privacy | About us | Contact us | Cookie Settings

© collectionHQ Ltd 2025

