# EXHIBIT Y



Product | About Us | Resources | News | Events | Contact | **LOGIN**



# Upcoming Events

« All Events

This event has passed.

# collectionHQ NE Ohio Forum 2016

October 27, 2016 @ 10:00 am - 2:00 pm



Discover new ways of using collectionHQ and network with librarians from across Ohio at our Forum. Don't forget to register!

 Add to calendar

**DETAILS**

Date:
October 27, 2016

Time:
10:00 am - 2:00 pm

**REGISTER NOW**

**ORGANIZER**

Unnamed Organizer

View Organizer Website

Case 2:25-cv-00309-EAS-EPD Doc #: 61-26 Filed: 11/04/25 Page: 3 of 5 PAGEID #: 420
Case 2:25-cv-00309-EAS-EPD Doc #: 26 SEALED 11/04/25 Page: 3 of 5 PAGEID #: 420
#: 882

**VENUE**

Cleveland Heights-University Heights Library

2345 Lee Road OH 44118 United States + Google Map

< collectionHQ CT/Long Island Forum 2016

collectionHQ Illinois Fall Forum 2016 >



collectionHQ Ltd. is a company registered in Scotland (Registered Number: 849460), having its Registered Office at Exchange Tower, 19 Canning Street, Edinburgh, Scotland, EH3 8EH.

Privacy | About us | Contact us | Cookie Settings

© collectionHQ Ltd 2025



Product ▾ | About Us ▾ | Resources | News | Events | Contact | **LOGIN**



# Upcoming Events

« All Events

This event has passed.

## collectionHQ Northeast Ohio Forum 2018

October 16, 2018 @ 10:00 am - 2:00 pm



Network with collectionHQ users, pick up some new tips, and discover upcoming collectionHQ enhancements from Forum host Randy Boecker.

Lunch and refreshments will be served.

 Add to calendar ▾

**DETAILS**

**Date:**
October 16, 2018

**Time:**
10:00 am - 2:00 pm

**ORGANIZER**

collectionHQ

View Organizer Website

**REGISTER NOW**

**VENUE**

Central Branch Elyria Public Library System
320 Washington Avenue
Elyria, OH 44035 United States
+ Google Map

collectionHQ Scotland Forum 2018

collectionHQ Northeast Forum 2018



collectionHQ Ltd. is a company registered in Scotland (Registered Number: 849460), having its Registered Office at Exchange Tower, 19 Canning Street, Edinburgh, Scotland, EH3 8EH.



Privacy | About us | Contact us | Cookie Settings

© collectionHQ Ltd 2025