# EXHIBIT Z