# Exhibit AA



CONFIDENTIAL

OCLC_00002983