# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| OCLC, Inc., | Case No. 2:25-cv-309 |
|---|---|
| **Plaintiff,** | Judge Edmund A. Sargus, Jr. |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| Baker & Taylor, LLC and Bridgeall Libraries, Ltd., | |
| **Defendants.** | |

## PLAINTIFF OCLC, INC'S EXHIBIT INDEX

| Exhibit | Description/Bates Number |
|---|---|
| Exhibit 1 | Declaration of Barton Murphy |
| Exhibit 2 | Framework Agreement, Schedule 2, WorldCat Policy |
| Exhibit 3 | Deposition Transcript of Bill Rozek |
| Exhibit 4 | BAKER00010643–44 |
| Exhibit 5 | BAKER00010637 |
| Exhibit 6 | BAKER00032425 |
| Exhibit 7 | Deposition Transcript of Travis Kelley |
| Exhibit 8 | BAKER00007203 |
| Exhibit 9 | Deposition Transcript of Daniel Johnson |
| Exhibit 10 | BAKER00000017 |
| Exhibit 11 | BAKER00000085 |
| Exhibit 12 | BAKER00009892 |
| Exhibit 13 | Deposition Transcript of Amandeep Kochar Vol. I |
| Exhibit 14 | BAKER00058279 |
| Exhibit 15 | Cease and Desist Letter |
| Exhibit 16 | BAKER00058275 |
| Exhibit 17 | BAKER00057980 |
| Exhibit 18 | Declaration of Kathryn Brown |
| Exhibit 19 | BAKER00058290 |
| Exhibit 20 | BAKER00058298 |
| Exhibit 21 | Deposition Transcript of Mary Sauer-Games |
| Exhibit 22 | BAKER00058296 |
| Exhibit 23 | BAKER00057823 |
| Exhibit 24 | BAKER00058297 |
| Exhibit 25 | BAKER00025943 |

| Exhibit 26 | Deposition Transcript of Steven Legowski |
| Exhibit 27 | OCLC Supp. Disco. Resp. |
| Exhibit 28 | BAKER00035026 |
| Exhibit 29 | BAKER00058295 |
| Exhibit 30 | OCLC_00002401 |
| Exhibit 31 | OCLC_00000046 |
| Exhibit 32 | OCLC_00000050 |
| Exhibit 33 | OCLC_00001584 |
| Exhibit 34 | BAKER00055392 |
| Exhibit 35 | OCLC_00002983 |
| Exhibit 36 | BAKER00026518 |
| Exhibit 37 | BAKER00007661 |
| Exhibit 38 | Deposition Transcript of Amandeep Kochar Vol II |