# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| OCLC, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Baker & Taylor, LLC and Bridgeall<br>Libraries, Ltd.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-309<br><br>Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge Elizabeth Preston<br>Deavers |

---

## DECLARATION OF BARTON MURPHY

---

Barton Murphy declares the following pursuant to 28 U.S.C. § 1746:

1.　　　My name is Barton Murphy. I am a resident of Ohio.

2.　　　I am the Chief Technology and Information Officer at OCLC, Inc. ("OCLC"), a position I have held since December 2018. Prior to joining OCLC, I served in comparable roles at a variety of other entities. My technology expertise is in software development, infrastructure, data management, security, portfolio management, and agile management. I have been in a technology and business role since 1997.

3.　　　I received my Bachelor of Science in biomedical engineering, with a minor in math, from the University of Pennsylvania in 1997.

4.　　　At OCLC, I am a member of OCLC's executive leadership team and am responsible for leading OCLC's Global Technology team. I oversee OCLC's engineering centers worldwide. I am also responsible for overseeing OCLC's security response, technology infrastructure, applications, and data assets.

5.      I submit this declaration in support of OCLC's Motion for Preliminary Injunction. I am familiar with the facts set forth herein based on my work history and experience at OCLC, as well as my review of relevant OCLC records and other documents and materials referenced herein. On that basis, I believe the facts set forth herein to be true and correct.

## BACKGROUND ON WORLDCAT

6.      WorldCat enables libraries across the world to efficiently describe, manage, and provide access to their vast collections of library materials in all formats. Data is aggregated, and then stewarded by OCLC, enabling libraries to regularly update their systems based on these enhancements. Many institutions and services in the library industry select WorldCat records and data for use in their systems because OCLC strives to curate the most complete and precise record, continuously enhancing data content and ensuring data integrity.

7.      WorldCat is an aggregation of bibliographic records that enables libraries to share the work of cataloging. A member library can find records that have already been created by others and improved and enhanced by OCLC. A member library can also contribute data that is not already in WorldCat so that data may be added to or enhance existing records in WorldCat. OCLC aims to eliminate duplication and to compile records that are the most complete, precise, and highest quality possible from the available data. Quality is measured by industry accuracy and standards compliance. OCLC combines multiple data sources to reach this level of quality and accuracy in each record available in WorldCat.

8.      As used here, a record is the description for a book, e-book, journal, film, video, sound recording, or any other of the many physical and digital formats for materials found in libraries (a library resource) and is created following international standards and best practices. A record includes informational data such as the title, creator, publisher, format, etc. that is critical

2

to powering an ability for that exact item to be found by people seeking knowledge or library materials for personal pursuits.

9.      For example, records include data fields known as "authorized access points," such as name and subject terms, that match to one or many controlled vocabularies. A controlled vocabulary is a standardized and organized set of terms used to ensure consistency across large datasets in describing, indexing, and retrieving information, and to determine how to refer to a person, place, concept, etc. Employing controlled vocabularies across a global data set is important because it improves search accuracy by reducing ambiguity (*e.g.*, consistent use of "car" vs. "automobile" to describe the same thing) and ensures dependable consistency across systems and contributors.

10.      OCLC also engages in substantial ongoing work within WorldCat to update and enhance the records over time as additional data sources are integrated and as standards change. New data, records, and data sources are added constantly, so OCLC carries out record matching, deduplication, standards and quality checks, and data comparisons on an ongoing basis. OCLC also changes data values within the fields and records to reflect new instructions in the cataloging standards and more details specific to the item. Controlled vocabularies with the terminology for data elements, such as subjects and names, also change over time, and OCLC updates all records across the data set accordingly.

11.      Libraries also use WorldCat as an ongoing source to maintain their own systems. They can receive reports about updated and merged records and take actions in their own systems to reflect the changes, thus keeping their system updated with the most recent version of a record. Accurate matching between library systems and WorldCat helps libraries with many workflows and services.

3

12.     To assist the Court in better understanding the significant resources, work, and processes that OCLC invests into the records within WorldCat, I provide a summary below of the lifecycle of a record within WorldCat, from the initial submission of a record by a library, publisher, or vendor to the export of an improved and enhanced WorldCat record by a WorldCat customer. I have also attached as Exhibit i a diagram that further summarizes these activities and processes.

## STAGE 1: DATA COLLECTION AND SETUP PROCESSES

13.     Libraries, publishers, and vendors (collectively, "Contributing Organizations") can contribute records to WorldCat through two primary methods: direct cataloging and batch file transfers. Each submission method is supported by robust technological infrastructure. What method is used depends on each Contributing Organization's workflow preferences and operational requirements.

14.     **Direct Cataloging:** Contributing Organizations can create and enter records individually using OCLC's cataloging tools and interfaces, which include built-in validation features to ensure compliance with international cataloging standards.

15.     Many Contributing Organizations choose to create records directly in WorldCat using OCLC's Connexion or Record Manager products. It can be very efficient for them to find and use existing records within WorldCat for their resources. Contributing Organizations can also enhance or create new records in WorldCat effectively with the functionality of OCLC's cataloging products.

16.     If a Contributing Organization chooses to catalog directly in WorldCat, no individualized setup for data collection is needed. These Contributing Organizations may still

participate in training, access support documentation, or attend OCLC webinars to enhance their cataloging activities, all of which are led and supported by OCLC staff.

17. **Batch File Transfer:** Contributing Organizations can also use standard and secure file exchange protocols to send batched record files, which OCLC systems automatically receive and process for WorldCat integration.

18. Contributing Organizations vary in the quality and completeness of the data they provide based on their systems, the expertise level of their staff, and other factors. Accordingly, when a Contributing Organization chooses to send batch files of records for the first time, OCLC performs an initial setup process for the new contributor to determine the characteristics of the data and records being received and how best to process them. OCLC supports efficient workflows for all types of libraries and library systems, and OCLC staff work with Contributing Organizations during this initial setup process to enable streamlined data loading.

19. OCLC staff engage in several activities as part of the initial setup process: (1) They speak with contributors to understand the Contributing Organization's goals, needs, and circumstances; (2) They analyze samples of records from the Contributing Organization using internal tools to check for correct formatting, data schema, construction, and conformance to bibliographic formatting standards, such as MARC 21 or BIBFRAME; and (3) They adjust profile settings in OCLC's systems used to process records to account for unique data characteristics, ensure accurate processing, and meet desired outcomes.

20. When it comes to this third part of the setup process, some process profile settings are fixed and operate depending on three collection types. These collection types are Standard, Trusted, and Vendor, and are assigned based on the source and quality of the data being delivered. OCLC staff also work with Contributing Organizations to configure other settings for the specific

contributor's process profile, including settings that affect how records are matched to existing WorldCat records, when incoming records replace current records in WorldCat, which fields from contributed records are transferred into WorldCat, and how to handle records that do not match existing records.

21.    OCLC staff periodically review and update the initial setup process for contributors outlined above in Paragraphs 18–20 if a Contributing Organization adds new data inputs or if their system changes (e.g., the Contributing Organization's system changes the format or schema of the data supplied).

22.    As WorldCat is the industry leader in providing high-quality, enriched bibliographic records and data, many within the library industry choose to contribute bibliographic records and data for potential inclusion in WorldCat. For example, Contributing Organizations have submitted 80,103 batch files of records through the file transfer process in the past four months, totaling over 545 gigabytes of data. The table below contains a detailed breakdown of these batch file transfer contributions by month.

| Month | Batch Files Submitted | Total Size of Files Submitted | Total Bibliographic Records |
|---|---|---|---|
| May 2025 | 17,930 | 144.78 GB | 32,341,010 |
| June 2025 | 17,588 | 118.09 GB | 28,962,748 |
| July 2025 | 22,938 | 125.68 GB | 26,304,261 |
| August 2025 | 21,647 | 156.67 GB | 55,933,328 |

Contributing Organizations submitted a total of 143,541,347 bibliographic records to OCLC during this time period through the batch file transfer process. And according to the processes set forth below, OCLC works through those contributions to create, improve, and enhance WorldCat records.

## STAGE 2: PREPARATION PROCESS

23.     OCLC's data preparation system activates following initial setup and operates continuously to handle both initial record loads and ongoing institutional updates. This pre-process system ensures that records are ready for loading/ingest to the WorldCat ecosystem. The process employs sophisticated preprocessing and transformation workflows designed to ensure optimal data quality and system compatibility.

24.     **Multi-Format Ingestion and Normalization:** OCLC's system accepts bibliographic data in numerous formats[1] and custom schemas, as well as standard data formats like CSV, JSON, and XML. OCLC has invested significant time and resources into creating, maintaining, and updating specialized "crosswalk" applications that OCLC uses to automatically identify incoming data formats and apply appropriate conversion rules to transform records into OCLC's internal proprietary format optimized for downstream processing.

25.     **Comprehensive Quality Assurance:** Before a record is transformed into OCLC's proprietary format, the system applies robust integrity checks developed and maintained by OCLC to validate a record's structural completeness and accuracy. The system verifies essential elements such as record terminators, field delimiters, character encoding, required fields, correct data types, and mandatory element completeness. Records failing these validations are flagged as malformed and excluded from processing, while files with structural issues are redirected for manual inspection by OCLC staff and collaborative resolution with the Contributing Organization.

26.     **Seamless Processing Transition:** This automated preparation framework ensures that properly formatted and verified records flow efficiently into OCLC's processing systems,

---

[1] These formats include, but are not limited to, MARC21, ONIX, Dublin Core, JATS, BITS, Kbart, and BIBFRAME.

maintaining continuous operation from initial data loads through ongoing institutional updates while preserving data integrity throughout the transformation pipeline.

27.    This preparation process ensures that only valid data in the correct data formats enters WorldCat. Contributing Organizations, especially libraries, depend on this quality baseline for interoperability between WorldCat and their local systems, including their integrated library systems and/or library services platforms ("ILS/LSP").

28.    Because of this, records may be rejected at this stage based on many quality or standard variables, and files are sent back to the Contributing Organization for correction if the record structure is not correct. Valid files may go through a variety of processes to change data formatting to match OCLC's expected format so that they are ready for the additional quality processes that are applied to records and data before they are added to WorldCat.

### STAGE 3: QUALITY PROCESSES

29.    OCLC's comprehensive processing system applies sophisticated quality control measures and matching algorithms to ensure contributed records meet WorldCat's highest standards while maintaining efficient cataloging workflows and global data exchange compatibility. These processes correct data formatting through validation and minimize the number of duplicates that enter WorldCat, saving the time of OCLC staff when maintaining WorldCat and users who catalog or search for materials in library collections.

30.    **Multi-Layered Quality Enhancement:** OCLC has created, maintains, and updates over 400 proprietary initial remediation rules, comprising more than 20,000 lines of code, that OCLC employs to automatically correct formatting inconsistencies, populate missing values, and normalize data fields in records submitted by Contributing Organizations. This process first accounts for institutional contribution privilege levels, enabling those with a proven track record

8

for delivering higher quality data to have separate sets of remediations, allowing more control over the resultant records.

31.     All records undergo rigorous structural and content validation against WorldCat-specific bibliographic record standards, regardless of whether they undergo batch file processing or are directly entered into WorldCat. This validation process includes record-level requirements, field relationship verification, and indicator/subfield compliance. OCLC created and maintains over 50,000 individual rules, supported by over 1.8 million lines of code, that it uses to validate the submitted records. This validation ruleset is updated quarterly. For a subset of these rules, OCLC collaborates with The Library of Congress to ensure rule integrity and quality outcomes.

32.     OCLC developed, maintains, and updates quality transformation rules that are also used for customized remediation to contributed records. These rules consist of over 30,000 lines of code supported by a custom-built high-performance transformation engine (which itself is 400,000 lines of code). These quality transformation rules are applied to the incoming record including automated correction of many validation failures.

33.     These processes and associated enhancements identified in Paragraphs 30–32 ensure that fewer than 4% of records require manual intervention by OCLC staff or Contributing Organization.

34.     **Advanced Fingerprinting and Matching:** OCLC's proprietary algorithms create standardized, normalized text signatures from various metadata fields in bibliographic records, with each record capable of generating multiple signatures, or "fingerprints," based on different combinations of data elements, including title, author, ISBN, and material type. This sophisticated fingerprinting system enables rapid identification of potential duplicate or related records in a scalable and flexible manner to maintain quality control of bibliographic data. OCLC currently

maintains a database of approximately 7.5 billion active signatures for bibliographic data that is dynamically updated for every change made to a record. The system employs both this structured fingerprint matching for nuanced comparisons when system identifiers are missing or insufficient, and identifier matching using OCLC Control Numbers and retained Local System Numbers to optimize processing speed and ensure high accuracy with minimal incorrect matches.

35.  **Intelligent Deduplication and Resolution:** When OCLC's systems detect multiple matches based on the processes identified in Paragraph 34, they apply sophisticated resolution algorithms created by OCLC to evaluate candidate records while systematically excluding unique materials.[2] The system initiates a detailed comparison of additional data points across all matching candidates to determine the optimal match through advanced resolution and quality criteria algorithms, all of which were developed and are maintained by OCLC.

36.  **Strategic Record Retention and Field Integration:** Following successful matching and resolution, record retention logic determines which record to preserve during the merging process by evaluating critical factors[3] to decide whether to enhance the existing WorldCat record with unique fields from the incoming record or vice versa. Subsequently, field transfer logic governs the selective transfer of bibliographic data through field-by-field analysis according to complex rules that consider the presence or absence of data in the retained record, specific indicator and subfield values, relationships with other fields, uniqueness tests, and field repeatability requirements. This systematic approach ensures WorldCat maintains the highest quality

---

[2] These unique materials include digital repository items, photographs, cartographic materials published before 1901, publications earlier than 1830, same-institution records from before 1900, and rare materials with special MARC description conventions in field 040 subfield $e.
[3] Some of these factors include Bibliographic Level (Leader/07), Encoding Level (Leader/17), field 040 subfield c, field 042 subfield c, and field 042 subfield a.

bibliographic data while preserving valuable institutional contributions and supporting seamless global resource discovery.

## STAGE 4: LOADING PROCESSES

37.     When OCLC's matching algorithms do not identify existing WorldCat records for newly contributed materials, the system seamlessly transitions to creating new bibliographic entries.

38.     **Quality-Based Record Integration:** New records undergo rigorous validation assessment using four error levels (None, Minor, Severe, Critical) combined with sparseness evaluation to determine integration pathways. Records achieving None or Minor error levels and containing sufficient descriptive data—including material type coding, title, standard identifiers (ISBN/ISSN), author information, and publication details—are fully integrated into WorldCat's discoverable database. Records with Severe or Critical errors, or those lacking essential identifying elements, are placed in a partially indexed area accessible only through specific OCLC Cross Reference files provided to Contributing Organizations and OCLC staff. See Paragraphs 45–46 below for additional information on the processes and tools OCLC uses to fix the records with Severe or Critical errors.

39.     Each record insertion into WorldCat triggers comprehensive signature management updates within OCLC's 7.5 billion active signature database (discussed in Paragraph 34) to ensure accurate future matching and duplicate detection. OCLC also manages transaction tracking systems that maintain detailed versioning histories for WorldCat record modifications.

40.     **Unique Identifier Assignment and Database Integration:** Upon successful validation (and only after the proceeding processes and stages), the loading system mints unique OCLC Control Numbers (OCNs) for new records, contributing to WorldCat's collection of over 1

billion bibliographic identifiers. OCNs are unique identifiers assigned to every bibliographic record in WorldCat, functioning similarly to control numbers from national libraries like the Library of Congress or ISBNs for books. What distinguishes OCNs from other identifiers is their massive scale and persistence, encompassing records from multiple Contributing Organizations across various material types. OCNs are essential identification for materials that lack other standard identifiers, such as maps and manuscripts, ensuring reliable cataloging reference points across the global library network. Each year, OCLC mints about 310 million OCNs for books, eBooks, and journals.

41.     **Comprehensive Indexing:** Records that are added into WorldCat also undergo a comprehensive indexing process. The indexing process transforms integrated records into searchable resources by extracting commonly used fields into hundreds of normalized index fields, which are then formatted for multiple search platforms and loaded into distributed search clusters. This sophisticated indexing infrastructure—processing approximately 605 million book/eBook records monthly—enables instantaneous global discovery through library services, supports cooperative cataloging initiatives, and powers analytics and metadata services for publishers, vendors, and researchers. The result is a dynamic, continuously updated bibliographic ecosystem that facilitates worldwide resource sharing and collaborative library operations.

42.     An example of OCLC's processing and loading activity in August 2025 highlights the large scale at which OCLC's staff and systems operate. Of the 55,933,328 records contributed to OCLC through the file transfer process, 55,551,689 were accepted and processed up to this point through the Stage 3 Quality Processes summarized above in Paragraphs 29–36:

- 45,934,764 records were matched to existing records already within WorldCat;

- 2,630,673 new records were added to WorldCat; and

- 5,963,350 existing records within WorldCat were updated with data from the contributed records.

Additional updates and enrichments continue once the records are part of WorldCat.

### STAGE 5: CONTINUOUS ENRICHMENT PROCESSES

43.     OCLC's enhancements and improvements to WorldCat records do not stop after a record is ingested into WorldCat. Bibliographic records in WorldCat are continuously updated via maintenance, access, and enrichment processes that monitor various sources of data collated and curated by OCLC to find additional data pertinent to bibliographic records in WorldCat which then updates the bibliograph data. In addition, OCLC provides a suite of applications that provide the ability to create and manage records and then encode this into a bibliographic record.

44.     OCLC's processes for and work to continue to improve and enrich records in WorldCat fall into three broad categories: (1) Fixing sparse records or records submitted with severe or critical errors; (2) Services for continued enrichment of WorldCat records; and (3) Automated and Manual processes for updating WorldCat records.

### Fixing Sparse Records or Records with Severe/Critical Errors

45.     Unmatched sparse records or records with error levels that are Severe or Critical are added to a partially indexed area of WorldCat. OCLC's goal is to add records to WorldCat as soon as possible so all libraries and researchers discover these library resources through internal processes that are semi-automated.

46.     OCLC staff analyze records with validation errors to determine which issues can be resolved internally versus those requiring institutional input and intervention. OCLC staff develop and deploy custom scripts to automatically correct fixable errors, making records rapidly available in WorldCat while saving the Contributing Organizations significant time and effort.

These remediation scripts are integrated into automated ingest processing for that Contributing Organization going forward to prevent similar issues when the Contributing Organization submits future files, thereby creating lasting workflow improvements. Records with errors that cannot be resolved by OCLC staff—particularly those requiring physical item inspection or specialized subject knowledge—are returned to the Contributing Organization with options for correction through OCLC cataloging services like Record Manager or Connexion, or through local system updates followed by resubmission.

### Service for Continued Enrichment of WorldCat Records

47.     Once records are in WorldCat, OCLC continually enhances them with automated and manual processes. At every point in time, users receive the best version of a record and easily discover materials in libraries worldwide.

48.     As an initial matter, WorldCat records are commonly enriched and enhanced through OCLC's Record Retention and Field Integration Processes described in Paragraph 36 as Contributing Organizations contribute a record that matches an existing WorldCat record and that contains other high-quality data that are not in that WorldCat record. When OCLC's record retention logic determines that the existing WorldCat record should be enhanced, the record and field retention logic determines which unique data from the incoming record is merged into the existing WorldCat record and tracks within the WorldCat record the Contributing Organization that provided that additional data through the Record History process described below in Paragraph 53.

49.     OCLC has developed and implemented numerous other systems and services over two decades that further enrich WorldCat records and thereby maintain consistent, accurate, and discoverable data that adheres to international bibliographic standards. Some of OCLC's

additional systems and services that contribute to further enrichment of WorldCat records include the following.

50. **Headings Control Service:** OCLC's Headings Control Service links headings in a bibliographic record to a unique authority record. This ensures that a consistent, authorized form of a name or subject heading is used, improving quality, use, and discoverability. Headings are controlled when they become hyperlinks to associated authority records, allowing users to click and view the authoritative form.

51. **Dewey Decimal Classification URIs:** OCLC creates uniform resource identifiers (URIs) for Dewey Decimal numbers and adds these URIs to WorldCat records. These URIs, which are uniquely minted web addresses for "things" (e.g., persons, places, concepts, etc.), provide links to the associated Dewey linked data web page, which includes the Dewey number, its caption, scope note, and its partial hierarchy. Libraries use Dewey to classify and organize their collection, which means a book classified in the United States will be organized similarly in Tokyo or Berlin that uses Dewey. This consistency supports global interlibrary sharing and cataloging. Adding URIs to WorldCat records allows libraries to connect the data to other authority and classification systems like Faceted Application of Subject Terminology (FAST), enhancing search, discovery, and interoperability across library platforms.

52. **AIES (AuthorityIdEntityService):** OCLC created the AIES service to automate and support adding WorldCat Entities identifiers (also known as Entity URIs) into WorldCat bibliographic records during cataloging. OCLC developed this automated service to work in coordination with the Heading Control Service to ensure that controlled headings in records are linked to the correct, and exact, WorldCat entity URIs. OCLC adds these Entity URIs to existing records in WorldCat.

53. **Record History:** OCLC developed systems to retain all superseded OCNs and the local system numbers that Contributing Organizations provide within the record. This sustains accurate ongoing data exchange with libraries. It also ensures that users searching in WorldCat or in search engines like Google can link directly to an Contributing Organization's local system to get an item directly. When records are merged, OCLC transfers fields to retain unique data points, enhancing the quality of the final merged record. With every significant record update, OCLCs system updates the record to show which Contributing Organization or OCLC quality process made the change.

54. **Functional Requirements for Bibliographic Records (FRBR):** OCLC's implementation of the International Federation of Library Associations and Institutions (IFLA) standard for FRBR is a process that analyzes WorldCat bibliographic data and assigns unique identifiers to each unique intellectual work. This identifier is added to the bibliographic record and enables organizing library catalog records by grouping different manifestations of the same intellectual work together. This unique identifier allows users to find a work and see all the different editions, printings, translations, and formats for the same work in one place, thereby reducing user confusion and making browsing search results more efficient. OCLC has created and maintains a database of 4.3 billion intellectual work identifiers as part of this FRBR process.

55. **Authorities:** The Authorities system is OCLC's comprehensive infrastructure for managing controlled vocabulary and authority data that ensures consistency and accuracy in library catalogs. Values for fields in bibliographic records can be controlled to standard values as defined by an authority. For example, the Library of Congress publishes authority files that contain records which specify personal, corporate, meeting, and geographic names along with titles, series, subjects, and genres.

56. When a bibliographic field is brought under "control" of an authority file, the value of that field must be standardized to a value in the authority file. For example, a Library of Congress controlled author name for the book "The Hobbit" must be "Tolkien, J. R. R." and not "Tolkien, John Ronald Reuel" or "Tolkien, JRR."

57. To perform this controlling, OCLC has developed a very sophisticated set of more than ten services and applications that perform the work of ingesting authority files from various authorities, handling updates to these authorities files, the complex logic of augmenting bibliographic data to indicate controlled fields, and various systems to validate to correct fields under control as values are updated from both the bibliographic and authority record side.

58. OCLC has also developed a complex system which can automatically detect which controls should be applied to a bibliographic record and perform the encoding automatically. OCLC not only ingests authority records from over a dozen outside, global authorities but also maintains its own authority files and hosts authority files for others. OCLC maintains approximately 1 billion control headings to enable authority control over WorldCat data.

59. OCLC also maintains a history of every change made to authority records and bibliographic records under control. This allows catalogers to see what values are not only valid today but were valid in the past and therefore understand how bibliographic data changes over time.

60. All the systems and services identified in Paragraphs 47–59 are the result of decades of work and investment by OCLC that OCLC continuously uses to further enhance and improve WorldCat records.

### Automated and Manual Processes for Updating WorldCat Records

61. Once records are in WorldCat, OCLC updates them through both automated and

manual processes on an ongoing basis to ensure compliance with the latest bibliographic standards and policies, thereby providing users with the most consistent and highest-quality records. Contributing Organizations are adding records daily, so OCLC must also constantly monitor for new duplication or reintroduction of superseded data elements.

62.     Records need to change over time for many reasons. Consistently formatted data is best for use by both systems and people. Standards and best practices also evolve as libraries continuously iterate to improve discovery and use of materials. Terminology used in records—particularly for access points for subjects or names—also adjust over time as new topics emerge, accepted or common terms shift, and names of people, organizations, and places change. All records should use the current formatting standard or terminology to be searched and used together. OCLC is continuously updating records to reflect these changes.

63.     OCLC's efforts to continuously update records take many forms, including those summarized below.

64.     **Controlled Headings Update Service**: OCLC created and manages the Controlled Headings Update Service, which automatically updates controlled headings in bibliographic records within WorldCat when changes occur in authority data. This includes updates from sources like Library of Congress/NACO, FAST, and other authority files such as MeSH, the Gemeinsame Normdatei (GND), the Répertoire de vedettes-matière (RVM), and the Biblioteca Nacional de España (BNE) Authority File.

65.     **Deduplication:** Even though OCLC ingest systems conduct duplicate detection, and any records newly added to WorldCat or that have been substantially changed through manual or automated updates are run through deduplication, there are situations in which duplicates exist in WorldCat. For duplicates that have made their way into WorldCat, OCLC developed a duplicate

detection process that continuously scans bibliographic records looking for opportunities to consolidate duplicates. This eliminates confusion for library users who might otherwise find multiple records for the same item and maintains data quality by consolidating information into single, comprehensive records. In addition, it improves search relevancy by culling records that disrupt frequency calculations. It does all this while preserving holdings information from all Contributing Organization during the merge process.

66.     While this process has been around for decades, OCLC continues to enhance its functionality and more recently developed a new AI enabled process to make finding candidate records at scale easier, allowing OCLC to provide a higher quality corpus of data. Between the two methods of deduplication, OCLC currently merges and deletes millions of duplicates per month. Maintaining quality in such a large corpus of data while managing record enrichment and change integrity is critical to the services OCLC provides and the expectations of cataloging customers.

67.     **Manual Updates by OCLC Staff:** OCLC staff engage in several manual processes to continue to update WorldCat records, including:

- OCLC staff design and implement Connexion Macros scripts to run against WorldCat bibliographic data in bulk to enhance and correct WorldCat records to meet current cataloging standards.

- OCLC staff use Connexion Client Functionality to manually reconcile duplicate records in WorldCat that are reported by Contributing Organizations or other internal OCLC teams.

- OCLC developed a high-performance rules processing engine called Data Manager (TRecX) that can script various tasks that clean and enrich bibliographic metadata. OCLC staff write scripts using Data Manager to make additional targeted bulk corrections and

enrichments to WorldCat records.

- OCLC staff make other record-by-record updates and enrichments for WorldCat bibliographic and authority data at the request of Contributing Organizations or other internal teams at OCLC.

### STAGE 6: EXPORT AND FEEDBACK PROCESSES

68. Most libraries export records from WorldCat directly into their own ILS/LSPs. The libraries' ILS/LSPs contain records only for library resources available to their patrons. Because of the high-quality of WorldCat records, particularly in data format compliance, it is typically an easy process to move records from OCLC services to local systems. Libraries can take advantage of the ongoing maintenance of WorldCat records by exporting or receiving automatic updates for the most recent version and replacing or merging into their local system; the OCN is used as an easy match point to ensure the correct records are replaced in the library system. These options provide libraries with flexible ways to receive and manage WorldCat records, enabling libraries to maintain their collections locally.

69. If libraries choose to send batched files of records, OCLC provides feedback on what happened to the records sent to WorldCat. OCLC processing reports and messages enable libraries to gain complete oversight of the data synchronization process. This helps libraries reduce manual catalog maintenance and improve record accuracy across their collections.

### EXAMPLE OF WORLDCAT RECORD WITH INSTITUTIONAL DATA ORIGINALLY CONTRIBUTED BY DEFENDANT

70. Exhibit ii is a document created by OCLC tracking the history of a bibliographic record originally contributed by Defendant Baker & Taylor, LLC ("Baker & Taylor") for use in WorldCat.

71. The first page of Exhibit ii includes the original data and fields that were included

20

in the record that Baker & Taylor submitted to OCLC on April 13, 2017.

72. The second page of Exhibit ii includes the data and fields in the original WorldCat record added on April 18, 2017, which includes data and fields from the record submitted by Baker & Taylor on April 13, 2017, as well as the corrections, improvements, and enhancements to that original record made by OCLC as part of the preparation, quality, and loading processes described above in Paragraphs 23–42. The changes and improvements that OCLC made to the original record submitted by Baker & Taylor are bolded and highlighted in green.

73. The third page of Exhibit ii is the same WorldCat record as exists in WorldCat as of August 28, 2025. This record includes data and fields from the record originally submitted by Baker & Taylor on April 13, 2017 and corrections, improvements, and enhancements that were included in the original WorldCat record created on April 18, 2017. It also includes numerous enhancements that were added as part of the Continuous Enrichment Process described above in Paragraphs 43–67. All the changes and improvements that OCLC made to the original record submitted by Baker & Taylor as part of these processes are bolded and highlighted in green. Put another way, the data originally contributed by Baker & Taylor in today's WorldCat record for this particular book is the text that is not highlighted.

### ADDITIONAL FACTS RELEVANT TO OCLC'S MOTION

74. The purpose of a WorldCat subscription is to reduce the time Contributing Organizations spend creating and managing bibliographic records. Most WorldCat customers rely on WorldCat to supply their cataloging records, and so the majority of WorldCat customers' bibliographic records are records from WorldCat, *i.e.*, WorldCat records. In fact, between July 2023 and June 2024, WorldCat customers used WorldCat records for 95% of their items.[4]

---

[4] *See* https://www.oclc.org/en/worldcat.html.

75.     For third-party cataloging agreements, OCLC prohibits agents of WorldCat customers, like Baker & Taylor, from using WorldCat customer credentials. OCLC issues unique credentials to agents like Baker & Taylor exclusively for those specific cataloging services for the WorldCat customer.

76.     Baker & Taylor is not one of the largest contributors of WorldCat records to OCLC, even considering the fact that Baker & Taylor performs cataloging services on behalf of some Contributing Organizations (also referred to as Third Party Cataloging).

77.     OCLC performs original and copy cataloging, *i.e.*, OCLC creates cataloging records from scratch. OCLC currently has fourteen catalogers on staff that catalog approximately 160,000 records a year.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 12th day of September, 2025.

_____
Barton Murphy

# EXHIBIT i

Case 2:25-cv-00001-EP Doc #: 41-2 Filed 01/09/26 Page: 25 Page: PAGEID #: 1434
Case 2:25-cv-00009-EAS-EPD Doc #: 412*SEALED* Filed 01/09/26 Page 25 Page: PAGEID #: 1590



New grid



|  Loading | Continuous Enrichment | Export and Feedback |
| --- | --- | --- |
| Ingest processes write records into WorldCat and index them. | Enrichment continues after records are loaded into WorldCat. | OCLC enables seamless export and automated record updates, leveraging the persistent OCLC numbers provided to perform ongoing record maintenance, high data quality and data consistency across systems. |

Loading text:
- If there is no existing record in WorldCat to match, and the record passes certain validation tests, the system adds (or creates) a new record and fully indexes it so it is discoverable and usable.
- When new records are added, the system mints a unique OCLC Control Number which is distinct to WorldCat and globally recognized as a highly persistent standard identifier.
- When new records fail validation due to major quality problems, these are also added to WorldCat in a partially indexed area. Staff do further work to make them usable by users and other's applications.
- The indexing phase transforms records into searchable resources by extracting commonly used fields into hundreds of normalized index fields. This enables instantaneous global discovery and powers discovery, collection management and analytics services.

Continuous Enrichment text:
- Staff fix records that entered WorldCat with severe and/or critical quality issues, writing proprietary transformation scripts to correct as many records as possible on behalf of Contributing Organizations, so they are available in WorldCat without additional effort from the contributors.
- OCLC continues to enrich WorldCat bibliographic records through various processes to curate the best version of a record in order to improve discovery of library materials.
  - OCLC adds and updates authorized access points (i.e. headings) from over a dozen international authority files and thesauri so users always have the latest, standardized forms of names and terms for comprehensive and accurate discovery of library collections.
  - OCLC adds and updates WorldCat Entity and Dewey identifiers (URIs). These URIs are uniquely minted web addresses that identify things (persons, organizations, places, events, concepts) to enable discovery of library materials and their related content on the web.
  - OCLC retains superseded OCNs and libraries' local system identifiers (URIs) to increase efficiency and accuracy when synchronizing library catalogs with WorldCat.
  - OCLC performs field transfer, field-by-field, each time records are merged through de-duplication programs to compose the most precise and highest-value records that meet the diverse needs of WorldCat data users.
- OCLC updates records to comply with the latest bibliographic standards and policies.
  - OCLC programmatically deduplicates records on an ongoing basis as records are added to WorldCat, or if they undergo substantial changes through other updates.
  - OCLC runs scripts that update errors in a record or upgrade records to meet current cataloging standards.
  - OCLC performs record-by-record updates or manually merges duplicates when this is requested by libraries or OCLC staff.

Export and Feedback text:
OCLC provides member libraries and vendors who license data with processing feedback consisting of summary and detailed level reports that account for every ingest action and result for monitoring the success of file processing and perform local remediation to improve file processing results.

Flowchart:
Continued from Quality Processes →
- OCN Creation
- Record Insertion
- Signature & Transaction Creation
- Normalized Indexing

Data: Fix
Data: Enrich
Data: Update

File Export & Record Download
File Processing Feedback

# EXHIBIT ii

ORIGINAL MARC record from B&T file dated 20170413

LDR  00249nam  22000975  4500
001  BK0020620829
008  170413s2017   xx          000 u eng d
020      $a 9788994564180
245 00 $a Listen to Your Boss
260      $a United States $b Kong & Park Llc $c 2017
300      $a pages cm.

WORLDCAT RECORD added on 20170418 after preparing and processing the incoming  B&T record.

Bolded text (Green highlighting) indicates what OCLCs preparation and quality processes supplied.

MARC Leader   nam **3**

**c001**   **982649946**
c008   170414s2017   xx         000 **0** eng d
v020      $a 9788994564180
**v020**      **$a 8994564187**
**v040**      **$a BTCTA $b eng $c BTCTA**
v245 00  $a Listen to Your Boss.
v260      **$b Kong & Park Llc $c 2017.**
v300      $a p. $c cm.
**v938**      **$a Baker and Taylor $b BTCP $n BK0020620829**

WORLDCAT RECORD as of 20250828

Bolded text (Green highlighting) indicates all enrichments to the original record

MARC Leader    cam **b**i
**c001**    982649946
c008    170414s2017    **ilu**a         000 **0** eng d
v020       $a 9788994564180
**v020       $a 8994564187**
**v020       $a 9781635190014 $q: (pbk.)**
**v020       $a 1635190010 $q: (pbk.)**
v040       $a BTCTA $b eng $c BCTA **$d YVO $d OCLCO $d OCLCF $d OCLCQ $d OCLCO $d OCLCQ**
**v082 04 $a 650.144 $b Jeong .) $1**
**https://id.oclc.org/worldcat/ddc/E3bWMRmBKyw4BKXcqGmykd8JWq**
**v100 1    $a Jeong, Min-woo.**
v245 10  $a Listen to your boss : **$b I would let you know why you failed in last job interview /**
**$c Min-woo Jeong, translated by Shin-hyun Park.**
**v246    1  $i: At head of title: $a Wake up!**
**v260       $a Park Ridge, IL : $b Kong & Park, $c 2017.**
**v300       $a 300 pages : $b illustrations ; $c 23 cm**
**v336       $a text $b txt $2 rdacontent**
**v337       $a unmediated $b n $2 rdamedia**
**v338       $a volume $b nc $2 rdacarrier**
**v505   0  $a Hard -- hitting talk show opening -- Hard -- hitting talk show part 1 -- Hard -- hitting talk show part 2 -- A story general manager Jeong really wanted to tell -- Hard -- hitting talk show closing -- Reviews of general manager Jeong's invited lecture for employment -- Translator talks about general manager Jeong**.
**v520       $a "However hard you have prepared for employment, however many job qualifications you have acquired, if you can' t pass a job interview, all your efforts come to nothing. In this book general manager Jeong clearly reveals why you failed in last job interview, and what is the secret criteria of job interview, which will make you a winner in the poker game between interviewer and interviewee! General manger Jeong as the current post holder fully discloses the hidden secrets of job interview. This book extracted only essentials from what he said in his invited lectures for employment, which caused an enthusiastic reaction from the young audience. In Part I he demands that young men preparing for employment should become exactly the ideal type of talented person companies and interviewers want, and in Part II he unveils in an interesting manner the tips for actual job interview and the secret criteria of job interview, which were considered as vague. General manger Jeong currently working vigorously in his own field integrated his own 20-year experience and know-how into this book, so that it can be usefully taken advantage of by not only young job seekers who have not decided on the exact direction of their occupation but also young employees who as new recruits have not settled their position."--Back cover**
**v650   0  $a Interviewing $x Technique.**
**v650   0  $a Employment interviewing.**
**v650   6  $a Entretiens d'embauche.**
**v650   7  $a Employment interviewing. $0 (OCoLC)fst00909369 $2 fast**
**v650   7  $a Interviewing $x Technique. $0 (OCoLC)fst00977613 $2 fast**
**v700  1  $a Park, Shin-hyun.**
**v938       $a Baker and Taylor $b BTCP $n: BK0020620829**

3