# EXHIBIT 4

| | |
|---|---|
| Date: | Sun, 13 Oct 2024 10:50:03 PM (UTC) |
| Sent: | Sun, 13 Oct 2024 10:48:14 PM (UTC) |
| Subject: | Renewal Reminder for OCLC Subscription #1000205062 |
| From: | EmailDist-Orders <orders@oclc.org> |
| To: | Trisha Vreeman <Trisha.Vreeman@baker-taylor.com>; |
| Attachments: | SalesOrder_1000205062.pdf |

Trisha Vreeman,

THIS IS NOT AN INVOICE. An invoice will follow at the start of your subscription period and will be emailed to Trisha Vreeman.

We appreciate your subscription to OCLC services and hope you are pleased with the service and the support you have received during the past year. Your subscription(s) will automatically renew on 1/1/2025.

If you wish to continue your subscription as it is, with no changes, no action is required of you at this time. If you wish to change or cancel your subscription(s) please contact OCLC Order Services at orders@oclc.org. Your renewal order number is #1000205062.

**PLEASE NOTE:** we require written confirmation for cancellation requests at least 30 days before your subscription renews on 1/1/2025.

If you have questions about this service or need help using it, please contact OCLC Support in your region at http://oc.lc/support.

Thank you,
OCLC Order Services

* Please note prices are current as of the date of this notice and are subject to change.

This transaction is subject to the relevant OCLC Framework Agreement ("FA") and the Schedules related to each product listed on this notice, found at: http://oc.lc/service-agreements, unless a signed agreement governing the transaction has been entered into by the parties.

PUBLIC                                                                                                                                          BAKER00010643



# Renewal

**OCLC Symbol**  
BTX  
**Customer ID**  
38716

**Currency**  
USD  
**Renewal Period**  
1/01/2025 to 12/31/2025

Renewal Order  
# 1000205062

10/01/2024

**Baker & Taylor, Eastern Division**  
Trisha Vreeman  
Cataloging Manager  
1120 US Highway 22  
Bridgewater NJ 08807  
United States

**Participant Library**

**Baker & Taylor, Eastern Division (BTX)**

1120 US Highway 22  
Bridgewater NJ 08807  
United States

| Item Code | Item | Amount |
|---|---|---|
| 3000213 | WebDewey Commercial | ▮ |
| | WD Commercial up to 2,000 Searches | |
| | **Total USD** | ▮ |

*THIS IS NOT AN INVOICE. An invoice will follow at the start of your subscription period.*

We appreciate your subscription to OCLC services and hope you are pleased with the service and the support you have received during the past year. Your subscription(s) will automatically renew on 1/1/2025.

If you wish to continue your subscription as is, with no changes, no action is required by you at this time. If you wish to change or cancel your subscription(s) please contact OCLC Order Services at orders@oclc.org. Your renewal order number is 1000205062. If your institution requires a PO, please provide the new details to OCLC prior to your renewal date.

**PLEASE NOTE:** we require written confirmation for cancellation requests at least 30 days before your subscription renews on 1/1/2025.

If you have any questions about this service or need help using it, please contact OCLC support in your region at http://oc.lc/support.

Thank you  
OCLC Order Services

* Please note prices are current as of the date of this notice and are subject to change.

This transaction is subject to the relevant OCLC Framework Agreement ("FA") and the Schedules related to each product listed on this notice, found at: http://oc.lc/service-agreements, unless a signed agreement governing the transaction has been entered into by the parties.

OCLC • 6565 Kilgour Pl Dublin OH 43017-3315 United States • +1-800-848-5878 • +1-614-764-6000

*1 of 1*

www.oclc.org

PUBLIC                                                                                                                BAKER00010644