# EXHIBIT 5

# OCLC

**Invoice 1000416616**

**Invoice Date:** 1/01/2025
**Total Amount Due** [redacted]
**Due Date:** 2/15/2025

6565 Kilgour Pl
Dublin OH 43017-3315
United States
P: +1-833-491-1304 • Int: +1-614-764-6011
Federal Tax ID: 31-0734115
DUNS: 06-358-7745
UEI: F2CMCKN6DAD7

**OCLC Symbol**
BTX

**Terms:**
Net 45

**Customer Account ID**
38716

**Bill To**
Baker & Taylor, Eastern Division
Trisha Vreeman
Cataloging Manager
1120 US Highway 22
Bridgewater NJ 08807
United States

**Ship To**
Baker & Taylor, Eastern Division
1120 US Highway 22
Bridgewater NJ 08807
United States
**OCLC (ship to) symbol: BTX**

| Item Code | Item | Amount |
| --- | --- | --- |
| 3000213 | **WebDewey Commercial**<br>**Service dates:** 1/01/2025 - 12/31/2025<br>WD Commercial<br>up to 2,000 Searches | [redacted] |



**Subtotal USD** [redacted]
**Tax Total USD** [redacted]
**Total USD** [redacted]

**Remit Address:**
OCLC Inc
PO Box 714746
Cincinnati, OH 45271-4746

**For Electronic Payment:**
Account Name: OCLC Inc
Bank Name and Address: KeyBank National Association
127 Public Sq. Cleveland OH 44114
FOR ACH (US Only):
Routing No: [redacted]
Account No: [redacted]
Type: Checking

We also accept payment by major credit card. For a credit card payment, we may impose a surcharge of up to 3.50%. The actual surcharge will not be greater than our cost of acceptance.

For questions regarding your invoice or payment please contact: acctsrec@oclc.org

This transaction is subject to the relevant OCLC Framework Agreement ("FA") and the Schedules related to each product listed on this notice, found at: http://oc.lc/service-agreements, unless a signed agreement governing the transaction has been entered into by the parties. OCLC's acceptance of Customer's order is expressly conditional on Customer's assent to such terms and conditions, which Customer will manifest through its acceptance of OCLC Products and/or Services.

PUBLIC                                    BAKER00010637