# EXHIBIT 8

| | |
|---|---|
| Date: | Mon, 22 Jan 2024 11:33:19 PM (UTC) |
| Sent: | Mon, 22 Jan 2024 11:33:08 PM (UTC) |
| Subject: | RE: ███████████████ |
| From: | ███████████████████████████ |
| To: | T███████████████████████████████████████████ Travis Kelley <Travis.Kelley@baker-taylor.com>; ██████████████████████████████████ |

Great info Tom!

From: ███████████████████████████
Sent: Monday, January 22, 2024 6:05 PM
To: ███████████████████████████████████████; Travis Kelley <Travis.Kelley@baker-taylor.com>; ███████████████████████████████
Subject: FLVC: MARC Data Ownership

Hi Everyone,

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████████████
███████████████████████

███████████████████████████████████████████████████████████
███████████████████████████

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████

███████████████████████████████████████████████

███████████████████████████████████████████████████████████

Thanks.

tomj

Confidentiality note: This e-mail may contain confidential information from Clarivate. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please delete this e-mail and notify the sender as soon as possible.