# EXHIBIT 9

Case 2:25-cv-00309-EAS-EPD Doc #: 110 *SEALED* Filed: 09/12/25 Page 2 of 16 PAGEID #: 4440
#: 1656

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF OHIO
2              EASTERN DIVISION
3         ~~~~~~~~~~~~~~~~~~~~
4   OCLC, INC.
5           Plaintiff,
6
7       vs.         Case No.  2:25-cv-0039
8
9   BAKER & TAYLOR, LLC; BRIDGEALL LIBRARIES, LTD.,
10          Defendants.
11
12        ~~~~~~~~~~~~~~~~~~~~
13          (ATTORNEYS' EYES ONLY
14       PURSUANT TO PROTECTIVE ORDER)
15        ~~~~~~~~~~~~~~~~~~~~
16
17         30(b)(6) Deposition of:
18            DANIEL R. JOHNSON
19
             August 15, 2025
20             11:04 a.m.
21             Taken at:
              Offit Kurman
22     227 West Trade Street, Suite 2600
           Charlotte, North Carolina
23
24       Joyce Lynn Shannon, RPR
25

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 46

```
 1    Q.   And that OCLC has brought claims
 2  against Baker & Taylor and Bridgeall Libraries?
 3    A.   Yes.
 4    Q.   Do you understand that it was filed
 5  in Federal Court in Ohio?
 6    A.   Yes.
 7    Q.   Have you reviewed this document in
 8  preparation for your deposition testimony today?
 9    A.   No.  I have reviewed the document,
10  but I don't know that it pertains
11  specifically -- that this document pertains to
12  my testimony today.
13    Q.   Okay.  What do you understand about
14  the claims that OCLC has brought against
15  Baker & Taylor and Bridgeall?
16         MR. NOYSE:  Just an objection to
17  the extent that your understanding is the
18  result of an Attorney-client communication.  If
19  you can answer without involving the
20  information you learned through an
21  Attorney-client communication, that's fine.
22  Also, this would be your personal knowledge,
23  not Baker & Taylor's knowledge.
24    A.   So my knowledge -- that Baker &
25  Taylor has wrongfully utilized WorldCat records
```

Page 47

```
 1  to enrich its BTCat offering.
 2    Q.   Have you spoken with anyone besides
 3  Counsel about this litigation?
 4    A.   Just very high level to my wife.
 5    Q.   Okay.  What is WorldCat?
 6    A.   I know it's a service that OCLC
 7  provides to its customers for managing their
 8  cataloging records and making them generally
 9  available for the customers to enrich their
10  cataloging database.
11    Q.   Okay.  Are there similar products
12  to WorldCat?
13         MR. NOYSE:  I'm not sure he
14  finished his answer.
15    Q.   Oh, you're not done?
16    A.   I'm done, yeah.
17    Q.   Okay.  Are there similar products
18  to WorldCat out in the market?
19    A.   I believe so.
20    Q.   Okay.  And what are those products?
21    A.   Each of the ILSs or library
22  management systems have a cataloging repository
23  in them.  I think those are the most
24  commonly-utilized ones.  Specifically the Alma
25  system you mentioned, SirsiDynix, all have
```

Page 48

```
 1  similar cataloging utilities and similar
 2  communal record repositories.  There is
 3  SkyRiver, which is another one.  OCLC -- FSS's
 4  Destiny system is another one.  You know, the
 5  Koha system has its own cataloging repository
 6  with shared records.  And some of the
 7  capabilities found in WorldCat are also
 8  contained in Baker & Taylor's BTCat system.
 9    Q.   Okay.  And what are those?
10    A.   Those?
11    Q.   That are found in BTCat.
12    A.   [REDACTED]
20    Q.   Any others you can think of?
21    A.   [REDACTED]
25    Q.   Are there any others that come to
```

Page 49

```
 1  mind?
 2    A.   There's quite a bit of
 3  functionality in a cataloging utility.  Any
 4  beyond that go at a more granular level, and I
 5  don't think it's worth stating those
 6  capabilities because they're too granular.
 7    Q.   Are any of those granular-level
 8  ones that you think are -- sorry.
 9         What are the ways in which they're
10  different?
11    A.   [REDACTED] level is
14  just the ability to edit a record.  And then
15  you get more granular, and there's granular
16  functionality.
17    Q.   That's my fault.
18         What are the ways in which BTCat
19  and WorldCat are different?
20    A.   I do not know how -- well, I'll
21  tell you one right away.  [REDACTED]
22  And WorldCat is a
23  contributing platform to the Library of
24  Congress, and BTCat is not.
25    Q.   Is that something that Baker &
```

Veritext Legal Solutions
www.veritext.com                                          888-391-3376

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 54

```
 1    A.   We treat records differently, and
 2  so yes, I understand it's more.
 3    Q.   And what do you mean you treat
 4  records differently?
 5    A.   We sometimes roll up a single
 6  record
 7
 8
 9
10
11    Q.   Okay.  And so you merge -- do you
12  merge like MARC fields into one record?
13         Is that what you do?
14
15    Q.   And so do you keep those other
16  versions somewhere else?
17    A.
18
19    Q.   Okay.  And so --
20    A.   And --
21    Q.   Go ahead.
22    A.   Let me just say one other
23  difference is I believe WorldCat -- WorldCat
24  transacts in a number of languages for records
25  that Baker & Taylor does not deal in, which
```

Page 55

```
 1  results in a larger set of materials, also.
 2    Q.   Okay.  So when you say that you --
 3  is it fair to say that while WorldCat has lots
 4  of different iterations of records, you merge
 5  those all together into one record?
 6    A.
 7         MR. NOYSE:  Objection to the form.
 8    Q.   So the number of records may not
 9  always be the best comparator?
10    A.   That's right.
11    Q.   How can you tell something is a
12  WorldCat record?
13         MR. NOYSE:  Objection to the form.
14    A.   I don't know the definition of a
15  WorldCat record.  There is no stated definition
16  in the MARC structure to say, "This is a
17  WorldCat record."  A MARC record can have an
18  OCLC identifier associated with it, where they
19  have added or replaced the identifier sometimes
20  of the originating party, and possibly that is
21  the description of a WorldCat record.  But I
22  don't understand a record being referred to as
23  a WorldCat record.  It makes no sense that a
24  record could be a WorldCat record.
25    Q.   For Baker & Taylor, do you have
```

Page 56

```
 1  BTCat records?
 2    A.
 3
 4
 5
 6
 7
 8
 9
10
11
12    Q.   Okay.  So each of those categories
13  of records you would not consider a BTCat record?
14    A.   No.
15    Q.   Okay.  Do you agree with me on that
16  or no?
17    A.   I do agree with you on that.
18    Q.   Okay.  Are you aware that OCLC
19  places restrictions on customers' use of
20  records from WorldCat?
21    A.   I am.
22    Q.   And what do you understand those
23  restrictions to be?
24         MR. NOYSE:  Can you identify which
25  topic we're on?
```

Page 57

```
 1         MR. WALKER:  Baker & Taylor's
 2  knowledge and understanding of WorldCat's
 3  records and data.
 4         MS. BROWN:  That's 5.
 5         MR. NOYSE:  But you're asking him
 6  about restrictions placed on them.
 7         MR. WALKER:  On a WorldCat record
 8  and data.
 9         MR. HARTMAN:  It's contractual.
10         MR. NOYSE:  Maybe you should
11  restate the question, because I thought you
12  were asking about -- you're asking about
13  restrictions placed by Baker & Taylor?
14         MR. HARTMAN:  WorldCat records.
15    Q.   Yeah, so it's your knowledge and
16  understanding of WorldCat records and data.
17  And that includes restrictions on that data.
18         MR. HARTMAN:  I would disagree with
19  that, Jeff.  That's covered under OCLC's
20  Framework Agreement and OCLC's WorldCat Rights
21  and Responsibilities, which he's not.
22         MR. WALKER:  So maybe in this
23  instance, he's testifying from his personal
24  knowledge.
25         MS. BROWN:  He's asking for his
```



Veritext Legal Solutions
www.veritext.com                                    888-391-3376

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 58

1 general awareness.
2   Q.  So what is your understanding of
3 those restrictions?
4       MR. NOYSE: Could you restate the
5 full question?
6   Q.  Sure. The prior question was, are
7 you aware that OCLC places restrictions on
8 customers' use of records from WorldCat?
9   A.  Yes.
10  Q.  What is your understanding of those
11 restrictions?
12  A.  I don't have detailed knowledge
13 about the restrictions that are placed on
14 customers. I've not briefed on those elements
15 for this.
16      I do know from our personal
17 experience, on the subsequent questions, that
18 we have licensed records -- in our instance, we
19 have licensed records from OCLC in the past,
20 and have had specific restrictions on those.
21 I'm not aware of the specific restrictions
22 associated with customers, other customers of
23 OCLC.
24  Q.  Okay. Are you aware generally that
25 there are restrictions on customers?

Page 59

1   A.  I am aware that OCLC enters into
2 Licensing Agreements with customers for
3 WorldCat software and records.
4   Q.  Okay.
5   A.  So I am aware of that.
6   Q.  Okay. What is BTCat?
7   A.  
10  Q.  And you said you are the member of
11 the executive team responsible --
12  A.  Yes.
13  Q.  -- for the development of WorldCat?
14  A.  Yes.
15      MR. NOYSE: You said "WorldCat" in
16 that question.
17  Q.  BTCat.
18  A.  BTCat.
19  Q.  Until six months ago?
20      MR. NOYSE: That's why you wait for
21 him to finish the question.
22  Q.  Until six months ago, you were the
23 person directly responsible, correct?
24  A.  Yes.
25  Q.  Okay. What are the components of

Page 60

1 BTCat?
2   A.  Hold on. Let me clarify. I build
3 the capabilities in BTCat. I'm not responsible
4 for defining those capabilities in BTCat.
5   Q.  Okay. Who's responsible for that?
6   A.  Trisha Vreeman.
7   Q.  Trisha.
8      Okay. What are the components of
9 BTCat?
10  A.  

Page 61

1   Q.  What are other types that BTCat
2 provides?
3   A.  
8   Q.  And direct interface, is that
9 something that would provide like automatic
10 updates?
11  A.  

16 (Pages 58 - 61)



ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 62

2  A.  That's correct.
3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
6  Do you agree with that?
7  MR. NOYSE:  Objection to the form,
8  while I'm thinking about it.
9  A.  No.
10 Q.  Why not?
11 A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [redacted content lines 12-24]
25 Is that a WorldCat record?

Page 63

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [redacted content lines 2-16]
17 MR. NOYSE:  Objection to the form.
18 A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [redacted content lines 19-25]

Page 64

1  Q.  Okay.  And is this Baker & Taylor's
2  official position on that?
3  MR. NOYSE:  Objection to the extent
4  it calls for a legal conclusion.
5  MR. WALKER:  Sure.  I withdraw the
6  question.  I think we can take a break.
7  - - - - -
8  (Lunch recess taken.)
9  - - - - -

Page 65

1  AFTERNOON SESSION
2  - - - - -
3  (Thereupon, Plaintiff's Exhibit 47,
4  ▮▮▮▮ B&T Executive Review, which
5  was previously marked, was shown for
6  purposes of identification.)
7  - - - - -
8  CONTINUED EXAMINATION OF DANIEL R. JOHNSON
9  BY MR. WALKER:
10 Q.  I'm handing you what we've
11 previously marked as Plaintiff's Exhibit 47.
12 And the first page is actually the other one
13 that's blank that says Document Produced
14 Natively."
15 A.  Okay.
16 Q.  It's Bates No. 54322.  When I say,
17 "Bates number," it's that number down at the
18 bottom.  (Indicating)
19 Feel free to take a look at that.
20 A.  (Witness complies with request.)
21 Okay.
22 Q.  Okay.  Do you recognize this document?
23 A.  Yes.
24 Q.  What is it?
25 A.  So this is a Status Report from

17 (Pages 62 - 65)



Page 114
1  that?
2  A.  [redacted]
14     MR. NOYSE: Objection to the form.
15  A.  It was done -- [redacted]
23     MR. NOYSE: Object to form.
24  A.  [redacted]

Page 115
1  Q.  [redacted]
7  Q.  Okay.
8  A.  -- just for clarity.
9  Q.  [redacted]
18  Q.  Okay. Do you know how many records
19  were in BTCat at that public launch?
20     MR. NOYSE: Objection to the form.
21  A.  I [redacted]

Page 116
1  [redacted]
6  Q.  Do you have a sense of what the
7  breakdown is percentage-Wise?
8  A.  [redacted]
10  Q.  And what do you mean by that last
11  part, [redacted]

Page 117
1  A.  [redacted]
3  A.  I'm trying to -- I just got that
4  number. I [redacted]
7     MR. NOYSE: Objection to the form.
8  A.  [redacted]
12  Q.  Okay. [redacted]
14     MR. NOYSE: Objection to the form.
15  A.  [redacted]

30 (Pages 114 - 117)

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 118

```
 1   A.   ████████████████
     ████████████████████████████
     ████████████████████████
     ████████████████████████
     ████████████████████
     ████████████████████████
     ████████████████
 10  Q.   Okay.
 11         - - - - -
 12       (Thereupon, Plaintiff's Exhibit 67,
 13       04-08-2019 E-mail Chain Between Dan
 14       Johnson, James Smith, Scott Schuster
 15       and Scott Crawford Re:  BTCAT
 16       Subscription Models, was marked for
 17       purposes of identification.)
 18         - - - - -
 19   Q.   Mr. Johnson, you have in front of
 20  you what's been marked as Plaintiff's Exhibit 67.
 21       Have you seen this document before?
 22   A.   Yes.
 23   Q.   What is it?
 24   A.   It's an early copy of potential
 25  subscription models for -- hold on.  Let me
```

Page 119

```
 1  look through it all.  Yeah, this is an early
 2  copy of some potential subscription models and
 3  some other potential revenue sources that might
 4  be viable for BTCat.
 5   Q.   Okay.  And do you see about halfway
 6  down under ████████████████████
    ████████████████████████████
    ████████████████████████
    ████████████████████████
    ████████████████████████
    ██████
 12       So what is a Z39.50 search?
 13   A.   A Z39.50 search is an external
 14  search.  It's only available in the library
 15  market.  But it's an external search of MARC
 16  records from a source that makes searchable
 17  repository available.
 18   Q.   Okay.  And what do you understand
 19  this -- what I just read to mean?
 20   A.   ████████████████████████
    ████████████████████████████
    ████████████████████████████
    ████████████████████████████
    ████████████████████████████
```

Page 120

```
 1   A.   Yeah, downloads -- the way Z39.50
 2  works is, the search actually downloads a
 3  record to your area, and then you save that
 4  record.  So it's not equivalent to downloads.
 5  Z39.50 gets the records already.  There's not
 6  a -- there's not a second step to download the
 7  record.  You get all the data from Z39.50, then
 8  you save it.
 9   Q.   Okay.  And does BTCat use Z39.50?
 10  A.   ████
    ██████████████████████
    ████████████████████████
    ████████████████████████████
    ████████████████████
    ████████████████████████████
    ██████████████
    ████████████████████
    ████████████
    ████████████████████
    ██████
    ████████████████████████████
    ██████
    ██████████
```

Page 121

```
 1   Q.   ████████████████
    ████████████████████████
    ████████████████████████
    ██████████████████████████████
    ██████████████████████████
    ██████
    ████████
    ██████████████████
    ██████████████████████████████
    ████
    ████████████████████
    ████████████████████
    ██████████████████████████████
    ██
    ████████████████████████
    ████████████████████
    ████████████████████████████
    ████████████████████████████
    ████████████████████████████
    ████████████████████████████
 25  Q.   Sure.  So if it accesses a
```

31 (Pages 118 - 121)

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 122

```
 1  public-facing library, and it downloads the
 2  record through Z39.50, what does it do with
 3  that download?
 4          Sorry. What does BTCat do with
 5  that download?
 6   A.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12   Q.  Okay. But when you said it
13  downloads it before they choose to save it,
14  does BTCat keep any records of that download?
15   A.  I know we tried. I can't -- I
16  can't rememb▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24       MR. NOYSE: Objection to the form.
25   A.  ▓
```

Page 123

```
 1   Q.  Okay.
 2   A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
```

Page 124

```
 1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    [largely redacted]
```

Page 125

```
 1       MR. NOYSE: Let him finish the
 2  question.
 3   Q.  Do you ever ▓▓▓▓▓▓▓▓▓
 4   A.  No --
 5   Q.  No.
 6   A.  -- because there's really no reason
 7  to.
 8   Q.  And why is that?
 9   A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16       MR. NOYSE: Objection to the form.
17   A.  Yeah, that's correct.
18           - - - - -
19       (Thereupon, Plaintiff's Exhibit 9,
20  September, 2022 E-mail Chain Between
21  Travis Kelley and Nancy Jo Brown,
22  was marked for purposes of
23  identification.)
24           - - - - -
25   Q.  I'm going to hand you what's been
```



ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 158

1  MR. WALKER:  And we will replace it
2 with this, which we understand is what you
3 provided to us before.
4       MR. NOYSE:  Yes.
5        - - - - -
6       (Thereupon, Plaintiff's Exhibit 72,
7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10       - - - - -
11    Q.  Mr. Johnson, now that we've cleared
12 that up, have you seen this document before?
13    A.  No.
14    Q.  Okay.  If you can turn to the page
15 that starts -- I think it's four pages in, and
16 it has -- starts a list with Record Number,
17 Control Number, Created Date.
18    A.  Yeah.
19    Q.  Do you see that?
20    A.  Uh-huh.
21    Q.  Okay.  So I'll represent to you
22 that your Counsel provided this as a ▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮.
25    A.  Okay.

Page 159

1    Q.  Okay.  And do you understand what
2 the Record Number is referring to?
3    A.  Yes.
4    Q.  What is that referring to?
5    A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [remainder redacted]

Page 160

[entirely redacted]

Page 161

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [redacted lines]
8    A.  Yes.
9    Q.  Okay.  So according to this report,
10 you understand that there were ▮▮▮▮▮▮
11 downloaded pursuant to the license?
12    A.  Yes.
13    Q.  Is that how many records were
14 downloaded pursuant to the license?
15    A.  Yes.
16    Q.  And did these records get added to
17 BTCat?
18    A.  Yes.
19    Q.  And are they stored in one of the
20 repositories for BTCat?
21    A.  ▮▮
   [remainder redacted]



Page 162

1 ▮
2 ▮
3 ▮
4 ▮
5 ▮
6 ▮
7 ▮
8     MR. NOYSE: Objection to the form.
9 ▮
10 ▮
11 ▮
12 ▮
13 ▮
14 ▮
15    Q.  Okay.  So copies of -- sorry.  I
16 interrupted.
17 ▮
18 ▮
19 ▮
20 ▮
21    Q.  Okay.  So is it your understanding,
22 then, that -- you saw the report certified on
23 July 28 of 2021.
24    A.  Which was pulled out.
25    Q.  No.  This is the one from the

Page 163

1 time -- July of 2021, the letter.  It's
2 Exhibit --
3    A.  Right.  That's on 74 right there.
4 That's the first --
5        MR. NOYSE: 71.
6    Q.  71.
7    A.  It was on --
8    Q.  It's this one right here.  Right
9 here, this one.  (Indicating)
10   A.  Oh.
11   Q.  Exhibit 71.
12       And you understand that this one
13 reported that there were ▮?
14       MR. HARTMAN: This one?
15   Q.  This report from July 30, 2021.
16   A.  Do we know that that's the count in
17 the backup?
18       MR. NOYSE: I guess I object to the
19 form of the question in terms of you directed
20 him to this letter, Exhibit 71.
21       MR. WALKER: The attachment to the
22 Exhibit.
23       MR. NOYSE: Okay.
24   Q.  Go ahead and look --
25       MR. NOYSE: He's directing your

Page 164

1 attention to the attachment to the letter.
2    Q.  If you see, there's a header row at
3 the very beginning.
4    A.  Is this the wrong attachment?
5    Q.  So let me represent to you that
6 there are ▮ records reported in this
7 July 30, 2021.
8    A.  Okay.
9    Q.  And then in the report that was
10 provided, that was run for purposes of this
11 litigation --
12   A.  Right.
13   Q.  -- it reports that there were
14 ▮
15   A.  (Witness nodding.)
16   Q.  ▮
▮
▮
▮
▮
▮
▮
▮
▮

Page 165

1 ▮
▮
▮
▮
▮
▮
▮
▮
▮
▮
▮
▮
▮
▮
▮
▮
17   Q.  Okay.
18   A.  So the data makes it -- it looks
19 like -- I said no, but the answer is yes.  The
20 data looks -- it looks like the number is the
21 same, that we stopped downloading at that
22 point, but the create date may not reflect that.
23   Q.  Okay.  So as far as you know, this
24 is the total number of records that were
25 downloaded? (Indicating)

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 174
1  to be referring to?
2  A. Yeah, this is still -- the whole
3  e-mail is in the context of e-book fulfillment,
4  so this would be -- this would be operating
5  under a third-party agreement here.
6  Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 175
1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8  Q. And does BTCat have that capability
9  now?
10  A. BTCat has some -- oh, for this, no,
11  BTCat does not have this ability today.
12  Q. ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20  MR. NOYSE: Objection to the form.
21  Q. All right.
22       - - - - -
23  (Thereupon, Plaintiff's Exhibit 75,
24  List Regarding Customers of
25  collectionHQ, was marked for

Page 176
1      purposes of identification.)
2       - - - - -
3  Q. So I've handed you an Exhibit that
4  we've marked as Plaintiff's Exhibit 75.
5  A. Yes.
6  Q. Do you recognize this document?
7  A. Yes.
8  Q. Okay. What is this document?
9  A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13  Q. Okay. So maybe we can break that
14  down.
15  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 177
[redacted]

Veritext Legal Solutions
www.veritext.com                                888-391-3376

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 178

```
 1   [redacted]
 2   [redacted]
 3   [redacted]
 4   [redacted]
 5   [redacted]
 6        MR. NOYSE:  Objection to the form.
 7   A.   [redacted]
```
[remainder of page redacted]

Page 180

```
 1   A.   [redacted]
```
[remainder of page redacted]

Page 179

[mostly redacted]
```
12   Q.   Okay.  And then this [redacted]
13   records, where are they currently stored?
14   A.   [redacted]
```
[redacted]
```
24   Q.   So you have the capability --
25   apologies.
```

Page 181

```
 1   A.   Well, silly me.  That was when they
 2   decided, but the first file went in on
 3   October 16, 2021.  (Indicating)
 4   Q.   And I think you testified before
 5   that no records have been added through
 6   collectionHQ in the last -- is it year?
 7        When was the last time a record was
 8   added?
 9   A.   October 19, 2023.
10   Q.   Okay.  Were you part of the
11   discussions on whether to add collectionHQ
12   records into BTCat?
13        MR. NOYSE:  Objection to the form.
14   Q.   Were there discussions about
15   whether or not to add collectionHQ records into
16   BTCat?
17   A.   There were.  I was primarily
18   involved in the discussions on how, not the
19   discussion to add.
20             - - - - -
21        (Thereupon, Plaintiff's Exhibit 14,
22        08-30-2023 E-mail Chain Between
23        Susan Love, Support@collectionhq.com
24        and Others, which was previously
25        marked, was shown for purposes of
```



46 (Pages 178 - 181)

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER



Page 202
1  have a minimum record number, record level.
2  That's just part of our CLS service, is to do
3  that.
4      Q.  Okay.  Has Baker & Taylor actively
5  enriched any records from libraries known to be
6  OCLC customers for use in BTCat since 2022?
7      A.  And could you tell me what you mean
8  by "for use in BTCat"?
9      Q.  For use in the BTCat Community.
10     A.  Okay.
11     Q.  Let's do that one, yeah, for use in
12 the BTCat Community.
13     ▮
14     Q.  Okay.
15     A.  ▮

Page 204
1  ▮
5      Q.  Okay.  And why did you pull it from
6  the database?
7      A.  We deemed that as a record that was
8  attained outside of our License Agreement.
9      Q.  Which License Agreement are you
10 referring to?
11     A.  The terms of the 2019 License
12 Agreement.  ▮
17     Q.  And have you destroyed that?
18     A.  Have we destroyed?
19         MR. NOYSE:  Objection to the form.
20         Are you referring to the records?
21     Q.  Yes, the improved records, as you
22 called them.
23     A.  ▮

Page 203
6      Q.  And how many records?
7      A.  We identified ▮
8      Q.  Okay.  And how did you identify them?
9      A.  Through our search, we found that
10 there were ▮
   and we eliminated
14 those from the repository.  And we retrained
15 our cataloging staff not to pull those from
16 that database.
17     Q.  And so that was in 2025 that you
18 removed them?
19     A.  That was in 2025 that we removed them.
20     Q.  Was that easy to be able to remove?
21     A.  We went back, and in some cases we
22 eliminated the record and requested the book
23 and re-cataloged an original record for most of
24 those records.
25         We also have the ability -- ▮

Page 205
8      Q.  And so where is that deleted state
9  record held?
10     ▮
11     Q.  And is that in a specific
12 repository that we've discussed?
13     A.  No.
14     Q.  It's a separate one?
15     A.  Yes.
16     Q.  What's the name --
17         MR. NOYSE:  Objection to the form.
18     Q.  What's the name of that repository?
19     A.  I believe it's History.
20     Q.  Does History include all iterations
21 of a record?
22     A.  Yes.
23     Q.  And so any improvements made to a
24 record, it's tracked in History?
25     A.  Yes.

Page 206

1  Q.  [redacted]
6  Q.  Okay. So let's talk about the next
7  question.
8      It sounds like -- has Bridgeall
9  done any audits or tracking -- sorry. I should
10 read the actual question.
11     "What internal audits or tracking
12 has Bridgeall done to ensure BTCat is not using
13 WorldCat data in violation of the 2019 WorldCat
14 Data L[redacted]

[redacted]

3  Q.  All right. We are on the
4  homestretch. The last topic we're going to
5  discuss is Topic No. 12.
6      - - - - -
7      (Thereupon, Plaintiff's Exhibit 63,
8      Motion for Preliminary Injunction
9      Re: OCLC versus Baker & Taylor,
10     LLC, and Bridgeall Libraries, Ltd.,
11     was marked for purposes of
12     identification.)
13     - - - - -
14 Q.  I'm handing you what is Plaintiff's
15 Exhibit 63.
16     So, Mr. Johnson, are you aware that
17 OCLC is asking the Court to enter a Preliminary
18 Injunction against Baker & Taylor and Bridgeall
19 in this case?
20 A.  Yes.
21 Q.  And what do you understand that to
22 mean?
23 A.  That these are items that would be
24 enforced in advance of a trial decision.
25 Q.  Okay. And you are testifying -- I

Page 208

1  understand that you are testifying on behalf of
2  Baker & Taylor for one specific component of
3  this request; is that right?
4  A.  Yes.
5  Q.  And that is Item No. 2?
6  A.  (Witness nodding.)
7      Yes.
8  Q.  And so OCLC is asking for a
9  Preliminary Injunction enjoining Baker & Taylor
10 and Bridgeall from accessing, downloading or
11 otherwise extracting cataloging records from
12 customers who have signed any provisions
13 described in Supra No. 1 and are OCLC WorldCat
14 customers.
15     Would this harm Baker & Taylor?
16 A.  I forget, but what is Supra No. 1?
17     MR. NOYSE: No. 1 right above it.
18     THE WITNESS: Okay.
19     Yes, this would harm Baker & Taylor.
20 Q.  So, I guess, what is the harm that
21 Baker & Taylor would suffer?
22 A.  Let me change that. No, this would
23 not provide significant harm to Baker & Taylor.
24     Hold on. Hold on. Let me -- okay.
25 Yes, this will provide harm. Keep my first

Page 209

1  answer. Yes, this will provide harm. Sorry.
2  Q.  So what harm?
3  A.  [redacted] that Baker &
20 Taylor -- that customer and OCLC typically
21 enter into agreements?
22 A.  Yes.
23 Q.  And so if there is an agreement in
24 place, would that decrease the harm?
25 A.  What you're asking me is if they've



ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 210

[redacted]

5  Q. And when you say -- so if there was
6 a separate agreement between Baker & Taylor,
7 OCLC and the customer, it wouldn't provide any
8 harm?
9  MR. NOYES: Objection to the form
10 of the question.
11  A. [redacted]

15  MR. WALKER: I don't think I have
16 any further questions.
17  MR. NOYSE: Okay. We don't have
18 any questions, but I do want to make a
19 statement on the record.
20  MR. WALKER: Okay.
21  MR. NOYSE: So let me just say what
22 it is. So this Witness has provided detailed
23 testimony about information that is not nearly
24 highly confidential under the AEO or under the
25 stipulated PO, but includes critically

Page 211

1 important trade secret information of the
2 highest order for Baker & Taylor.
3  Baker & Taylor has allowed this
4 line of questioning because of the stipulated
5 Protective Order, which allows the presence of
6 OCLC in-house Counsel and in-house General
7 Counsel to listen to the information. Baker &
8 Taylor already had concerns about potential
9 motivations from OCLC arising from the due
10 diligence process for the potential purchase of
11 Bridgeall, which immediately preceded the
12 litigation.
13  So we are simply underscoring that
14 this testimony is of the highest importance in
15 terms of protection. And we expect that OCLC
16 will take appropriate and verifiable protocols
17 and steps sufficient to make sure that this
18 information is not leaked through this process
19 to other principals at OCLC.
20  MR. WALKER: Okay. Anything else?
21  MR. NOYSE: No.
22  MR. WALKER: We have a statement,
23 as well.
24  MR. NOYSE: Okay.
25  MR. WALKER: So OCLC has been

Page 212

1 prejudiced by Defendants' late and incomplete
2 document productions, which have been missing
3 materially responsive documents. This has
4 hindered OCLC's ability to review and assess
5 completeness of Defendants' production, and to
6 prepare for this Rule 30(b)(6) deposition that
7 OCLC noticed.
8  Accordingly, OCLC leaves open this
9 deposition and reserves the right to explore
10 the 30(b)(6) topics noticed for today during
11 merits discovery.
12  MR. NOYSE: And you made that
13 statement after Aman Kochar's testimony. We
14 will incorporate our response.
15  I will ask one clarification.
16  By saying that the depositions
17 remain open, you are not suggesting that we
18 can't talk to the Witnesses in the normal
19 course of involving and management of
20 litigation as if we were in the middle of a
21 deposition?
22  MR. WALKER: I think that's fine.
23  MR. NOYSE: Okay.
24  MR. WALKER: And that same
25 clarification applies to yesterday.

Page 213

1  Nothing further. We're off the
2 record.
3   - - - - -
4  (Deposition adjourned at 6:22 p.m.)
5   - - - - -

54 (Pages 210 - 213)