# EXHIBIT 10

Case 2:25-cv-00009-EAS-EPD Doc #: 64-1 *SEALED* Filed: 01/09/26 Page: 2 of 25 PAGEID #: 1456
Case 2:25-cv-00009-EAS-EPD Doc #: 41-11 Filed: 09/12/25 Page: 2 of 3 PAGEID #: 1672
DocuSign Envelope ID: CA8EAD55-F8E1-4436-A4CF-5088D3E2D965

OCLC20200817

# THIRD PARTY CATALOGING AND RECORD PROCESSING AGREEMENT

This Third-Party Cataloging and Record Processing Agreement ("Agreement"), effective as of the last date signed below, is by and between **OCLC, Inc.** ("OCLC"), ("Library"), and B█████ ████████████████ ("Vendor").

WHEREAS, Library and Vendor have contracted with each other for cataloging and other record processing services. To perform these services, the Vendor requires access to copies of bibliographic data, library holdings, and other information derived from the online database maintained by OCLC, Inc. ("WorldCat®") and such bibliographic data, library holdings and other information ("WorldCat Records"); and

WHEREAS, in order for Library to continue making OCLC-Derived Records available to Vendor, it is necessary that Vendor provide assurances concerning its use of such OCLC-Derived Records; and WHEREAS, in order for Vendor to perform online cataloging services for the Library, it is necessary that Vendor provides assurances concerning its use of WorldCat.

In consideration of the mutual covenants provided for herein, OCLC, Library and Vendor agree as follows:

1. All current contracts between Library and Vendor will be deemed amended to include the terms of this Agreement, and all future contracts between them, which are executed while this Agreement remains in effect, will be deemed to include such terms ("Contracts").

2. OCLC recommends the Library obtain a unique cataloging authorization for this Project.

3. Vendor will make no copies and no use of the OCLC-Derived Records except as necessary to carry out the Contracts and acknowledges that delivery of the OCLC-Derived Records to Vendor does not represent a transfer of ownership of the records or any copies thereof.

4. Vendor agrees that it will not transfer or otherwise make available OCLC-Derived Records or copies thereof or derivative works made therefrom to any other party, and will promptly return to Library, at its request, all OCLC-Derived Records received in connection with each Contract, upon completion thereof, and all copies of such Records.

5. Vendor's use of WorldCat will be for the exclusive purpose of providing cataloging services to the Library as agreed to herein. Vendor agrees that it will not download or export any records from WorldCat except as to fulfill its duties to the Library. Any other use is strictly prohibited. In the event Vendor uses WorldCat for any purpose other than as authorized by this Agreement, OCLC reserves the right to immediately terminate this Agreement, suspend Vendor's access to WorldCat, and exercise all available contractual remedies.

6. All legal notices related to this Agreement shall be sent to the addresses below or to the revised address a Party previously provided notice of in writing.

PUBLIC                                                                                              BAKER00000017

OCLC20200817

| OCLC, Inc. | | Baker & Taylor |
|---|---|---|
| 6565 Kilgour Place | | 2810 Coliseum Centre Drive, Suite 300 |
| Dublin, OH 43017-3395 | | Charlotte, North Carolina 28217 |
| United States of America | United States of America | United States of America |
| Attention: Legal Depart. | | Attention: Marsha Yarborough |
| Email: legal@oclc.org | | Email: Marsha.Yarborough@baker-taylor.com |

All technical/project related notices shall be directed to:

| OCLC, Inc. | SAME AS ABOVE | SAME AS ABOVE |
|---|---|---|
| 6565 Kilgour Place | | |
| Dublin, OH 43017-3395 | | |
| United States of America | | |
| Attention: Legal Depart. | | |
| Email: legal@oclc.org | | |

7. Vendor's obligations under this Agreement shall survive termination of any Contract, and Vendor's obligations under Sections 3, 4, and 5 shall survive termination of this Agreement.

8. This Agreement is the final, complete and exclusive statement of the agreement between Library and Vendor with respect to the subject matter hereof, and may not be terminated (other than as provided in Section 5 above), amended or canceled except by a writing signed by the Parties. No waiver of any provision of this Agreement or of any right hereunder shall be deemed a further waiver of such provision or right, or a waiver of any other provision or right hereunder.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the dates indicated below:

**OCLC, Inc.**

Signature: *William Nilges*
Name: William Nilges
Title: Vice President
Date: 2024 February 21

*Approved by Business Development HC*

Library: **Belvedere Tiburon Library**    Vendor: **Baker & Taylor**

Signature:                                   Signature: *Jennifer Rhyne*
Name:                                        Name: Jennifer Rhyne
Title: Library Director                      Title: Director, Pricing Services
Date: 21 February 2024 | 7:16:00 AM PST      Date: February 29, 2024

OCLC Library Symbol:    **BVT**