# EXHIBIT 12

| Date: | Mon, 19 Apr 2021 2:59:51 PM (UTC) |
|---|---|
| Sent: | Mon, 19 Apr 2021 2:59:49 PM (UTC) |
| Subject: | RE: ILL Calculator - draft |
| From: | James Smith <James.Smith@baker-taylor.com> |
| To: | Travis Kelley <Travis.Kelley@baker-taylor.com>; Katy White <Katy.White@baker-taylor.com>; |

This is a good start!

My thoughts:
1. The operating costs include staff. I like the separation so I would put ▇▇▇▇ in the operating costs to roughly get us in the same spot.
2. The ASP per book should be ▇▇▇
3. I would add a line for used books at ....myabe ▇ and do a ▇ used ▇ new split to offer more savings.

Jim

**From:** Travis Kelley <Travis.Kelley@baker-taylor.com>
**Sent:** Thursday, April 15, 2021 10:06 AM
**To:** Katy White <Katy.White@baker-taylor.com>; James Smith <James.Smith@baker-taylor.com>
**Subject:** ILL Calculator - draft

As per request, I've attempted to build an ILL calculator, Katy. Can you both look at this and recommend adjustments?

I'll review your other comments and see what I can stick into the objects document. 😊

Travis Kelley
732-427-6834

**From:** Katy White <Katy.White@baker-taylor.com>
**Sent:** Wednesday, April 14, 2021 10:26 AM
**To:** Travis Kelley <Travis.Kelley@baker-taylor.com>
**Subject:** RE: Soliciting your feedback

Hi,

Just random thoughts here, do what you will:

1. I would love to create a spreadsheet that shows the true costs of ILL, similar to the CLS costs spreadsheet. Because just like with the objections to CLS "It only costs us a dollar!" the staff time is the biggest expense and these people could be repurposed into customer-facing roles. (This would require setting time aside to do it...)
2. On the consortia upgrades, can we do the cooking show where a) here's the brief on-order records; b) I downloaded them and they were upgraded in X minutes; c) here's the API (SIRSI – I'm thinking for our PALS demo); VOILA! Doable?
3. For the questions I think we also need to know about the ILS cataloging functionality – Rochester hates TLC's ITS MARC and they're stuck with it forever for example – this could be part of "where do you do your cataloging work – in your ILS? Marc edit? Etc.
4. I know we have the OCLC consultant but I want us to have specifics about what can be removed from their contract based on SkyRiver's former suit, etc. "Did you know that you can purchase ILL functionality separately" etc. NJ also has Autographics for statewide ILL like NH, btw. When we have brain power we should probably do a little more research there.
5. Objection – "I already have CLS, why would I need BTCat?" (we don't sell everything… but then we have to address the record coverage issue, etc.)

**From:** Travis Kelley <Travis.Kelley@baker-taylor.com>

CONFIDENTIAL

BAKER00009892

**Sent:** Wednesday, April 14, 2021 8:43 AM
**Subject:** Soliciting your feedback

Good Morning Team,

If you have a quick 10 minutes, could you review the attached and let me know if a) you have anything to add, need clarifications and/or want me to 'beef up' a specific objection or b) there is something that hasn't been working and needs an overhaul.

Curious: how much do you think our inability to provide timely shipping is slowing or prohibiting these conversations?

I've made two rounds of edits but there's some duplicative info in here that I'll clean up.

Meeting with Scott/Jim and the Western Rep next week to discuss.

Best,

Travis Kelley
BTCat Sales Manager, Eastern U.S.
732-427-6834
Travis.Kelley@Baker-Taylor.com

CONFIDENTIAL

BAKER00009893