# EXHIBIT 15





Squire Patton Boggs (US)
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

O  +1 614 365 2700
F  +1 614 365 2499
squirepattonboggs.com

Jeffrey M. Walker
T  +1 614 365 2794
jeffrey.walker@squirepb.com

February 25, 2025

**VIA FEDEX AND EMAIL**

Amandeep Kochar
President and CEO
Baker & Taylor, LLC
2810 Coliseum Centre Dr. Suite 300
Charlotte, NC 28217
amandeep.kochar@baker-taylor.com

Brad Murchison
General Counsel
Baker & Taylor, LLC
2810 Coliseum Centre Dr. Suite 300
Charlotte, NC 28217
brad.murchison@baker-taylor.com

**Re: Misuse of OCLC WorldCat Records and Data**

Dear Messrs. Kochar and Murchison:

      I write on behalf of our client OCLC, Inc. ("OCLC") to raise serious concerns arising out of Baker & Taylor, LLC's ("B&T") wrongful and unauthorized use of OCLC's proprietary WorldCat records and data in B&T's "BT CAT" cataloging utility and database.

      As you know, OCLC has invested significant resources for nearly six decades in developing and enhancing its library and bibliographic records and data that it markets as WorldCat. As a result, OCLC requires all WorldCat members to agree to contractual requirements, including WorldCat's Rights and Responsibilities,[1] in order to access and use WorldCat records and data. B&T is well aware of OCLC's contractual requirements as B&T was previously a party to a WorldCat Data and Licensing Agreement with OCLC, which authorized B&T to use a limited number of WorldCat records and corresponding

---

[1] *E.g.*, WorldCat Rights and Responsibilities for the OCLC Cooperative, https://www.oclc.org/en/worldcat/cooperative-quality/policy.html.

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

February 25, 2025

data. OCLC terminated that license in 2022 after it discovered that B&T was creating "BT CAT" to directly compete with WorldCat.

OCLC has discovered—through its WorldCat members, online research, and B&T's own presentations—that B&T has been improperly using and incorporating OCLC's proprietary WorldCat records and data into the BT CAT cataloging utility and database, and that B&T is providing WorldCat records and/or data to its BT CAT customers without a license or OCLC's authorization.

OCLC has also discovered from online public records that B&T is including provisions in their customer agreements that further support our understanding that B&T is wrongfully using WorldCat records and data in BT CAT. For example, B&T's "Standard Terms and Conditions" for its collectionHQ service contains a provision that requires collectionHQ subscribers to authorize B&T to access the subscriber library's catalog and license all catalog records to B&T for use in BT CAT.[2] OCLC understands that many of collectionHQ's subscriber libraries are also OCLC members, meaning that B&T, through its collectionHQ activities, has been able to access WorldCat records and data in these catalogs and incorporate them into BT CAT—a direct competitor to WorldCat. OCLC also reasonably believes that B&T, along with its subsidiaries and affiliates, include similar contractual provisions in other customer agreements, giving B&T further access to OCLC members' WorldCat records and data so that B&T can incorporate WorldCat records and data into BT CAT and/or other competing products and services.

B&T's actions, along with those of its subsidiaries and affiliates, amount to encouraging OCLC members to violate their contractual obligations to OCLC and interfering with prospective OCLC members. By requiring OCLC's members to authorize B&T access to their catalogs of WorldCat records and license their catalogs to B&T for use in BT CAT, B&T is inducing OCLC's members to violate their contractual obligations with OCLC, causing OCLC significant and irreparable harm. B&T's use of WorldCat records and data in a competing service, BT CAT, is also interfering with OCLC's prospective members, again causing OCLC significant and irreparable harm.

The purpose of this communication is to put B&T and its subsidiaries and affiliates on notice to cease and desist any and all activities that involve interfering with and/or encouraging OCLC WorldCat members to violate their contractual obligations to OCLC relating to the use of WorldCat records and data. OCLC demands that B&T and its subsidiaries and affiliates: (1) remove from all agreements any provisions, like the example provision discussed above, that encourage and/or require subscribers who are also OCLC members to grant B&T access to and a license for their cataloging records that include OCLC WorldCat records or data, (2) stop using, displaying, distributing, and/or downloading OCLC WorldCat records and data (that is not licensed to B&T under the WorldCat Data and Licensing Agreement with OCLC) through BT CAT or any other

---

[2] *E.g.*, Standard Terms And Conditions for the Service § 4.5 (City of San Rafael), https://publicrecords.cityofsanrafael.org/WebLink/DocView.aspx?id=35010&dbid=0&repo=CityofSanRafael&searchid=28c290fd-3b1e-49e1-b870-a7c2149abf49 (enclosed herein).

2

Squire Patton Boggs (US) LLP

February 25, 2025

products or services, and (3) delete all copies of OCLC WorldCat records and data (not licensed to B&T under the WorldCat Data and Licensing Agreement with OCLC) or records or data based upon the same, including those affiliated with the BT CAT cataloging utility and database. **Please confirm by Friday, February 28, 2025 that B&T plans to fully comply with these demands.**

We will continue to monitor this situation very closely and pursue all legal remedies available to OCLC to preserve the viability and value of WorldCat to all OCLC member libraries. This includes claims for breach of contract and tortious interference, among others. We also request that B&T and its subsidiaries and affiliates preserve all records related to any efforts it has or is planning to take relevant to the activities outlined above. This includes written and electronic documents and communications (email, texts, memorandums, instant messaging, notes, etc.) internal to B&T and its subsidiaries (and any other affiliated entities) and/or external to any other third party.

Please feel free to reach out to me if you have any questions about this matter.

Sincerely,

Squire Patton Boggs (US) LLP

Jeffrey M. Walker

CC: Julie Presas, Chief Legal Officer & General Counsel, OCLC
Kathryn M. Brown, Squire Patton Boggs (US) LLP