# EXHIBIT 18

Case 2:25-cv-00009-EAS-EPD Doc #: 41-19 SEALED 1/09/26 Page 1 of 6 PAGEID #: 1584
Case 2:25-cv-00009-EAS-EPD Doc #: 61-19 *SEALED* Filed: 09/26 Page: 2 of 6 PAGEID #: 1720

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **OCLC, Inc.,** | Case No. 2:25-cv-309 |
| Plaintiff, | Judge Edmund A. Sargus, Jr. |
| v. | Magistrate Judge Elizabeth Preston Deavers |
| **Baker & Taylor, LLC and Bridgeall Libraries, Ltd.,** | |
| Defendants. | |

## DECLARATION OF KATHRYN M. BROWN

I, Kathryn M. Brown, declare the following pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm of Squire Patton Boggs (US) LLP, which Plaintiff OCLC, Inc. ("OCLC") has retained as counsel in the above-captioned matter.

2. I submit this declaration in support of OCLC's Reply in Support of its Motion for Preliminary Injunction ("OCLC's Reply"). I have knowledge of the facts stated herein based on personal knowledge and my review of the documents, files, websites, and other referenced materials.

3. On August 27, 2025, Defendants Baker & Taylor, LLC and Bridgeall Libraries, Ltd. ("Defendants") produced a Microsoft Excel document with the Bates number BAKER00058290 (attached to OCLC's Reply as Ex. 19). Defendants have represented to OCLC that this report captures the versions of collectionHQ contracts that Bridgeall's customers have signed. Each tab of the report represents a version of the collectionHQ contract that customers have signed that remains active, including pre-2022, 2022-2023, 2024, and 2025 versions. The columns indicate the customer ("Library Name"), the date the contract was signed ("Date

Signed"), and whether the contract contained a provision similar to § 4.5 of the collectionHQ agreement, as defined in Paragraph 84 of OCLC's Complaint ("Section 4.5?").

4. Defendants have represented to OCLC that § 4.5 was not added to contracts until 2022. There are ▮ instances of customers with active contracts with Bridgeall where § 4.5 could have been included in Bridgeall's report. I calculated this number by adding the total number of customers listed on the 2022-2023, 2024, and 2025 tabs.

5. Of these ▮ instances, ▮ instances represent customers who have signed contracts that include § 4.5. I calculated this number by adding the number of customers with a "Y" in the "Section 4.5?" column listed in the 2022-2023, 2024, and 2025 tabs.

6. There are ▮ WorldCat customers with § 4.5 in their contracts from the 2022-2023, 2024, and 2025 tabs. I calculated this number by comparing the list of ▮ customers to OCLC's WorldCat customer list (which contains former and current customers), which was provided to Defendants' counsel for discovery purposes. I also removed any apparent duplicates.

7. On September 10, 2025, Defendants produced a Microsoft Excel document with the Bates number BAKER00058298 (attached to OCLC's Reply as Ex. 20). Defendants have represented to OCLC that this report captures the inactive collectionHQ contracts that Bridgeall's customers have signed § 4.5. Defendants have represented that if a customer has a date in the column, "BTCat Records Approved," then that customer signed a collectionHQ contract containing § 4.5. I also included one customer where the entry in the "BTCat Records Approved" column was, "Yes."

8. ▮ inactive customers had contracts with § 4.5. And at least ▮ WorldCat customers signed § 4.5 in an inactive collectionHQ contract. I calculated this number by comparing the list of ▮ inactive customers to OCLC's WorldCat customer list referred to in ¶ 6.

2

9.     On September 4, 2025, Defendants produced a Microsoft Excel document with the Bates number BAKER00058296 (attached to OCLC's Reply as Ex. 22). Defendants have represented to OCLC that this report is responsive to OCLC's Request for Production No. 10 and indicates the number of records across the BTCat repositories that contain any of the WorldCat record indicators that OCLC provided to Defendants for the purposes of discovery.

10.    There are two repositories identified in this report: the main BTCat repository (Column E: "BTCatMainCount") and the BTCat community (Column D: "CommunityCount").

11.    There are ▮▮▮▮ records that contain records with WorldCat indicators in these two repositories. I calculated this number by summing the total of Column E and Column D. The total number of such records in the BTCat community repository is ▮▮▮▮ and the total number of such records in the BTCat main repository is ▮▮▮▮.

12.    Across these two repositories, there are ▮▮▮▮ records total. I calculated this number by adding the number of records in the BTCat community repository, which Defendants represent is ▮▮▮▮, and in the BTCat main repository, which Defendants represent is ▮▮▮▮. *See* Opp. at 7.

13.    This means that ▮▮▮▮ of the records in these two repositories consist of WorldCat records. I calculated this percentage by dividing ▮▮▮▮ over ▮▮▮▮.

14.    On August 7, 2025, Defendants produced a Microsoft Excel document with the Bates number BAKER00057823 (attached to OCLC's Reply as Ex. 23). Defendants have represented to OCLC that this report captures the number of BTCat customers who uploaded their records to Bridgeall, via § 4.5, and whose records were shared with Baker & Taylor and then integrated into BTCat. We understand that Column C "# Bibs Added" indicates the number of bibliographic records each customer contributed that were then integrated into BTCat.

3

15. ▇▇▇ customers who have uploaded their records to Bridgeall had their records incorporated into BTCat. At least ▇ current and former WorldCat customers have shared their bibliographic records pursuant to § 4.5 and had those records incorporated into BTCat. I calculated this number by comparing the list of ▇▇▇ customers to OCLC's WorldCat customer list referred to in ¶ 6.

16. These ▇ customers have contributed ▇▇▇ bibliographic records. I calculated this number by summing the number of records from Column C, "# Bibs Added."

17. The ▇ WorldCat customers contributed ▇▇▇ bibliographic records. I calculated this number by summing the number of records each of the ▇▇▇ customers contributed from Column C, "# Bibs Added."

18. On September 8, 2025, Defendants produced a Microsoft Excel document with the Bates number BAKER00058297 (attached to OCLC's Reply as Ex. 24). Defendants have represented to OCLC that this report captures the number of collectionHQ customers who shared their bibliographic records pursuant to § 4.5 with Bridgeall. Tab "List A" represents customers whose records were transferred from Bridgeall to Baker & Taylor, and Tab "List B" represents customers whose records Bridgeall have not yet transferred to Baker & Taylor.

19. ▇▇▇ libraries are on "List A," and ▇ of those libraries are WorldCat customers. I calculated this number by comparing the list of ▇▇▇ ▇ libraries to OCLC's WorldCat customer list referred to in ¶ 6.

20. ▇▇▇ libraries are on "List B," and ▇ of those libraries are WorldCat customers. I calculated this number by comparing the list of ▇ libraries to OCLC's WorldCat customer list referred to in ¶ 6.

4

21. Discovery confirms that OCLC has already lost 36 WorldCat customers. I calculated this number by comparing OCLC's list of lost and at-risk WorldCat customers at OCLC_00002401 (attached to OCLC's Reply as Ex. 30) to the list of Baker & Taylor customers who have signed BTCat contracts (attached to OCLC's Reply at Ex. 29).

22. Discovery has also confirmed that OCLC has lost at least 5 prospective WorldCat customers to BTCat. I calculated this number by comparing OCLC's list of lost prospective WorldCat customers at OCLC_00002983 (attached to OCLC's Reply as Ex. 35) to the list of Baker & Taylor customers who have signed BTCat contracts (attached to OCLC's Reply at Ex. 29).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief Executed in Columbus, Ohio this 12th day of September, 2025.

/s/ Kathryn M. Brown
Kathryn M. Brown (0100426)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
kathryn.brown@squirepb.com

5