# EXHIBIT 19

**Document Produced Natively**

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00058290



| Library Name | Date Signed | Section 4.5? | Version | Choice of Law? | Signatory? |
| --- | --- | --- | --- | --- | --- |



2022-2023



2022-2023











2024





| Library Name | Date Signed | Section 4.5? | Version | Choice of Law? | Signatory |
|---|---|---|---|---|---|