# EXHIBIT 20

**Document Produced Natively**

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00058298

Sheet1



Sheet1



Sheet1



Sheet1



Notes

If a date appears in the BTCat Records Approved tab, that means the customer signed a
contract with provision 4.5. Otherwise, the contract did not contain this language.