# EXHIBIT 22

Case 2:25-cv-00039-EAS-EPD Doc #: 41-23 Filed: 01/09/26 Page: 2 of 10 PAGEID #: 458
Case 2:25-cv-00039-EAS-EPD Doc #: 42-32 *SEALED* Filed: 09/12/25 Page: 2 of 10 PAGEID #: 1754
Document Produced Natively

BAKER00058296

Case 2:25-cv-00009-EAS-EPD Doc #: 41-32 SEALED Filed: 09/12/25 Page: 3 of 10 PAGEID #: 1755

Term Analysis





Case 2:25-cv-00009-EAS-EPD Doc #: 41-2 SEALED Filed: 09/12/25 Page 5 of 10 PAGEID #: 1757

Term Analysis







Case 2:25-cv-00039-EAS-EPD Doc #: 41-2 SEALED Filed: 09/12/25 Page 8 of 10 PAGEID #: 454





