# EXHIBIT 24

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER                                                        BAKER00058297

List A

**Account Name**



Case 2:25-cv-00009-EAS-EPD Doc #: 64-1 *SEALED* Filed: 09/12/25 Page: 4 of 12 PAGEID #: 453
Case 2:25-cv-00009-EAS-EPD Doc #: 127 Filed: 11/04/25 Page: 4 of 10 PAGEID #: 1769

List A



List A



Case 2:25-cv-00009-EAS-EPD Doc #: 41-25 *SEALED* Filed: 04/26 Page 2 of Page PAGEID #: 1771

List B

**Account Name**



List B



List B



List B



List B



List B



List B



Case 2:25-cv-00009-EAS-EPD Doc #: 64-12 *SEALED* Filed: 09/12/25 Page: 12 of 12 PAGEID #: 1777