# EXHIBIT 25

| | |
|---|---|
| Date: | Fri, 14 Feb 2025 4:17:00 PM (UTC) |
| Sent: | Fri, 14 Feb 2025 4:17:27 PM (UTC) |
| Subject: | RE: Your form "BTCat BTCat Set Up From" got a response - ▮▮▮▮▮ |
| From: | Travis Kelley |
| To: | BT Cat Onboarding <btcatonboarding@baker-taylor.com>; |
| CC: | Misha Journet <Misha.Journet@baker-taylor.com>; Christina Bahnsen <Christina.Bahnsen@baker-taylor.com>; |

I think that's okay.

Travis Kelley
732-427-6834

-----Original Message-----
From: BT Cat Onboarding <btcatonboarding@baker-taylor.com>
Sent: Friday, February 14, 2025 10:27 AM
To: Travis Kelley <Travis.Kelley@baker-taylor.com>
Cc: Misha Journet <Misha.Journet@baker-taylor.com>; Christina Bahnsen <Christina.Bahnsen@baker-taylor.com>
Subject: FW: Your form "BTCat BTCat Set Up From" got a response - ▮▮▮▮▮

Travis,

I will add OCLC (per the customer's request below), Library of Congress and OhioLink as Z39 targets. Any others you want to add for now?

Thanks,
Jason


-----Original Message-----
From: Response Report <report@formassembly.com>
Sent: Wednesday, February 12, 2025 4:17 PM
To: BT Cat Onboarding <btcatonboarding@baker-taylor.com>; Jason Palmer <Jason.Palmer@baker-taylor.com>; Travis Kelley <Travis.Kelley@baker-taylor.com>; Misha Journet <Misha.Journet@baker-taylor.com>
Subject: Your form "BTCat BTCat Set Up From" got a response

Your form "BTCat BTCat Set Up From" has received the following response:

Submitted on: 02/12/2025 04:16:34 PM
Completion time: 3 min. 48 sec.


Library Information
Q. Library/Institution Name
R. ▮▮▮▮▮

Q. Consortium Name (if applicable)
R.

Q. Address
R. ▮▮▮▮▮

Q. City

R. ████████

Q. State
R. ██

Q. Zip Code
R. ████

Contact Information
Q. Contact Name
R. ████████████

Q. Email
R. ████████████████

Q. Phone
R. ████████

Edit section title
Q. What is your Library ILS System?
R. SirsiDynix Workflows

Q. What is your Library Agency Code?
R. FMI

Q. Does your library use:
R. - Dewey Call Numbers

Q. Does your library prefer:
R. - MARC-8

Q. Would you like BTCat to download your MARC records to an FTP server?
R. No

BTCat Users
Q. Name
R. ████████████

Q. Email Address
R. ████████████████

Q. Title Source 360 User Name
R. *user name needed*

Q. Access Level
R. Administrator

Searchable Catalogs
Q. Please select access to Searchable Databases from the options below:

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER                                     BAKER00025944

Case 2:25-cv-00009-EAS-EPD Doc #: 64-12 Filed: 01/09/26 Page: 2 of 2 PageID #: 1565
Case 2:25-cv-00009-EAS-EPD Doc #: 41-26 SEALED 11/01/26 Page: 25 of 4 PageID #: 455
#: 1781

R. - Library of Congress
  - OCLC


## OCLC WorldCat & FirstSearch

Edit section title
Q. Does your library subscribe to:
R. WorldCat

Q. WorldCat/FirstSearch Password
R. 

Q. WorldCat/FirstSearch Username
R. 


Additional Z39.50 Servers
Q. Are there additional Z39.50 Servers you'd like us to configure?
R. No

Q. Notes:  Please provide any additional information you would like to share that will help us with your BTCat Set Up.
R.

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECITIVE ORDER

BAKER00025945