# EXHIBIT 26

Case 2:25-cv-00309-EAS-EPD Doc #: 127-2 SEALED Filed: 11/04/25 Page: 2 of 6 PAGEID #: 4557
Case 2:25-cv-00309-EAS-EPD Doc #: 112-3 *SEALED* Filed: 09/26/25 Page: 2 of 25 PAGEID #: 1783

CONFIDENTIAL TESTIMONY/ATTORNEYS' EYES ONLY

Page 1

1        UNITED STATES DISTRICT COURT
2          SOUTHERN DISTRICT OF OHIO
3              EASTERN DIVISION
4                 * * *
5   OCLC, INC.,
6        Plaintiff,
7      vs.              CASE NO. 2:25-cv-00309
8   BAKER & TAYLOR, LLC;
9   BRIDGEALL LIBRARIES, LTD.,
10       Defendants.
11                * * *
12      Deposition of STEVEN LEGOWSKI, Witness
13  herein, called by the Plaintiff for
14  cross-examination pursuant to the Rules of Civil
15  Procedure, taken before me, Kathy S. Wysong, RPR,
16  a Notary Public in and for the State of Ohio, at
17  200 St. Vincent Street, Glasgow, Scotland, on
18  Monday, August 18, 2025, at 6:09 a.m. Eastern.
19                * * *
20
21
22
23
24
25

Page 54

1  aware, they had salespeople representing our
2  products.
3      Q.  Okay.  Mr. Legowski, you mentioned
4  that you had reviewed contracts in preparation for
5  this deposition and we are now going to talk about
6  contracts.
7      A.  Okay.
8      Q.  So are you aware that last week
9  Bridgeall's counsel produced example contracts to
10 OCLC?
11     A.  I wasn't aware -- I was aware that
12 contracts were provided to the legal counsel.
13     Q.  And were you part of the collections
14 process for those documents?
15     A.  I was involved, yes.
16     Q.  Okay.  Our understanding is that we
17 do not have any collectionHQ agreements prior to
18 2019 and 2020.  Is that accurate as far as you
19 know?
20     A.  Sorry.  Which specific agreements?
21     Q.  Any collectionHQ agreement.
22     A.  I'm actually not a hundred percent
23 sure on that.
24     Q.  Okay.  That's no problem.  Okay.  So
25 I want to walk through some of the example

Page 55

1  contracts that were provided to us and more or
2  less understand the different versions with you.
3          (Plaintiff's Exhibit 83,
4  BAKER00058010-58024, was marked for purposes of
5  identification.)
6  BY MS. BROWN:
7      Q.  So we're going to turn to Plaintiff's
8  Exhibit 83, and that, Mr. Legowski, is -- you'll
9  find it in your file folder, it will be
10 BAKER00058010, and I'll also be sharing my screen.
11     A.  I have it here.
12     Q.  So feel free to scroll through it and
13 let me know when you're ready to discuss.
14     A.  Yeah, I think I'm fine.
15     Q.  Okay.  Do you recognize this
16 document?
17     A.  Yes.
18     Q.  Okay.  I'll represent to you that the
19 file name of this document is collectionHQ
20 subscription agreement North America March 2024.
21 Does that sound like a document title that you're
22 familiar with?
23     A.  Yes.
24     Q.  Okay.  What is the March 2024 version
25 of the collectionHQ agreement compared to any

Page 56

1  other version?  I guess what makes it the March
2  2024 version?
3      A.  Oh.  I am not a hundred percent sure
4  what changed --
5      Q.  Okay.
6      A.  -- from the previous one.
7      Q.  That's okay.  We're going to walk
8  through some of the pertinent provisions and maybe
9  that will refresh your memory.
10     A.  Okay.
11     Q.  So if you look on the very first
12 page, it says offer for subscription to the
13 collectionHQ service, and if you look at the first
14 paragraph, it says Baker & Taylor, LLC hereby
15 offers to supply the service, defined below, to
16 the undersigned organization, you, on a
17 subscription basis as provided herein, utilizing
18 the software and services of Baker & Taylor, LLC's
19 wholly-owned subsidiary Bridgeall Libraries
20 Limited.  So is this -- do you understand what
21 I've just read?
22     A.  Yes.
23     Q.  So is this an agreement between
24 Baker & Taylor, Bridgeall, and the customer, or
25 how do you understand that paragraph?

Page 57

1      A.  So Baker & Taylor are providing the
2  services that are -- they're supplying the
3  services that are developed and provided by
4  Bridgeall Libraries, which is part of Baker &
5  Taylor.
6      Q.  Okay.  And then if we keep scrolling,
7  this is on -- this will be page three at the start
8  of the standard terms and conditions for the
9  service.  Are you with me?
10     A.  Yes.
11     Q.  The second paragraph on the page says
12 this agreement is a legal agreement between you
13 and Baker & Taylor, LLC, as indirect owner and
14 agent of Bridgeall Libraries Limited.  Do you
15 understand that here Bridgeall is designating
16 Baker & Taylor as an agent?
17     A.  Yes.
18     Q.  And what do you understand that to
19 mean here?
20     A.  I would expect it's a sales agent
21 that is going to be directly with Baker & Taylor
22 because the customer is based in the U.S.
23     Q.  Okay.  So is this agreement between
24 Bridgeall and a customer, or no?
25     A.  I would say indirectly.

CONFIDENTIAL TESTIMONY/ATTORNEYS' EYES ONLY

Page 58

1  Q. Okay. So when it comes to a U.S.
2 customer, Baker & Taylor is acting as Bridgeall's
3 agent, at least that's what the contract says,
4 right?
5  A. Yes, I would agree with that.
6    MR. NOYES: Sorry, I was on mute. I
7 objected to the form of the last two questions but
8 did not do anything other than just a form
9 objection.
10    MS. BROWN: No problem.
11 BY MS. BROWN:
12  Q. Prior to the transaction,
13 Mr. Legowski, did Baker & Taylor, as Bridgeall's
14 agent, enter into all the cHQ agreements with U.S.
15 customers?
16  A. I believe I've seen some agreements
17 that are directly with Bridgeall Libraries.
18  Q. And why would there be a difference
19 between entering a contract with a U.S. customer
20 as Bridgeall versus Baker & Taylor as an agent for
21 Bridgeall?
22  A. I believe -- well, as far as my
23 understanding, some customers would prefer if they
24 already work with Baker & Taylor, they would --
25 you know, they would want to sign an agreement

Page 59

1 with Baker & Taylor.
2  Q. Okay. But some U.S. customers might
3 have an agreement directly with Bridgeall if
4 they're not already working with Baker & Taylor?
5  A. Yes. That could be the case, yes.
6  Q. Okay. So I'm going to keep
7 scrolling. We're going to go to Section 4.5 in
8 case you would like to follow along in your own
9 document --
10  A. Okay.
11  Q. -- but this is on page five of
12 fifteen.
13  A. Okay.
14  Q. So if you could read that paragraph
15 and just -- you can read it to yourself. Just let
16 me know when you've had a chance to read it.
17    MR. HARTMAN: While he's reading
18 that, I just want to make sure I heard this
19 correct, this is Exhibit 83? I thought the
20 LinkedIn profile was Exhibit 83.
21    MS. BROWN: The LinkedIn exhibit is
22 82.
23    MR. HARTMAN: Okay.
24    MS. BROWN: And then the complaint is
25 Plaintiff's Exhibit 3.

Page 60

1    MR. HARTMAN: Okay. Thank you.
2 Sorry.
3    MS. BROWN: And just to make it clear
4 on the record, the first exhibit we led with today
5 was Exhibit 81 and that was Bridgeall's notice of
6 deposition.
7    MR. HARTMAN: Got it.
8    THE WITNESS: Yeah, I've read that
9 section.
10 BY MS. BROWN:
11  Q. Okay. Great. So I want to read the
12 first sentence, in addition, as a subscriber to
13 the service, you have the opportunity to access
14 Baker & Taylor's BTCat community pool of
15 cataloging records at no charge if you authorize
16 the use of your cataloging records by Baker &
17 Taylor. What do you understand that first
18 sentence to mean?
19  A. Basically the customer is authorizing
20 Baker & Taylor to use their catalog records and
21 they will be able to access BTCat for free.
22  Q. Okay. And if you go to the next
23 sentence, by signing this agreement, you are
24 authorizing Baker & Taylor to utilize your
25 cataloging records and are confirming that you

Page 61

1 have the right to make this authorization. Did I
2 read that right?
3  A. That seems correct.
4  Q. Is that the authorization you're
5 talking about?
6    MR. NOYES: Objection to the form.
7 BY MS. BROWN:
8  Q. You can answer.
9  A. I believe so, yes.
10  Q. So by signing the agreement, the
11 customer is authorizing Baker & Taylor?
12    MR. NOYES: Objection to the form.
13    THE WITNESS: Should I answer?
14 BY MS. BROWN:
15  Q. Yes. Yes, unless your counsel
16 instructs you not to answer, he'll lodge an
17 objection but you still provide an answer.
18  A. Okay. I mean, that's what that
19 appears to say to me, yes.
20  Q. Okay. Do you know who Travis Kelley
21 is?
22  A. I do, yes.
23  Q. ████████████████████████████
████████████████████████████
████████████████████████████

Veritext Legal Solutions
www.veritext.com                                    888-391-3376

Page 62

1 [redacted]
2 [redacted]
3 [redacted]
4 [redacted]
5     MR. NOYES: Objection to the form.
6     THE WITNESS: I can't really speak
7 for the customer.
8 BY MS. BROWN:
9     Q. What's your understanding of why they
10 would want it removed?
11     A. [redacted]

Page 63

1     Q. Did Bridgeall and Baker & Taylor have
2 input in this provision?
3     A. It was initiated by Baker & Taylor,
4 but Bridgeall would have to have involvement with
5 us being on it.
6     Q. Was there any benefit to Bridgeall
7 when it included this provision --
8     A. No.
9     Q. -- or was it all Baker & Taylor? I
10 apologize.
11     A. Sorry.
12     Q. What was your answer?
13     A. No.
14     Q. Okay. [redacted]
[redacted]
[redacted]
19     A. No.
20     Q. Which agreements were these added to?
21 Strike that. Which provision -- strike that
22 again.
23          Which contracts was this provision
24 added to?
25     A. I [redacted]

Page 64

[entire page redacted]

Page 65

1 [redacted]
2 [redacted]
3 [redacted]
4 [redacted]
5 [redacted]
6 [redacted]
7 [redacted]
8 [redacted]
9 [redacted]
10     Q. Okay. We're -- oh, I apologize.
11     A. I'll go back. When I said no, not
12 that I'm aware.
13     Q. The next section that I want to speak
14 with you about is Section 21.9. And I will give
15 you a page number if you would also like to look
16 at it on your screen.
17     A. Okay.
18     Q. This is on page fourteen of fifteen
19 of the exhibit.
20     A. Okay.
21     Q. So if you read 21.9, it says this
22 agreement shall be governed by, subject to, and
23 interpreted in accordance with the laws of the
24 state where you are located. Did I read that
25 right?

CONFIDENTIAL TESTIMONY/ATTORNEYS' EYES ONLY

Page 138

1 from Baker & Taylor that also enriches the data,
2 customer's data, yes.
3   Q. And what is the data feed from Baker
4 & Taylor?
5   A. It's from their ODS system, I
6 believe.
7   Q. And what is ODS?
8   A. I believe it's their repository
9 for -- probably for data from -- that relates to
10 the titles that they sell.
11   Q. Okay. Does Bridgeall enrich records
12 that it's received in collectionHQ with any
13 library provided data or is it all from Baker &
14 Taylor provided data or Nielsen?
15   A. Well, the primary data for
16 collectionHQ is the customer's ILS extract, that's
17 the primary data for it.
18   Q. Is Bridgeall adding any other
19 information from a different library into the
20 first library's data?
21   A. No.
22   Q. Okay. And then earlier I asked if
23 Bridgeall altered any of the data. What is your
24 understanding of altered versus enhanced and how
25 is that different?

Page 139

1   A. I would say that's taking the data
2 from -- the specific data element in a field and
3 actually changing the -- so changing the value of
4 that data field. I don't believe we -- I don't
5 believe we do that.
6   Q. Okay. So enhance is adding data but
7 not taking any data away?
8   A. That's my interpretation of it.
9   Q. Okay. I just want to make sure that
10 I understand.
11   A. Yeah.
12   Q. So I --
13   A. Yeah.
14   Q. Does Bridgeall have any sort of
15 auditing system or controls when it comes to data
16 to make sure that Bridgeall is only using data
17 that it's licensed to use in collectionHQ?
18       MR. NOYES: Objection to the form.
19 You can answer.
20       THE WITNESS: Yes. Well, we get the
21 confirmation from our customers that they -- they
22 are authorized and licensed to send us the data.
23 BY MS. BROWN:
24   Q. Does Bridgeall do any sort of
25 independent verification of that authorization?

Page 140

1   A. No.
2   Q. Okay. Has Bridgeall ever been made
3 aware that a customer gave authorization when they
4 were not permitted to do so?
5   A. No.
6   Q. What would have happened if Bridgeall
7 had been made aware of such a situation?
8       MR. NOYES: Objection to the form.
9 You can answer.
10       THE WITNESS: That would be -- well,
11 that would be -- should we have it in the
12 contract, the customer -- so I'm not aware of a
13 situation, but following instructions in the
14 contract, it would be cause to terminate the
15 service, I believe.
16 BY MS. BROWN:
17   Q. Okay. Does Bridgeall use any data
18 from OCLC in the collectionHQ product?
19   A. I'm -- not that I'm aware of, no.
20   Q. Okay. So you mentioned that
21 customers share their ILS data by FTP. Once you
22 have the data in the FTP, what happens to the
23 data?
24   A. It goes through a transformation
25 process or if you think -- you know, the data is

Page 141

1 in a particular format, that you need -- and every
2 customer, every library system is different on how
3 they format the data in their library management
4 system. So we transform the data in a way that it
5 can be loaded into collectionHQ and in a way that
6 it makes sense to display the data in the way the
7 customer would find it useful in the product.
8   Q. So when the data is in the product,
9 where is the data stored? Is it stored locally?
10 Is it stored on a Cloud that collectionHQ has?
11   A. Yeah, it's completely a web-based so
12 all the data and infrastructure is on the AWS
13 Cloud infrastructure.
14   Q. Okay. Can any other collectionHQ
15 customer access one library's ILS data?
16   A. No.
17   Q. Okay. So I want to turn now to BTCat
18 and the sharing between collectionHQ -- of data
19 between collectionHQ and Baker & Taylor. When
20 would the sharing occur between the two? Would it
21 happen -- strike that.
22       How did Bridgeall share bibliographic
23 data with Baker & Taylor for BTCat?
24   A. So it would be done on the first
25 extract the customer sends to -- for upload into