# EXHIBIT 29

**Document Produced Natively**

BAKER00058295

Case 2:25-cv-00009-EAS-EPD Doc #: 64-13 Filed: 11/04/25 Page: 2 of 3 PAGEID #: 1835

| Name of Library | Date Signed |
|---|---:|
| Amherst Library | 9/25/2024 |
| Brownsburg Library | 11/15/2023 |
| Carnege Public Library | 5/17/2024 |
| Crawford County Federated Library System | 1/1/2023 |
| Ector County Library | 6/25/2024 |
| Alameda Free Public Library | 12/17/2024 |
| Alamogordo Public Library | 4/29/2025 |
| Arkansas River Valley Regional Library | 3/25/2024 |
| Backstage Library Works | 7/9/2024 |
| Batesville Memorial Public Library | 4/30/2022 |
| Brevard County Public Library | 6/3/2025 |
| Carrollton Public Library | 12/2/2024 |
| Cedar Rapids Public Library | 5/26/2022 |
| Chattanooga Public Library | 2/17/2022 |
| Hillsboro Public Library | 7/1/2023 |
| Cape Libraries Automates Materials Sharing | 9/30/2024 |
| Clinton Macomb Public Library | 6/25/2024 |
| Clive Public Library | 6/7/2023 |
| Coralville Public Library | 6/3/2024 |
| Coronado Public Library | 3/17/2023 |
| Cuyahoga County Public Library | 10/3/2022 |
| Denton Public Library | 10/11/2023 |
| Detroit Public Library | 4/18/2023 |
| Drake Community Library | 8/14/2023 |
| Evanston Public Library | 3/1/2023 |
| Greenwich Library | 5/6/2025 |
| Enoch Pratt Free Library | 3/1/2024 |
| Fairfield Public Library | 5/15/2025 |
| Flagler County Board of County Commissioners | 2/1/2021 |
| Forest Hill Public Library | 10/31/2023 |
| Fresno County Free Library | 3/20/2023 |
| Gail Borden Public Library District | 4/1/2021 |
| Gloucester County Library | 3/6/2025 |
| Harlan Community Library | 11/9/2023 |
| Harrington Library Consortium | 5/16/2025 |

Case 2:25-cv-00009-EASE-PPD Doc # 64-13 SEALED 11/19/26 Page 2/45 of 13 PageID #: 1836

| Library | Date |
|---|---|
| Hartford Public Library | 4/19/2021 |
| Hastings Public Library | 3/1/2023 |
| Hays Public Library | 7/31/2024 |
| Henderson District Public Library | 8/31/2023 |
| Hernando County Public Library System | 10/15/2023 |
| Hopkinsville-Christian County Public Library | 5/6/2024 |
| Huntington City Township Public Library | 7/8/2024 |
| Indian River County Library | 10/1/2021 |
| Indianapolis Public Library | 6/6/2024 |
| Iowa City Public Library | 4/1/2023 |
| Jackson County Library District | 7/11/2024 |
| James Benntt PTY LTD | 5/16/2025 |
| Jasper Public Library | 1/15/2025 |
| Jefferson Public Library | 6/19/2024 |
| Lane Public Library | 4/14/2025 |
| Long Beach Public Library | 3/1/2023 |
| Kenosha Public Library | 4/19/2023 |
| Knott County Public Library | 10/18/2023 |
| Lakeland Public Library | 3/18/2025 |
| Las Vegas Clark County Library District | 10/13/2023 |
| Lebanon Public Library | 4/1/2023 |
| Lexington County Public Library System | 3/1/2023 |
| Library of Michigan | 6/1/2021 |
| Long Beach Public Library | 6/27/2024 |
| Longview Public Library | 12/8/2021 |
| Los Angeles Public Library | 9/2/2022 |
| Morris Automated Information Network | 6/30/2022 |
| Main Library Alliance | 1/26/2023 |
| Margate City Public Library | 5/10/2022 |
| Marshalltown Public Library Iowa | 5/1/2023 |
| Marshes of Glynn Library | 4/12/2023 |
| McKinney Public Library | 11/1/2024 |
| Mesa Public Library | 5/25/2023 |
| Metropolitan Library System | 3/21/2023 |
| Milwaukee County Federated Library System | 8/22/2022 |
| Nassau Library System | 5/3/2022 |

Case 2:25-cv-00009-EAS-EPD Doc #: 64-13 Filed 11/04/25 Page 5 of 8 PAGEID #: 1837

| | |
|---|---|
| North Richland Hills Public Library | 9/19/2024 |
| Old Colony Library Network | 12/15/2022 |
| Portland Public Library | 5/1/2023 |
| Mohave County Library District | 2/21/2025 |
| Naperville Public Library | 3/20/2023 |
| Norwalk Public Library | 12/20/2024 |
| Oakland Park Public Library | 12/3/2024 |
| Ocean State Libraries | 12/21/2021 |
| Oceanside Public Library | 12/19/2023 |
| Orion Township Public Library | 3/16/2021 |
| SPARK/PaILS | 9/20/2021 |
| Peoria Public Library | 4/10/2024 |
| Pima County Public Library | 5/26/2022 |
| Pueblo City-County Library | 7/8/2022 |
| Puyallup Public Library | 3/9/2021 |
| Rancho Mirage Public Library | 9/1/2021 |
| City of Redondo Beach | 8/15/2023 |
| Richardson Public Library | 9/12/2024 |
| Alamo Community College District | 4/4/2025 |
| San Antonio College | 4/4/2025 |
| North Texas Library Consortium | 1/21/2025 |
| St. Petersburg Public Library | 6/8/2022 |
| Willard Public Library | 6/10/2024 |
| Scottsdale Public Library | 9/28/2023 |
| South College/Knoxville | 5/1/2023 |
| Southern Tier Library System | 6/1/2024 |
| Stockton-San Joaquin County Public Library | 7/30/2021 |
| Summit Free Public Library | 5/1/2022 |
| Surprise Public Library | 5/1/2023 |
| Tampa-Hillsborough County Library | 5/5/2022 |
| Tempe Public Library | 9/13/2024 |
| Tippecanoe County Public Library | 2/9/2024 |
| Toledo-Lucas County Public Library | Oct-24 |
| Town of Lake Park | 1/11/2024 |
| Tulare County Free Library | 4/1/2023 |
| Ventura County Library | 10/12/2021 |

| | |
|---|---|
| Washoe County Library | 5/17/2022 |
| Waterloo Public Library | 11/22/2021 |
| Wilkinson Public Library | 9/18/2023 |
| Winter Haven Public Library | 3/13/2025 |
| Winter Park Library | 12/17/2024 |
| Yavapai County Free Library District | 4/12/2024 |
| York County Public Library | 9/16/2020 |
| City of Hialeah | 2/27/2025 |
| Chesapeake Public Library | 9/26/2024 |
| City of Plano, Texas | 1/24/2025 |

Case 2:25-cv-00009-EAS-EPD Doc #: 13 Filed: 01/09/26 Page: 7 of 8 PAGEID #: 1839

| Name of Library | Date Signed |
|---|---|
| State Library of Louisiana | 7/24/2025 |

Original Contract Only

| Name of Library | Date Signed |
|---|---|
| Cumberland County | 6/2/2025 |
| AFSVC-USAF | 9/9/2024 |