# EXHIBIT 30

**Customers Cancelled because of BTCAT**

| Symbol | Library Name | Subscription Value | Cataloging Cancellation Date | ILL Canceled | Grand total Since 2022 |
|---|---|---|---|---|---|
| TCH | Chattanooga Public Library | | 6/30/2022 | | |
| TWA | Chesapeake Public Library System | | 10/1/2024 | | |
| JIM | Marshalltown Public Library | | 6/30/2023 | | |
| RIOSL | Ocean State Libraries | | 6/30/2023 | | |
| POR | Peoria Public Library | | 6/30/2024 | | |
| XWE | Tippecanoe County Public Library | | 6/30/2024 | | |
| YFL | Yavapai County Library District | | 3/31/2023 | | |
| JTO | Ventura County Library | | 6/30/2021 | | |
| ALD | Altadena Library District | | 9/30/2020 | | |
| RBP | Redondo Beach Public Library | | 6/30/2023 | | |
| RMQ | Rancho Mirage Public Library | | 9/8/2021 | | |
| AZD | Scottsdale Public Library | | 6/30/2023 | | |
| MSA | Mesa Public Library | | 6/30/2023 | | |
| ROS | Roswell Public Library | | 11/30/2019 | | |
| ATM | Tempe Public Library | | 11/30/2024 | | |
| FMB | Brevard County Public Lib | | 10/1/2024 | | |
| FDB | Volusia Public Library | | 7/1/2024 | | |
| Multi | Lynx Consortium (Idaho--13 libraries) Details below | | 7/1/2025 | | |
| HSA | NHSL Catalog | | 6/30/2025 | | |
| FO7 | Martin County Library System | | 10/1/2025 | | |
| PCL | Ponca City Library | | 6/30/2025 | | |
| STW | Stillwater Public Library | | 6/30/2025 | | |
| AMO | Alamogordo Public Library | | 6/30/2025 | | |
| TAP | Amarillo Public Library | | 6/30/2025 | | |
| **Subtotal** | | | | | |



**Lynx Consortium**

| Symbol | Library | Cat Allocation | ILL Allocation |
|---|---|---|---|
| E9G | Eagle Public Library | | |
| EMMET | Emmett Public Library | | |
| K#U | Kuna Library District | | |
| MTHPL | Mountain Home Public Library | | |
| OEK | Boise Public Library | | |
| Y#4 | Twin Falls Public Library | | |
| ZFR | Caldwell Public Library | | |
| ZPJ | Meridian Library District | | |
| ZPP | Nampa Public Library | | |
| ZRK | Ada Community Library | | |
| | Total | | |