# EXHIBIT 31

Message
| | |
|---|---|
| **Sent**: | 6/8/2021 1:14:50 PM |
| **To**: | Bush,Andy [busha@oclc.org]; Whitehair,David [whitehad@oclc.org] |
| **Subject**: | Ventura County Library cataloging subscription cancelation |

Good morning,

Susan and I had a call last night with Ventura County Library system regarding their cat. sub cancelation. Their annual cataloging subscription is ████. They will be using BTCat moving forward. They signed a one-year contract. He wouldn't give us the exact price but told us they also evaluated Skyriver and it's less than the $12k quote SR offered them.

A few notes from our call:

- BT offers additional services – they will set up macros for easy cataloging and preprocess print materials.
- They only purchase popular materials and BT is their sole print provider, providing shelf-ready materials for 12 branches.
- They no longer have a technical services department, no professional catalogers, one part-time to help with cataloging needs.
- New Director comes from Torrance Public Library (Torrance canceled their cat sub in 2017).
- They use Midwest Tape for multimedia, they provide similar services, shelf-ready, cataloging. Between MWT and BT, they can get 99% of materials shelf-ready and cataloged. If BT doesn't have a record, they will do the cataloging for $10-20/record.
- They are not concerned about foreign languages, most are popular materials and expect that BT will have them, even if slightly delayed a few weeks. They've all but stopped taking donations from the public.
- They also mentioned looking at similar cataloging services from Brodart.
- They signed a one-year contract and welcome us to check-in in 6-9 months to see how things are going. He said they are offering bigger discounts for multi-year but since it's a new service they only opted for a one-year contract.
- He thinks BTCat is well positioned for public libraries since the majority get their print materials from them. Understands it's early on and just out of beta testing, but feels this will be a good option for public libraries.
- He did mention the ILS RFI and said Wise "looks great".

Susan is putting our notes into Salesforce, creating a call report, a closed/lost renewal opportunity, and opening a cataloging opportunity for FY22 where we'll track any feedback we get throughout the next year.

Let me know if you have any questions. I know we passed along some chatter on Facebook about BTCat, but this seems to go against most of those comments.

--
Lisa Adams
**OCLC** · Regional Director, Library Services, Library Services for the Americas
6565 Kilgour Place, Dublin, Ohio USA 43017
**T** +1-614-764-6000 x5224 · **T** +1-800-848-5878 x5224 · **M** +1-614-352-6198



OCLC.org · Blog · Facebook · Twitter · YouTube

OCLC_00000046