# EXHIBIT 32

---

**Message**

---

| | |
|---|---|
| **From:** | Bush,Andy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EBB7B9625B9A4F90BEC14BA6FF2E3925-BUSH,ANDY] |
| **Sent:** | 6/1/2023 1:24:06 PM |
| **To:** | Hawk,Janet [hawkj@oclc.org]; Crocco,Bruce [croccob@oclc.org] |
| **Subject:** | FW: following up |
| **Attachments:** | Sales Order_1000139739_1681929067339_catill.pdf |

We are losing some big subscriptions due to cost.  Ocean State was ███ and this one is ███  I believe both are going to BTCat.


Andy

Andy Bush
Executive Director
US Library Services
OCLC

508-878-9372
busha@oclc.org

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
E-mails from this address normally contain confidential and privileged material and are for the sole use of the intended recipient.  Use or distribution by an unintended recipient is prohibited. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please inform the sender and delete the e-mail and all attachments.  Thank you.

---

**From:** Adams,Lisa <adamsl@oclc.org>
**Sent:** Thursday, June 1, 2023 9:10 AM
**To:** Chase,Valerie <chasev@oclc.org>; Perlmutter,Sarah <perlmuts@oclc.org>; O'Connor,Jason <oconnorj@oclc.org>
**Cc:** Bush,Andy <busha@oclc.org>
**Subject:** FW: following up

FYI, Portland Public's cataloging cancelation.

Lisa Adams
**OCLC** · Regional Director, Library Services
6565 Kilgour Place, Dublin, OH 43017
**Email:** adamsl@oclc.org,  **M** +1-614-352-6198



OCLC.org · Twitter · Facebook · YouTube · LinkedIn · Instagram · *Next* blog

---

**From:** Vicky Smith <vsmith@portlib.org>
**Date:** Wednesday, May 31, 2023 at 5:12 PM
**To:** Adams,Lisa <adamsl@oclc.org>
**Cc:** orders <orders@oclc.org>, Julia Wilcox <Wilcox@portlib.org>, Gabrielle Daniello <Daniello@portlib.org>, Sarah Moore <smoore@portlib.org>, Allie Pottenger <pottenger@portlib.org>
**Subject:** [External] RE: following up

Hi Lisa –

CONFIDENTIAL

After much discussion, we have concluded that we cannot responsibly continue with the Cataloging and Metadata portion of our subscription. There is much we can do for our patrons with that subscription fee, and we are confident that our technical services team will be able to maintain our catalog at the standard of excellence we are accustomed to. We will not be seeking a partial-year extension of our Cataloging and Metadata subscription.

We will, however, maintain our WorldShare subscription.

I am CCing Order Services and attaching the sales order for reference.

Best,
Vicky


**Vicky Smith | Access Services Director**
vsmith@portlib.org | www.portlandlibrary.com
5 Monument Square | Portland, ME  04101
(207)771-2709 or (207)871-1700, ext. 709
Pronouns: she, her, hers



Portland Public Library acknowledges that the land on which we gather is the occupied and unceded territory of the Wabanaki, the People of the place where the sun first looks our way, who have stewarded this land throughout the generations.

OCLC_00000051