# EXHIBIT 33

Message
___

**Sent:** 8/18/2023 6:22:13 PM
**To:** ▮▮▮▮▮▮▮▮▮▮
**CC:** Windsor, Lucille [windsorl@oclc.org]; McCausland,Scott [mccausls@oclc.org]
**Subject:** RE: [EXTERNAL] RE: OCLC Cataloging Subscription Quote

Hi ▮▮▮,

Thank you for the additional information. If your cataloging needs should change, please let us know how we can best help you.

If you don't mind, can we check with you next year and see how things are working out with BTCat?

Sincerely,
Susan Gustaveson

--

Susan Gustaveson, MLIS (she/her/hers)
OCLC · Library Services Consultant
6565 Kilgour Pl, Dublin, Ohio 43017
T +1-800-848-5878 ext 4051 · M +1-614-943-0922

 

OCLC.org · Twitter · Facebook · YouTube · LinkedIn · Instagram · *Next* blog

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, August 18, 2023 12:04 PM
**To:** Gustaveson,Susan <gustaves@oclc.org>
**Cc:** Windsor, Lucille <windsorl@oclc.org>; McCausland,Scott <mccausls@oclc.org>
**Subject:** RE: [EXTERNAL] RE: OCLC Cataloging Subscription Quote

Susan,

We have been using SkyRiver for a few years, but we were reviewing all of the options. We have decided to switch to BTCat from Baker and Taylor. What they offer better suited our needs than SkyRiver, and it worked better within our budget compared to OCLC.



**From:** Gustaveson,Susan <gustaves@oclc.org>
**Sent:** Friday, August 18, 2023 12:56 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Windsor, Lucille <windsorl@oclc.org>; McCausland,Scott <mccausls@oclc.org>
**Subject:** RE: [EXTERNAL] RE: OCLC Cataloging Subscription Quote

CONFIDENTIAL

OCLC_00001584

Hi ,

Thank you for your interest in a Cataloging and Metadata subscription and for the update.

May I ask what direction you are moving to? We recognize the value that each library brings to our membership, and we are interested in soliciting feedback that would allow us to serve public libraries better.

Also, if you are open to a call, we would like to schedule a call to learn more.

Sincerely,
Susan Gustaveson

--

Susan Gustaveson, MLIS (she/her/hers)
OCLC · Library Services Consultant
6565 Kilgour Pl, Dublin, Ohio 43017
T +1-800-848-5878 ext 4051 · M +1-614-943-0922

 

OCLC.org · Twitter · Facebook · YouTube · LinkedIn · Instagram · Next blog

---

**From:** 
**Sent:** Friday, August 18, 2023 11:17 AM
**To:** Gustaveson,Susan <gustaves@oclc.org>
**Subject:** [EXTERNAL] RE: OCLC Cataloging Subscription Quote

Thank you for your email, Susan.

We have reviewed the different options and have decided to go in a different direction.

Thank you,

**From:** Gustaveson,Susan <gustaves@oclc.org>
**Sent:** Friday, August 18, 2023 10:29 AM
**To:** 
**Cc:** Windsor, Lucille <windsorl@oclc.org>
**Subject:** RE: OCLC Cataloging Subscription Quote

Hi ,

CONFIDENTIAL

OCLC_00001585

I thought I'd check in with you about the Cataloging and Metadata subscription quote I sent in July. I'd like to learn more about your plans and if you have any questions. I'd be happy to schedule a call with you and your new cataloger.

Sincerely,
Susan Gustaveson

--

Susan Gustaveson, MLIS (she/her/hers)
OCLC · Library Services Consultant
6565 Kilgour Pl, Dublin, Ohio 43017
T +1-800-848-5878 ext 4051 · M +1-614-943-0922

 

OCLC.org· Twitter · Facebook · YouTube · LinkedIn· Instagram ·Next blog

---

**From:** Gustaveson,Susan
**Sent:** Monday, July 24, 2023 1:05 PM
**To:** ▓▓▓▓▓▓
**Cc:** Windsor, Lucille <windsorl@oclc.org>; McCausland,Scott <mccausls@oclc.org>
**Subject:** RE: OCLC Cataloging Subscription Quote

Hi ▓▓▓

Thank you for getting back to me. I'm happy to help.

Some of the new changes that we are excited about are:
- **The Streamlined Holdings update.** This new program is included in cataloging services gives you a fast and easy way to update your library's holdings in WorldCat. Updated WorldCat holdings to accurately represent your library's collections in OCLC services, such as FirstSearch, WorldCat Discovery, and ILL. Up-to-date holdings in WorldCat also ensure people on the open web can find items in library collections on WorldCat.org and through our partnerships with popular websites like Google Books, Wikipedia, and Goodreads.
- **Visibility program.** Combined with a FirstSearch/WorldCat Discovery subscription and any OCLC cataloging subscription, you receive all the benefits of the web visibility program and exceptional research tools that ensure your collections are front and center in your community.

I also recommend the following short video about seven game changes that show changes you can expect with a new Cataloging and your FirstSearch subscription.
https://blog.oclc.org/next/seven-game-changing-solutions-for-libraries/

If you want to learn more and address any questions, I'd be happy to schedule a call with you and your new cataloger. In a call, I'd also like to introduce you to Lucille Windsor, your Public Library Services

CONFIDENTIAL

OCLC_00001586

Consultant. My role has changed, and I'm now focused on public libraries specializing in Cataloging, ILL, and visibility services. Together we are here to help you.

Sincerely,
Susan Gustaveson

--




Susan Gustaveson, MLIS (she/her/hers)
OCLC · Library Services Consultant
6565 Kilgour Pl, Dublin, Ohio 43017
T +1-800-848-5878 ext 4051 · M +1-614-943-0922



OCLC.org · Twitter · Facebook · YouTube · LinkedIn · Instagram · Next blog

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, July 24, 2023 10:10 AM
**To:** Gustaveson,Susan <gustaves@oclc.org>
**Cc:** Windsor, Lucille <windsorl@oclc.org>; McCausland,Scott <mccausls@oclc.org>
**Subject:** [External] RE: OCLC Cataloging Subscription Quote

Susan,

Thank you for providing the quote and information. We have a new Catalog Librarian who came from a library using OCLC Connexion, so she may be familiar with what you would cover. She has only been here since December, so her experience with it is pretty fresh. Have there been changes in the last few months?

Thank you,

**From:** Gustaveson,Susan <gustaves@oclc.org>
**Sent:** Monday, July 24, 2023 9:31 AM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Windsor, Lucille <windsorl@oclc.org>; McCausland,Scott <mccausls@oclc.org>
**Subject:** RE: OCLC Cataloging Subscription Quote

Hi ▓▓▓▓,

I apologize for the delay in sending your Cataloging and Metadata subscription quote since I was out of the office for a couple of days.

I've attached a Cataloging and Metadata subscription quote and the Framework agreement for your review.

I'd like to schedule a call to review the pricing and discuss some of the new services available since you had a Cataloging and Metadata subscription, which I think you'll be excited about. Do you have availability for a call this week?

I appreciate your interest in OCLC cataloging services.

Sincerely,
Susan Gustaveson

--

Susan Gustaveson, MLIS (she/her/hers)
OCLC · Library Services Consultant
6565 Kilgour Pl, Dublin, Ohio 43017
T +1-800-848-5878 ext 4051 · M +1-614-943-0922




OCLC.org · Twitter · Facebook · YouTube · LinkedIn · Instagram · Next blog

**From:** ▮
**Sent:** Friday, July 21, 2023 2:41 PM
**To:** Gustaveson,Susan <gustaves@oclc.org>
**Cc:** Windsor, Lucille <windsorl@oclc.org>; McCausland,Scott <mccausls@oclc.org>
**Subject:** [External] RE: OCLC Cataloging Subscription Quote

Susan

Just wanted to check in and see if you were able to get a quote for us yet.

Thanks,



**From:** Gustaveson,Susan <gustaves@oclc.org>
**Sent:** Thursday, July 13, 2023 1:11 PM
**To:** ▮
**Cc:** Windsor, Lucille <windsorl@oclc.org>; McCausland,Scott <mccausls@oclc.org>
**Subject:** OCLC Cataloging Subscription Quote

> This message has originated from an **External Source**. Please be cautious regarding links and attachments.

Hi ▮,

CONFIDENTIAL
OCLC_00001588

It's been a while since we last communicated. It's good to hear you are interested in a Cataloging and Metadata quote.  I've requested a quote and should have it back next week.  Once I get the quote, I'll send you the quote and schedule a call.

I look forward to the opportunity to work with you again.

Sincerely,
Susan Gustaveson


--

Susan Gustaveson, MLIS (she/her/hers)
OCLC · Library Services Consultant
6565 Kilgour Pl, Dublin, Ohio 43017
T +1-800-848-5878 ext 4051 · M +1-614-943-0922

 

OCLC.org · Twitter · Facebook · YouTube · LinkedIn · Instagram · *Next* blog