# EXHIBIT 34

Case 2:25-cv-00009-JPS-EPD Doc #: 64-35 SEALED 11/04/26 Page 2 of 25 PageID #: 1855

**Revenue Projections**

**Public Library Assumptions**



**Assumptions:**
CLS copy catalogers start using utility in their workflow on customer behalf in February FY21
Corporate Catalogers (start Jan FY20) will have made progress on record fill rate (speed and quantity) and enhanced quality elements by June 2020 calendar
Risk: our hit rate on new and forthcoming titles is currently not at acceptable rate
ALA Summer- Marketing Splash start pre-selling to customers
Early Adopters June - October
Product is Available for customer use in October of 2020 calendar
Small and Extra Small penetration is based on having a telesales group invovled (inside sales, AV, or ?)
Cataloging resource available for sales demos
2 full time sales reps start in July 2020 calendar

3.26.20

-delays in development
-delay in sales process due to covid-19
-cataloging resources need to be hired / allocated to increase fill rate



Follett Expense savings

**Customer Questionaire:**

1. How many new titles do you add on average per year?
2. What is the population of the community you serve?
3. How many staff members will be users of the cataloging utility?
4. Will our standard macro templates meet library's needs or will you need a custom macro created?
5. Will the library be contributing records

yellow highlighted cells will drive price changes



Kelly's categorization 4/24 | Base Price at Different %s of Total Suggested / Price Per Record | Base Price at Certain Price Per Record

**Category**

$ 323,296,111     5,231

---

**To Price a Specific Customer**
Get info from B&T Data or Customer

Baker & Taylor Sales

**Print**   Unique ISBNs



Base Price at Different %s of Total Suggested / Price Per Record | Base Price at Certain Price Per Record

| | Price Per Record 50% | Price Per Record 60% | Price Per Record 75% | Base | Price Per Record | Base | Price Per Record | Base | Price Per Record | Base | Price Per Record |