# EXHIBIT 35

CONFIDENTIAL



CONFIDENTIAL

OCLC_00002983