# EXHIBIT 36

Case 2:25-cv-00309-EAS-EPD Doc #: 64-3 *SEALED* Filed: 09/12/25 Page: 2 of 11 PAGEID #: 465

CONFIDENTIAL BAKER00026518



CONFIDENTIAL

BAKER00026519

| | | | | | |
|---|---|---|---|---|---|
| | | | × | - | |
| | | | × | - | |
| | | | √ | | |
| | | | √ | - | - |
| | | | √ | - | |
| | | | × | - | |
| | | | √ | - | |
| | | | × | - | |
| | | | × | - | |
| | | | √ | - | |
| | | | √ | - | |

Case 2:25-cv-00309-EAS-EPD Doc #: 110-37 Filed: 01/09/26 Page: 7 of 11 PAGEID #: 4650

CONFIDENTIAL BAKER00026523

Case 2:25-cv-00309-EAS-EPD Doc #: 43-37 *SEALED* Filed: 09/12/25 Page: 8 of 11 PAGEID #: 1867



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | × | - | - |
| | | | | ✓ | - | |
| | | | | × | - | - |
| | | | - | × | - | |
| | | | | | | |
| BTCat Subscription; Original Cataloging<br><br>(8 records) | | | | × | - | |
| | | | | × | - | |
| | | | | × | - | |
| | | | | × | - | |
| | | | | × | - | |
| | | | | × | - | |
| | | | | × | - | |
| | | | | × | - | |
| | | | | | | |
| | | | | × | - | |
| | | | | × | - | |
| | | | | × | | - |

#: 1869

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | - | - |
| | | | | | | |
| | | | - | | | |
| | | | | | - | - |
| | | | | | | |
| | | | | | - | - |
| | | | | | | |
| | | | | | - | |
| | | | | | - | |
| | | | | | - | |
| | | | | | - | |
| | | | | | - | |
| | | | | | - | |
| | | | | | - | |

CONFIDENTIAL BAKER00026526



#: 1870

Copyright (c) 2000-2025 salesforce.com, inc. All rights reserved.

CONFIDENTIAL BAKER00026527