# EXHIBIT 37

Date: Tue, 23 May 2023 10:25:03 PM (UTC)
Sent: Tue, 23 May 2023 10:25:02 PM (UTC)
Subject: Fwd: OCLC cataloging service
From: Jean Johnson <Jean.Johnson@baker-taylor.com>
To: Travis Kelley <Travis.Kelley@baker-taylor.com>;

Is that the correct name of the service from OCLC?


Jean Johnson
Sales Consultant - CO, UT, WY, NM & AZ
720-990-9498
jean.johnson@baker-taylor.com
Begin forwarded message:

> **From:** Nicole Hadenfeldt <Nicole.Hadenfeldt@surpriseaz.gov>
> **Date:** May 23, 2023 at 3:38:57 PM MDT
> **To:** Jean Johnson <Jean.Johnson@baker-taylor.com>
> **Cc:** Kathleen Curley <Kathleen.Curley@surpriseaz.gov>, Megan Baird <Megan.Baird@surpriseaz.gov>, Kathryn Smithyman <Kathryn.Smithyman@surpriseaz.gov>
> **Subject: OCLC cataloging service**
>
> ☐
> Hi Jean,
>
> I just wanted to clarify that if we didn't end up going with BTCat for our cataloging service for now, we would need OCLC Connexion or Skyriver as the alternative cataloging service, is that correct? Am I getting the name of the OCLC service correct?
>
> Thank you,
>
> **Nicole Hadenfeldt,** MLIS
> **City of Surprise**
> Technical Services Librarian | Arts, Culture & Library Department
> O: 623-222-2906, ext 22906
> nicole.hadenfeldt@surpriseaz.gov

CONFIDENTIAL BAKER00007661



This e-mail and any accompanying files transmitted are intended solely for the use of the individual or entity to whom they are addressed; if you have received this e-mail in error please delete it and notify the sender. In addition, under Arizona law, e-mail communications and e-mail addresses may be public records.
0.1

CONFIDENTIAL	BAKER00007662