# EXHIBIT A

*OCLC, Inc. v. Baker & Taylor, LLC*, No. 2:25-cv-309

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT

           FOR THE SOUTHERN DISTRICT OF OHIO

 2                  EASTERN DIVISION

 3          ~~~~~~~~~~~~~~~~~~~~~~

 4   OCLC, INC.

 5               Plaintiff,

 6

 7        vs.           Case No.  2:25-cv-0039

 8

 9   BAKER & TAYLOR, LLC; BRIDGEALL LIBRARIES, LTD.,

10          Defendants.

11

12          ~~~~~~~~~~~~~~~~~~~~~~

13          (ATTORNEYS' EYES ONLY

14       PURSUANT TO PROTECTIVE ORDER)

15          ~~~~~~~~~~~~~~~~~~~~~~

16

17            VOLUME I OF II

18         30(b)(6) Deposition of:

19            AMANDEEP KOCHAR

20

                August 14, 2025

21               9:55 a.m.

22               Taken at:

              Offit Kurman

23    227 West Trade Street, Suite 2600

            Charlotte, North Carolina

24

25        Joyce Lynn Shannon, RPR
```

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 2

```
1    APPEARANCES:

2

3        On behalf of the Plaintiff:

4            Squire Patton Boggs (US), LLP, by

5            JEFFREY M. WALKER, ESQ.

6            KATHRYN M. BROWN, ESQ.

7            2000 Huntington Center

8            41 South High Street

9            Columbus, Ohio   43215

10           (614) 365-2700

11           jeffrey.walker@squirepb.com

12           kathryn.brown@squirepb.com

13

14       On behalf of the Defendant:

15           Offit Kurman, by

16           FRANK NOYES, II, ESQ.

17           222 Delaware Avenue, Suite 1105

18           Wilmington, Delaware   19801

19           (267) 338-1381

20           fnoyes@offitkurman.com

21                       AND

22

23

24

25
```

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 3

```
 1   APPEARANCES, Continued:

 2

 3        Cavitch, Familo & Durkin, by

 4             DEREK P. HARTMAN, ESQ.

 5             1300 E. 9th Street, 20th Floor

 6             Cleveland, Ohio   44114

 7             (216) 621-7860

 8             dhartman@cavitch.com

 9

10                 ~  ~  ~  ~  ~

11

12   ALSO PRESENT:

13             Julie Presas

14

15                 ~  ~  ~  ~  ~

16

17

18

19

20

21

22

23

24

25
```

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 4

1               TRANSCRIPT INDEX

2

3   APPEARANCES.............................   2

4

5   INDEX OF EXHIBITS ......................   5

6

7   EXAMINATION OF AMANDEEP KOCHAR

8   By Mr. Walker...........................   7

9

10   REPORTER'S CERTIFICATE...................  306

11

12   EXHIBIT CUSTODY:

13   EXHIBITS RETAINED BY COURT REPORTER

14

15

16

17

18

19

20

21

22

23

24

25

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 5

```
 1                    INDEX OF EXHIBITS
 2    NUMBER           DESCRIPTION              MARKED
 3    Exhibit 3    Complaint for Injunctive        65
                   Relief and Damages
 4
      Exhibit 30   Agreement Between the          280
 5                 Yavapai County Free Library
                   District and Baker & Taylor,
 6                 LLC, For BTCat Library
                   Cataloging Utility, Database
 7                 Management, and Related
                   Services
 8
      Exhibit 31   Offer for Subscription to      273
 9                 the collectionHQ Service to
                   San Rafael Public Library
10
      Exhibit 39   LinkedIn Profile of            11
11                 Amandeep Kochar
12    Exhibit 40   Notice of Deposition           55
13
      Exhibit 41   Notice of Deposition of        55
14                 Amandeep Kochar
15    Exhibit 42   Defendant Baker & Taylor, .... 77
                   LLC's Supplemental Responses
16                 to Plaintiff OCLC, Inc.'s
                   First Set of Interrogatories
17                 and Requests for Production
18    Exhibit 43   Organizational Chart           78
                   Prepared by Attorney Walker
19
      Exhibit 44   06-27-2025 Valsoft Press      137
20                 Release
21    Exhibit 45   Follow-up Questions           154
                   Regarding OCLC Injunction
22                 and Litigation
23    Exhibit 46   06-17-2025 Asset Purchase     171
                   Agreement
24
      Exhibit 47   WinWire B&T Executive Review  217
25
```

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 6

|  |  |  |
|---|---|---|
| Exhibit 48 | 07-27-2020 E-mail Stream Between Whitney Bretzman, Amandeep Kochar and Others | 229 |
| Exhibit 49 | 08-12-2020 Teams Invitation from Eric Throndson to Fred Harvey and Others | 242 |
| Exhibit 50 | Review of Sales Opportunities | 248 |
| Exhibit 51 | 01-09-2020 Document Re: Follett and B&T Regarding BTCat | 254 |
| Exhibit 52 | ▮▮▮▮▮▮▮▮▮▮▮hird Party Cataloging and Record Processing Agreement with Baker & Taylor | 264 |
| Exhibit 53 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Third Party Cataloging and Record Processing Agreement with Baker & Taylor | 271 |
| Exhibit 54 | List of Customers Who Signed the collectionHQ Agreement | 277 |
| Exhibit 55 | 2022 BT BTCat License Agreement Terms and Conditions | 296 |
| Exhibit 56 | June, 2025 BT BTCat License Agreement | 296 |
| Exhibit 57 | Excel File with List of Customers Who Signed the BTCat Agreement | 302 |

Case 2:23-cv-00009-EAS-EPD Doc #: 62-11 *SEALED* Filed: 01/09/26 Page: 2 of 25 PAGEID #: 982

Page 7

1      AMANDEEP KOCHAR, of lawful age, called

2    for examination, as provided by the Federal

3    Rules of Civil Procedure, being by me first

4    duly sworn, as hereinafter certified, deposed

5    and said as follows:

6           EXAMINATION OF AMANDEEP KOCHAR

7    BY MR. WALKER:

8          Q.    So I'm Jeff Walker from OCLC, Inc.

9               We've never met before, correct?

10         A.    We haven't.

11         Q.    Okay.  And could you please state

12   your full name for the record?

13         A.    It's Amandeep Kochar.  My middle

14   name is Singh, but I use it infrequently.

15         Q.    Okay.  And do you understand that

16   your testimony today that you're giving, you're

17   under oath?

18         A.    Yes.

19         Q.    Okay.  And do you understand that

20   the oath has the same meaning and effect as if

21   you were testifying in Court?

22         A.    Yes.

23         Q.    Is there anything that might affect

24   your ability to answer the questions I'll be

25   asking you today?

Case 2:25-cv-00009-EAS-EPD Doc #: 6-11 *SEALED* Filed: 01/09/26 Page: 9 of 25 PAGEID #: 983

Page 12

1       A.      Yes.

2       Q.      And do you update it regularly?

3       A.      Infrequently.

4       Q.      Okay.  So when was the last time

5   you updated it?

6       A.      I cannot recall, but it would have

7   been to update some of these recognitions

8   probably as they happen.  I don't usually

9   change the update.  And as you can see, it

10  still marks out the subsidiaries in U.K. and

11  Australia, which I'm no longer a part of it, so

12  I haven't updated it recently.

13      Q.      Besides what you just identified,

14  are there any other updates that you think are

15  relevant to your background?

16      A.      I would have to read through all of

17  this, but I haven't updated it in a while.  But

18  other than those, I don't think there would be

19  any material changes.

20      Q.      So I'd like to talk a little bit

21  about your personal background and employment.

22      A.      Sure.

23      Q.      So first could we talk about your

24  education?

25      A.      Sure.

Page 59

```
1    prepare, yes.
2         Q.    Okay.  Who else did you speak with?
3         A.    I would have spoken with Dan
4    Johnson, Counsel.  I'm trying to think.  My
5    head of cataloging services.
6         Q.    And who is that?
7         A.    Trisha Vreeman.
8               Those would be the ones that I
9    would have sought any information to prepare.
10        Q.    Okay.  So for Dan Johnson, are
11   there specific topics that you sought
12   information from him on?
13        A.    Just topics that I did not have
14   specific information, that I needed to get
15   clarification on.
16        Q.    And what would those be?
17        A.    Development of BTCat, investment in
18   BTCat, and the technology aspects related to it.
19        Q.    Okay.  Did you speak with him at
20   all about efforts to solicit customers, No. 9?
21        A.    No.
22        Q.    Okay.  Did you speak with him about
23   No. 5?
24        A.    We had a discussion with Counsel --
25        Q.    And I don't want to know the
```

Case 2:25-cv-00009-EAS-EPD Doc #: 6-11 *SEALED* Filed: 01/09/25 Page: 11 of 43 PAGEID #: 985

Page 68

1   Q.   The WorldCat rights and
2   responsibilities?
3   A.   Rights and responsibilities.  That
4   was a cursory review, yes.
5   Q.   Are you aware that OCLC is also
6   seeking a Preliminary Injunction?
7   A.   Yes.
8   Q.   And have you reviewed that?
9   A.   Yes.
10   Q.   And then are you aware that
11   Defendants have filed motions to dismiss?
12   A.   Correct.
13   Q.   And have you reviewed those?
14   A.   Yes.
15   Q.   And of those documents, which of
16   those did you review in preparation for today's
17   deposition?
18   A.   All of them to a certain degree.
19   Q.   Okay.  What do you understand
20   OCLC's claims to be in this litigation?
21   MR. NOYES:  Objection to the extent
22   it calls for a legal conclusion.
23   MR. WALKER:  Sure.
24   MR. NOYES:  You can answer.
25   THE WITNESS:  I believe that OCLC

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 69

1    is trying to assert that Baker & Taylor's BTCat

2    cataloging utility was in some way or form

3    created or enhanced by OCLC, by anything that

4    is in OCLC.

5         Q.    Okay.  So do you understand that

6    the allegations are that Baker & Taylor has

7    used WorldCat records in the creation and

8    enhancement of BTCat?

9         A.    I understand that to a degree that

10   I do not know what a WorldCat record is.

11        Q.    Okay.  Do you understand that the

12   allegation is that Defendants have used records

13   that were from WorldCat to create and enhance

14   BTCat?

15             MR. NOYES:  Objection to the form.

16             You can answer.

17        A.    I understand that there were

18   records that may have an identifier that was

19   put in by OCLC into records that may exist in

20   WorldCat.  And I understand what the objection

21   is.

22        Q.    Okay.  And when you say you

23   understand what the objection is, what do you

24   mean?

25        A.    I understand what the Complaint is.

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 95

1    Q.    When we're talking about Baker &

2  Taylor, LLC, what are the products that they

3  own directly?

4    A.    All the products at Baker & Taylor

5  are owned directly by Baker & Taylor, LLC.  Its

6  physical distribution products, digital

7  distribution products and our software products

8  are all owned by Baker & Taylor, LLC.

9    Q.    Okay.  When you say, "physical

10  distribution products," what are you referring to?

11    A.    Sale and distribution of physical

12  products, whether it be books or reading material.

13    Q.    So does that include like Baker &

14  Taylor book leasing?

15    A.    Yes.

16    Q.    Okay.  Or the paw prints?

17    A.    Yes.

18    Q.    So it's actually the physical media?

19    A.    Correct.

20    Q.    And is it mostly publishing?

21    A.    No.  It's product that we serve --

22  or that we receive from other publishers, so

23  distribution, not publishing.

24    Q.    Okay.  And then when you say,

25  "digital," what do you mean?

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 96

1      A.      Equivalent to physical, we sell
2   digital versions of the physical content,
3   whether it be an e-book or an e-audio book to
4   libraries.
5      Q.      Okay.  And so that's also distribution?
6      A.      That's right.
7      Q.      Okay.  And then software, what does
8   that include?
9      A.      Just to clarify, this is pre-Valsoft
10  transaction.
11     Q.      Sure.
12     A.      Pre-Valsoft transaction, it
13  included the collectionHQ products, the BTCat
14  product, CollectConnect products, Content Cafe
15  products.
16     Q.      Anything else?
17     A.      I'm trying to recall, but that's
18  the majority of them.
19     Q.      So how about I run through a list
20  and you can tell me?
21     A.      Sure.
22     Q.      Boundless?
23     A.      That was the digital distribution
24  product.
25     Q.      SelectionHQ?

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 97

```
 1          A.     That was part of collectionHQ.
 2          Q.     Okay.   ParentTV?
 3          A.     ParentTV is a third-party digital
 4    platform that we resell.
 5          Q.     Okay.  And then WorkForge?
 6          A.     Third-party software that we resell.
 7          Q.     Okay.  So it's not in that software
 8    group you were talking about?
 9          A.     No.   What I called on was the
10    software products that we create and sell.
11    These are third-party products that we resell.
12          Q.     Now after the Valsoft transaction,
13    that would be the relationship you have now --
14          A.     Finish your question.
15          Q.     -- that would be -- that would be
16    the arrangement you have now?
17          A.     Correct.
18          Q.     What about ePop Library?
19          A.     That was part of digital distribution.
20          Q.     Okay.  PressReader?
21          A.     Third-party.
22          Q.     Okay.  Distribution?
23          A.     Third-party digital distribution.
24          Q.     Okay.  ComicPlus?
25          A.     Third-party digital distribution.
```

Page 98

```
 1        Q.    Evidence-Based Selection Planning?
 2        A.    That's part of collectionHQ.
 3        Q.    Okay.  DEI Analysis?
 4        A.    Part of collectionHQ.
 5        Q.    CollectConnect?
 6        A.    I gave you that name already.
 7        Q.    Oh, that's right.
 8              TitleSource 360?
 9        A.    That's an in-house e-commerce
10   platform.
11        Q.    Okay.  So it doesn't really fall
12   into one of these?
13        A.    We don't sell that.  It's where our
14   customers place their orders.
15        Q.    Okay.  What about Collection
16   Development Services?
17        A.    That's a service we provide.
18        Q.    Does that use software?
19        A.    ████████████████████████████████
20        Q.    ████████████████████████████████
21        A.    ████████████████████████████████
22        Q.    ████████████████████████████████
23        A.    ████████████████████████████████
24        Q.    Okay.  Then what about Customized
25   Library Services?
```

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 104



1    A.    Cataloging services support.

2    Q.    Does it contribute to any research

3 and development?

4    A.    ████████████████████████████████e

5 ████████████  ████████████████████████e

6 ███████████████████████ ██l

7    Q.    ████████████████████  ██████████

8       ██  ███

9       ██  ████████████  ██

10      ██  █████████████████████████████████.

11      ██  ████████████████████  ██████████

12 █ ███ ████  ██ ███

13      ██  █████████████████████r ████████

14    Q.    Okay.  And then "cataloging

15 services," what does that mean?

16    A.    It means we have customers who

17 require us to create customized MARC records

18 for them, and we create records for them.

19    Q.    Okay.  ████████████y  ██

20 ████████████████████  ██████████████████████

21 ████████████r

22    ██  ████████████  ████████████████

23 ██████████

24    Q.    And you said it also provided HR

25 services?

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 115

1   ask this to Dan.  I'm not -- he'll be the
2   person who can give you what was shared between
3   those two products.
4         Q.     What about nontechnically?
5         A.     What was shared between them?
6         Q.     Yes.
7         A.     I think I've answered before that
8   there was sales management oversight for both
9   the products that was shared.  And there was
10  enterprise IT oversight that was provided.
11        Q.     Okay.  Did Baker & Taylor, LLC,
12  provide legal --
13        A.     In addition, finance and accounting
14  support for Bridgeall.
15        Q.     Okay.  So Bridgeall had shared
16  services for financial and accounting?
17        A.     Correct.
18        Q.     Shared --
19        A.     It was provided by Baker & Taylor.
20        Q.     And what about legal services?
21        A.     On occasion there was contract
22  legal available to Bridgeall in the U.K., and
23  Baker & Taylor, LLC, provided support in other
24  areas.
25        Q.     Who handled drafting of the

Page 116

1  contracts for Bridgeall?

2      A.    They were standard -- as I

3  understand, there are some standard contracts

4  that are managed by the sales team.  And if

5  they have to go through any exceptions, they go

6  through that chain of approvals.

7      Q.    Okay.  And so the customer

8  contracts, were those drafted by Baker & Taylor

9  people?

10      A.    I'm not sure who drafted the

11  original collectionHQ forms.  They predate me.

12  But Baker & Taylor provided assistance when

13  needed.

14      Q.    Okay.  So if there were changes

15  made to the original contracts, Baker & Taylor

16  was involved in those?

17      A.    They could have been, depending

18  upon which jurisdiction.  If it was an

19  Australia customer, then Baker & Taylor U.S.

20  would not be involved in it.

21      Q.    But they were involved on any U.S.

22  customers?

23      A.    They could have been.

24      Q.    As far as the form contract goes,

25  did they provide any input on the changes to

Case 2:25-cv-00009-EAS-EPD Doc #: 61-11 *SEALED* Filed: 01/09/26 Page: 20 of 43 PAGEID #: 994

Page 117

```
 1    the original terms and conditions?
 2         A.    I'm certain that they may have
 3    provided inputs from time to time, yes.
 4               (Discussion had off record.)
 5         Q.    So are you familiar with WorldCat?
 6         A.    I know of its existence.
 7         Q.    Okay.  What is WorldCat?
 8         A.    As I understand it, it's a database
 9    of MARC records.
10         Q.    Okay.  Do you have any other
11    understanding of what it does, what it is?
12         A.    It's owned by OCLC.
13         Q.    Okay.  Do you have any employees
14    that worked for OCLC?
15         A.    I wouldn't have that knowledge.
16         Q.    Okay.  Do you have any consultants
17    that worked for OCLC?
18         A.    I wouldn't have that knowledge, but
19    not to my knowledge.
20         Q.    Who would be the people who would
21    have that knowledge?
22         A.    If we employed any people that
23    previously had OCLC employment, I guess my HR
24    team.
25         Q.    And who would that be?
```

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 118

1      A.    My HR leader, Hannah Correll.

2          MR. NOYES:  What topic is that, or

3   is that just inquiry?

4          MR. WALKER:  Yeah, just inquiry.

5      Q.    Have you ever seen a WorldCat record?

6      A.    Can you tell me what a WorldCat

7   record is?

8      Q.    It's a record from WorldCat.

9      A.    A record from WorldCat?

10         I'm not sure I've ever -- I've been

11  maybe a part of a demonstration or a review

12  somewhere, but I haven't searched for it or

13  reached out for a record from WorldCat.

14     Q.    Okay.

15         MR. NOYES:  And just so I'm clear,

16  Topic 5, Sub A, WorldCat records and data is

17  Dan Johnson.

18         MR. WALKER:  Right.  I understand.

19         MR. NOYES:  Okay.

20     Q.    Are you aware that OCLC places

21  restrictions on customers and their use of

22  records from WorldCat?

23     A.    Not particularly.  They may choose

24  to do it, but I'm not privy to any contracts

25  that OCLC may have with our customers.

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 119

1      Q.     Is Baker & Taylor aware of this?

2      A.     That OCLC places restrictions?

3             Only in assumptions, that it's a

4   good business practice.  They may or may not.

5   We don't know.

6      Q.     Why is it a good business practice?

7      A.     Just contracts, you want to make

8   sure that contractually you know what you're

9   getting into it.

10     Q.     So what kind of restrictions would

11  you put on something like that?

12            MR. NOYES:  Objection to the form.

13     A.     It's just conjecture.  There could

14  be many, many different clauses.  You can put

15  any kind of restrictions on the usage.

16     Q.     What are some of those that you

17  might place on the usage?

18            MR. NOYSE:  Objection to the form.

19     A.     They could put restrictions on the

20  jurisdiction, different features, so on and so

21  forth.

22     Q.     Okay.  And you've been doing

23  software product development and sales for a

24  long time, right?

25     A.     For a while.

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 126

1      A.    Depending on the use of it.

2      Q.    So if they shared it with someone,

3  and then someone sold that record, would you

4  have a problem with that?

5      A.    Depending on their agreement with us.

6      Q.    Okay.  And do you ever have an

7  agreement where that's permitted?

8      A.    Where commercial rights are permitted?

9      Q.    Say that again.

10     A.    Where commercial rights are permitted?

11     Q.    Yes.

12     A.    I'm not aware.

13     Q.    Okay.  So as you sit here right

14  now, you can't think of a situation where you

15  permit that by contract?

16     A.    Situationally, Jeff, like I said,

17  if there were third-party arrangements in which

18  we are creating records on a customer's behalf,

19  if we are creating records at Baker & Taylor,

20  as we do, as the largest employers of

21  catalogers, then those records are part of our

22  database.

23     Q.    I understand that.  That's cataloging,

24  right?

25     A.    Correct.

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 127

1    Q.    That's a separate service?

2    A.    Yes.

3    Q.    Okay.  I'm talking about people

4  that are given access, and they download the

5  record, and they do the changes and manipulations.

6    A.    Uh-huh.

7    Q.    Are they permitted to then share

8  that for commercial purposes?

9    A.    For commercial purposes, no.

10    Q.    Okay.  Why is that?

11    A.    The effort to create a record

12  within our database, so the commercial rights

13  are reserved by Baker & Taylor and BTCat.

14    Q.    Okay.  And so it's because of the

15  effort and investment that Baker & Taylor has

16  put into those records?

17    A.    The originality of it, the novelty of

18  it.

19    Q.    That you're adding -- what is

20  original about it?

21    A.    Either creation or material

22  enhancement.

23    Q.    Okay.  Is it also kind of the sweat

24  equity?

25    A.    I don't know what that means.

Page 121

1 choose.

2      Q.     So is that for cataloging?

3      A.     Yeah.

4      Q.     And what restrictions does Baker &

5 Taylor place on customers that use the utility?

6      A.     General restrictions, like the

7 software will not be abused and that it will be

8 used in the real form that the customer

9 understands it should be used.

10      Q.     Okay. So software restrictions.

11      Any other restrictions?

12      A.     I'm sure there are plenty in the

13 contract. I don't have it in front of me.

14      Q.     Would they place any restrictions

15 on the use of data?

16      A.     That depends on the form. That

17 depends on the contract. Some data is

18 protected. Some isn't.

19      Q. ███████████ █████████████ ███

20 ███████ █████████ ty, █████████████ ct

21 ████████ ██████████████ ██████ ██

22 ██ █ ████████████ █████ ███████ ████████

23 ████████████ ██f ██████████ █████████ r

24 ████████ h ███ r ██████ █████ ███████ e

25 ██████ ██████████ , ███████████ .

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 122

```
 1        Q.      Are they able to share that data
 2   with others?
 3        A.      If they create it and if they own
 4   it, yes, they can.
 5        Q.      Okay.  What do you mean by "if they
 6   own it"?
 7        A.      If they create the record, if they
 8   enhance the record and they have it in their
 9   private institution files and they deem it not
10   to be shared with anyone, then they can choose
11   to do whatever they want.
12        Q.      ████████  ██████████████████████
13   ████████  ██████████████████  ███  --
14        A.      We --
15        Q.      Go ahead.
16        A.      I was just saying, ████████████
17   █g ██████████████  ██████████████ty
18   ████████████████  ████████████████
19   ████  ████████████  ████████████████
20   ████r?
21   █████  ████████████████████████
22   ████████████████████████  ████████  ██████
23   ████████████y  ██████████████  ████
24   ██████,  ██████████████████.
25        Q.      So it's to make edits, changes,
```

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 123

1  deletions, that kind of stuff?

2        A.    If it's technical restrictions,

3  then I think Dan might be the right person to

4  give you the answer more technically.

5        Q.    I'm talking more contracts.

6              So the utility and database, is

7  that like -- what do you refer to that as?

8              Does that have a name?

9        A.    It's BTCat.

10       Q.    Okay.  So there's BTCat, BTCat

11  utility?

12       A.    They can choose to only have access

13  to the BTCat utility.

14       Q.    Okay.  And then you can do an

15  add-on to have access to the database?

16       A.    Correct.

17       Q.    And what is the database?

18       A.    The database is a collection of

19  MARC records within BTCat.

20       Q.    Okay.  And how many records are there?

21       A.    Dan can give you the exact answer.

22       Q.    Okay.  Do you have an estimate?

23       A.    ████████████████████████████████

24       Q.    ████████████████████████████████

25              MR. NOYES:  Let me just -- for

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 124

 1   orientation, I believe we're in Topic 8, which

 2   doesn't really directly relate to BTCat

 3   contracts, but I just want to make sure because

 4   8 divides certain topics between Aman and Dan

 5   Johnson.  So if I'm misunderstanding and this

 6   is not Topic 8, then if you could clarify.

 7           MR. WALKER:  I think this is

 8   related to the contracts that we've talked about.

 9           MR. NOYES:  Because 4 is

10   subscription contracts, but that's for

11   collectionHQ.

12           MR. WALKER:  No.

13           MR. NOYES:  Okay.  4(B), agreements

14   between Defendants other than collectionHQ.

15   Okay.  Okay.

16           MR. WALKER:  Yeah.

17       Q.    So utility and database.

18           So for those customers, does

19   Baker & Taylor place restrictions on the use of

20   records from the database?

21       A.    It's situational.  For third-party

22   contracts where we are creating records on

23   behalf of a customer, it's stored in a

24   customer's work file, which they have access

25   to, and they can do with it whatever they wish

Case 2:25-cv-00009-EASFPD Doc # 62-11 *SEALED* 01/09/26 Page 29 Page: PAGE43 PAGE4D
#: 1003

Page 125

1  to do with it.

2       Q.    So that's for third-party cataloging?

3       A.    Correct.

4       Q.    Okay.  For those that are given

5  access to the utility and database for not

6  third-party cataloging, are there restrictions

7  on it?

8       A.    There may be certain restrictions,

9  Jeff, depending on the situation.  So a

10 customer can create their own records.  They

11 can access our database and edit a record and

12 make it their own, and then they can choose to

13 do whatever they want with it.  In many

14 situations, a record goes around to many

15 different institutions.

16      Q.    So a record that's in BTCat's

17 database that is downloaded by a customer, they

18 can use it however they want?

19      A.    They can choose to add or enhance

20 it the way that they want.

21      Q.    Can they share it however they want?

22      A.    Non-commercially.

23      Q.    Okay.  So if they shared it with a

24 competitor, you'd have a problem with that?

25      MR. NOYES:  Objection to the form.

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

1     A.    Depending on the use of it.

2     Q.    So if they shared it with someone,

3 and then someone sold that record, would you

4 have a problem with that?

5     A.    Depending on their agreement with us.

6     Q.    Okay.  And do you ever have an

7 agreement where that's permitted?

8     A.    Where commercial rights are permitted?

9     Q.    Say that again.

10    A.    Where commercial rights are permitted?

11    Q.    Yes.

12    A.    I'm not aware.

13    Q.    Okay.  So as you sit here right

14 now, you can't think of a situation where you

15 permit that by contract?

16    A.    Situationally, Jeff, like I said,

17 if there were third-party arrangements in which

18 we are creating records on a customer's behalf,

19 if we are creating records at Baker & Taylor,

20 as we do, as the largest employers of

21 catalogers, then those records are part of our

22 database.

23    Q.    I understand that.  That's cataloging,

24 right?

25    A.    Correct.

Case 2:25-cv-00009-EAS-EPD Doc #: 62-11 *SEALED* Filed: 01/09/26 Page: 31 of 43 PAGEID #: 1005

Page 127

1      Q.     That's a separate service?

2      A.     Yes.

3      Q.     Okay.  I'm talking about people

4   that are given access, and they download the

5   record, and they do the changes and manipulations.

6      A.     Uh-huh.

7      Q.     Are they permitted to then share

8   that for commercial purposes?

9      A.     For commercial purposes, no.

10     Q.     Okay.  Why is that?

11     A.     The effort to create a record

12  within our database, so the commercial rights

13  are reserved by Baker & Taylor and BTCat.

14     Q.     Okay.  And so it's because of the

15  effort and investment that Baker & Taylor has

16  put into those records?

17     A.     The originality of it, the novelty of

18  it.

19     Q.     That you're adding -- what is

20  original about it?

21     A.     Either creation or material

22  enhancement.

23     Q.     Okay.  Is it also kind of the sweat

24  equity?

25     A.     I don't know what that means.

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 140



1   was?

2        A.   ███████████████████████

3        Q.   ███████████████████████

4        And what type of agreement is that?

5        A.   █████████████  --  ████████████  ██

6   ████████████  ██████████  --

7        Q.   Okay.

8        A.   --  ██████████████████  ███████████

9   ████████  ████████

10       Q.   When you say, "████████  ████████

11  ████████" you mean ████████████s?

12       A.   ███

13  ██  ████████  █████████████████████  ████

14  █████████████  ████████  ████████████████████?

15       A.   ████  █

16  ██  ██████████████  █  ██████

17  ██████  ██████████████████████████████████s?

18  ██  █████████  ██████████████████

19  ███████████████████  ██  █.  ████████████

20  ████████████████  ████████████████████

21  ███████████████████  ████████████████

22  ████  █.  ████  ████████  ██████████████

23  ████████████████████████  █  ██

24  ██████████████████████████  ████████

25  ████████  ██████████████████████  ████████

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER



Page 141

1  ███████████████████████████████████.

2  ██ ████████████████ █ ████████.

3  ███████████████████████████████████?

4  █ ███████████████████.

5  ████████ █████████████████.

6  ██████████████████.

7  ██ █████████████████████.

8  ██ -- ██████ █████████████████.

9  █████████████████████████████.

10 ██ █████████████████.

11 ██ ██████████ ████ ████████.

12 ███████████████████ █ ███████.

13 ████████████████████████████.

14 ██████████████████.

15 ██ ███ ██.

16      Q.    Okay.  Is there a numerical cap on

17 that or no?

18      A.    I don't believe that there is.

19      Q.    Okay.  And do you know if that

20 agreement has been provided in this litigation?

21      A.    I'm unsure --

22      Q.    Okay.

23      A.    -- yeah.

24      Q.    And if you were going to try to

25 find it, do you have a sense for where -- who

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 142

1  you'd talk to to locate it?

2          A.    I'd probably talk to Counsel.

3          Q.    Okay.  We can follow up with

4  Counsel afterwards.

5                Okay.  Anything else that you

6  recalled during the break?

7          A.    That was the thing that came to my

8  mind.  Back to Valsoft.

9          Q.    We're going to refer to this as the

10  Valsoft transaction, okay?

11         A.    Yes.

12         Q.    In this press release, do you see

13  in the fifth paragraph --

14         A.    Yes.

15         Q.    -- it has some language from you,

16  correct?

17         A.    Uh-huh.  Yes.

18         Q.    And it says that "We are excited to

19  enter this new chapter with Valsoft."

20         A.    Uh-huh.

21         Q.    Prior to this deal, did Baker &

22  Taylor have a business relationship with Valsoft?

23         A.    No.

24         Q.    Okay.  And then in the next

25  paragraph it states "collectionHQ will continue

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 143

```
 1    to operate under its existing brand and
 2    leadership."
 3          A.    Uh-huh.
 4          Q.    So we were talking previously about
 5    the employees that worked for Bridgeall
 6    directly and then the employees that were
 7    Baker & Taylor employees that supported some of
 8    Bridgeall's sales and marketing and things like
 9    that.
10          A.    Correct.
11          Q.    So this is talking about leadership,
12    right?
13                Did the entire leadership team from
14    Bridgeall leave with the transaction?
15          A.    I believe so.
16                Just a point of clarification.
17    This press release was issued by Valsoft, so
18    this is their issuance, right, so the
19    statements, other than my quote, are theirs.
20          Q.    Okay.  Is this statement accurate,
21    though, that collectionHQ will continue to
22    operate under its existing brand and leadership?
23          A.    I believe it's true.  That's what
24    that belief was potentially when they issued
25    the statement.  Whether that's true today or
```

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 144

1   not, I don't know.

2       Q.    As far as when we looked at that

3   org chart, is the Bridgeall entity that we

4   talked about the only entity that had assets

5   that were part of this transaction?

6       A.    Correct.

7       Q.    Okay.  And what happened to that

8   Bridgeall entity?

9       A.    It has since been renamed.

10      Q.    Okay.  And what's its name?

11      A.    I believe it's Baker & Taylor Scotland.

12      Q.    Okay.  ████  ██████████████  ██████

13      ████████  ██████████  ████

14      ██  ██  --  ██████████  ██████████

15   ████  ██████████████

16      Q.    ████████  ██████████  ██████

17      A.    ██████████  ██████████  ██████

18      Q.    Got it.  ████████  ██████████  ██

19   ████████

20      A.    ████

21      Q.    So were you involved in the Valsoft

22   transaction?

23      A.    Yes.

24      Q.    In what capacity?

25      A.    The transaction on behalf of

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 151

1      A.    Yes.

2      Q.    What did they ask about BTCat?

3      A.    They wanted to understand the

4   collectionHQ and BTCat relationship, if any.

5      Q.    And what is the relationship

6   between collectionHQ and BTCat?

7      A.    I think I've answered the sales and

8   marketing shared support structure.  And the

9   technical details I think you can ask Dan

10  Johnson tomorrow.

11     Q.    Okay.  Do you have any

12  understanding -- did Dan Johnson explain the

13  relationship between collectionHQ and BTCat or

14  was it you?

15     A.    I explained the business

16  relationship between collectionHQ and BTCat.

17     Q.    Okay.  And did someone explain the

18  technical relationship to them?

19     A.    We did not get into that level of

20  detail in the conversation with them.

21     Q.    Okay.  So what level of detail did

22  you get into?

23     A.    The level of detail about if a

24  customer so chooses to put their records in

25  collectionHQ, that provides authorization that

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 172

1       Q.     I'm sure.  Do you recognize this

2  document?

3       A.     Yes.

4       Q.     What is it?

5       A.     Asset Purchase Agreement.

6       Q.     And it lists on the front the

7  parties to the agreement.

8       A.     Yes.

9       Q.     So Valsoft Ireland Limited and

10  Valsoft Scotland Limited --

11       A.     Uh-huh.

12       Q.     -- are they the acquirers?

13       A.     I believe so, yes.

14       Q.     Okay.  And then Bridgeall Libraries

15  Limited, you --

16       A.     Yes.

17       Q.     -- ████████  ████████, ██?

18       A.     Correct.

19       Q.     And this was ██ ██████████ ████ ██?

20       A.     Yes.

21       Q.     ████ ██ ██ █████  ████████ █████████:█

22       ████ ███ █ ████████████ ███

23       A.     ████████ █ ██ █████ ████████:

24  ██████

25       Q.     Okay.  ████████████ ████

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 173



```
 1
 2
 3
 4                                    --
 5
 6
 7
 8
 9         Q.    Okay.  But this transaction was not
10   a sale of that entity, correct?
11         A.    Uh-huh.
12         Q.    It was a sale of assets?
13         A.    Correct.
14         Q.    What were those assets that were sold?
15         A.    Software assets primarily.
16         Q.    And which software assets specifically?
17         A.    CollectionHQ, collectionHQ
18   Academic, collectionHQ Lite, ESP.  They're all
19   listed in here.
20         Q.    Does that also include the DEI
21   analysis?
22         A.    Yes.
23         Q.
24
25
```

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER



ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 175



18    Q.    So let me understand.  There's kind

19  of two categories you identified.

20         A.    Those were two examples of the

21  contracts, yes.

22         Q.    So in the first example, can you

23  explain that a little more?

24         A.    Which example, Jeff?

25              Which one is your first?

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

Page 224



```
1        Q.      What do you understand that to be?
2        A.
3
4
5                                    ?
6
7        al
8
9
10
11
12       Q.      Okay.
13
14
15
16
17
18
19
20
21
22
23
24
25       Q.      And do you see, based on this
```

Case 2:25-cv-00009-ASE-PLD Doc #: 6211 *SEALED* Filed: 01/09/26 Page: 43 of 43 PAGEID #: 1017

Page 275

```
1    Libraries Limited?

2         A.    Yes.  I assume, yes.

3         Q.    So let's go ahead and look at

4    Section 4.5.

5         A.    Yes.

6         Q.    Okay.  Are you familiar with this

7    section?

8         A.    Yes.

9         Q.    Okay.  What is your understanding

10   of this section?

11        A.    This section provides collectionHQ

12   customers with the opportunity to collaborate

13   and contribute to the growth of other libraries

14   if they so choose from their own volition.

15        Q.    And that volition comes upon

16   signing the agreement, correct?

17        A.    Correct.

18        Q.    And you see here in 4.5 where it

19   says "By signing this Agreement, you are

20   authorizing Baker & Taylor to utilize your

21   cataloging records"?

22        A.    Correct.

23        Q.    Okay.  I'd also like to point you

24   to Section 21.9.  It's near the very end on

25   OCLC 31.
```