# EXHIBIT C

*OCLC, Inc. v. Baker & Taylor, LLC*, No. 2:25-cv-309

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3              ~~~~~~~~~~~~~~~~~~~~~
 4   OCLC, INC,
 5
                  Plaintiff,
 6
 7        vs.             Case No. 2:25-cv-00309
 8
     BAKER & TAYLOR, LLC, et al.,
 9
10                Defendants.
11
                ~~~~~~~~~~~~~~~~~~~~~
12
                     Deposition of
13                   TRAVIS KELLEY
14
                   August 8, 2025
15                    9:42 a.m.
16
         ****CONFIDENTIAL ATTORNEYS EYES ONLY****
17
18
                       Taken at:
19             Cavitch Familo & Durkin
               1300 East Ninth Street
20                 Cleveland, Ohio
21
22             Tracy Morse, RPR
23
24
25
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 2

```
 1    APPEARANCES:
 2
            On behalf of the Plaintiff:
 3
                    Squire Patton Boggs, LLP, by
 4                  KATHRYN M. BROWN, ESQ.
                    JEFFREY M. WALKER, ESQ.
 5                  2000 Huntington Center
                    41 South High Street
 6                  Columbus, Ohio  43215
                    kathryn.brown@squirepb.com
 7                  jeffrey.walker@squirepb.com
 8
            On behalf of the Defendants:
 9
                    Cavitch Familo & Durkin, by
10                  DEREK HARTMAN, ESQ.
                    MICHAEL COHAN, ESQ.
11                  1300 East Ninth Street, 20th Floor
                    Cleveland, Ohio  44114
12                  dhartman@cavitch.com
                    mcohan@cavitch.com
13
                            and
14
                    Offit Kurman, by
15                  FRANK E. NOYES, ESQ.*
                    2000 Market Street, Suite 2700
16                  Philadelphia, Pennsylvania  19103
                    fnoyes@offitkurman.com
17
18                          ~ ~ ~ ~ ~
19    ALSO PRESENT:
20              Ms. Julie Presas
21                          ~ ~ ~ ~ ~
22
23
24
      * -- Via Zoom/Partial appearance
25
```

CONFIDENTIAL ATTORNEYS EYES ONLY

```
                                          Page 3

 1                  TRANSCRIPT INDEX

 2

     APPEARANCES............................    2
 3

 4   INDEX OF EXHIBITS......................    4

 5

     EXAMINATION OF TRAVIS KELLEY
 6   By MS. BROWN..........................   10

 7

     REPORTER'S CERTIFICATE................  325

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 4

```
 1                        INDEX OF EXHIBITS
 2      NUMBER            DESCRIPTION                 MARKED
 3      Exhibit 1         Notice of Deposition of.. 14
                          Travis Kelley
 4      Exhibit 2         LinkedIn Profile......... 19
        Exhibit 3         Complaint For Injunctive. 42
 5                        Relief and Damages
        Exhibit 4         YouTube Screenshots of... 46
 6                        Monday Minutes BTCat
                          Integration With Koha.... 69
 7      Exhibit 5         PowerPoint:  Perspectives
                          In Cataloging: A New Tool
 8                        With BTCat, Bates Nos.
                          OCLC_00000267-00000277
 9      Exhibit 6         Document Produced........ 90
                          Natively, Bates Number
10                        BAKER00054431 With
                          Attached Baker & Taylor
11                        PowerPoint Slide Deck
        Exhibit 7         Document Produced....... 96
12                        Natively, Bates Number
                          BAKER00055234 With
13                        Attached BTCat
                          PowerPoint Two-Page
14                        Slide Deck
        Exhibit 8         LinkedIn Post............100
15      Exhibit 9         09/09-27/2022 Email .....105
                          Trail Between █████
16                        ████ and Travis Kelley,
                          Bates Numbers
17                        BAKER00010257-00010259
        Exhibit 10        10/11/2023 Email Trail...110
18                        Between ████i █████,
                          Jon Jezorski and Travis
19                        Kelley, Bates Number
                          BAKER00008390
20      Exhibit 11        07/08/2024 Email Trail...123
                          Between ███████████ and
21                        Travis Kelley, cc: █████
                          ██████████ and Jane Hohe,
22                        Bates Numbers
                          BAKER00043820-00043823
23      Exhibit 12        04/23-24/2024 Email......126
                          Trail Between ████████,
24                        Travis Kelley and █████
                          █████, Bates Numbers
25                        BAKER00043861-00043862
```

CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1              INDEX OF EXHIBITS (Continued)
 2      NUMBER              DESCRIPTION              MARKED
 3
        Exhibit 13          07/08/2022 Email Trail...151
 4                          Between Travis Kelley &
                            Support@collectionhq.com,
 5                          Cc: Corrine Lagacy,
                            Bates Numbers
 6                          BAKER00009363-00009364
        Exhibit 14          08/30/2023 Email Trail...154
 7                          Between Susan Love,
                            BT Cat Onboarding,
 8                          Trisha Vreeman, Corrine
                            Lagacy, Jamie Wright and
 9                          Support@collectionhq.com,
                            Bates Nos. BAKER00005068
10      Exhibit 15          07/17/2023 Email Trail...159
                             Between ▓▓▓▓▓▓▓▓▓▓,
11                          Travis Kelley, Michele
                            Journet and Vicki
12                          Doherty, Bates Number
                            BAKER00014015
13      Exhibit 16          06/25-28/2021 Email......161
                            Trail Between ▓▓▓▓▓▓
14                          ▓▓▓▓▓ ▓▓▓, Jon Jezorski,
                            Scott Coning, Travis
15                          Kelley and James Smith,
                            Bates Numbers
16                          BAKER00009781-00009783
        Exhibit 17          01/22-02/14/2025 Email...163
17                          Trail Between ▓▓▓▓▓▓▓▓
                            ▓▓▓▓▓▓▓▓▓▓▓, Travis
18                          Kelley and ▓▓▓▓
                            ▓▓▓▓▓▓▓▓, cc: Grace
19                          Larochelle, Cindy Hooten,
                            Cassandra Condit, Frank
20                          McDonald, Bates Numbers
                            BAKER00007112-00007117
21      Exhibit 18          08/29-09/08/2023 Email...166
                            Trail Between ▓▓▓▓
22                          ▓▓▓▓▓▓▓, Jean Johnson
                            Travis Kelley and ▓▓▓▓
23                          ▓▓▓▓▓▓▓ Bates Numbers
                            BAKER00007367-00007377
24
25
```

CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1              INDEX OF EXHIBITS (Continued)
 2      NUMBER              DESCRIPTION          MARKED
 3      Exhibit 19          11/12-13/2024 Email .....168
                            Trail Between ████████
 4                          ████████, Travis Kelley,
 5                          ████████ cc: James Smith,
                            Bates Numbers
 6                          BAKER00036835-00036838
        Exhibit 20          02/12-14/2025 Email......173
 7                          Trail Between Response
                            Report, BTCat Onboarding,
 8                          Jason Palmer, Travis
                            Kelley and Misha Journet,
 9                          cc: Christina Bahnsen,
                            Bates Numbers
10                          BAKER00025943-00025945
        Exhibit 21          10/1-11/3/2021 Email.....180
11                          Trail Between Travis
                            Kelley and ████████,
12                          cc: Fred Harvey, Tito
                            Vazquez████████████████,
13                          ████████████████████████,
                            Bates Numbers
14                          BAKER00021600-00021602
        Exhibit 22          07/24/2023 Email Trail...186
15                          Between Julia Wilcox,
                            Michele Journet, Travis
16                          Kelley & Vicki Doherty,
                            cc: ████████████████████,
17                          Bates No. BAKER00008428
        Exhibit 23          02/01-04/2023 Email ....188
18                          Trail Between ████████,
                            ████████ Travis Kelley, cc:
19                          ████████, Bates Nos.
                            BAKER00007827-00007831
20      Exhibit 24          07/30-08/06/2021 Email...203
                            Trail Between Travis
21                          Kelley████████████████
                            ████████████████████████
22                          ████████████ cc: Katie
                            White, Jamie Wright,
23                          Bates Numbers
                            BAKER00055841-00055842
24
25
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 7

```
 1                INDEX OF EXHIBITS (Continued)
 2   NUMBER              DESCRIPTION          MARKED
 3   Exhibit 25          02/23-06/30/2022 Email...207
                         Trail Between Jamie
 4                       Wright          ███████
 5                       ██████████, Neal Starkey,
                         Travis Kelley, Jon
 6                       Jezorski & Scott Coning,
                         cc: Josh Crabtree,
 7                       Bates Numbers
                         BAKER00053573-00053579
 8   Exhibit 26          03/08-12/13/2021 Email...222
                         Trail Between Jamie
 9                       Wright, ██████████,
                         Travis Kelley, cc: Fred
10                       Harvey, Bates Numbers
                         BAKER00035026-00035032
11   Exhibit 27          05/25-06/17/2021 Email...226
                         Trail Between ████████,
12                       ██████████ ██████████,
                         John Duff and Travis
13                       Kelley, cc: Katie White,
                         Bates Numbers
14                       BAKER00053730-00053734
15   Exhibit 28          03/22/2022 Email Trail...231
                         Between ██████████,
                         Travis Kelley, Lee Ann
16                       Queen, Roberto Rodriguez,
                         ███ and ████
17                       ███████, cc: Natalie
                         Phillips ██████████
18                       ██████████ and
                         Alisa Brown, Bates Nos.
19                       BAKER00053601-00053604
     Exhibit 29          03/13/2024 Email Trail...234
20                       Between ████████ █████████
                         and Travis Kelley, Bates
21                       Numbers BAKER00008137
22
23
24
25
```

Veritext Legal Solutions

CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1            INDEX OF EXHIBITS (Continued)
 2    NUMBER            DESCRIPTION        MARKED
 3    Exhibit 30        05/01/2024 Agreement.....248
                        Between The Yavapai
 4                      County Free Library
                        District and Baker &
 5                      Taylor, LLC, For BTCat
                        Library Cataloging
 6                      Utility, Database
                        Management, and Related
 7                      Services W/Attachments,
                        Bates Numbers
 8                      OCLC_00001831-00001850
      Exhibit 31        04/13/2022 Letter To San.270
 9                      Rafael Public Library
                        From Jane Herb With
10                      Attachments, Bates Nos.
                        OCLC_00000016-00000033
11    Exhibit 32        04/22-05/14/2025 Email...282
                        Trail Between
12                            Travis Kell
13
                                          ,
14                      Bates Numbers
                        BAKER00006831-00006836
15    Exhibit 33        01/22/2024 Email Trail...294
                        Between Tom Jacobson,
16                      Gregg Travis, Elyse
                        Profera, Travis Kelley
17                      and               ,
                        Bates No. BAKER00007203
18    Exhibit 34        01/27-30/2023 Email......298
                        Trail Between Travis
19                      Kelley and         ,
                        Bates Numbers
20                      BAKER00009281-00009282
      Exhibit 35        04/02-16/2025 Email......301
21                      Trail Between
                             MARCServices,
22                      Travis Kelley, Kathy
                        Clevenger and Lynne Karl,
23                      cc:              & Jesse
                        Wilson, Bates Numbers
24                      BAKER00006892-00006893
25
```

CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1              INDEX OF EXHIBITS (Continued)
 2      NUMBER              DESCRIPTION             MARKED
 3      Exhibit 36          04/14-19/2021 Email......306
                            Trail Between Katie
 4                          White, Travis Kelley
                            and James Smith,
 5                          Bates Numbers
                            BAKER00009892-00009893
 6      Exhibit 37          Framework Agreement......308
                            With Agreement's
 7                          Attachments, Bates Nos.
                            OCLC_00000034-00000043,
 8                          With Attachment
                            Bates Numbers
 9                          OCLC_00000001-00000007
        Exhibit 38          04/23/2025 Email Trail...318
10                          Between ██████████████,
                            Travis Kelley and
11                          Whitney Bretzman, cc:
                            James Smith and Fred
12                          Harvey, Bates Number
                            BAKER00045048
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 10

1    TRAVIS KELLEY, of lawful age, called for

2    examination, as provided by the Federal Rules

3    of Civil Procedure, being by me first duly

4    sworn, as hereinafter certified, deposed and

5    said as follows:

6              EXAMINATION OF TRAVIS KELLEY

7    BY MS. BROWN:

8         Q.    Good morning.  We've never met

9    before, except the past few seconds where I

10   introduced myself, right?

11        A.    Correct.

12        Q.    My name is Katie Brown and I

13   represent OCLC, one of the parties in this

14   action.  Can you please spell your name for the

15   record?

16        A.    Spell my name?

17        Q.    Yes.

18        A.    Travis, T-r-a-v-i-s.  Do you need

19   my middle?

20        Q.    If you would like to give it.

21        A.    Last name Kelley, K-e-l-l-e-y.

22        Q.    Thank you.  So we're going to do a

23   little bit of background.  First question:

24   Have you ever been deposed before?

25        A.    No.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 23

1    Q.    And we'll put a pin in that.  We're

2 going to go sequentially, but I will ask you a

3 couple questions about that.  What's your

4 current role at Baker & Taylor?

5    A.    Manager of strategic partnerships

6 for BTCat.

7    Q.    Could you generally describe your

8 responsibilities in that role?

9    A.    It's quite a mouthful, but

10 generally it's the supervision of all sales and

11 customer success related activities;

12 onboarding, training, renewals, onboarding.

13    Q.    I have a brother in sales, so I

14 know you guys have a jargon all your own.  For

15 those of us who are not well versed in sales,

16 what is, Customer success?

17    A.    Essentially ensuring that the

18 client's needs are met.

19    Q.    So that involves interacting with

20 the clients quite a bit?

21    A.    Correct.

22    Q.    And when you say, "Onboarding,"

23 you're not talking about onboarding employees,

24 right?

25    A.    Onboarding the product and the

Case 2:25-cv-00009-EAS-EPD Doc #: 62-13 *SEALED* Filed: 01/09/25 Page: 13 of 51 PAGEID #: 1051

Page 24

1    library together.

2           Q.    Could you describe a little bit
3    more about what you mean by that?

4           A.    Essentially a needs assessment from
5    the library telling us how to build the
6    software.  And then as we start training, then
7    we can manipulate the system further to refine
8    it to meet their needs.

9           Q.    Okay.  And when you onboard the
10   customer, is that just getting their
11   information, getting them credentials and
12   things like that or what do you mean by that?

13          A.    Sure.  It is information like that,
14   but it could be other requirements related to
15   workflow specific activities.

16          Q.    Okay.  What products and services
17   are you specifically managing in your role?

18          A.    Primarily BTCat.  I still maintain
19   some field sales duties for certain key
20   accounts in New England like Boston Public
21   Library.

22          Q.    And what would that involve?  So it
23   would involve BTCat and then other products
24   potentially?

25          A.    It would include CLS, book leasing.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 25

1    Essentially you're acting as a consultant to

2    strategize with the library to meet their goals

3    and needs --

4         Q.    Okay.

5         A.    -- with Baker & Taylor's typical

6    book processing, collection development,

7    analytic services.

8         Q.    Could you list the services and

9    products?

10        A.    I think I would need to refer to a

11   marketing sheet.  They are so plentiful.

12        Q.    Okay.  Those other products and

13   services, does that include collectionHQ?

14        A.    That's more from a lead generation

15   perspective than a selling perspective.

16        Q.    What do you mean by that?

17        A.    So we would leverage a relationship

18   to ask the library to be curious and take a

19   demonstration of a product like collectionHQ.

20        Q.    When you say, "Take a

21   demonstration," what do you mean by that?

22        A.    So they can learn about it, so they

23   can see it.

24        Q.    And you're facilitating that or

25   you're making the overtures to the library for

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 47

1  in a friendly way about how our products

2  intersect and make work easy for libraries.

3       Q.    And who is involved in this video?

4       A.    We have Jessie Zairo, who is

5  director of sales and service for ByWater

6  Solutions.  I believe -- I can't remember

7  Kelly's last name but also from ByWater.  And

8  Lorrie Ann Thorrat of Cuyahoga County Library.

9       Q.    Are you visiting her, while you're

10 here?

11      A.    I'm not.

12      Q.    Just curious since you're in the

13 area and you're from New Hampshire.  Okay.  If

14 you go to the third page, what is this page

15 depicting?

16      A.    This page is depicting search

17 results from within the BTCat user interface

18 that have cascaded a Z39 target search to

19 myriad open Z39.50 ports.

20      Q.    So we're going to back up and

21 unpack that.  So when you say, "Z39 cascade,"

22 what do you mean by that?

23      A.    So, Z39, is a protocol that has

24 existed to my knowledge thirty plus years.  It

25 allows libraries or vendors or other products

Case 2:25-cv-00009-EAS-EPD Doc #: 6-13 *SEALED* Filed: 01/09/25 Page: 16 of 51 PAGEID #: 48 #: 1054

Page 48

```
1    to go from point A to point B meaning, I'm
2    going to go from wherever I am to another
3    entity, to another library, to another
4    database.  It's just a simple protocol that
5    facilitates that.  What I mean by, "Cascading,"
6    is we're hitting multiple Z39 ports that are
7    open, that entities have designated that are
8    open all at once instead of one at a time.
9            Q.     So is the port -- forgive me, a
10   lawyer, nontech person.  So is the port how the
11   Z39 protocol accesses data?
12           A.     Without the port being open, it
13   would be closed and unaccessible.
14           Q.     The Z39 protocol, is it a search?
15           A.     It's a search.
16           Q.     And it's run through BTCat?
17           A.     It's run through BTCat or a myriad
18   of other platforms in the industry.
19           Q.     But at least as to the document
20   we're looking at, it's showing BTCat running
21   that search, right?
22           A.     Right.  BTCat was the vehicle.
23           Q.     Okay.  Who is running the search?
24           A.     Lorrie Ann Thorrat.
25           Q.     And she's with Cuyahoga County
```

Case 2:25-cv-00009-EAS-EPD Doc #: 62-11 *SEALED* Filed: 01/09/26 Page: 17 of 51 PAGEID #: 1055

Page 49

1   Public Library?

2          A.     She's with Cuyahoga County Public

3   Library.

4          Q.     Okay.  And what record is she

5   viewing right now?

6          A.     It looks like she's reviewing a

7   very specific ISBN.  I cannot read the full

8   ISBN because the column is cut off, but it

9   pertains to the title, "Liberty," equity,

10  "fashion," if I'm reading that correctly.  It's

11  small and I'm blind.

12         Q.     Fair enough.  Why is there a green

13  dot by it?

14         A.     BTCat has an algorithm behind it in

15  its infrastructure that ranks the quality of

16  the bibliographic record.  However, the library

17  is able to set their preferences in that

18  algorithm.  So it is unique per institution

19  what shows up as a good record, a mediocre

20  record or a poor record.

21         Q.     Is there any sort of consistent

22  trend?  Like more fulsome records tend to be

23  better ranked across the board or --

24         A.     Different libraries have different

25  cataloging policies.  I have different opinions

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 50

1  than what some libraries would want in their

2  records.  Some may prefer -- in the MARC

3  record, there's a field called, The 300.  It's

4  essentially the physical description of a book.

5  They use that as an indicator that a record has

6  gone through the RDA process, basically a

7  format or flavor of the MARC record.

8       Q.    So the RDA process puts it in a

9  desired format?

10      A.    A higher class for that library;

11 most, not all.

12      Q.    When you say, "Class," do you mean

13 format or what do you mean by, "Class"?

14      A.    They prefer that over the older

15 AACR2 model --

16      Q.    And are those protocols --

17      A.    -- just think of them as styles.

18      Q.    Okay.  Got it.

19      A.    Sorry for speaking over you.

20      Q.    No.  That's okay.  I appreciate the

21 clarification.  If we go back to the document,

22 do you see in the middle where there's a band

23 that says, "Bibliographic Record"?

24      A.    Yes.

25      Q.    What is being displayed there?

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 60

1    environment, we are doing edits all the time.

2    We have catalogers on three continents, yeah,

3    doing work --

4         Q.    I won't hold you to it, if it's two

5    or three.

6         A.    -- almost around the clock to

7    modify bibliographic records from a myriad of

8    sources.

9         Q.    I appreciate the clarification.

10        So here the library is doing the edits?

11        A.    Here the library is doing the edits

12   with the facility of the tool.

13        Q.    Okay.  And you mentioned macros --

14        A.    Um-hum.

15        Q.    -- again, I'm not a technology

16   person.  Can you explain to me what the,

17   macros, are?

18        A.    I'm trying to think of a good

19   analogy.

20   ████████████████████████████████████████

21   ███████████ -- ████████████████████████

22   ██████████ -- ██████████████████████████

23   ██████. █████████████ ██ █████████████

24   ████████████████████████████ ██

25   ████████████████████████████████

www.veritext.com                                          888-391-3376

Page 76

```
1        Q.     So if we say, "Records," we'll
2   understand each other?
3        A.     Yes.
4        Q.     Okay.  The next bullet point says,
5   "████████████████████████████████."  What does
6   that mean?
7        A.     ████████████████████████████
8   ████████████████████████████████████████████████
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:25-cv-00009-EASS-PLD Doc # 62-31 * SEALED 01/09/26 Page 21 of 51 PAGEID # 1820
#: 1059

Page 85

1    marketing for that purpose?

2         A.    Not typically.  They now have

3    access to my One Drive.

4         Q.    Okay.  Got it.  During these

5    presentations, does OCLC ever come up?

6         A.    OCLC came up in this presentation

7    because there were six employees from OCLC who

8    took advantage of the Q&A session.

9         Q.    What do you mean, "Took advantage"?

10        A.    That came into that session and

11   asked a lot of questions about themselves.

12        Q.    About themselves?

13        A.    Yes.

14        Q.    Can you describe some of those

15   questions?

16        A.    I don't recall them, but they did

17   take us far off topic and I believe upset or

18   triggered one of our librarians.

19        Q.    What do you mean by, "Triggered"?

20        A.    Upset one of the panelists.

21        Q.    Which panelist was this?

22        A.    Lisa Sallee.

23        Q.    And what library is she with?

24        A.    Ocean State Libraries, as you

25   previously pointed out.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 86

1        Q.     Okay.  I don't know if I pointed
2   that out but one of them.
3        A.     Okay.
4        Q.     Do you remember what the comment
5   was that triggered her?
6        A.     No, but it was a lot about them,
7   OCLC.
8        Q.     Okay.  Can you give any other
9   detail about that?  I'm just -- as an industry
10  outsider, I'm just not sure.
11       A.     You know, how does this relate to
12  OCLC holdings.  You're familiar with that?
13       Q.     I am.
14       A.     So we don't make restrictions on
15  what our libraries can do with their MARC
16  records.  So we might do a project like this
17  for a library.  I think the question was, can
18  we automatically upload records into OCLC, in
19  which case we cannot.  So the library would be
20  responsible for manually loading records into
21  OCLC land.
22       Q.     Do most of your customers have an
23  OCLC subscription of some sort?
24       A.     I don't take stock of that, if they
25  maintain their OCLC subscription or not.  Some

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 87

1   do because they can afford it.

2        Q.    Okay.  Do you ever make comments

3   about OCLC in your own presentations?

4        A.    No.  I'm focused on what I do well.

5   I'm competing with me every day.  That's how I

6   see it.  So when I'm talking to a library, I'm

7   focused on their goals.  When I'm talking about

8   BTCat, I'm talking about what BTCat -- excuse

9   my stuttering -- can do or can't do.  We're

10  very explicit about what we can't do or what we

11  don't have.

12       Q.    Okay.  And we'll look at some

13  documents later that might refresh your memory.

14            MS. BROWN:    We can take a break

15  now.

16            MR. HARTMAN:  Okay.

17            (Recess taken.)

18  BY MS. BROWN:

19       Q.    Okay.  So we're back on the record,

20  after a quick break.  I want to return to one

21  question for you, Mr. Kelley.  You talked about

22  using Z39 searches and how -- and this is very

23  layman speak -- how it brings it into the BTCat

24  ecosystem.  Is that a download?  What is that?

25       A.    That is not a download --

Case 2:25-cv-00009-ASE-PPD Doc #6213-1 *SEALED 01/09/26 Page 24 of 51 PAGEID #: 1062

Page 88

1    Q.    Okay.

2    A.    -- all right.  They're living in

3  the interface until the library chooses to work

4  on it.  So --

5    Q.    Can I back up one second?

6    A.    Please.

7    Q.    So the trans -- I'll just call it,

8  "Transmission" -- transmission from the open

9  port to BTCat, what is that?

10    A.    That's the Z39.50 protocol.  We are

11  not indexing and saving that record

12  automatically.

13    Q.    So it's not a download, but it is

14  importing the data somehow?

15    A.    It's not importing the data.  It's

16  just seen in the user interface.  It's the same

17  in Integrated Library System.  It's the same in

18  Bookware.  On the LOC.gov website, you can find

19  a list of all the other companies doing Z39.

20  And some of them do allow apparently a multi

21  option Z39 where it's displayed, but it is not

22  saved or indexed into the database until the

23  library acts on it.

24    Q.    And is that how it works in BTCat,

25  it's displayed --

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 89

1    A.    Displayed.

2    Q.    -- and then the customer can do

3    whatever edits.  They can utilize the records,

4    whatever they need and then they download it?

5    A.    Correct.

6    Q.    And that download, is that copying?

7    I mean, is that a download of the information?

8    What is it?

9    A.    It's the library taking a record

10   they deem usable, modifying it, creating a new

11   instance of it and saving it locally.

12   Q.    Okay.  I'm just trying to wrap my

13   non-tech brain around that.  So it's displayed

14   but not in BTCat?

15   A.    The view is in BTCat.  The record

16   does not live natively in BTCat.  It's not a

17   part of the community.

18   Q.    When does it become part of the

19   community, if ever?

20   A.    If ever, the library has to click a

21   check box that says, I have the right to save

22   this new work into BTCat community.  I'm

23   paraphrasing.

24   Q.    So when the library says, Oh, I

25   like that one, then it isn't just displayed

Page 90

1   anymore; it's in the BTCat interface or the

2   editor and then the library can work on it and

3   then download it locally?

4        A.     Correct,

5

6

7

8

9

10       Q.     But they can download the record if

11  they want?

12       A.     Locally, yes.

13       Q.     Okay.  I'm going to hand you what

14  I'm marking as Exhibit 6.

15                  -   -   -   -   -

16            (Thereupon, Deposition Exhibit 6,

17            Document Produced Natively, Bates

18            Number BAKER00054431 With Attached

19            Baker & Taylor PowerPoint Slide

20            Deck, was marked for purposes of

21            identification.)

22                  -   -   -   -   -

23       A.     Are we done with that?

24       Q.     We are done.  You can put that to

25  the side.

Case 2:25-cv-00009-JPS-PPD Doc #: 61-3 *SEALED* Filed 01/09/26 Page 27 of 51 Page ID #: 1065

Page 102

1    Q.    So we've covered some of this, but,

2  you know, I really want to understand what

3  BTCat is and this is our chance to talk to the

4  expert about it so I've got questions.  What is

5  BTCat?  How would you describe it?

6    A.    BTCat is a modern user interface

7  that is both a cataloging utility and

8  cataloging database, as I've been fond of

9  referring to it recently.  Because one of our

10  clients said this, that we are a concierge

11  service and we just happen to have a database

12  attached to us with a modern editor.

13    Q.    So it sounds like there is a

14  product and a service component.

15    A.    I think most libraries value both,

16  but our service seems to stand out.

17    Q.    Okay.  And what is the utility?

18    A.    The software.

19    Q.    What is the software?

20    A.    The BTCat infrastructure.

21    Q.    So would that be the editing page

22  we saw on that video?

23    A.    Right.

24    Q.    And then the database, that's --

25    A.    The MARC records that live natively

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 107

1  basically the second page of the document, this
2  looks like an email that you wrote to Nancy.
3  If you go down to the third paragraph it says,
4      "Essentially, we have three different
5  models, or use cases, with BTCat and we build
6  pricing off of which direction you want to go
7  in."
8      And then you list,
9      "Full," "Utility Only," and, "Project."
10      Is that more or less what we just
11  discussed?
12      A.    Yes.
13      Q.    Okay.  And is there a particular
14  reason why you broke up, "Project," there?
15  It's just a separate service?
16      A.    Because that's what we'll do.  We
17  will only invoice the project and they will not
18  have access to the database.
19      Q.    So if you were doing projects in
20  connection with BTCat, it means the library
21  does not have access to the product.  Okay.
22      All right.  If you go to the next
23  paragraph, the first sentence says,
24      "In the 'utility' of BTCat: We turnoff
25  our corporate database -- we can sit BTCat atop

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 108

1    a number of Z targets but also your existing

2    OCLC subscription."  Did I read that right?

3          A.    Yes.

4          Q.    What do you mean by that?

5          A.    I mean, if the library gives us the

6    credentials, BTCat can search OCLC on their

7    behalf --

8          Q.    Okay.

9          A.,   -- in essence, they're saying they

10   want to work in our platform but use your

11   records.

12         Q.    And how does that workflow look?

13         A.    No different than anything else

14   we've seen.

15         Q.    Can you explain that a little more?

16         A.    So when we search BTCat, if it's

17   configured -- and by, "Configuration," I mean

18   the username, the password, the Z port, going

19   from, you know, point A to point B -- then the

20   records are then retrieved.

21         Q.    From OCLC?

22         A.    From whatever records are in OCLC.

23         Q.    And is that different than the Z39

24   protocol?

25         A.    No.  It is the Z39 protocol.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 109

1      Q.    But the Z39 protocol requires the

2 password and credentials?

3      A.    Correct.

4      Q.    Do you know why there are passwords

5 and credentials?

6      A.    I assume because OCLC does not want

7 everybody in their system.

8      Q.    Does BTCat also have credentials?

9      A.    We do.

10      Q.    Okay. And when you're discussing

11 this option with customers, does the customer

12 share with you that they have permission from

13 OCLC to do this?

14      A.    In what way?

15      Q.    I'm asking you.

16      A.    Can you rephrase it?

17      Q.    So when you're working with a

18 customer and they say, "I want to keep my OCLC

19 subscription, I want to configure it," as part

20 of that conversation, does any sort of

21 restriction on OCLC's services come up, or the

22 product?

23      A.    I would have no way of knowing what

24 an OCLC contract would allow or not allow.

25      Q.    That's not my question.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 119

1    figure out what's going to work best for them,

2    and you ask the limit in terms of arrangements.

3    Or is it kind of like light switches like you

4    have one or not?  Maybe that's a --

5              MR. HARTMAN:  Object, compound.

6         A.  ███████████████████████████████████

7    ████████████████████  --

8         Q.    Okay.

9         A.    -- so our onboarding time,

10   implementation time, our time to understand the

11   library's cataloging policy and goals is not

12   plug and play.

13        Q.    Okay.

14        A.    I'm trying not to take offense.

15        Q.    And it's my own ignorance.  And I

16   appreciate the clarification.  So what I'm

17   trying to figure out is, ████████████████ █

18   ██████████████████████

19        A.  █████████

20        Q.  ████████████████████████████

21   ██████████████

22        A.  ██████

23        Q.  ████████████████████████

24        A.  ████████████████████████

25   ████████████████.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 121

1   testimony.  So when I say, "You," I'm referring

2   to you and I'll be more diligent about that

3   going forward --

4           MR. HARTMAN:  Thank you.

5       Q.    -- and if I mean you and the

6   library or you and BTCat or you in your BTCat

7   role, I'll specify that.  Is that fair?

8       A.    Sure.

9           MR. HARTMAN:  Yeah.  If she says,

10  "You," she's talking about you, the person.

11          THE WITNESS:  Okay.

12          MR. HARTMAN:  If she says,

13  "Library," she's talking about a library.

14          MS. BROWN:    Yeah, and if it's

15  not clear to you, please let me know and I'll

16  make it clear.

17          THE WITNESS:  Okay.

18          MS. BROWN:    Apologies for that.

19          MR. HARTMAN:  Thank you.

20  BY MS. BROWN:

21      Q.    Do you recognize this document?

22      A.    Yes.

23      Q.    What is it?

24      A.    It's an email correspondence

25  between myself and Montgomery Floyd Regional

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 122

```
 1   Library System.
 2         Q.    And do you see in the top email --
 3         A.    Um-hum.
 4         Q.    -- "I could do a quick webinar on
 5   Friday -- 2 p.m. -- and discuss setting BTCat
 6   and running OCLC alongside it (if they give you
 7   credentials), we can set OCLC up as a Z
 8   target"?
 9         Is that the same situation as we
10   previously discussed?
11         A.    I believe that was Exhibit 9.  Yes.
12         Q.    Okay.  When you say, "Alongside,"
13   what do you mean by that?
14         A.    Just like the last example.
15         Q.    Okay.  So the searches are being
16   run in BTCat but it's being pointed at OCLC?
17         A.    As one of the sources, yes.
18         Q.    When a customer has shared OCLC
19   credentials, is Baker & Taylor ever accessing
20   WorldCat directly as opposed to the Z39
21   protocol?
22         A.    No.
23         Thank you for the clarification.
24         Q.    Do you know if BTCat has ever
25   accessed OCLC WorldCat directly?
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 123

```
 1        A.    Not to my knowledge.

 2        Q.    You can put that to the side.

 3        A.    (Witness complies.)

 4                    -   -   -   -   -

 5              (Thereupon, Deposition Exhibit 11,

 6              07/08/2024 Email Trail Between

 7              ███████ and Travis Kelley, cc:

 8              ████████████████, Bates

 9              Numbers BAKER00043820-00043823, was

10              marked for purposes of

11              identification.)

12                    -   -   -   -   -

13        Q.    I'm handing you what I've marked as

14    Exhibit 11.  Do you recognize this document?

15        A.    I'm just familiarizing myself, but,

16    yes, it looks familiar.

17        Q.    No problem.  I'm curious about one

18    part of your explanation on the page with the

19    Bates number that ends in 22.

20        A.    Yes.

21        Q.    If you go down to about the middle

22    of the page, you say, "Since you're maintaining

23    OCLC, I think it makes sense to set them up as

24    a Z target."  Did I read that correctly?

25        A.    Yes.
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 143

1    Q.    Okay.  Thank you.  If you go to the

2    top again of this email, what is, NACO/PCC?

3        A.    Think of those as little committees

4    that reside in the industry that dictate who

5    can belong and who can contribute.  We're not

6    currently apart of those programs.  And at the

7    time of the email we were not part of those

8    programs.

9        Q.    And to confirm, is that still the

10   case?

11       A.    To confirm, that is still the case.

12       Q.    Okay.  You can put that to the

13   side.  Thank you.

14       A.    (Witness complies.)

15       Q.    Earlier you testified that every

16   installation that BTCat does is unique.  Is

17   that right?

18       A.    Yes.

19       Q.    And why is that?

20       A.    Well, each library is unique; each

21   library serves a different community; each

22   library generally has a different cataloging

23   policy, and each library has different goals

24   and objectives, from what I have personally

25   experienced in 18 years.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 144

1 Q. Okay.  And how do you get to know a

2 library well enough to do a successful, unique

3 installation?

4 A. Fair.  A lot of questions, a lot of

5 curiosity, which I don't believe exists in the

6 market as a whole.  I'm a pretty curious guy

7 about a great number of things relating to the

8 library.  So I ask them why; and then why is

9 that important; and what does that do for you,

10 how can we make that better.  So we take a lot

11 of time to learn.

12 Q. So as part of that discussion, are

13 you talking about things that a library does

14 well?

15 A. More specific.

16 Q. I mean, just things that are

17 working and are not working for the library;

18 you're trying to problem solve?

19 A. Oh, yeah, sure.

20 Q. Okay.  And how many conversations

21 do you typically have with a library?

22 A. With one library?

23 Q. Yes, if you can give an estimate.

24 A. Honestly it can vary pretty highly

25 based on library.  Many libraries have been

CONFIDENTIAL ATTORNEYS EYES ONLY

1  curious about us for years and so I might chat

2  with them four or five times a year.  Other

3  libraries -- and this is more rare, but we

4  get 10 minutes into a demo and they'll stop us

5  and say, yes, this is for me.  And then we more

6  thoroughly go back and figure out why it's for

7  them and what they want it to do.

8       You know, sometimes you learn because of

9  your collective experience and other times, you

10  know, you just learn by asking, you know.  And

11  the more goal oriented the library is the more

12  successful they will be with a BTCat

13  implementation because we fully understand how

14  to support them.

15       Q.    So you know the libraries really

16  well by the time you're implementing?

17       A.    I wouldn't profess that I'm the

18  smartest person for that library as a whole,

19  you know, in knowing them inside and out, but

20  with my interactions I try really hard.  My

21  implementations team, they try really hard.

22  Our pro services department, they try really

23  hard, but there will always be gaps in

24  knowledge.

25       Q.    Fair.  Previously you testified

Case 2:25-cv-00009-ABJ-PP Doc #6 213-1 Filed 01/09/26 Page 28 Page: PAGEID #: 1076

Page 146

1    that you often don't know if someone is coming

2    from OCLC to BTCat.  It seems a little

3    inconsistent with this testimony if you're --

4         A.    At the tail-end of our process, it

5    is not part of our packaging to ensure that

6    they have, you know, kept their OCLC

7    subscription or not.  That, you know, only in

8    the scenarios where we know they're migrating

9    because the budget lines are that thin that

10   they cannot maintain both would I know that.

11        Q.    So that's not quite my question.  I

12   mean, you just testified that you spend a lot

13   of time with these libraries and it never comes

14   up what service they're using instead of BTCat

15   until you're looking at budgets?

16        A.    That can happen in the first

17   conversation.

18        Q.    So are you changing your testimony?

19             THE WITNESS:   Can you read back

20   two or three questions?

21        Q.    Actually, I get to do that.  So I

22   can rephrase.

23        A.    My apologies.

24        Q.    So I guess my question is really

25   simply:  Do you often know that a library is an

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 147

1    OCLC customer?

2          A.    I would say 80 percent of the time

3    I probably know.

4          Q.    And when you're having these

5    conversations with libraries you're probably

6    talking about the things that they don't like

7    with their existing service, right?

8          A.    Not always.

9          Q.    Then why are they switching and

10   talking to you about switching?

11         A.    Because they're telling us what

12   they want changed.

13         Q.    And they've never said, The current

14   system I have, it has these shortcomings, I

15   don't like it?

16         A.    I definitely would -- yeah, some

17   have said that their incumbent provider whether

18   it's your client or Sky River or Bookware or

19   its MARC or Z targets, because they can't

20   afford anything else and they've been priced

21   out of the market, will often say, this is my

22   current pinpoint.

23         Q.    And previously you testified that

24   customer restrictions from OCLC's contract

25   never come up.  You're telling me that in 80

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 148

1   percent of customer relationships that you have
2   you don't know what their current contractual
3   limitations are, that never comes up?
4           MR. HARTMAN:   Objection.
5           MS. BROWN:    What's the basis for
6   the objection?
7           MR. HARTMAN:  That's asking what
8   his knowledge is of contractual restrictions.
9           MS. BROWN:     I asked what he
10  knew.
11      A.    I've never seen an OCLC contract.
12      Q.    I'm not asking if you've seen one.
13  I'm asking if you're aware of the restrictions.
14      A.    No, I'm not aware of them.
15      Q.    It's never come up in any of these
16  conversations?
17      A.    No.
18      Q.    And in 18 years it's never come up
19  that OCLC has certain restrictions that make
20  libraries frustrated?
21          MR. HARTMAN:   Objection.
22      A.    That's a different question.
23      Q.    How is it different?
24      A.    Knowing what the library market is
25  responding to is different than knowing if I

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 171

1    Q.    Okay. Fair enough. How do you

2 tell what entity -- so you testified that ████

3 ███████  ███████████████████████. How

4 do you know -- I mean, what does that data

5 convey?

6    A.    ████████ ████████████████████

7 ██████████.  ████████████ ██ ████

8 ████████████████ ██ █████████████████ █

9 ███████████████████████████████ ███

10 ██████████████ ████████████████ █

11 ██████ ████████████████████████ ████

12    Q.    So sometimes that information is

13 stripped?

14    A.    In the life of a MARC record, yes.

15 The MARC record -- I can't recall if we used

16 this analogy or not. I apologize if this is

17 too flowery for you. You've got big bodies of

18 water around us. Right. You've got a lake.

19 The lake could be fed by a river. The river

20 could be fed by a stream. The stream is

21 probably -- I don't know where here, but is

22 coming off of a higher elevation. So when it

23 precipitates it goes down --

24    Q.    From here it would be the lake.

25    A.    Okay.

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 172

1    -- so I guess what I'm saying is MARC

2  data is very similar to the movement of water

3  in that it's starting off very small at the

4  publisher and it makes its way all over the

5  place.  It makes its way from publisher to

6  jobber to the Library of Congress to BDS in

7  Europe to you name it, to libraries.  And that

8  data can constantly flow.  It can go back and

9  forth.  It can ebb.  So what I'm saying is,

10  it's very difficult to know who did what where

11  and when because many of those edits might be

12  un-attributed.

13      Q.    But if there is an entity in

14  the 035, they worked on the record?

15      A.    They've done something to the

16  record.  I don't believe it pertains back to

17  what value they added to the record.  I don't

18  believe that there is -- to my best of

19  knowledge, if an 035 is populated, it does not

20  say, This entity worked on tables of

21  contents --

22      Q.    Understood.

23      A.    -- I could be wrong.

24      Q.    Okay. ████████████████████████

25  ████████████████████████████████████████████

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 173

```
1    ████████████████████████████████
2         A.    I think that's a possibility. ██
3    ████████████████████████████████
4    ████████████████████████████████
5    ████████████████████████████████
6    ████████████████████████████████
7    ████████████████████████████████
8    ████████████████████████████████
9    ████████████████████████████████
10        Q.    ██████████████████████
11   ████████████████████████████████
12   ████████████████████████████████
13   ████████████████████████████████
14        A.    ██████████████████████
15   ████████████████████████████████
16   ████████████████████████████████
17   ████████████████████████████████
18        Q.    Sure.  Okay.
19                  -   -   -   -   -
20              (Thereupon, Deposition Exhibit 20,
21              02/12-14/2025 Email Trail Between
22              Response Report, BT Cat Onboarding,
23              Jason Palmer, Travis Kelley and
24              Misha Journet, cc: Christina
25              Bahnsen, Bates Numbers
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 192

```
1    that's the right proposal for that customer?
2         A.   If it's the right proposal for us
3    and the customer.  We're looking for a win,
4    win, win.
5         Q.   Okay.  And when you say, "Win," why
6    is it a win?
7         A.   Why is it a win to provide
8    libraries with a better service?
9         Q.   Well, I guess what makes the
10   bundling a win, win?  Like in your mind what
11   makes it a win, win?  That's what I'm trying to
12   understand.
13        A.   Okay.  In my heart of hearts, I
14   want library patrons to be happy.  I want them
15   to use the library more.  We know that
16   libraries, when given a dollar, they create $7
17   of economic impact.  I really believe in that
18   type of a statistic.
19        Q.   So is cost really important to
20   libraries?
21        A.   I think cost is really important to
22   libraries.
23        Q.   Is it the most important factor?
24        A.   I think different libraries would
25   say service is the most important thing to
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 193

1   them.

2         Q.    But the cost is high up there?

3         A.    I would say cost is high.  Service

4   is high.  Efficiencies are high.  So when I

5   say, "Win, win, win," I want the community to

6   be delighted with the end goal --

7         Q.    Right.

8         A.    -- I want the library to be happy

9   with how they budget, not just today but in the

10  three years or five years or seven years.  And

11  I want us to be happy with it as well, too.

12        Q.    Understood.  In your experience,

13  all else being equal, if a product is cheaper

14  is a library more likely to go that route?

15        A.    No.

16        Q.    Why not?

17        A.    Sometimes they have workflows that

18  can't be broken.  Sometimes they belong to

19  resource sharing and that's a higher value

20  point for them than the cataloging record or

21  wherever they get the cataloging record, if

22  we're specifically speaking about cataloging

23  record.

24        Q.    If those kinds of obstacles aren't

25  present, cost, would that be a major factor?

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 219

1     A.     Right.  They're operating on these
2   very old legacy systems and the developers who
3   maintain those are retiring or they're going
4   into a consultancy mode and they're
5   charging ███ an hour --
6     Q.     Right.
7     A.     -- which to me sounds a lot of
8   money --
9     Q.     It is a lot of money.
10    A.     -- so the better we can future
11  proof ourselves against older technical debt
12  and be modernized the healthier we will be as a
13  vendor.
14    Q.     Understood. ████████████████
15  ████████████████████████████████
16  ████████████████████████████████
17  ████████████████████████████████
18  ████████████████████████████████
19  ████████████████████████████████
20  ████████████████████████████████
21    A.     ████████████████████████
22  ████████████████████████████████
23  ████████████████████████████████
24  ████████████████████████████████
25  ████████████████████████████████

Case 2:23-cv-00099-EASEPPDDDoc #6:213 *SEALED* 01/09/26 Page 47 Page PAGEID #:4846
#: 1085

Page 240

1          A.     Yes.

2          Q.     Okay.  I understand.  So fair to

3    say it's pretty hard to avoid WorldCat in your

4    line of work?

5          A.     Hard to avoid WorldCat?  No.

6          Q.     That's a bad question.

7          A.     No.  There's a lot of Sky River

8    libraries.  There's a lot of its MARC

9    libraries.  There are a lot of Bookware

10   libraries.  There are a lot of Blue Cloud

11   libraries.  I think most of our combined sales

12   of the others outweigh what has come over from

13   OCLC.

14         Q.     Okay.  In your role, do you conduct

15   research on competitor's products?

16         A.     I don't, no.

17         Q.     Do you take any effort to educate

18   yourself on the offerings of competitors so

19   then you can sell BTCat more effectively?

20         A.     I don't think that's really my

21   role.  I try to pay attention to all aspects in

22   the industry.  So if Marshall Breeding

23   publishes something, I generally read it.  My

24   time is not limitless, unfortunately.  So I am

25   confined to what's most pressing and what is

Page 323

```
1    So I think that means we're done.
2              MS. BROWN:  Let's go off the record
3    for a few minutes.
4              (Recess taken.)
5              MS. BROWN:  We don't have anything
6    further.  We're done.
7              (Thereupon, the deposition
8              was adjourned at 4:57 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 324

```
1    Whereupon, counsel was requested to give

2    instruction regarding the witness's review of

3    the transcript pursuant to the Civil Rules.

4

5               SIGNATURE:

6    Transcript review was requested pursuant to the

7    applicable Rules of Civil Procedure.

8

9               TRANSCRIPT DELIVERY:

10   Counsel was requested to give instruction

11   regarding delivery date of transcript.

12   Kathryn Brown ordered ROUGH draft and the

13   original transcript regular delivery.

14   Copy--Derek Hartman, ROUGH draft and copy of

15   transcript regular delivery

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 325

 1           REPORTER'S CERTIFICATE
 2   The State of Ohio,    )
 3                              SS:
 4   County of Cuyahoga.   )
 5
 6           I, Tracy Morse, a Notary Public
 7   within and for the State of Ohio, duly
 8   commissioned and qualified, do hereby certify
 9   that the within named witness, TRAVIS KELLEY,
10   was by me first duly sworn to testify the
11   truth, the whole truth and nothing but the
12   truth in the cause aforesaid; that the
13   testimony then given by the above-referenced
14   witness was by me reduced to stenotypy in the
15   presence of said witness; afterwards
16   transcribed, and that the foregoing is a true
17   and correct transcription of the testimony so
18   given by the above-referenced witness.
19           I do further certify that this
20   deposition was taken at the time and place in
21   the foregoing caption specified and was
22   completed without adjournment.
23
24
25

CONFIDENTIAL ATTORNEYS EYES ONLY

Page 326

1    I do further certify that I am not

2  a relative, counsel or attorney for either

3  party, or otherwise interested in the event of

4  this action.

5    IN WITNESS WHEREOF, I have hereunto

6  set my hand and affixed my seal of office at

7  Cleveland, Ohio, on this 22nd day of August, 2025.

8

9

10

11

12

13

14    Tracy Morse, Notary Public

15    within and for the State of Ohio

16

17  My commission expires 1/26/2028.

18

19

20

21

22

23

24

25