# EXHIBIT F

*OCLC, Inc. v. Baker & Taylor, LLC*, No. 2:25-cv-309



| Library Name | Date Signed | Section 4.5? | Version | Choice of Law? | Signatory? |
|---|---|---|---|---|---|



Case 2:25-cv-00009-EAS-EPD Doc #: 61-1 *SEALED* Filed: 01/09/26 Page: 4 of 11 PAGEID #: 1147



| Library Name | Date Signed | Section 4.5? | Version | Choice of Law? | Signatory |
|---|---|---|---|---|---|







| Library Name | Date Signed | Section 4.5? | Version | Choice of Law? | Signatory |
|---|---|---|---|---|---|
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |







| Library Name | Date Signed | Section 4.5? | Version | Choice of Law? | Signatory |
|---|---|---|---|---|---|

