# EXHIBIT G

*OCLC, Inc. v. Baker & Taylor, LLC*, No. 2:25-cv-309