# EXHIBIT H

***OCLC, Inc. v. Baker & Taylor, LLC*, No. 2:25-cv-309**

Message

**From:** Brad Murchison [Brad.Murchison@baker-taylor.com]
**Sent:** 7/30/2021 8:55:18 PM
**To:** Nilges,Chip [nilgesc@oclc.org]; Elsmore,Brianna [elsmoreb@oclc.org]; Legal [legal@oclc.org]
**Subject:** [External] RE: OCLC/B&T Agreements
**Attachments:** Letter to OCLC 073021.pdf; OCLC Authorization.jpg; OCLC Extracted Records.csv

Chip and Brianna:

Please see the attached letter, report and certification. Thank you.

**From:** Nilges,Chip <nilgesc@oclc.org>
**Sent:** Tuesday, July 27, 2021 9:20 AM
**To:** Brad Murchison <Brad.Murchison@baker-taylor.com>
**Cc:** Elsmore,Brianna <elsmoreb@oclc.org>
**Subject:** RE: OCLC/B&T Agreements

Hi, Brad. I've reviewed this with Brianna Elsmore, the attorney working with me on this (copied).

Thanks for laying everything out so clearly. We appreciate your update on the reports, we take your point about dates, we will certainly comply with the take-down provision in the contract for the content, and we are looking into the timing of the payment.

All the best,

Chip

Chip Nilges

**OCLC** · Vice President, Business Development

6565 Kilgour Place, Dublin, Ohio USA 43017

T +1-614-764-6338 **M** +1-614-256-0907

*Learn more about partnering with OCLC at* oc.lc/partner

OCLC

OCLC.org · Facebook · Twitter · YouTube

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
*E-mails from this address normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

ALL-STATE LEGAL® EXHIBIT H

**From:** Brad Murchison <Brad.Murchison@baker-taylor.com>
**Sent:** Monday, July 26, 2021 7:18 PM

**To:** Nilges,Chip <nilgesc@oclc.org>; Legal <legal@oclc.org>
**Subject:** [External] RE: OCLC/B&T Agreements

Chip Nilges and Legal:
Hope all is well. Please see the attached letter. Thank you.

**From:** Nilges,Chip <nilgesc@oclc.org>
**Sent:** Monday, July 19, 2021 2:26 PM
**To:** Brad Murchison <Brad.Murchison@baker-taylor.com>
**Subject:** OCLC/B&T Agreements

Hi, Brad. I hope all is well. Please see the attached letter regarding our agreements.

Best,

Chip

Chip Nilges
**OCLC** · Vice President, Business Development
6565 Kilgour Place, Dublin, Ohio USA 43017
T +1-614-764-6338 **M** +1-614-256-0907
*Learn more about partnering with OCLC at* oc.lc/partner

OCLC.org · Facebook · Twitter · YouTube

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
*E-mails from this address normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

BAKER & TAYLOR
*the future delivered*

2810 Coliseum Centre Drive, Suite 300
Charlotte, North Carolina 28217

*Via email to legal@oclc.org and nilesc@oclc.org*

July 30, 2021

OCLC, Inc.
6565 Kilgour Place
Dublin, OH 43017-3395
Attention: William Nilges and OCLC Legal Department

Re: WorldCat Data and Licensing Agreement, effective as of January 1, 2019, as amended by Amendment No. 1 to WorldCat Data and Licensing Agreement, effective as of January 1, 2019;

OCLC:

Regarding OCLC's request for a written report identifying all WorldCat Records Extracted by B&T pursuant to the WorldCat Data and Licensing Agreement from January 1, 2019 to the "present date" (presumably meaning the date of OCLC's July 9, 2021 letter), with a certification of such report by an authorized representative of Baker & Taylor, please see the attached report and certification.

Thank you for your attention to this matter.

Very truly yours,

Brad

Bradley D. Murchison
Baker & Taylor, LLC General Counsel

CONFIDENTIAL

BAKER & TAYLOR
*the future delivered*

2810 Coliseum Centre Drive, Suite 300
Charlotte, North Carolina 28217

July 28, 2021

OCLC, Inc.
6565 Kilgour Place
Dublin, OH 43017-3395
Attention: William Nilges and OCLC Legal Department

Re: WorldCat Data and Licensing Agreement, effective as of January 1, 2019, as amended by Amendment No. 1 to WorldCat Data and Licensing Agreement, effective as of January 1, 2019 (the "Agreement").

OCLC:

The undersigned duly authorized representative of Baker & Taylor, LLC hereby certifies that the attached report dated July 28, 2021, accurately identifies all WorldCat Records Extracted by Baker & Taylor between January 1, 2019 and July 12, 2021, pursuant to the above-referenced Agreement.

Very truly yours,
**BAKER & TAYLOR, LLC**

By: [signature]
Name: Scott Schuster
Title: VP, LIBRARY PROGRAMS

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]