# EXHIBIT J

*OCLC, Inc. v. Baker & Taylor, LLC*, No. 2:25-cv-309

# SCHEDULE 2
## WorldShare® Metadata/OCLC Cataloging

### Section 1 Description

OCLC's cataloging and metadata services give Institution the tools needed to effectively manage the metadata for Institution's collection.

### Section 2 Definitions

2.1 "Guidelines" means the "Guidelines for Contributions to WorldCat" as modified from time to time. A current copy of the Guidelines is available at: http://www.oclc.org/worldcat/community/guidelines.en.html

2.2 "Policy" means the "WorldCat Rights and Responsibilities for the OCLC Cooperative" as modified from time to time as a result of the policy review process described therein. A current copy of the Policy is available at: http://www.oclc.org/en/worldcat/cooperative-quality/policy.html.

2.3 "Principles" means the WorldCat Principles of Cooperation as modified from time to time. A current copy of the Principles is available at: http://www.oclc.org/worldcat/community/principles.en.html

2.4 "WorldCat® Data" is defined as set forth in the Policy.

2.5 All capitalized terms not defined herein shall have the same meaning ascribed to them in the Master Services Agreement.

### SECTION 3 Responsibilities of Institution

3.1 **Institution** shall create bibliographic records and related data for entering information into WorldCat consistent with the Guidelines maintained by OCLC and its advisory groups.

3.2 Institution using the Systems for cataloging agrees to abide by the Principles and the Guidelines.

3.3 Institution agrees that the use and transfer by the Institution of WorldCat Data is subject to the Policy.

3.4 If, during the term hereof, an Institution informs OCLC that bibliographic records it furnishes to OCLC for addition to WorldCat will be subject to usage or transfer restrictions beyond or in addition to those applicable under this Schedule, and if OCLC nevertheless elects to accept such records for addition to WorldCat, OCLC will so notify Institution, after which Institution's rights to access, use and transfer such records will be subject to said usage and transfer restrictions.



EXHIBIT O

## SCHEDULE 11
## WORLDCAT.ORG

| | |
|---|---|
| **Section 1.** **Description** | **Article 1.** **Description** |
| WorldCat.org makes your library's resources more visible to more people on the internet. As the world's largest library catalogue, it helps users find items in libraries close to them. | WorldCat.org rend les ressources de votre bibliothèque plus visibles auprès d'un plus grand nombre de personnes sur Internet. En tant que plus grand catalogue de bibliothèques au monde, il aide les utilisateurs à trouver ce qu'ils recherchent dans les bibliothèques situées près de chez eux. |
| **Section 2.** **Definitions** | **Article 2.** **Définitions** |
| 2.1 "**Data**" means the total of holdings data, bibliographic records and other information that are part of Participant's catalogue, including Updates thereto.<br>2.2 "**Updates**" means original record additions, deletions and other changes to Data and the setting or deletion of holding symbols. Updates to Data shall be data files containing only the Updates to Data since the previous load of Data into WorldCat ®.<br>2.3 All capitalized terms not defined herein shall have the same meaning ascribed to them in the Framework Agreement. | 2.1 « **Données** » désigne le total des données documentaires, des notices bibliographiques et autres informations qui font partie du catalogue du Participant, y compris les Mises à jour qui y sont apportées.<br>2.2 « **Mises à jour** » désigne les ajouts et suppressions de notices originales et autres modifications apportées aux Données, ainsi que la mise en place ou la suppression de symboles de collection. Les Mises à jour des Données seront des fichiers de données contenant uniquement les Mises à jour des Données depuis le chargement précédent des Données dans WorldCat®.<br>2.3 Tous les termes commençant par une majuscule qui ne sont pas définis dans les présentes possèdent une signification identique à celle qui leur est attribuée dans l'Accord-cadre. |
| **Section 3.** **OCLC Obligations** | **Article 3.** **Obligations d'OCLC** |
| 3.1 OCLC will load the Data and Updates to Data into WorldCat, add Institution's holdings symbols to WorldCat and expose the bibliographic records and holdings symbols in WorldCat.org. Any copyright notices that are present in the Data will be retained. | 3.1 OCLC chargera les Données et les Mises à jour des Données dans WorldCat, ajoutera les symboles des collections de l'Etablissement à WorldCat et exposera les notices bibliographiques et les symboles des collections dans WorldCat.org. Tous les avis de droits d'auteur figurant dans les Données seront conservés. |
| **Section 4.** **Institution Obligations** | **Article 4.** **Obligations de l'Etablissement** |
| 4.1 Institution will send updates of its Data to OCLC at a mutually agreed frequency, normally monthly via an appropriate network methodology (FTP) in MARC 21 format for loading into WorldCat.<br>4.2 Institution will provide details like address, url, contacts, in OCLC's supported format, suitable for adding to the WorldCat Registry as of the Effective Date. Institution agrees to review and update the Registry data as necessary at least 60 days prior to the end of the initial subscription term and each renewal subscription term. Institution authorizes OCLC to use and authorize the use by others of such Registry data. | 4.1 L'Etablissement enverra les mises à jour de ses Données à OCLC selon une fréquence convenue d'un commun accord, normalement chaque mois, via une méthodologie de réseau appropriée (FTP) au format MARC 21 pour chargement dans WorldCat.<br>4.2 L'Etablissement fournira des détails tels que l'adresse, l'url et les contacts, dans le format pris en charge par OCLC, susceptibles d'être ajoutés au Registre de WorldCat à compter de la Date d'entrée en vigueur. L'Etablissement accepte de revoir et de mettre à jour les données du Registre si nécessaire au moins 60 jours avant la fin de la période d'abonnement initiale et de chaque période d'abonnement de renouvellement. L'Etablissement autorise OCLC à utiliser ces données du Registre et à en autoriser l'utilisation par des tiers. |