# EXHIBIT K

*OCLC, Inc. v. Baker & Taylor, LLC*, No. 2:25-cv-309

| Date: | Mon, 7 Jun 2021 7:10:36 PM (UTC) |
|---|---|
| Sent: | Mon, 7 Jun 2021 7:10:35 PM (UTC) |
| Subject: | FW: OCLC agreement |
| From: | James Smith <James.Smith@baker-taylor.com> |
| To: | Scott Crawford <Scott.Crawford@baker-taylor.com>; Dan Johnson <Dan.Johnson@baker-taylor.com>; Whitney Bretzman <whitney.bretzman@baker-taylor.com>; |
| Attachments: | image002_emz was removed from this message.msg |

Interesting info from ▮▮▮▮▮▮▮▮▮ about their OCLC agreement.

Jim

**From** ▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, May 21, 2021 2:26 PM
**To:** James Smith <James.Smith@baker-taylor.com>
**Subject:** OCLC agreement

Hey Jim –

I am finally done with meetings and I still had the OCLC contract open, so I had a moment to review. There was nothing about sharing records from OCLC with third parties in the contract per se. However, the contract refers to abiding by these three documents:

    A.    Guidelines for Contributions to WorldCat http://www.oclc.org/worldcat/community/guidelines.en.html
    B.    WorldCat Rights and Responsibilities for the OCLC Cooperative http://www.oclc.org/en/worldcat/cooperative-quality/policy.html.
    C.    WorldCat Principles of Cooperation http://www.oclc.org/worldcat/community/principles.en.html

In document B, you will find this test, in which I have highlighted terms that might be in conflict with the idea of using CHQ member data for BTCAT. Before you explore it further, remember how you feel about how OverDrive started setting terms with publishers on behalf of libraries for ARPA funds. There may be a similar concern with Libraries for this. You might want to look into it further… (c is probably ok since it isn't direct from Worldcat. The data comes ILS exports – except for libraries using WMS perhaps).

CONFIDENTIAL

BAKER00032426



CONFIDENTIAL

BAKER00032427