# EXHIBIT L

*OCLC, Inc. v. Baker & Taylor, LLC, No. 2:25-cv-309*

# BTCat battle card

**OCLC confidential**
Not for external distribution

## Overview

- A WorldCat/Cat sub competitor
- Owned by B&T



Sources of recent bibliographic records in WorldCat (as of November 2020)

OCLC and member libraries
**60.50%**

National libraries
**23.69%**

Vendors/publishers
**13.37%**

Library of Congress
**2.44%**

Items published since 2010, as of November 2020

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OCLC_00001544

BTcat battle card

OCLC confidential
Not for external distribution

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OCLC_0000545