# EXHIBIT M

***OCLC, Inc. v. Baker & Taylor, LLC*, No. 2:25-cv-309**

## COMPETE CARD

# BTCat

### COMPETITOR TO

- OCLC Cataloging and Metadata Subscription, WorldCat

### OVERVIEW

- Owned by Baker & Taylor (owned by a private investment group)

### WHAT BTCAT SAYS

### WHAT THEIR CUSTOMERS SAY

Confidential. Not for distribution

OCLC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OCLC_00001548

Confidential. Not for distribution



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OCLC_00001549