# EXHIBIT O

*OCLC, Inc. v. Baker & Taylor, LLC*, No. 2:25-cv-309





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OCLC_00000839

Case 2:25-cv-00009-EASE-PPDD Doc ##621 1151*SEALED 01/09/26 Page 4 of 5 PageID #: 1506

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    OCLC_00000840

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OCLC_00000841