IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| OCLC, INC., | ) Case No. 2:25-cv-00309 |
|---|---|
| Plaintiff, | ) Judge: Edmund A. Sargus |
| v. | ) Magistrate: Elizabeth Preston Deavers |
| Baker & Taylor, LLC, *et al.*, | ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW APPEARANCE OF ATTORNEY FRANK E. NOYES, II

This cause was submitted to the Court upon the Motion by Defendants Baker & Taylor, LLC and Bridgeall Libraries Ltd. for leave to withdraw the appearance of Attorney Frank E. Noyes, II as Defendants' counsel in this action.

After reviewing the Motion, the Court finds it to be well-taken and therefore, **IT IS HEREBY ADJUDGED AND ORDERED** that attorney Frank E. Noyes, II is terminated as counsel for Defendants Baker & Taylor, LLC and Bridgeall Libraries Ltd. in the above-captioned matter, effective immediately.

**IT IS SO ORDERED**

Dated: _____ 2026

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

_____
ELIZABETH PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE

4912-0730-8679, v. 1so