**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **OCLC, INC.,** | § | **Case No. 2:25-cv-00309** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Judge Edmund Sargus, Jr.** |
| | § | |
| | § | |
| **Baker & Taylor, LLC;** | § | **Magistrate Judge Elizabeth Preston** |
| **Bridgeall Libraries, Ltd.,** | § | **Deavers** |
| | § | |
| **Defendants.** | § | |

**SUGGESTION OF BANKRUPTCY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Baker & Taylor, LLC ("Defendant") and would show that it has filed a Petition for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the District of New Jersey, Trenton Division, which has been assigned case number 26-12863-CMG (the "Bankruptcy Case") and relief was ordered in the Bankruptcy Case on March 16, 2026.  Defendant suggests that this action has been stayed as to it by the operation of the automatic stay under section 362 of title 11 of the United State Code (the "Bankruptcy Code").

The undersigned certifies that a copy hereof has been furnished to Plaintiff, OCLC, Inc., by and through its attorney of record, Jeffrey Walker, Esq. Squire Patton Boggs (US) LLP, 2000 Huntington Center, 41 South High Street, Columbus, OH 43215 by first class **United States mail and by the Court's electronic notification system on this the 17th day of March 2026.**

Dated: March 17, 2026

Respectfully submitted,

**OFFIT KURMAN PA**
*Attorneys for Defendants Baker & Taylor LLC and Bridgeall Libraries Ltd.*

/s/ Mark Weissman

Mark A. Weissman (*pro hac vice*)
590 Madison Avenue
6th Floor
New York, New York 10022
Tel: (212) 545-1900
Email: mark.weissman@offitkurman.com

Christopher Cathey (0071231)
100 Southeast Third Avenue
10th Floor
Ft. Lauderdale, FL 33394
Tel: (954) 353-4180
Email: chris.cathey@offitkurman.com

*Attorneys for Defendants Baker & Taylor, LLC and Bridgeall Libraries, Ltd.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on March 17, 2026, with the Clerk of Court using the CM/ECF system. Service will be made through the Court's CM/ECF system on all parties and attorneys so registered, and all parties may access this filing through the Court's system.

/s/ Mark Weissman

*One of the Attorneys for Defendants Baker & Taylor, LLC and Bridgeall Libraries, Ltd.*

4917-6917-9544, v. 1