**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**OCLC, INC.,**

      **Plaintiff,**

      **v.**                              **Case Number 2:25-cv-309**
                                       **JUDGE EDMUND A. SARGUS, JR.**
**BAKER & TAYLOR, LLC,** *et al.*,          **Magistrate Judge S. Courter M. Shimeall**

      **Defendants.**

## ORDER

This matter is before the Court on Defendant Baker & Taylor, LLC's Suggestion of Bankruptcy. (ECF No. 116.) Defendant notifies the Court that it has filed a Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court for the District of New Jersey (Case No. 26-12863-CMG) and suggests that this case be stayed as to Baker & Taylor under 11 U.S.C. § 362. (*Id.*)

Accordingly, this action is **STAYED** with respect to Defendant Baker & Taylor pursuant to 11 U.S.C. § 362(a). This case will proceed against the other Defendant, Bridgeall Libraries, Ltd. Baker & Taylor is **INSTRUCTED** to notify this Court of the status of the bankruptcy proceedings in 90 days or upon the conclusion of the bankruptcy proceedings, whichever occurs first. This case remains open.

      **IT IS SO ORDERED.**

**3/19/2026**                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                         **EDMUND A. SARGUS, JR.**
                                             **UNITED STATES DISTRICT JUDGE**