**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| OCLC, INC. | ) | CASE NO. 2:25-CV-309 |
| | ) | |
| PLAINTIFF, | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE S. COURTER MORRIS |
| | ) | SHIMEALL |
| BAKER & TAYLOR, LLC, ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

---

**JOINT MOTION TO STAY CASE AS TO DEFENDANT BRIDGEALL LIBRARIES
LTD.**

---

Plaintiff OCLC, Inc. and Defendants Baker & Taylor, LLC (B&T) and Bridgeall Libraries Ltd. ("Bridgeall" collectively, the Parties) jointly move the Court to stay all case deadlines as to Bridgeall.  The Court recently stayed all case deadlines as to B&T, in response to B&T's suggestion of bankruptcy, ECF No. 116.  Order, ECF No. 118.

The Parties are currently exploring a potential global settlement of this matter.  Staying this litigation as to all parties will allow the Parties to focus their efforts on settlement discussions, and help preserve the Court and Parties' time and resources.  Accordingly, the Parties request that the Court stay this matter as to Bridgeall.  The parties propose that they file a joint report within sixty days updating the Court on the status of settlement negotiations.  If the parties reach an impasse as to settlement before that time, they will file a proposed case schedule with the Court.

Respectfully submitted,

<div style="display:flex; justify-content:space-between;">
<div>

*/s/ Jeffrey M. Walker*
Jeffrey M. Walker (0096567), Trial Attorney
Traci L. Martinez (0083989)
Kathryn M. Brown (0100426)
Brittany Silverman (0102263)
Erin K. Hassett (0099970)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
jeffrey.walker@squirepb.com
traci.martinez@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com
erin.hassett@squirepb.com

*Attorneys for Plaintiff OCLC, Inc.*

</div>
<div>

*/s/Mark A. Weissman (per email authorization)*
Mark A. Weissman (*pro hac vice*)
OFFIT KURMAN PA
590 Madison Avenue
6th Floor
New York, New York 10022
Tel: (212) 545-1900
mark.weissman@offitkurman.com

Christopher Cathey (0071231), Trial Attorney
OFFIT KURMAN PA
100 Southeast Third Avenue
10th Floor
Ft. Lauderdale, FL 33394
Tel: (954) 353-4180
chris.cathey@offitkurman.com

*Attorneys for Defendants Baker & Taylor, LLC & Bridgeall Libraries Ltd.*

</div>
</div>

**CERTIFICATE OF SERVICE**

On May 1, 2026, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

> /s/ Jeffrey M. Walker
> One of the Attorneys for Plaintiff OCLC, Inc.

4909-4319-4791, v. 1

3