## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**OCLC, INC.,**

      **Plaintiff,**

      **v.**
                                     **Case Number 2:25-cv-309**
                                        **Judge Edmund A. Sargus, Jr.**
                                        **Magistrate Judge S. Courter M. Shimeall**

**BAKER & TAYLOR, LLC,** *et al.*,

      **Defendants.**

### ORDER

This matter is before the Court on Plaintiff OCLC, Inc., Defendant Baker & Taylor, LLC, and Defendant Bridgeall Libraries Ltd.'s Joint Motion to Stay Case as to Defendant Bridgeall Libraries Ltd. (ECF No. 119.) The Parties state that they are exploring a potential global settlement in this matter and request to stay the case against Bridgeall Libraries. (*Id.*) The case was previously stayed against Baker & Taylor in response to Baker & Taylor's suggestion of bankruptcy. (ECF Nos. 116, 118.)

The Parties' Joint Motion to Stay Case as to Defendant Bridgeall Libraries Ltd. (ECF No. 119) is **GRANTED** and this action is **STAYED** with respect to Defendant Bridgeall Libraries, Ltd. The Parties are **ORDERED** to file a joint status update **within 60 days** of the date of this Order. If the Parties reach an impasse as to settlement before that time, they are **ORDERED** to file a proposed case schedule on the docket. Baker & Taylor's obligation to notify the Court of the status of its bankruptcy proceedings remains in effect. (*See* ECF No. 118.)

      **IT IS SO ORDERED.**

 5/10/2026                                             s/Edmund A. Sargus, Jr.
**DATE**                                               **EDMUND A. SARGUS, JR.**
                                              **UNITED STATES DISTRICT JUDGE**