**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| OCLC, INC. | ) | CASE NO. 2:25-CV-309 |
| | ) | |
| PLAINTIFF, | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE S. COURTER SHIMEALL |
| | ) | |
| BAKER & TAYLOR, LLC, ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

---

**NOTICE REGARDING BANKRUPTCY STATUS**

---

Pursuant to the Court's March 19, 2026 Order (Dkt. 118), Defendant Baker & Taylor, LLC submits this notice regarding the status of the bankruptcy proceedings of Baker & Taylor LLC in the United States Bankruptcy Court for the District of New Jersey, Case No. 26-12863-CMG.

Baker & Taylor, LLC hereby notifies the Court that the referenced bankruptcy proceeding remains pending.

Dated:  June 17, 2026

Respectfully submitted,

*/s/ Mark A. Weissman*

Mark A. Weissman (*pro hac vice*)
Offit Kurman PA
590 Madison Avenue
6th Floor
New York, New York 10022
Tel: (212) 545-1900
mark.weissman@offitkurman.com

Christopher Cathey (0071231), Trial Attorney
Offit Kurman PA
100 Southeast Third Avenue
10th Floor
Ft. Lauderdale, FL 33394
Tel: (954) 353-4180
chris.cathey@offitkurman.com


*Attorneys for Defendant Baker & Taylor, LLC.*

**CERTIFICATE OF SERVICE**

On June 17, 2026, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Mark A. Weissman
One of the Attorneys for Defendant Baker & Taylor LLC

4908-2917-8293, v. 1

3