# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

OCLC, INC.,

      **Plaintiff,**

      **v.**

BAKER & TAYLOR, LLC, *et al.*,

      **Defendants.**

      **Case Number 2:25-cv-309**
      **Judge Edmund A. Sargus, Jr.**
      **Magistrate Judge S. Courter M. Shimeall**

## ORDER

This matter is before the Court on Defendant Baker & Taylor, LLC's Notice Regarding Bankruptcy Status filed on June 17, 2026. (ECF No. 121.) Baker & Taylor notifies the Court that its bankruptcy proceeding in the United States Bankruptcy Court for the District of New Jersey remains pending. (*Id.*) Accordingly, Baker & Taylor is **DIRECTED** to notify the Court of the status of the bankruptcy proceeding in 90 days, or upon the conclusion of the bankruptcy proceeding, whichever occurs first, unless the instant case is terminated before either occurrence. (*See* ECF No. 120.) The Parties' obligation to file a joint status update regarding settlement remains in effect. (*See id.*) This case remains stayed as to all Defendants. (*See id.*)

      **IT IS SO ORDERED.**

<u>6/25/2026</u>
**DATE**

<u>s/Edmund A. Sargus, Jr.</u>
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**