**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**OCLC, INC.,**

      **Plaintiff,**

      **v.**　　　　　　　　　　　　　　**Case Number 2:25-cv-309**
　　　　　　　　　　　　　　　　　**Judge Edmund A. Sargus, Jr.**
　　　　　　　　　　　　　　　　　**Magistrate Judge S. Courter M. Shimeall**

**BAKER & TAYLOR, LLC,** *et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on the Court's May 10, 2026 Order staying the case as to Defendant Bridgeall Libraries Ltd. (ECF No. 120.) On May 1, 2026, Plaintiff OCLC, Inc., Defendant Baker & Taylor, LLC, and Defendant Bridgeall Libraries Ltd. filed a Joint Motion, in which they notified the Court that they are exploring a potential global settlement of this matter and requested a stay as to Bridgeall Libraries. (ECF No. 119.) The case had previously been stayed as to Baker & Taylor. (ECF No. 118.) The Court granted a stay as to Bridgeall Libraries and ordered the Parties to file a joint status update within 60 days of the May 10, 2026 Order. (ECF No. 120.) Over 60 days have passed and no status update has been filed, so the Court **ORDERS** the Parties to file a joint status update **within 7 days** of the date of this Order.

This case remains open.

      **IT IS SO ORDERED.**


**7/20/2026**　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**