**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| OCLC, INC. | ) CASE NO. 2:25-CV-309 |
| | ) |
| PLAINTIFF, | ) JUDGE EDMUND A. SARGUS, JR. |
| | ) |
| v. | ) MAGISTRATE JUDGE S. COURTER MORRIS |
| | ) SHIMEALL |
| BAKER & TAYLOR, LLC, ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

**JOINT STATUS UPDATE**

Plaintiff OCLC, Inc. and Defendants Baker & Taylor, LLC (B&T) and Bridgeall Libraries Ltd. ("Bridgeall" collectively, the Parties) jointly file this status update pursuant to the Court's July 20, 2026 Order (ECF No. 123).  The Parties are exploring a potential global settlement of this matter with both B&T and Bridgeall in connection with B&T's bankruptcy proceeding in the United States Bankruptcy Court for the District of New Jersey.  *See* ECF No. 122.  Continuing to stay this litigation as to Bridgeall will allow the Parties to focus their efforts on global settlement discussions and help preserve the Court and Parties' time and resources.

Accordingly, the Parties request that the Court continue to stay this matter as to Bridgeall. The Parties also propose that they file a joint status update regarding the status of settlement discussions as to Bridgeall on September 15, 2026, which is the same day the Parties must file a joint status update as to the status of B&T's bankruptcy proceedings.  *See* ECF No. 122.  The Parties also respectfully request that the Court permit them to file consolidated joint status reports as to settlement discussions and bankruptcy proceedings going forward.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey M. Walker* | */s/Mark A. Weissman  (per email authorization)* |
| Jeffrey M. Walker (0096567), Trial Attorney | Mark A. Weissman (*pro hac vice*) |
| Traci L. Martinez (0083989) | OFFIT KURMAN PA |
| Kathryn M. Brown (0100426) | 590 Madison Avenue |
| Brittany Silverman (0102263) | 6th Floor |
| Erin K. Hassett (0099970) | New York, New York 10022 |
| SQUIRE PATTON BOGGS (US) LLP | Tel: (212) 545-1900 |
| 2000 Huntington Center | mark.weissman@offitkurman.com |
| 41 South High Street | |
| Columbus, Ohio 43215 | Christopher Cathey (0071231), Trial Attorney |
| Telephone: (614) 365-2700 | OFFIT KURMAN PA |
| Facsimile: (614) 365-2499 | 100 Southeast Third Avenue |
| jeffrey.walker@squirepb.com | 10th Floor |
| traci.martinez@squirepb.com | Ft. Lauderdale, FL 33394 |
| kathryn.brown@squirepb.com | Tel: (954) 353-4180 |
| brittany.silverman@squirepb.com | chris.cathey@offitkurman.com |
| erin.hassett@squirepb.com | |
| | *Attorneys for Defendants Baker & Taylor, LLC* |
| *Attorneys for Plaintiff OCLC, Inc.* | *& Bridgeall Libraries Ltd.* |

2

**CERTIFICATE OF SERVICE**

On July 22, 2026, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

/s/ Jeffrey M. Walker
One of the Attorneys for Plaintiff OCLC, Inc.