**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**OCLC, INC.,**
        **Plaintiff,**

        **v.**

**BAKER & TAYLOR, LLC,** *et al.*,
        **Defendants.**

**Case Number 2:25-cv-309
Judge Edmund A. Sargus, Jr.
Magistrate Judge S. Courter M. Shimeall**

## ORDER

This matter is before the Court on Plaintiff OCLC, Inc. and Defendants Baker & Taylor, LLC and Bridgeall Libraries Ltd.'s Joint Status Update. (ECF No. 124.) The parties state they are exploring a potential global settlement of this matter and ask to continue the stay as to Bridgeall Libraries. (*Id.*) The parties additionally request permission to file consolidated joint status reports regarding settlement discussions and Baker & Taylor's bankruptcy proceeding going forward. (*Id.*)

For good cause shown, the parties' requests are **GRANTED**. The case remains stayed as to Bridgeall Libraries. The parties are **DIRECTED** to file a consolidated joint status update regarding settlement discussions and bankruptcy proceedings on **September 15, 2026, and every 60 days thereafter**. If the parties reach an impasse as to settlement, they are **DIRECTED** to notify the Court and file a proposed case schedule on the docket. If Baker & Taylor's bankruptcy proceeding conclude before this action is terminated, Baker & Taylor is **DIRECTED** to notify the Court within 7 days of its conclusion.

      **IT IS SO ORDERED.**

**7/28/2026**                           **s/Edmund A. Sargus, Jr.**
**DATE**                               **EDMUND A. SARGUS, JR.**
                                    **UNITED STATES DISTRICT JUDGE**