**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OCLC, INC. | ) | CASE NO. 2:25-CV-309 |
| | ) | |
| PLAINTIFF, | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE S. COURTER MORRIS |
| | ) | SHIMEALL |
| BAKER & TAYLOR, LLC, ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

---

**JOINT STATUS UPDATE**

---

Plaintiff OCLC, Inc. and Defendants Baker & Taylor, LLC (B&T) and Bridgeall Libraries Ltd. ("Bridgeall" collectively, the Parties) jointly file this status update pursuant to the Court's July 28, 2026 Order as to the B&T bankruptcy proceedings and the need to stay the case as to Bridgeall (ECF No. 125). The Parties are still exploring a potential global settlement of this matter with both B&T and Bridgeall in connection with B&T's bankruptcy proceeding in the United States Bankruptcy Court for the District of New Jersey. *See* ECF No. 122; ECF No. 124. The B&T bankruptcy proceedings are ongoing, and continuing to stay this litigation as to Bridgeall will allow the Parties to focus their efforts on global settlement discussions and help preserve the Court and Parties' time and resources.

Accordingly, the Parties request that the Court continue to stay this matter. The Parties also propose that they file a joint status update regarding the status of the bankruptcy and settlement discussions, including all parties, in 90 days.

Respectfully submitted,

/s/ Jeffrey M. Walker
Jeffrey M. Walker (0096567), Trial Attorney
Traci L. Martinez (0083989)
Kathryn M. Brown (0100426)
Brittany Silverman (0102263)
Erin K. Hassett (0099970)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
jeffrey.walker@squirepb.com
traci.martinez@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com
erin.hassett@squirepb.com

*Attorneys for Plaintiff OCLC, Inc.*

/s/Mark A. Weissman (per email authorization)
Mark A. Weissman (*pro hac vice*)
OFFIT KURMAN PA
590 Madison Avenue
6th Floor
New York, New York 10022
Tel: (212) 545-1900
mark.weissman@offitkurman.com

Christopher Cathey (0071231), Trial Attorney
OFFIT KURMAN PA
100 Southeast Third Avenue
10th Floor
Ft. Lauderdale, FL 33394
Tel: (954) 353-4180
chris.cathey@offitkurman.com

*Attorneys for Defendants Baker & Taylor, LLC & Bridgeall Libraries Ltd.*

## CERTIFICATE OF SERVICE

On September 15, 2026, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Jeffrey M. Walker*
One of the Attorneys for Plaintiff OCLC, Inc.