**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OCLC, INC.<br><br>PLAINTIFF,<br><br>V.<br><br>BAKER & TAYLOR, LLC, ET AL.,<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2:25-CV-00309<br><br>JUDGE EDMUND A. SARGUS, JR.<br><br>MAGISTRATE JUDGE S. COURTER SHIMEALL |

---

**NOTICE REGARDING BANKRUPTCY STATUS**

---

Pursuant to the Court's June 25, 2026 Order (Dkt. 122), Defendant Baker & Taylor, LLC submits this notice regarding the status of the bankruptcy proceedings of Baker & Taylor LLC in the United States Bankruptcy Court for the District of New Jersey, Case No. 26-12863-CMG.

Baker & Taylor, LLC hereby notifies the Court that the referenced bankruptcy proceeding remains pending.

Dated: September 23, 2026

Respectfully submitted,

*/s/ Mark A. Weissman*

Mark A. Weissman (*pro hac vice*)
Offit Kurman PA
590 Madison Avenue
6th Floor
New York, New York 10022
Tel: (212) 545-1900
mark.weissman@offitkurman.com

Christopher Cathey (0071231), Trial Attorney
Offit Kurman PA
100 Southeast Third Avenue
10th Floor
Ft. Lauderdale, FL 33394
Tel: (954) 353-4180
chris.cathey@offitkurman.com

*Attorneys for Defendant Baker & Taylor, LLC.*

**CERTIFICATE OF SERVICE**

On September 23, 2026, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Mark A. Weissman*
One of the Attorneys for Defendant Baker & Taylor LLC

4916-1032-2131, v. 1