**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OCLC, INC. | ) | CASE NO. 2:25-CV-309 |
| | ) | |
| PLAINTIFF, | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE S. COURTER MORRIS |
| | ) | SHIMEALL |
| BAKER & TAYLOR, LLC, ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

---

**JOINT STATUS UPDATE**

---

Plaintiff OCLC, Inc. and Defendants Baker & Taylor, LLC and Bridgeall Libraries Ltd. (collectively, the Parties) jointly file this status update pursuant to the Court's order to submit a joint status update (ECF No. 130). This proceeding was stayed by an Order of this Court dated March 19, 2026 upon Defendant Baker & Taylor, LLC having notified the Court of its filing for Federal bankruptcy relief under Chapter 11 of Title 11 of the United States Code. The Court has requested periodic updates related to the status of the bankruptcy proceeding and the efforts by the parties to resolve the pending litigation. This updated report is provided for the Court's information.

The Baker & Taylor, LLC chapter 11 proceeding remains pending before the U.S. Bankruptcy Court for the District of New Jersey under Case No. 26-12862. The Debtor entity has not operated in any business capacity since before October 2025. The Debtor company has filed a Plan of Liquidation in its bankruptcy proceeding which is scheduled for confirmation before the Bankruptcy Court on December 8, 2026. The Plan provides for the orderly termination of all available assets through an independent Liquidating Trustee.

A separate Defendant in this current proceeding is the entity Bridgeall Libraries, Ltd., a Scotland registered Company under the UK Companies Act, based in Scotland, United Kingdon. Bridgeall Libraries Ltd., now called, Baker & Taylor (Scotland), Ltd., is a subsidiary entity owned under the Baker & Taylor, LLC umbrella of companies. It has entered its own insolvency proceedings in the United Kingdom.

OCLC, Inc. and Baker & Taylor, LLC have been in discussions for a length of time to amicably resolve issues raised by the OCLC, Inc. Complaint. The resolution involves Baker & Taylor, LLC and Baker & Taylor (Scotland), Ltd. agreeing to discontinue any use of the software product at issue in the pending action and provide confirmation of destruction of such access. Baker & Talor, LLC is certainly willing to enter such an agreement but the remaining principal of Baker & Taylor, LLC does not have authority to act on behalf of Baker & Taylor (Scotland), LLC. Baker & Taylor, LLC are presently engaged in efforts to obtain such consent from the liquidator representing Baker & Taylor (Scotland), Ltd. in the U.K. Insolvency proceeding.

The hard drives for the subject software believed at issue are retained in a storage facility (Iron Mountain). Baker & Taylor, LLC has requested Iron Mountain to retrieve the subject hard drives for either return to OCLC, Inc. or confirmed destruction. Baker & Taylor, LLC and Bridgeall Libraries Ltd. continue to desire to resolve this matter by agreement and are prepared to continue with all diligent effort to accomplish such a result.

Respectfully submitted,

_/s/ Jeffrey M. Walker_
Jeffrey M. Walker (0096567), Trial Attorney
Traci L. Martinez (0083989)
Kathryn M. Brown (0100426)
Brittany Silverman (0102263)
Erin K. Hassett (0099970)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499
jeffrey.walker@squirepb.com
traci.martinez@squirepb.com
kathryn.brown@squirepb.com
brittany.silverman@squirepb.com
erin.hassett@squirepb.com

*Attorneys for Plaintiff OCLC, Inc.*

_/s/ Mark A. Weissman (via email authorization)_
Mark A. Weissman (*pro hac vice*)
OFFIT KURMAN PA
590 Madison Avenue
6th Floor
New York, New York 10022
Tel: (212) 545-1900
mark.weissman@offitkurman.com

*Attorneys for Defendants Baker & Taylor, LLC & Bridgeall Libraries Ltd.*

**CERTIFICATE OF SERVICE**

On November 23, 2026, this document was filed electronically with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division, which will electronically serve a copy of the foregoing on all counsel of record for all parties.

*/s/ Jeffrey M. Walker*
One of the Attorneys for Plaintiff OCLC, Inc.